**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. COHEN**<br>**ACTING COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

May 13, 2020

Hon. Peggy Kuo, U.S.M.J.
United States Federal Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>Newkirk v.  County of Suffolk, et al.</u>
      Docket No. CV17-2960 (MKB)(PK)

Dear Judge Kuo:

As per the Courts request, plaintiff's counsel Mr. Brian Egan and myself conferred today regarding a possible settlement of the above referenced action.    Notwithstanding our good faith efforts, we respectfully wish to advise the Court that we do not believe a settlement conference in the matter will be fruitful.

I thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Cohen
Acting County Attorney

By: <u>*/s/ Brian C. Mitchell*</u>
      Brian C. Mitchell
      Assistant County Attorney

CC: all parties (via ECF)