**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN
COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

October 28, 2020

Hon. Peggy Kuo, U.S.M.J.
United States Federal Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Newkirk v. County of Suffolk, et al.
      Docket No. CV 17-2960 (MKB)(PK)

Dear Judge Kuo:

The defendants submit this joint status report on behalf of all parties to respectfully advise the Court that all discovery in the above referenced matter is complete. As per the Court's revised scheduling order, any party seeking to initiate the summary judgement process will do so by November 9, 2020 and the parties will submit a proposed Joint Pre-Trial Order to the Court by December 13, 2020.

We thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Cohen
County Attorney

By: */s/ Brian C. Mitchell*
     Brian C. Mitchell
     Assistant County Attorney

CC: all parties (via ECF)