# COUNTY OF SUFFOLK



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. COHEN
COUNTY ATTORNEY

DEPARTMENT OF LAW

January 26, 2021

The Honorable Margo K. Brodie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Newkirk v. County of Suffolk, et al.*
Docket No.: 17-cv-2960 (MKB)(PK)

Dear Judge Brodie:

This Office represents the County of Suffolk, and Suffolk County Police Officer Mark Pav, defendants in the above referenced action. (County defendants) Pursuant to the current scheduling order, the County's motion pursuant to FRCP Rule 56 for summary judgment is to be served by January 29, 2021. The County writes at this time to respectfully request an extension of the time to file our motion for two weeks until February 12, 2021. The time for the plaintiff to serve their opposition and for the County to reply would be extended as well. I have conferred with counsel for the plaintiff and they consent to this request.

In the event the Court grants this request the new briefing schedule would be as follows:

County Defendants Notice of Motion and Supporting papers to be served on or before
**February 12, 2021.**

Plaintiff's Opposition to be served on or before **March 19, 2021.**

County Defendants Reply and Fully Briefed Motion to be filed with the Court on or before
**April 2, 2021.**

We thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney

Cc: Brian T. Egan, Esq.
    Christopher A. Bianco, Esq.
    Michael J. Brown, Esq.
    (Attorneys for the Plaintiff, via ECF)