**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. COHEN**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

April 2, 2021

The Honorable Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Newkirk v. County of Suffolk, et al.*
Docket No.: 17-cv-2960 (MKB)(PK)

Dear Judge Brodie:

This Office represents the County of Suffolk and Officer Mark Pav in the above referenced action. Pursuant to your Honor's individual part bundle rule, enclosed please find the fully briefed motion of the Suffolk Defendants for summary judgment pursuant to F.R.C.P Rule 56. Enclosed are the Defendants Notice of Motion, Statement Pursuant to Rule 56.1 and supporting exhibits, Declaration in Support, Memorandum of Law in Support and Reply Memorandum in Support.
.
Also enclosed are the Plaintiff's opposition papers including Declaration in Opposition, Counter Rule 56 Statement and supporting exhibits, and Plaintiff's Memorandum in Opposition. Plaintiff's Exhibits 1 and 2, are being filed under seal pending determination by the Court of the parties request to so file. (See DE 39).

I thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney
*Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney

Cc: Brian T. Egan, Esq.
Christopher A. Bianco, Esq.
Michael J. Brown, Esq.
(Attorneys for the Plaintiff, via ECF)