UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

**LATOYA NEWKIRK,**

Plaintiff,

-against-

**COUNTY OF SUFFOLK, CHRISTOPHER A.
MCCOY, in his official and individual capacities, and
MARK PAV, in his official and individual capacities,**
Defendants.

-------------------------------------------------------------------x

**NOTICE OF MOTION
PURSUANT TO RULE 56**

**CV 17-2960 (MKB)(PK)**

       PLEASE TAKE NOTICE, that upon the Defendants' Statement Pursuant to Local Rule

56.1, the annexed Declaration in Support, and upon the accompanying Memorandum of Law herein,

and upon all prior pleadings and proceedings, the undersigned will move this Court, before the

Honorable Margo K. Brodie, at the United States Federal Courthouse, located at 225 Cadman Plaza

East, Brooklyn, New York, for an Order pursuant to Fed.R.Civ.P. Rule 56 for summary judgment

dismissing plaintiff's complaint as against the defendants County of Suffolk and Mark Pav.


Dated: Hauppauge, New York
      February 11, 2021

                          Yours, etc.

                          DENNIS M. COHEN
                          Suffolk County Attorney
                          County of Suffolk
                          H. Lee Dennison Building
                          100 Veterans Memorial Highway
                          P.O. Box 6100
                          Hauppauge, New York 11788

                BY:      *Brian C. Mitchell*
                          Brian C. Mitchell
                          Assistant County Attorney

To:
Brian T. Egan, Esq.
Christopher Bianco, Esq.
Egan and Golden, LLP
96 South Ocean Avenue
Patchogue, New York 11722