UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------X

LATOYA NEWKIRK,

                    Plaintiff,

                                Docket No.

       - against -            2:17-cv-02960

COUNTY OF SUFFOLK, CHRISTOPHER A. MCCOY, in his

official and individual capacities, and MARK PAV,

in his official and individual capacities,

                    Defendants.

---------------------------------------------X

                        100 Veterans Memorial Highway

                        Hauppauge, New York

                        October 8, 2019

                        10:17 a.m.

        DEPOSITION of LATOYA NEWKIRK, Plaintiff,

taken by Defendant, pursuant to Federal Rules of

Civil Procedure, and Notice, held at the above-noted

time and place, before Kyra Kustin, a Stenotype

Reporter and Notary Public within and for the State

of New York.

2

1

2    A P P E A R A N C E S:

3

4        EGAN & GOLDEN, LLP
                Attorneys for Plaintiff
5                96 South Ocean Avenue
                Patchogue, New York  11772

6

        BY:  BRIAN T. EGAN, ESQ.
7                CHRISTOPHER A. BIANCO, ESQ.

8

9        DENNIS BROWN, ESQ.
        SUFFOLK COUNTY ATTORNEY
10               Attorneys for Defendant
                100 Veterans Memorial Highway, Floor 6
11               Hauppauge, New York  11788

12       BY:  BRIAN MITCHELL, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2    F E D E R A L   S T I P U L A T I O N S

3

4        IT IS HEREBY STIPULATED AND AGREED by and

5    between the attorneys for the respective parties

6    herein, that the sealing, filing and certification

7    of the within deposition be waived;

8        IT IS FURTHER STIPULATED AND AGREED that all

9    objections, except as to form, are reserved to the

10   time of trial;

11       IT IS FURTHER STIPULATED AND AGREED that the

12   transcript of this deposition may be signed before

13   any Notary Public, with the same force and effect as

14   if signed before a clerk or Judge of the Court;

15       IT IS FURTHER STIPULATED AND AGREED that all

16   rights provided to all parties by the F.R.C.P.

17   cannot be deemed waived, and the appropriate

18   sections of the F.R.C.P. shall be controlling with

19   respect thereto.

20

21                        oo0oo

22

23

24

25

4

1                    LATOYA NEWKIRK

2                    (Defendant's Exhibit A was

3            pre-marked for identification.)

4   L A T O Y A   N E W K I R K,

5        Plaintiff, having first been duly sworn by

6   the Notary Public, was examined and testified as

7   follows:

8   EXAMINATION

9   BY MR. MITCHELL:

10       Q    Good morning, Ms. Newkirk.

11       A    Good morning.

12       Q    My name is Brian Mitchell.  I'm an

13  assistant county attorney here in Suffolk County.

14  I'm going to ask you some questions today about a

15  complaint that you filed against the Suffolk

16  County -- against the county, as well as some

17  members of the Suffolk County police department.

18  Okay?

19       A    (The witness gestured.)

20       Q    You have to say yes or no.

21       A    Yes.

22       Q    That's the first ground rule.  I was

23  going to say I'm going to go over some ground

24  rules with you.  Okay?

25       A    Yes.

5

1                    LATOYA NEWKIRK

2        Q      That's a yes or no.  Okay.  The first

3   ground rule is all your answers have to be

4   verbal.  Okay?

5        A      Okay.

6        Q      So you have to say yes or no, give a

7   full sentence.  Basically you can't do nods or

8   gestures.  Okay?

9        A      Okay.

10       Q      Have you ever been deposed before?

11       A      No.

12       Q      In addition to that first instruction,

13  the other instruction I'll say to you is if I ask

14  you a question and you don't understand it,

15  please let me know and I'll try to rephrase it.

16  Okay?

17       A      Yes.

18       Q      If I ask you a question and you answer

19  my question, I'm going to presume that you

20  understood it.  Okay?

21       A      Yes.

22       Q      If I ask you a question about some

23  information, the example I use is a doctor's

24  name, and you say I know the doctor's name.  I

25  can't remember it today, but I have it written

6

1                    LATOYA NEWKIRK

2    down at home or I have it on a bill or something.

3    Just let us know that.  Okay?

4         A    Okay.

5         Q    Because then what we'll do is at some

6    point you're going to get a copy of this

7    transcript to review with your attorney.  We'll

8    leave a blank in the transcript.  So between now

9    and then, if you have that name written down,

10   then you fill that in.  All right?

11        A    Yes.

12        Q    I use that as just simply an example.

13   Sometimes it relates to a telephone number.

14   Sometimes it relates to an address, but that's a

15   process we'll do.  Okay?

16        A    Okay.

17        Q    If I ask you a question about something

18   you don't remember and then two or three

19   questions later I somehow -- either I or you

20   somehow jog your memory, it's okay to say, oh,

21   you know something?  I remember.  It just came to

22   me.  I remember that person's name.  It's okay to

23   do that.

24        A    Okay.

25        Q    You can go back -- is what I'm

7

1                    LATOYA NEWKIRK

2    saying -- if something comes back to you.  Okay?

3         A    All right.

4         Q    If you need to take a break, we can

5    take a break at any time for any reason.  All I

6    ask is that if there's a question pending --

7    meaning I've asked you a question but you have

8    not answered the question -- that you answer the

9    question, and then we take the break.  Okay?

10        A    Okay.

11        Q    Also, it's human nature, what will

12   happen is I'll start to ask you a question and

13   you will anticipate where I'm going with the

14   question and you will start answering before I'm

15   done asking the question.  Okay?  If that occurs,

16   what I ask you to do is do the best you can to

17   allow me to finish my question before you answer

18   it.  Okay?

19        A    Okay.

20        Q    And I will do the same.  I will

21   endeavor to allow you to finish your answer

22   before I ask another question.  Okay?

23        A    Yes.

24        Q    That's for this lady's benefit.  She

25   can't take both of us down talking at the same

8

1                          LATOYA NEWKIRK

2    time.  Okay?

3          A    All right.

4          Q    Ms. Newkirk, in the last 24 hours, have

5    you used any type of drugs or alcohol?

6          A    No.

7          Q    Currently, are you prescribed any

8    medications, even though you may not have taken

9    them?

10         A    No.

11         Q    Are you currently under the care of any

12   type of physician?  In other words, a medical

13   provider.

14         A    I don't understand.

15         Q    Sure.  Are you under the care of any

16   type of doctor or medical provider for anything?

17         A    Are you asking me do I have a

18   physician?  I'm just --

19         Q    Yeah.  Currently.

20         A    Yeah.  I have a doctor.

21         Q    When was the last time you saw that

22   doctor?

23         A    I'm not sure.

24         Q    Okay.  Did it have anything to do --

25   seeing that doctor, did it have anything to do

9

                              LATOYA NEWKIRK

1

2   with things that you claim in your lawsuit?

3        A    No.

4        Q    Are you currently under the care of any

5   type of mental health professional?  Whether it

6   be a psychiatrist, psychologist, or social

7   worker.

8        A    No.

9        Q    Okay.  I'm just going to jump ahead for

10  a minute.  If I'm correct, the events of your

11  claim occurred on March 16 of the year 2017.  Am

12  I right?

13       A    I believe so.

14       Q    Between the date of the events of the

15  claim and today, have you ever received any care

16  from a mental health provider?  Whether it be a

17  psychiatrist, psychologist, or social worker.

18       A    I had a counselor.

19       Q    Okay.

20       A    Is that...

21       Q    Yes.  That would count.  In relation,

22  again, to -- focusing on the day of the claim,

23  March 16, 2017, moving forward to today, when was

24  the last time that you saw the counselor?

25       A    I'm not sure.

10

                              LATOYA NEWKIRK

1

2       Q    Okay.  Can you approximate.  Do you

3   know if it was a month ago?  A year ago?

4       A    It was probably closer to a year ago.

5       Q    Okay.  That -- what I just asked you

6   was when was the last time you saw the counselor.

7   What I'm going to do now is ask you -- focusing

8   on the date of the event and moving forward, when

9   was the first time that you saw the counselor?

10      A    I'm not a hundred percent sure because

11  there were two counselors.

12      Q    Okay.

13      A    I could give you an estimate which

14  would be -- it was the summer of the same year.

15      Q    Of 2017?

16      A    Yes.

17      Q    You mentioned there were two

18  counselors.  Let me just do this.  The last

19  counselor that you saw -- you said maybe a year

20  ago -- what's that person's name?

21      A    Her name is Samantha -- I can't

22  remember her last name right now.  Something

23  Italian.  I just can't remember it right this

24  second.

25      Q    Would that be one of those situations

11

1                           LATOYA NEWKIRK

2     where you have her name written down somewhere

3     and you'd be able to get her name between now and

4     when you get a copy of the transcript?

5          A    Yes.

6          Q    What we're going to do is leave a blank

7     for the name of the counselor, and if you can,

8     when you get the transcript, fill that in.  Okay?

9          A    Sure.

10                    (REQUESTED INFORMATION:  _____

11                    _____

12                    _____

13                    _____)

14         Q    For the deposition, I'm going to call

15     her Samantha.  Okay?

16         A    Yes.

17         Q    Focusing on Samantha, when was the

18     first time you went to receive counseling from

19     Samantha?

20         A    That, I'm not sure of.

21         Q    You mentioned that the last time you

22     saw her was maybe about a year ago.

23         A    Mm-hmm.

24         Q    If I just focus on -- about how long a

25     period of time did you see Samantha?

12

                            LATOYA NEWKIRK

1

2        A    I'm not sure.

3        Q    Okay.  Was it -- not focusing on time,

4   but a number of times, do you know how many times

5   you saw this lady named Samantha?

6        A    I'm not sure about that either.  I do

7   remember it wasn't consistent.  It was supposed

8   to lead to me seeing an actual doctor, and it

9   wasn't.  So I felt I was wasting my time.  So I

10  don't exactly -- I don't remember after that.

11  After I found that out, that it was taking too

12  long.

13       Q    Okay.  You said there was another

14  counselor.

15       A    Yes.

16       Q    You said two -- what was the other

17  counselor's name?

18       A    I do not remember her name.  The

19  organization was Community Counseling.  I do

20  remember that.  I do not remember her name.

21       Q    Okay.  Did you see that counselor

22  before you saw the counselor named Samantha?

23       A    Yes.

24       Q    Or after?

25       A    I saw her before.  Before I saw

13

1                           LATOYA NEWKIRK

2    Samantha.

3        Q     Was there ever a time where you were

4    seeing the counselor -- and what was the name of

5    the organization?

6        A     Community Counseling, I believe.

7        Q     What I'm going to do for the deposition

8    is I'm going to call that person the Community

9    Counseling person.  Okay?

10       A     Okay.

11       Q     Was there ever a tame that you saw the

12   Community Counseling person while you were also

13   seeing Samantha?

14       A     No.

15       Q     So it's fair to say you saw the

16   Community Counseling person for a period of time,

17   then stopped, and then started seeing Samantha?

18       A     Yes.  With the Community Counseling

19   person, the reason why I stopped is she felt like

20   my situation was -- in her words, I believe she

21   said it was too much for her, personally.  And

22   she tried to refer me to other places, and I

23   just -- I got discouraged and I hung up the phone

24   on her.  She tried to refer me to Family Service

25   League.

1                    LATOYA NEWKIRK

2      Q    So you're -- the way that you contacted

3    the counselor named Samantha was not through the

4    Community Counseling person?

5      A    No.

6      Q    Okay.  How long, if you can -- same

7    questions about this Community Counseling person.

8    Do you know when you first started seeing the

9    Community Counseling person?

10     A    When I first starting seeing Community

11   Counseling person was -- it was June of that

12   year.

13     Q    June of 2017?

14     A    2017.

15     Q    Did anybody refer you to the Community

16   Counseling person?

17     A    I got -- I was living in a shelter, and

18   they referred me.

19     Q    Okay.  About how long did you see the

20   Community Counseling person?

21     A    I'm not exactly sure.  It wasn't long.

22   I believe we only had the few sessions before she

23   told me that.

24     Q    That was my next question.  About how

25   many sessions did you have?

```
 1                      LATOYA NEWKIRK

 2      A    We had a few.  I don't recall exactly

 3  how many, but it wasn't a lot.  I just don't

 4  recall exactly.

 5      Q    The person's name for the Community

 6  Counseling center, that person, would you have

 7  their name written down anywhere?

 8      A    No.

 9      Q    Is there any way that you think you'd

10  be able to find out what their name is?

11      A    I could -- I don't know if they'd give

12  me that information unless I went down there.

13  I'm sure I could find out some way.

14      Q    What we're going to do is we'll leave a

15  blank in the transcript.

16      A    Sure.

17              MR. MITCHELL:  If you could --

18              just for this deposition, I'll say if

19              you can get that.  Gentlemen, I'll make

20              a written request for the name of the

21              counselors, both counselors, and I'll

22              send your some HIPAA documents for her

23              to sign.

24              MR. EGAN:  Will do.  Thanks,

25              Brian.
```

16

LATOYA NEWKIRK

2        (REQUESTED INFORMATION:   _____

3        _____

4        _____

5        _____)

6        Q    Between the day of the event and when

7   you first saw the Community Counseling person,

8   did you see anybody that may have been considered

9   like a rape crisis person?  Or anybody like that?

10       A    No.  I called -- the day after it

11  happened, I called the VIBS hotline.  And the

12  supervisor was the ex-cop, and I got off the

13  phone.

14       Q    Okay.

15       A    I did try, but like I said, that scared

16  me away, and every other counselor has been

17  referring me back to that same place, VIBS.

18  So...

19       Q    Between when you hung up the phone and

20  you saw the Community Counseling person, did you

21  have any communication with any type of rape

22  crisis person or any type of counselor before you

23  saw the Community Counseling person?

24       A    No.  I don't -- I don't believe I did.

25       Q    Other than what you've told me already

1                    LATOYA NEWKIRK

2    about any type of treatment from mental health

3    providers, is there anybody else that you

4    received any type of what I call mental health

5    treatment?  Or anybody that you've gone to see

6    other than the folks you've already told me about

7    between the day of the event and up until today?

8         A    I'm not -- I'm not exactly sure.  Do

9    you mean, like, just with counselors and doctors

10   and stuff of that sort?

11        Q    Yes.

12        A    No.

13        Q    Okay.  Have you seen anybody else

14   that -- whether they're a counselor, someone that

15   you -- because I just want to make -- for my

16   question, I'll clarify it.

17             Have you spoken to anybody in a

18   therapeutic way?  In other words, talked to

19   anybody about the events that happened in a way

20   that you would be seeking some sort of treatment

21   or even just to say what happened.  Just to get

22   it off your chest.  Just to try to speak to

23   anybody.  Have you spoken to anybody in that

24   respect?

25        A    Are you referring to, like, a friend or

1                    LATOYA NEWKIRK

2    something?

3        Q    We'll get to friends.  I'm just

4    talking, for now, any medical professionals.

5        A    No.

6        Q    Any social workers?

7        A    No.

8        Q    Okay.  Other than the persons you've

9    told me about.

10       A    Yes.

11       Q    Ms. Newkirk, other than the -- I

12   understand that on the day of the event, you were

13   charged with what we call unlawful possession of

14   marijuana; is that correct?

15       A    Yes.

16       Q    Other than that, have you ever been

17   arrested for anything?

18       A    Yes.

19       Q    About how many times?

20       A    Two.

21       Q    Okay.  Have you ever been arrested

22   since March 16 of 2017?

23       A    No.

24       Q    Going back in time from March 16,

25   2017 -- go back in time.  Tell me going back in

19

                          LATOYA NEWKIRK

1

2   time the last time you were arrested, going back

3   in time from March 16, 2017.

4           What I'm doing is I'm going back in

5   time.  So you go back.  If there was one time and

6   there was one time before that.  From March 16,

7   going that way, as opposed to saying tell me the

8   first time you were arrested.  Do you understand

9   that?

10      A    Yes.

11      Q    Going back in time, when was the last

12  time you were arrested before March 16, 2017?

13      A    I believe I was 25 or 26.  That was

14  two-thousand -- my math is bad right now.

15      Q    That's okay.

16      A    Two-thousand -- 2012 or 2013.  I'm not

17  exactly sure.

18      Q    Do you know what you were arrested for?

19      A    I believe I had a warrant for

20  something.  I don't remember what it was, and I

21  went in to recall the warrant, and I got taken in

22  from the courtroom.

23      Q    Although you had a warrant, you don't

24  know what the underlying charge was?

25      A    Yes.  If I'm not mistaken, it ended up

1                    LATOYA NEWKIRK

2    being thrown out.  I don't remember exactly what

3    it was.  Yeah.  I don't remember.

4        Q    Do you know if it -- I'm just going to

5    give examples.  Did it have something to do with

6    a petty larceny?

7        A    No.

8        Q    Did it have anything to do with

9    possession of any type of drugs or marijuana?

10       A    No.

11       Q    Do you know if it had anything do with

12   not paying traffic tickets?

13       A    It -- it could have possibly been that.

14   I'm just not one hundred percent sure.

15       Q    You mentioned there were two times.

16   There was a time before what we just talked

17   about.  Was there a time before that that you

18   were arrested?

19       A    Yes, when I was 18.

20       Q    Okay.

21       A    That was 2004.

22       Q    What was the year of your birth?

23       A    1986.

24       Q    So 2004 you would be around 18.  What

25   were you arrested for then?

1                    LATOYA NEWKIRK

2       A    I'm not a hundred percent sure what the

3  charge was, but it was something like petty

4  larceny, if I'm not mistaken.

5       Q    Were you accused of taking something

6  without paying for it?

7       A    I took it from someone's house.

8       Q    What did you take?

9       A    I took a bottle of pills.

10      Q    Eventually you got charged with that?

11      A    Actually, I think it ended up getting

12  thrown out.

13      Q    I'm not up to that yet.  I'm saying

14  were you charged at some point.  In other words,

15  did someone accuse you of doing something and --

16      A    Yes.

17      Q    -- you wound up getting a charge?

18      A    Yes.

19      Q    Do you recall if what they accused you

20  for was some kind of larceny?  Or even a

21  burglary?  Do you have a recollection of it?

22      A    I believe it was a larceny.

23      Q    Ultimately, you say you think it got

24  thrown out?

25      A    It did.  It should be expunged off my

22

1                         LATOYA NEWKIRK

2      record, actually.

3          Q     Do you know if it was resolved with

4      something called an adjournment in contemplation

5      of dismissal?  Did you ever hear that phrase?

6          A     I don't -- I don't remember.

7          Q     But in any event, your recollection --

8      as you said -- it got thrown out.

9          A     Yes.

10         Q     Anything before that?  We just talked

11     about something that happened on your 18th

12     birthday.  Anything before that?  And forgive me.

13     I said that that happened on your 18th birthday.

14     I meant something happened when you were 18.

15         A     Yeah.

16         Q     I just wanted to clarify the record.

17               Back forward now to the events where

18     you said you had some warrants issued.  I think

19     you said it was about '12 or '13.

20         A     Mm-hmm.

21         Q     You were arrested for having warrants?

22     Or is that when you were first arrested on things

23     that ultimately became warrants?

24         A     I'm not exactly sure what the exact

25     reason would be for the arrest, seeing as I had

LATOYA NEWKIRK

1

2    the warrant -- found out I had the warrant, went

3    to court, and got arrested in court, you know,

4    when I went to see the judge.  I don't -- and I

5    just -- I really don't remember exactly what that

6    was for, so I don't think it was -- you know, you

7    have a warrant.  I went in to recall the warrant.

8        Q    What led you to go to the court to

9    recall the warrant?

10       A    I don't -- I don't remember.  All I

11   remember is finding out that I had a warrant and

12   going to see -- going to see about it.  What it

13   was.

14       Q    Okay.  Do you remember how you found

15   out that you had a warrant?

16       A    No.

17       Q    Was it -- this is just an attempt to

18   try to refresh your recollection.  It may not.

19   Was it -- did you receive something in the mail

20   that said you had a warrant?  Does that help you

21   refresh your recollection one way or the other?

22       A    No.

23       Q    Were you advised as part of some sort

24   of traffic stop?  Were you stopped by a police

25   officer or law enforcement and they advised you

                        LATOYA NEWKIRK

1

2   that you had a warrant you had to recall?

3       A    I don't remember why I --

4       Q    Okay.

5       A    -- had any of it.

6       Q    In any event, you do recall that you

7   went to recall the warrant.

8       A    Yes.

9       Q    And when you went to court to recall

10  the warrant, you were arrested at that point.

11      A    Yes.

12      Q    Were you taken from court to a

13  precinct?

14      A    I -- no.  I believe I was taken to the

15  jail.  I'm not a hundred percent sure.  I don't

16  remember too well where they take you after that.

17      Q    Okay.  But you went to court

18  voluntarily?  In other words, you went to court

19  on your own --

20      A    Yes.

21      Q    -- to recall the warrant.

22           Did you go in front of a judge?

23      A    Yes.

24      Q    When you went in front of the judge, at

25  that point, you had not been arrested for the

25

1                         LATOYA NEWKIRK

2    warrant.  You simply walked up in front of the

3    judge.

4         A    Yes.

5         Q    When you were in front of the judge,

6    something happened that resulted in you being

7    taken into custody?

8         A    Yes.  Yes.

9         Q    Do you know if you were ever taken out

10   of -- do you know where the courthouse was that

11   you were in?

12        A    Central Islip.

13        Q    Did there ever come a time on that same

14   day that you were taken from the Central Islip

15   courthouse to some other place?

16        A    Yes.  I was in Riverhead Jail, I

17   believe.

18        Q    Okay.  Do you know how long you were in

19   the Riverhead Jail?

20        A    I think it was, like, the weekend.  I

21   think -- I believe it was two days.

22        Q    Okay.

23        A    48 hours.  Something like that.

24        Q    If you know, when you were there in

25   front of the judge, did the judge set any type of

26

1                          LATOYA NEWKIRK

2    bail on you?

3          A    Yes.

4          Q    Do you know how much it was?

5          A    It was $500.

6          Q    When you got -- there came a time you

7    got released from the jail.  You said a couple

8    days, right?

9          A    Yes.

10         Q    Did you get released because you posted

11   the $500 bail?

12         A    No.  I pled guilty.

13         Q    Do you remember what it was that you

14   pled guilty to?

15         A    Oh, yes.  Now I think I remember.  I

16   pled guilty -- I don't remember exactly what it

17   was called, but I do remember now why I had a

18   warrant.

19         Q    Okay.  What was that?

20         A    It was because I missed a court date.

21   I had an issue with an ex.

22         Q    Okay.  You don't need to tell me that.

23   It was because you missed a court date?

24         A    Yes.

25         Q    Do you now have a recollection of what

27

1                    LATOYA NEWKIRK

2    it was that you were charged with?

3         A    It was -- it was a misdemeanor called

4    some type of harassment.  I just don't know

5    exactly what the terminology is.

6         Q    Do you recall what it was that you were

7    accused of?  In other words, don't worry about

8    the criminal name of it.  Just what they said you

9    did.

10        A    Yes.  I was accused of threatening my

11   ex-boyfriend.

12        Q    Okay.  At some point after you recall

13   the warrant, you said you were -- you had bail

14   set, you were in jail.  You wound up pleading

15   guilty to something in relation to that charge.

16        A    I pled guilty to what they charged me

17   with, which was the assault.  I don't know

18   exactly what it's called.  It's called -- not

19   assault.  Excuse me.  It was a misdemeanor, but

20   it was some type of harassment.

21        Q    If I said aggravated harassment, does

22   that refresh your recollection?

23        A    Maybe.  That might be it.  That might

24   be it.

25        Q    If I said menacing, does that refresh

1                          LATOYA NEWKIRK

2    your recollection?

3         A    Doesn't -- no.

4         Q    In any event, you wound up pleading

5    guilty to something.

6         A    Yes.

7         Q    Did you receive any type of sentence?

8         A    I received time served.

9         Q    After that date -- moving forward, now.

10   After you pled guilty, you got time served.

11   Between that date and March 16 of 2017, was there

12   ever a time where you had any other type of

13   warrants issued against you that you are aware

14   of?

15        A    Not to my knowledge that I could

16   recall.

17        Q    Okay.  I'm jumping ahead a little bit.

18   On March 16, 2017, on that day, were some of the

19   things that you were arrested for warrants from

20   other cases?  In other words, were you arrested

21   on March 16, 2017, because you had outstanding

22   warrants?

23        A    Yes.  That's what I was -- that's what

24   I was told when we got pulled over.

25        Q    The outstanding warrants that you were

29

1                          LATOYA NEWKIRK

2     told you were being arrested for on March 16 of

3     2017, did they have any relationship -- if you

4     know -- to the things that you told me about that

5     happened in 2012 and 2013?

6          A    No.

7          Q    If you know, did there come a time that

8     you learned -- one way or the other -- whether

9     the warrants that you were arrested for on March

10    16, 2017 -- did there ever come a time that you

11    learned that those warrants, that they didn't

12    exist?  Or that they weren't valid?

13         A    Well I'm not exactly sure if they

14    existed or if they were valid because when we

15    went in, they ended up just -- everything ended

16    up being thrown out.  I never saw anything.  I

17    don't know what anything is in reference to.  I

18    can make a guess but, I'm not --

19         Q    We don't want you to guess.

20         A    I'm not -- I'm just not sure.  To this

21    day, I'm not exactly sure what those warrants

22    were in reference to.

23         Q    Other than things that you've told me,

24    was there any other time that you've been

25    arrested?

30

                          LATOYA NEWKIRK

1

2       A    Not that I could recall.

3       Q    Other than the pleading guilty as you

4  mentioned to me in that one event, has there ever

5  been a time that you were convicted of anything?

6       A    No.

7       Q    When you did plead guilty -- in that

8  earlier case that you mentioned to me when you

9  pled guilty, if you recall, were you placed under

10 oath when you took the plea?

11      A    Probably.  I don't remember it.

12      Q    Did you have a lawyer with you at that

13 time?

14      A    Yes.

15      Q    Do you know who the lawyer was?

16      A    I don't remember his name.  It's the

17 guy that wheels around.

18      Q    Is he -- if you know, was he a lawyer

19 assigned to you?

20      A    Yes.

21      Q    If you know -- you may not -- was he a

22 lawyer from the Legal Aid Society?  Or was he a

23 lawyer that was assigned to you from a different

24 type of --

25      A    I think he was assigned to me from

31

```
 1                   LATOYA NEWKIRK
 2   somewhere else.
 3        Q    If I said the phrase 18B, does at ring
 4   a bell at all, one way or the other?
 5        A    No.
 6        Q    In any event, was that lawyer with you
 7   when you pled guilty?
 8        A    Yes.
 9        Q    When you pled guilty, did the judge ask
10   you if you were pleading guilty because you were,
11   in fact, guilty?
12        A    Yes.  I believe she did.
13        Q    By the way, do you remember who the
14   judge was?
15        A    Judge Bean.
16        Q    When Judge Bean asked you that, did you
17   tell the judge, in fact, you were guilty?
18        A    Yes.
19        Q    When you told the judge you were, in
20   fact, guilty, were you telling the judge the
21   truth?
22             MR. EGAN:  Object to the form of
23             the question.  You can answer.
24        A    No.
25        Q    Okay.  You say no.  Is that because you
```

32

1                    LATOYA NEWKIRK

2    weren't actually guilty of what you were charged

3    with?

4         A    Yes.

5         Q    Okay.  In any event, when the judge

6    asked you if you were guilty, you did tell the

7    judge that?  You said yes, I'm guilty; is that

8    right?

9         A    Yes.

10        Q    Did you do that just to try and get the

11   case over with?

12        A    Yes.  I had to get home.  No one knew

13   where I was.

14        Q    Okay.  In other words, you did it

15   because -- not because you were guilty, but you

16   wanted to do something that would be favorable to

17   you.  Meaning, in that instance, to get out of

18   there so you could go home.

19                  MR. EGAN:  Object to the form of

20             the question.

21        A    Yes.  Can you repeat that.

22        Q    Sure.  When you pled guilty, I asked

23   you if when you told the judge -- withdrawn.

24                  I asked you when the judge asked you

25   are you pleading guilty because you're guilty,

33

                          LATOYA NEWKIRK

1

2    your response to me was that you told the judge

3    yes.  Then I asked you if when you said that to

4    the judge, was that true, and you told me no.

5    Then I said to you was the reason that you pled

6    guilty was because there was something -- there

7    was some other reason you were pleading guilty.

8    You said to me because you needed to get home.

9    You needed to get out of there and get home; is

10   that right?

11        A    Yes.

12                  MR. EGAN:  Object to the form of

13             the question.

14        Q    Is it fair to say that the reason you

15   pled guilty was not because you were guilty, but

16   for some other reason?

17        A    Yes.

18        Q    Okay.  Ms. Newkirk, before coming in

19   today, did you review anything in preparation for

20   your deposition testimony?

21        A    Did I review anything?

22        Q    Yeah.

23        A    Yes.

24        Q    What did you look at?

25        A    I looked at the paper that I wrote.

34

                                LATOYA NEWKIRK

1

2      Q    Okay.  When you say that you wrote

3    something, you hand wrote?

4      A    Yes.

5      Q    What paper was that?

6      A    I guess you could say it's like a

7    statement.

8      Q    Okay.

9      A    But it's technically not a statement.

10   No one asked me to write it.  I just wrote down

11   so I would have every detail fresh in my mind.

12     Q    When did you write that?

13     A    I wrote it when I got out.  Yeah.  The

14   day I got out, I believe I started writing it

15   that day or the day after that.

16     Q    Okay.

17     A    I might have finished it the day after

18   that, but I believe I started the day that I had

19   got out.

20     Q    This means going back -- when you say

21   you got out, you mean back in 2017?

22     A    Yes.

23     Q    Do you have that paper with you today?

24     A    No.

25               MR. MITCHELL:  Gentlemen, do you

```
 1                    LATOYA NEWKIRK

 2           have that paper with you today?

 3                MR. EGAN:  Yes.

 4                MR. MITCHELL:  Can I have a copy,

 5           please.

 6                MR. EGAN:  Yes.

 7                MR. MITCHELL:  While he's doing

 8           that -- actually, no.  Let's wait until

 9           he does that because he needs to be

10           paying attention over here, too.

11                Could you please mark that as B.

12                (Defendant's Exhibit B was marked

13           for identification.)

14                MR. MITCHELL:  If I could just ask

15           both gentlemen if you are aware, are

16           there any other documents that you're

17           aware of that you client drafted or

18           wrote that you're in possession of that

19           you haven't provided me with?

20                MR. EGAN:  Not that we're aware

21           of.

22                MR. MITCHELL:  Okay.  Other than

23           the complaint in the case.

24                MR. EGAN:  Correct.

25                MR. MITCHELL:  I know she didn't
```

36

LATOYA NEWKIRK

1

2          draft the complaint.  Other than that?

3               MR. EGAN:  Correct.

4               MR. MITCHELL:  For the record,

5          it's my position that this should have

6          been provided to the county pursuant to

7          rule 26 right at the front end of the

8          case.  With that in mind, I'm going to

9          take a ten-minute break -- not a long

10          time -- to review this document.  Okay,

11          guys?

12               MR. EGAN:  Take as long as you

13          want.

14               (A recess was taken at 10:48 a.m.)

15     Q     Ms. Newkirk, before we took the break,

16 you mentioned to me that you reviewed a document

17 which was handwritten by you, and you said at a

18 time close to when the events occurred; is that

19 right?

20     A     Yes.

21     Q     What I'm going to do is I'm going to

22 show you what has been marked as Defendant's

23 Exhibit B, like boy.  Just take a look through

24 it, and I'm just going to ask you some questions

25 about that.

37

1                    LATOYA NEWKIRK

2        A    This is it.  Yeah.

3        Q    Okay.  You could just hang onto it.

4        A    Sure.

5        Q    You mentioned to me that that document

6    is a document you wrote; correct?

7        A    Yes.

8        Q    All right.  It's in -- the handwriting

9    is yours?

10       A    Yes.

11       Q    Again, you said you wrote it -- your

12   recollection is you wrote it at a time close to

13   the time of the events.

14       A    If I'm not mistaken, it was the day

15   after.  When I got out.

16       Q    Did you write it all on that same day

17   when you got out?  Or did you write some of it

18   that day and then some later?

19       A    I wrote some -- I wrote some of it one

20   day, and the next day I wrote the rest of it.

21       Q    So it's fair to say the entire document

22   was completed still within -- close in time to

23   when the events occurred?

24       A    Yes.  Within 24 hours, this whole thing

25   was written.

1                    LATOYA NEWKIRK

2      Q    Okay.  Looking at it today, is there

3  anything in there that you think is incorrect or

4  should be changed?

5      A    I mean, it could use more detail, but

6  that's it.  Nothing is different.

7      Q    Okay.  The details that are in there,

8  you think they're correct?

9      A    Yes.

10      Q    So there's nothing that you think

11  perhaps you made a mistake or it should be

12  changed today.

13      A    No.

14      Q    Okay.  So -- and obviously you wrote

15  it, so it's true and accurate to the best of your

16  knowledge?

17      A    Yes.

18      Q    I'll take that back.  Thank you.

19           Other than what we just looked at,

20  Exhibit B, did you review anything else before in

21  preparation for your deposition today?

22      A    I mean, I looked at, like, just court

23  papers and stuff like that in relation.  There

24  was something that -- I don't know if it's a

25  review.  I looked at the -- I don't know what

39

1                         LATOYA NEWKIRK

2     that thing's called.  That thing you're looking

3     at now.

4          Q     The complaint?

5          A     Yes.

6          Q     Anything else?

7          A     Did I review anything else?  I looked

8     into what a disposition was and everything like

9     that.

10         Q     You looked into what a disposition was?

11         A     Yes.

12         Q     What do you mean by what a disposition

13    was?  What --

14         A     What it is.  I just reviewed, like,

15    what I would be going through today so I knew

16    what to expect.

17         Q     I see.  I misunderstood.  You meant

18    what a deposition was.

19         A     Yes.

20         Q     Okay.  That's fine.  And was that

21    something -- if you did that with your lawyers,

22    don't talk to me about what you did with your

23    lawyers.

24                    MR. EGAN:  For the record, she

25                did.  That's what she's referencing.

40

```
 1                    LATOYA NEWKIRK

 2        A    Yes.

 3        Q    Okay.  What I'm going to do is show you

 4   what's been marked as Defendant's Exhibit A, like

 5   apple, and I'll represent that that's a copy of

 6   the complaint in the case.  All right?

 7        A    Yes.

 8        Q    That was served on your behalf.  What

 9   I'm going to ask you to do, if you could just

10   take a look at -- I'm turning to page 3.  You see

11   at the bottom, it says factual allegations?

12        A    Yes.

13        Q    What I'm going to ask you to do, if you

14   could take a look at the portion of the complaint

15   that says factual allegations.  It looks like it

16   goes through to about -- to about the top of page

17   10.  If you could just review that portion of the

18   document.  I'm just going to ask you some similar

19   questions to what I asked you about Exhibit B.

20   Okay?

21        A    Sure.  Okay.

22        Q    Have you had a chance to take a look at

23   what's been marked as Defendant's Exhibit A?  In

24   other words, the piece of paper you have there.

25        A    Yeah.
```

41

1                    LATOYA NEWKIRK

2       Q    Before the -- is it fair to say that's

3  a copy of the complaint that was filed on your

4  behalf in the lawsuit?

5       A    Yes.

6       Q    Before it was filed, did you have an

7  opportunity to read it?

8       A    Yes.

9       Q    When you read it, did you understand

10  it?

11      A    Yes.

12      Q    At least the factual part.

13      A    Yes.

14      Q    Looking at it today, is there anything

15  in there that you think is incorrect or should be

16  changed?

17      A    29 is -- it's -- I don't know.  It's

18  not that it's incorrect.  It says Officer Pav

19  witnessed these events while seated in the police

20  cruiser.  It started even before he got into the

21  car.

22      Q    Okay.  What started even before he got

23  into the car?

24      A    Me being assaulted.

25      Q    Okay.

42

                              LATOYA NEWKIRK

1

2      A    So from his angling, he witnessed it

3    even before and while he was seated.  Before he

4    was seated and while he was seated.  To be clear.

5      Q    Okay, but that's not in the complaint,

6    is it?

7      A    No.

8      Q    But you think that -- in other words,

9    you think that there should be more information

10   in the complaint than what's in the complaint?

11     A    I just feel like it's missing a small

12   detail, and I don't know if it really matters,

13   but just in case it does, I wanted to say that.

14     Q    Okay.  Whether it matters or not, it's

15   not in the complaint; correct?

16     A    Yes.

17     Q    Okay.  Other than that, is the factual

18   portion of the complaint true and accurate to the

19   best of your knowledge?

20     A    Yes.

21              MR. MITCHELL:  Okay.  I'll take

22              that back.  You fellows have a copy?

23              Do you need a copy of the complaint?

24              MR. EGAN:  Do we have a copy of

25              the complaint?  We're good.

43

                          LATOYA NEWKIRK

1                     MR. MITCHELL:  I mean for your

2             benefit.

3                     MR. EGAN:  Thanks.

4        Q    Ms. Newkirk, have you ever been known

5   by any other name than Latoya Newkirk?

6        A    No.

7        Q    Okay.  This we'll mark confidential,

8   but what's is your social security number?

9        A    XXX-XX-XXXX.

10       Q    What's your date of birth?

11       A    June 5, 1986.

12       Q    You mentioned when you were -- in the

13  beginning of the deposition that you live in East

14  Yaphank.

15       A    Yes.

16       Q    How long have you been living there in

17  East Yaphank?

18       A    Two years.

19       Q    Do you live there with anybody?

20       A    I live with my daughter.

21       Q    How old is your daughter?

22       A    She's 16.

23       Q    Do you live there be anybody else?

24       A    No.

44

1                     LATOYA NEWKIRK

2          Q     If I go back before the East Yaphank

3     address, where did you live before that?

4          A     I lived in Bellport.  I was in a

5     shelter named Help Suffolk.

6          Q     Okay.  About how long did you live

7     there?

8          A     Only a few months.

9          Q     Okay.

10         A     Maybe -- you know, I believe it was

11    maybe six months.  I think it was from March

12    until probably very end of August, very beginning

13    of September.

14         Q     That was --

15         A     2017.

16         Q     Okay.  You said -- let me just do this.

17    The day of the event is March 16, 2017.

18         A     Mm-hmm.

19         Q     On that day, where were you living?

20         A     I lived in Port Jefferson Station.

21         Q     What was your address?

22         A     857 Old Town Road in Port Jefferson

23    Station.  I don't recall the zip code.

24         Q     Who did you live there with?

25         A     It was a shelter.  I lived with my

45

1                    LATOYA NEWKIRK

2    daughter.

3         Q    Okay.  And if we focus on -- you said

4    there was a time where you were in the Bellport

5    shelter.

6         A    Yes.

7         Q    Before that, was that -- were you in

8    the Port Jeff shelter?

9         A    Yes.

10        Q    Between -- focusing on the date, March

11   16, 2017, moving forward, when did you go from

12   the Bellport shelter to the -- excuse me.  From

13   the Port Jeff shelter to the Bellport shelter?

14        A    I think -- I'm not a hundred percent

15   sure.  It was within the month of March.  I

16   was -- or -- jeez.  Could it possibly be the end

17   of March, beginning of April?  I'm not a hundred

18   percent sure.

19             I know that I had to do things and try

20   to move immediately because the officer had my

21   address.  That was the only reason I was even

22   moving.  So I think it took a couple of weeks for

23   paperwork to go through.  I could be wrong about

24   that.  It's probably like a three-week time span.

25   I'm just not exactly sure what date.

46

                              LATOYA NEWKIRK

1

2        Q     The Bellport shelter, about how long

3    did you live there?

4        A     End of March-ish -- five to six months.

5        Q     Then after Bellport, where did you

6    live?

7        A     Where I am now in East Yaphank.

8        Q     Okay.  The East Yaphank location, is

9    that a shelter?

10       A     No.

11       Q     Focusing on the Port Jeff shelter that

12   you mentioned that you left to go over to the

13   Bellport shelter, when you -- did you make an

14   inquiry?  Did you ask anybody at social service

15   to help you move?  In other words, to move you

16   from that location.

17       A     There's a case manager that's at the

18   house.

19       Q     Okay.

20       A     And I had mentioned that something

21   happened with me and I just -- I didn't feel safe

22   or comfortable.

23       Q     Do you know what the case manager's

24   name is?

25       A     I don't recall her name.

47

LATOYA NEWKIRK

1

2     Q     If you know, did you ever put anything

3     in writing?  Did you have to write anything down

4     about the reasons why you were requesting to be

5     moved from the Port Jeff shelter to the Bellport

6     shelter?

7     A     No.

8     Q     The caseworker's name, is that

9     something that you would be able to get?   In

10    other words, if we leave a blank in the

11    transcript.

12    A     I remember around that time they were

13    switching caseworkers, so I'm not one hundred

14    percent sure that is something I could get,

15    because I wouldn't know who to ask.  I don't know

16    if they would give me that information since it's

17    a house.

18    Q     Okay.  How long -- when did you first

19    get -- when did you first start living in the

20    Bellport shelter?

21    A     March-ish to April.  Bellport?  Help

22    Suffolk, you said?

23    Q     Forgive me.  When did you first start

24    living in the Port Jefferson shelter?

25    A     Sometime in 2016.

48

1                          LATOYA NEWKIRK

2        Q    All right.

3        A    I'm not exactly sure.  Maybe I had been

4   there for a year at that point.  Maybe.  I'm

5   just -- I'm not one hundred percent sure.

6        Q    Okay.  And where did you live before

7   that?

8        A    I had been staying with my friend in

9   Farmingdale.

10       Q    Okay.  Is that for any -- what period

11  of time did you stay with your friend?  For about

12  how long?

13       A    Maybe six months.

14       Q    Okay.  What was your friend's name?

15       A    Larry.

16       Q    What was Larry's last name?

17       A    Abiola.

18       Q    When you stayed with Larry, did anyone

19  else stay there with you, other than you and

20  Larry?  In other words, was your daughter with

21  you then?

22       A    No.

23       Q    Where was your daughter during that

24  six-month period of time?

25       A    My -- during when I was with Larry?

49

1                    LATOYA NEWKIRK

2        Q    Yes.

3        A    My daughter was in foster care.

4        Q    When you were in the Port Jeff

5   shelter -- this would be after Larry, you went to

6   the Port Jeff shelter; correct?

7        A    Yes.

8        Q    Was your daughter with you in the Port

9   Jeff shelter?

10       A    Yes.

11       Q    Was she with you in the Port Jeff

12   shelter for the entire time that you were in the

13   Port Jeff shelter?

14       A    Yes.

15       Q    If you know, why was your daughter in

16   foster care at the time you were with Larry

17   Abiola?

18       A    She was in foster care for a while.  I

19   had an issue with my landlord, and I'm trying to

20   remember exactly how it happened and everything,

21   but I don't know exactly -- I don't -- yeah.

22            I don't know exactly -- I'm not exactly

23   sure of what they call it or anything, but my --

24   I was accused of leaving my daughter at my house

25   for -- I think they said three months.  It was

50

                         LATOYA NEWKIRK

1

2    something ridiculous.  I don't know exactly what

3    they said.

4         Q    What house was that?

5         A    I lived in Wyandanch at the time.

6    South -- I can't remember if it was South 30th or

7    South 31st.  Right now, I can't remember, but

8    yeah.  I lived there before -- you know, well, at

9    the time when she got put in foster care.

10        Q    Did you live there with anybody else

11   other than your daughter?

12        A    It was, like, a rooming house.

13        Q    How old is your -- was your daughter

14   around that time?

15        A    She was 11.

16        Q    As far as you know, there was an

17   accusation that you left your daughter by

18   herself?

19        A    Yes.

20        Q    What was the period of time that you

21   were accused of leaving your daughter by herself?

22   What -- was that for how long?

23        A    I don't know.  Like I said, it's

24   changed.  I've heard -- my landlord told -- he

25   called CPS and said I left my daughter home for

51

```
 1                    LATOYA NEWKIRK

 2   three months by herself.

 3        Q    Okay.

 4        A    That's what he said.  So if that's the

 5   answer to the question, I'm not sure.

 6        Q    Okay.  Do you know, was there ever

 7   something called an abuse or neglect petition

 8   brought against you?

 9        A    Maybe neglect.

10        Q    In family court?

11        A    Yes.  Who would bring that petition?

12   Because I'm just --

13        Q    You can't ask me questions.  I may try

14   to refresh your recollection.

15             Do you ever recall going to family

16   court in relation to the custody of your

17   daughter?

18        A    Yes.

19        Q    At the time, did you have an attorney?

20        A    They assigned me one.  Yes.

21        Q    Did you know what the lawyer's name

22   was?

23        A    No.

24        Q    Do you recall going in front of a judge

25   at all?
```

1                    LATOYA NEWKIRK

2       A    Yes.  At a certain point, yes.

3       Q    Do you remember what the judge's name

4  was?

5       A    No.

6       Q    If you know, was it in family court in

7  Central Islip?

8       A    Yes.

9       Q    At some point your daughter was placed

10  in foster care?

11      A    She was placed in foster care directly

12  from -- like, when the CPS worker came -- he came

13  to her school and took her.

14      Q    Okay.  At that time, you were living at

15  the location in Wyandanch?

16      A    Yes.

17      Q    When he came and took her, after that

18  point, is that when you went to family court?  Or

19  had you been to family court before he came and

20  took her?  If you remember.

21      A    No.  It was family court in reference

22  to...

23      Q    The custody of your daughter.  In other

24  words, your daughter going into foster care.

25      A    No.  I hadn't been at -- this is what

53

                              LATOYA NEWKIRK

2    jump started me going to family court.

3        Q    Is your daughter's father alive?

4        A    Probably.

5        Q    When was the last time you saw him?

6        A    No clue at all.

7        Q    Okay.  Literally, was it -- how old is

8    your daughter?

9        A    She's 16.

10       Q    Was it 15 years ago?

11       A    Possibly.  Does in passing count?  Like

12   if I saw him in a crowd and he didn't see me?

13       Q    Not really, no.  Just when --

14       A    So then it's been about 16 years.

15       Q    Okay.  My question is was your

16   daughter's father involved at all -- if you

17   know -- in the family court proceedings?

18       A    He was involved in everything that led

19   up to it, but he was not involved at all after.

20   In -- let's say with the family court thing, I

21   don't recall them ever showing me anything or

22   saying they attempted to contact him, but that's

23   the only thing I've seen having to do with him.

24       Q    Is it fair to say that -- by the way,

25   what's you daughter's father's name?

54

1                    LATOYA NEWKIRK

2      A     Tahim Denye Prince Graham.  Whichever

3   one he goes by.

4                 MR. EGAN:  Do you want to spell

5            that?  Do you know it?

6                 THE WITNESS:  I could try.

7                 MR. EGAN:  Phonetic works.

8                 MR. MITCHELL:  That's okay.

9      Q     Is it fair to say that Mr. Graham was

10  not considered as an alternative person to have

11  your daughter placed with --

12     A     Yes.

13     Q     -- when she was taken from you?

14     A     Yes.

15     Q     Okay.  In any event, when you were with

16  Mr. Abiola -- is that how you say it?

17     A     Yes.  I believe.

18     Q     Your daughter did not live with you

19  during that period of time.

20     A     No.

21     Q     Are you currently employed?

22     A     No.

23     Q     When was the last time you were

24  employed?

25     A     When I moved from over by Larry, I was

55

LATOYA NEWKIRK

1

2    working at the salon.  That would be the last

3    time.

4         Q    What was that salon?  What was the name

5    of that salon?

6         A    House of Essence.

7         Q    Where was that?

8         A    In Amityville, on 110.  I don't

9    remember the exact address.

10        Q    About how long did you work there?

11        A    I had worked there for a few months.

12        Q    All right.  Before that -- and then

13   about how much money did you make?  Whether it be

14   weekly or monthly.  Just a round number.

15        A    It wasn't good.  It was almost like an

16   intern-type position to be her assistant.

17        Q    Okay.

18        A    So I was working, but it wasn't like I

19   was getting a check.  Or it wasn't like that kind

20   of job.  I was training for it, but I moved.

21        Q    Okay.  You weren't paid at all during

22   the period of time when you worked there?

23        A    No, I was, but it was, like, tips from

24   washing and stuff like that.

25        Q    I understand.

56

1                    LATOYA NEWKIRK

2       A    I don't know how to calculate that

3    because, like I said, it was tips.  Nothing

4    solid.  Nothing as a solid rate for me.

5       Q    Okay.  Can you give me on an average

6    how much you got paid.

7       A    Do you mean like daily?  Weekly?

8       Q    Weekly.

9       A    If I did the four days, I might have

10   made a hundred -- a little over a hundred in tips

11   if I did four full days.

12      Q    As far as you know, that's all your

13   pay, essentially, was from tips?

14      A    Yes.

15      Q    Before working there, when was the last

16   time you worked before that?

17      A    I worked for Yellow Cab in Deer Park

18   before that.

19      Q    When was that?

20      A    I stopped working there in 2015.

21      Q    Okay.  When did you first start work

22   there?

23      A    Two-thousand -- end of 2013, 2014,

24   beginning, maybe.  I was working there for about

25   a year.

57

1                         LATOYA NEWKIRK

2        Q     What did you do?  What was your job

3   duty?

4        A     I was a taxi driver.

5        Q     Why did you stop working there in 2015?

6        A     I moved.

7        Q     Okay.  Where did you move to?

8        A     I don't remember.

9        Q     When you were working for Yellow Cab in

10  Deer Park, where did you live?

11       A     I -- oh, wait.  Okay.  I lived at the

12  house I was just telling you about on Wyandanch

13  on South 30th or South 31th Street.

14       Q     When you first starting working at

15  Yellow Cab, were you living in Wyandanch?

16       A     Yes.

17       Q     When you were driving for Yellow Cab,

18  did you have a driver's license?

19       A     Yes.

20       Q     Did there come a time that you had your

21  driver's license suspended?

22       A     Yes.

23       Q     Is that the reason you stopped working

24  at Yellow Cab?

25       A     I -- okay.  That wasn't -- no.  That

58

LATOYA NEWKIRK

1     wasn't the reason.  The -- what happened was I

2     stopped working because I moved.  I attempt -- I

3     attempted to go back.  I went back for a day, and

4     that's when I found out about my license.  And

5     because it was so far away to me at the time, it

6     wasn't worth it to fix my license and keep

7     working because I didn't even think that I would

8     be able to consistently go back to work.

9     Q     Do you know why your license was

10    suspended?

11    A     No.  They -- at that time, I don't

12    remember why.  I knew I had a job driving, so it

13    wasn't something I would have, like, just

14    ignored.  So I didn't -- it might have been, I

15    guess, maybe related to a ticket.  So I don't

16    know.

17    Q     But did there come a time that you

18    learned that your license was suspended?

19    A     Yes.

20    Q     Were you ever charged with driving with

21    a suspended license?  Did you ever get a ticket

22    for that or get arrested for that?

23    A     Yes.  At a point I did get a ticket.

24    Q     If you know, when you got the ticket,

59

                        LATOYA NEWKIRK

1

2    were you given a ticket to go to court?  Or were

3    you actually taken into custody?  Like, brought

4    down to the precinct.

5         A    No.  I was -- I was never arrested for

6    driving with a suspended license, so I would have

7    just gotten the ticket.

8         Q    Okay.  Do you remember when you got the

9    ticket?

10        A    No.

11        Q    Do you remember where you were when you

12   got the ticket?

13        A    No.

14        Q    Did there come a time that you went to

15   court for the ticket for the suspended license?

16        A    More than likely, yes.

17        Q    Was there ever a time that you didn't

18   go to court in relation to the ticket for the

19   suspended license?

20        A    Not that I recall.

21        Q    Okay.  Going back before the Yellow

22   Cab, when was the last time you worked before

23   that?

24        A    I'm not sure.

25        Q    Do you remember -- although you might

60

                              LATOYA NEWKIRK

1

2    not remember the times when you worked before

3    working for Yellow Cab, do you remember what you

4    did?  What your job was before Yellow Cab?

5        A    Yeah.  That's what I'm trying to

6    remember.  I can't -- I'm trying to remember the

7    order of my jobs.  What year.

8        Q    Okay.  If you don't recall, that's

9    fine.

10       A    I'm trying really hard to remember what

11   order.  What I was doing.

12       Q    That's okay.  If it comes to you while

13   we're talking, let me know.

14       A    Yeah.

15       Q    You mentioned that you had been

16   living -- on some situations you've been living

17   in a shelter; is that right?

18       A    Yes.

19       Q    Is it fair to say, is that through --

20   is that through Suffolk County social services?

21       A    Yes.

22       Q    If you can just give me a general idea

23   going back in time about how long you've been

24   receiving social services from Suffolk County.

25       A    Since I was 17.

61

                        LATOYA NEWKIRK

1

2       Q     Okay.  Did some of that involve housing

3   assistance?

4       A     Yes.

5       Q     In other words, like, with the shelter.

6       A     Yes.

7       Q     Did you get any other type of

8   assistance?  Whether it be -- from social

9   services, whether it be any type of --

10            When you're at the shelter, do you

11  receive a payment to pay rent?  Or is that -- do

12  you just stay there and somehow it's taken care

13  of that you're not involved in?

14      A     Rent is paid directly to the shelter.

15      Q     Okay.

16      A     It doesn't pass through my hands.

17      Q     Okay.  Other than the housing

18  assistance, do you know if you received any other

19  type of assistance from social service?

20      A     Food stamps and public -- well public

21  assistance is, like, food stamps and maybe a cash

22  allotment.

23      Q     Okay.  Are you getting that now?

24      A     Yes.

25      Q     Have you been getting that essentially

62

1                      LATOYA NEWKIRK

2    since you were about 17?

3         A    Off and on.

4         Q    Off and on?

5         A    Yeah.

6         Q    Okay.  What's the highest level of

7    education you've achieved?

8         A    I got a GED.  I went to tech school.

9         Q    Where did you go do to tech school?

10        A    Wilson Tech in Dix Hills.

11        Q    Was that after you got the GED?

12        A    I got the GED in the middle of me being

13   in school.

14        Q    Did you get a -- with Wilson Tech, did

15   you get a certificate from there or anything?

16        A    I did.  I do not have it, but I did.

17        Q    What was it for?

18        A    Medical lab tech assisting.

19        Q    When did you go there?

20        A    Two-thousand -- I think it was 2006.

21   2005 to 2006 school year.  If I'm not mistaken,

22   that was it.

23        Q    You said you lived for a period of time

24   with this fellow, Mr. Abiola --

25        A    Yeah.

63

1                         LATOYA NEWKIRK

2        Q     -- in Farmingdale.  When did you first

3    meet him?

4        A     Possibly 2010, 2011-ish.

5        Q     Where did you meet him?

6        A     I don't -- I don't remember.  I

7    remember Larry from when I was young.  When I

8    first had my daughter, the house I moved into --

9    which was my daughter's father's family's

10   house -- Larry lived right around the corner, and

11   he was one of the guys from around there, but I

12   haven't seen him -- well, I hadn't seen him at

13   that time for a few years, and I don't remember

14   how I, like, got back to talking to him.  I don't

15   really remember.

16       Q     You lived with him sometime in 2015; is

17   that right?  Or 2016?

18       A     Two-thousand -- end of the year 2015

19   into 2016.  Those few months.

20       Q     If we focus on the Port Jefferson

21   shelter, do you know when you first went to the

22   Port Jefferson shelter?

23       A     I'm thinking -- if I recall correctly,

24   March of 2016.

25       Q     Okay.  If you look at the date of this

64

                    LATOYA NEWKIRK

1

2    event, the date of this event was March 16, 2017.

3    On that day, about how long had you been in the

4    Port Jefferson shelter?

5          A    About a year.

6          Q    So now we're going back to -- that

7    would be March of 2015; am I right?

8          A    No.  You said if it happened --

9          Q    Of 2016?

10         A    Yes.

11         Q    Forgive me.  And it was before that you

12   were with this fellow, Larry?

13         A    Yes.

14         Q    So sometime in '15, up until March

15   of -- when you went into the Port Jeff home in

16   March of '16?

17         A    Yes.

18         Q    Okay.  And between when -- you told me

19   you first -- I asked when did you first meet

20   Larry, and you said 2010.  Between then and when

21   you were living with him towards the end of 2015,

22   did you have contact with him?  During that --

23         A    Can you repeat that.

24         Q    Sure.  When you -- I asked you when you

25   first met him.  You said 2010, or around there.

1                    LATOYA NEWKIRK

2    Between then and when you moved in with him in

3    2015, did you have contact with him during that

4    period of time?

5         A    From 2010...

6         Q    To when you moved in with him.

7         A    Contact?

8         Q    Yes.

9         A    Yes.

10        Q    How often would you see him during that

11   period of time?

12        A    I don't know.  Not that often.

13        Q    Did you consider him a friend?  Or a

14   acquaintance?

15        A    Yeah.

16        Q    When you moved in with him -- was he

17   your boyfriend when you moved in with him?

18        A    No.

19        Q    Just a friend?

20        A    Yes.

21        Q    Was there any particular reason that

22   you moved in with him other than -- as opposed to

23   staying at a place that social service may have

24   provided?

25        A    Well there were several different

                          LATOYA NEWKIRK

1

2    things.  We were trying to help each other.

3    There was -- there was an apartment in his house

4    that was going to be available soon, so I was

5    trying to get that apartment.  And also he has a

6    daughter, and I was baby-sitting his daughter

7    because he had two jobs and the hours were weird.

8    So I was doing nannying for him.

9         Q    Do you know about how old Mr. Abiola

10   is?

11        A    My age.  He -- I believe he's 33.  32

12   or 33.

13        Q    Somewhere around your age?

14        A    Yeah.

15        Q    Ms. Newkirk, other than the lawsuit

16   that we're here for today, have you ever brought

17   a lawsuit against anybody?  Other than this one

18   today.  Have you ever sued anybody?

19        A    No.

20        Q    If you know, have you ever been sued by

21   anybody?

22        A    No.

23        Q    Lastly, have you ever been a witness in

24   a lawsuit where you didn't sue somebody but you

25   were involved in some way where you would be a

67

1                    LATOYA NEWKIRK

2     witness or had information about the lawsuit?

3          A     No.

4          Q     Now what I'm going to do, Ms. Newkirk,

5     is I'm going to ask you to direct your attention

6     to March 16 of 2017.  Okay?

7          A     Okay.

8          Q     I ask you, do you recall what is -- now

9     certainly you have --

10               Your complaint indicates there was a

11    time that you were stopped by the police on that

12    day; correct?

13         A     Yes.

14         Q     I want you to focus on times before

15    that.  Can you tell me where you were in the

16    morning of March 16, 2017.  Do you know where

17    you -- actually where you woke up that morning?

18         A     Yes.

19         Q     Where did you wake up?

20         A     In Port Jeff Station, at my house.

21         Q     Did there come a time that you left the

22    Port Jeff Station location?

23         A     Yes.  I don't remember exactly what

24    time it was.

25         Q     Okay.  Did there come a time that you

68

1                          LATOYA NEWKIRK

2    were in a vehicle with Larry Abiola?

3         A    Yes.  He picked me up.

4         Q    So when you say he picked you up, he

5    picked you up at your house there?  Or where you

6    were living in Port Jeff?

7         A    Yes.

8         Q    Forgive me.  Was that a house or an

9    apartment in Port Jeff?

10        A    Well that's Port Jeff Station.  That's

11   the shelter.

12        Q    Okay.

13        A    He picked me up from there.  It's a

14   house.

15        Q    Okay.  When Mr. Abiola picked you up at

16   that time, did you have custody of your daughter?

17        A    Yes.

18        Q    Okay.  At that time, about how old was

19   your daughter?

20        A    That was two years ago.  She was 14.

21   Yeah.  13, because it was March.  Her birthday

22   wasn't until August.  13.

23        Q    When Mr. Abiola picked you up, was your

24   daughter home?

25        A    No.

69

1                          LATOYA NEWKIRK

2        Q     Where was she?

3        A     She was in school.

4        Q     Okay.  When Mr. Abiola picked you up,

5   did you have an intention of going anywhere?

6        A     Yes.

7        Q     Where were you intending on going?

8        A     I was going to my stepmom's house in

9   Wyandanch.  On Irving Street.

10       Q     What is your stepmom's name?

11       A     Nicole Eaton.

12       Q     Is she married to your dad?  Is that

13   what makes her your stepmom?

14       A     No.  They were together for 14 years,

15   so she's my stepmom.

16       Q     Is she married to him?  Or you just

17   called her your stepmom?

18       A     No.  I just call her my stepmom.  They

19   were not married.

20       Q     What's your dad's name?

21       A     Marty Newkirk.

22       Q     Where does your dad live?

23       A     He passed away in July.

24       Q     Of this year?

25       A     Yes.

70

                            LATOYA NEWKIRK

1

2       Q    In March of 2017, was he living with

3   your stepmom?

4       A    Yes.  I believe.  Yes.

5       Q    At the Irving -- is it Irving Street?

6       A    Mm-hmm.

7       Q    At that address?

8       A    (The witness gestured.)

9       Q    Yes?

10      A    Yes.

11      Q    So when Mr. Abiola picked you up, your

12  intention was to go to your stepmom's house?

13      A    Yes.  We were stopping to eat breakfast

14  and going to her house.

15      Q    Did you stop and get breakfast?

16      A    Yes.

17      Q    Do you remember where?

18      A    Yes.  M&A Deli on Straight Path in

19  Wyandanch.

20      Q    After you got breakfast, did you leave

21  there?

22      A    Yes.

23      Q    When you left, did you get to your

24  stepmom's house?

25      A    No.

71

                        LATOYA NEWKIRK

1

2       Q    Did there come a time that you were

3    stopped by the police --

4       A    Yes.

5       Q    -- before you got to your stepmom's

6    house?

7       A    Yes.

8       Q    Between when you left the deli and you

9    got stopped by the police, did you go anywhere

10   else?

11      A    No.  The police were at the deli

12   entrance.  The exit.  Excuse me.  So we were

13   exiting.  They were right there.

14      Q    Okay.  So you didn't make any stops

15   between when you left the deli and when you got

16   stopped by the police.

17      A    No.

18      Q    Okay.  Do you recall what type of car

19   Mr. Abiola had?

20      A    He was using his brother's car that

21   day.

22      Q    Okay.

23      A    It was black.  It may have been a

24   Mitsubishi.  I'm not sure.  Not sure.

25      Q    Do you know the difference between a

72

                         LATOYA NEWKIRK

1

2   car we call a sedan or an SUV or a truck?  Do you

3   know if it was like what we call a sedan?

4        A    It's a -- I'm trying to remember how

5   many doors it had.  It was a regular sedan.

6        Q    Okay.  But you don't recall if it was

7   two doors or four doors?

8        A    Yeah, because doesn't that change the

9   name?  I was trying to make sure I was saying the

10  right thing.

11       Q    That's fine.  Are you familiar with

12  something they call an SUV?  Like --

13       A    Yes.

14       Q    -- a Ford Explorer?  Or a Chevy --

15       A    Yes.

16       Q    -- Suburban?  That's type of thing.

17       A    Yes.

18       Q    As opposed to what I'll call, say, a

19  Honda Accord or Chevy Malibu.  Like when you

20  drove a cab, what type of car did you drive?

21       A    It was an Ford Taurus, I believe.

22       Q    Or like a Ford Taurus.

23       A    Yes, I did.

24       Q    A Ford Taurus -- when I say a sedan,

25  that's --

73

                              LATOYA NEWKIRK

1

2       A    Right.

3       Q    -- really what I'm saying.

4       A    Yeah.

5       Q    Do you understand?  So we're talking

6    about the same thing?

7       A    Mm-hmm.

8       Q    Yes?

9       A    Yes.

10      Q    Okay.  Was Mr. Abiola's car, was it a

11   sedan?  Regardless of the make or model, was it a

12   car, like, a four-door sedan-type car?

13      A    Yes.

14      Q    Do you recall where you were when the

15   police stopped you?  What street you were on?

16      A    I was on Arlington.

17      Q    Where were you in the car?

18      A    In the passenger seat.

19      Q    Was Mr. Abiola driving, obviously?

20      A    Yes.

21      Q    You said it was his brother's car?

22      A    Yes.  I believe his car was in the shop

23   that day, and he had to get to work.  And their

24   shifts worked out so that he just used his car.

25      Q    You used some pronouns there.  When you

74

1                      LATOYA NEWKIRK

2    said you believe his car was in the shop, you

3    mean Mr. Abiola -- Larry Abiola's car?

4         A    Yes.

5         Q    So Larry Abiola used his brother's car?

6         A    Yes.

7         Q    Do you know what his brother's name is?

8         A    I don't remember.

9         Q    Okay.  When the police stopped you, you

10   recall being on Arlington.  Do you know if that's

11   Street or Avenue?

12        A    I believe it's Arlington Street.

13        Q    Before the police stopped you, the only

14   places you had been was at your home in Port

15   Jeff, right?

16        A    Mm-hmm.

17        Q    Yes?  And then the deli.  This is what

18   I'm doing.  I'm just focusing on the places you

19   went before the police stopped you.

20        A    I went from Port Jeff, and I stopped

21   somewhere with Larry before we went to M&A.

22        Q    Where did you stop with Larry before

23   you went to the deli?

24        A    I don't remember exactly the address.

25        Q    Do you recall what town it was?  In

                          LATOYA NEWKIRK

1

2    what hamlet?  In other words, was it still in

3    Port Jeff?  Was it in Wyandanch?

4         A    No.  We got to Wyandanch area.

5         Q    Okay.

6         A    And it was Wyandanch.

7         Q    Do you know what block it was on?

8         A    No.

9         Q    All right.

10        A    No.

11        Q    Why did you go to the house?

12        A    Me and Larry -- me and Larry stopped to

13   spend time together.

14        Q    Okay.  At the house?

15        A    Yes.

16        Q    In other words, when you say spend time

17   together, to have sex?

18        A    Not exactly.

19        Q    Okay.  What do you mean by spend time

20   together?

21        A    We -- we -- oh, my gosh.  We did some

22   stuff sexually.

23        Q    Was that inside the house?

24        A    No.

25        Q    Okay.  In the car?

76

1                    LATOYA NEWKIRK

2       A    Yeah.

3       Q    Okay.  And -- but were you in a

4  driveway of the house?  Were you in front of the

5  house?

6       A    We were in the driveway.  We pulled up

7  to someone's house and...

8       Q    Okay.  Did you know whose house it was?

9       A    No.

10      Q    Had you ever been to that house before?

11      A    No.  I told you, I don't hang out with

12  Larry that much.  I never...

13      Q    I understand that.  That's why I'm

14  asking.  Had you ever been to that house before?

15      A    I don't know whose house it was.

16      Q    Okay.

17      A    That's why I don't remember the block

18  or anything.

19      Q    I know you can't get inside Larry's

20  head, but let me just ask this question.  Did

21  Larry know whose house it was?

22                   MR. EGAN:  Objection to the form

23             of the question.

24      A    I'm going to assume yes.

25      Q    Okay.  When Larry -- when Larry went to

77

1                          LATOYA NEWKIRK

2     the house and pulled in the driveway, did you

3     find it odd that he was pulling into the driveway

4     of a house that you had never been before?

5          A    No.  He was comfortable, so I just -- I

6     didn't ask him any questions.  It was a friend or

7     people or something to that effect.

8          Q    Did you think you were just pulling

9     into the driveway of the house that you didn't

10    know whose house it was and Larry didn't know

11    whose house it was, either?

12         A    No.

13         Q    Did you believe -- although you may not

14    have had any basis or source, did you believe

15    that Larry knew whose house it was?

16         A    Yes.

17         Q    And you don't remember what street it

18    was on?

19         A    No.

20         Q    Did you get out of the car at any point

21    when you were in the driveway of the house?

22         A    No.

23         Q    What time of day was this?

24         A    It was right before we went to M&A.  It

25    was early in the morning.

78

1                         LATOYA NEWKIRK

2        Q     Okay.  Do you remember around what

3    time?

4        A     It would have had to be maybe

5    10 o'clock.  After 10.  Somewhere between 10 and

6    10:30.  Well, to be more specific, probably 10,

7    10:20.

8        Q     When you pulled in the driveway, were

9    there any other cars in the driveway?

10       A     Not directly in the driveway, no.

11       Q     Where were there cars?  When you say

12   not directly in the driveway, where were there

13   cars?

14       A     On the street.  Yeah.  On the street.

15       Q     What kind of house was it?

16       A     What do you mean?

17       Q     Was it a freestanding home?  Was it an

18   apartment complex?  Was it just, like, a regular

19   house?

20       A     No.  It was just a regular house.

21       Q     Do you know what a cape house is?  In

22   other words, a house with a slanted roof on it?

23       A     I believe.

24       Q     If not, it's okay.  I'm just asking.

25   All right.  Do you know high ranch house is?

1                  LATOYA NEWKIRK

2        A    Yes.

3        Q    Was it a high ranch house?

4        A    No.  This house was small.  It was very

5   humble looking.

6        Q    If you know, was anybody home?

7        A    Not sure.  Don't think so.

8        Q    Okay.

9        A    I didn't -- I didn't see movement.

10        Q    Okay.  You pulled in the driveway

11   because you and Larry were going to engage in

12   some form of sex?

13        A    We pulled into the driveway, actually,

14   just to -- we were catching up.  I hadn't seen

15   him in a long time.  Since I moved, as a matter

16   of fact.  I believe I haven't even seen him --

17   like, that was probably the first time I saw him

18   since I moved.

19        Q    Okay.  What I'm getting at is before

20   you pulled in the driveway, did you communicates

21   with him or did he communicate with you in any

22   way -- even if it was nonverbal -- that you were

23   pulling into the driveway for the purpose of

24   engaging in some kind of sex?

25                  MR. EGAN:  Object to the form of

80

```
 1                    LATOYA NEWKIRK

 2          the question.

 3     A    No.

 4     Q    So when you pulled into the driveway at

 5  that point -- when you pulled in the driveway, it

 6  wasn't specifically for you to engage in some

 7  form of sex?

 8     A    No.

 9     Q    It was, as you said, to catch up.

10     A    Yeah.  I didn't -- I didn't want to

11  have him sit in front of my stepmom's house

12  because I didn't want my dad to get the wrong

13  idea because he's a guy sitting there or

14  whatever.  I don't know.  I just felt like it was

15  kind of disrespectful to just bring him there and

16  just even sit there.  He didn't know my dad.  My

17  dad didn't know him.

18     Q    So instead, you decided that you wanted

19  to catch up, meaning you wanted to speak with him

20  about things in your life.  Is that fair to say?

21  Catch up?

22     A    Yeah.

23     Q    And so you decided that the place that

24  you would do that would be to pull into the

25  driveway of this house.
```

81

LATOYA NEWKIRK

1

2      A    I didn't decide that.  He was driving.

3   I didn't decide anything.

4      Q    Okay.  All right.  Did he say anything

5   before he pulled in the driveway?  Did he say,

6   you know what, let me pull over?  I'll stop in

7   this driveway?  Anything at all?

8      A    No.

9      Q    Okay.  You may not recall.  Do you

10  remember -- when you said you went for breakfast

11  at the deli, did you buy breakfast?  Or did you

12  go sit down at a table in the deli?  Or did you

13  just buy breakfast?

14     A    I bought breakfast, and I was bringing

15  it back to my stepmom's house.

16     Q    Okay.  Do you remember what you got?

17  Do you remember what you bought?

18     A    I got a breakfast sandwich.  Larry got

19  a breakfast sandwich, too, but they were

20  different.

21     Q    Focusing on when you were in the

22  driveway.  When you were in the car with Larry in

23  the driveway, did you use any drugs?

24     A    No.

25     Q    Did you smoke your marijuana?

82

1                          LATOYA NEWKIRK

2        A    No.

3        Q    From the time you left the house in

4   Port Jefferson up to the point we're at -- which

5   is the driveway and this house in Wyandanch --

6   did you use any drugs?

7        A    No.

8        Q    Did you smoke any marijuana?

9        A    No.

10       Q    When you were in the car with Larry,

11  you said you engaged in some form of sexual

12  contact; correct?

13       A    Yes.

14       Q    Did that involve you removing any parts

15  of your clothing?

16       A    No.

17       Q    What were your wearing that day?

18       A    Purple sweater, pink leggings that

19  had -- well the leggings had other colors on

20  them.

21       Q    Okay.

22       A    And -- yeah.

23       Q    Do you recall what you had on your

24  feet?

25       A    I might have had my -- I'm not a

83

                          LATOYA NEWKIRK

1

2   hundred percent sure right now.

3        Q    That's okay.  Do you know if you had

4   any form of socks on?

5        A    I believe so.

6        Q    Or stockings?  Do you remember?

7        A    Stockings, no.  Not with leggings.  I

8   believe I would have put socks on.  Yeah.

9        Q    Do you remember one way on the other

10  whether you did or did not have socks on?

11            Let me ask it this way.  In other

12  words, is it something you probably did have on,

13  you just don't remember exactly what socks --

14       A    Yeah.  Depending on what my footwear

15  is, yes.

16       Q    Okay.  Again, the footwear, you don't

17  have --

18       A    I don't remember.

19       Q    But you did have footwear?

20       A    Yes.  Yes.

21       Q    You mentioned you had a sweater.

22       A    Yes.

23       Q    Do you know if you had anything on

24  under the sweater?

25       A    A bra.

1                    LATOYA NEWKIRK

2      Q    Okay.  Did you have any type of jacket

3  or coat?

4      A    Yes.

5      Q    What type of jacket or coat did you

6  have on?

7      A    I had on this oversized Eddie Bauer

8  coat.

9      Q    Do you recall what it was made out of?

10      A    Not sure.  It had the stuff with the

11  feather insulation, I believe.

12      Q    Meaning the down?

13      A    Yeah.

14      Q    Do you know if it was made out of

15  leather?

16      A    No.  It wasn't made out of leather.

17      Q    Was it a -- I'll use, was it a winter

18  coat?

19      A    Yes.

20      Q    Do you remember what color it was?

21      A    Black.

22      Q    You said it had down like a down

23  interior.  Was it puffy?  Like was it soft, like,

24  if you pushed on it?

25      A    Not -- it is, but I'm sure -- I'm not

                         LATOYA NEWKIRK

1

2    exactly sure how to describe it.

3        Q    Okay.  When you were in the driveway,

4    did you have the coat on?

5        A    I do not remember.  I don't -- I don't

6    remember if I had it on when I was in the car or

7    the driveway.

8        Q    Did you have anything on your head?

9    Any type of head wear?

10       A    No.

11       Q    Where you wearing glasses at all?

12       A    No.

13       Q    Okay.  Do you recall how Larry was

14   dressed?

15       A    No.

16       Q    You don't remember one way or the

17   other?

18       A    No.

19       Q    All right.  Did you have underwear on?

20       A    Yes.

21       Q    Okay.  Now when you were in the

22   driveway, did you remove any of Larry's -- any

23   portion of Larry's clothing?

24       A    No.

25       Q    So when you were in the driveway, when

86

LATOYA NEWKIRK

1

2    you said to me earlier that you engaged in some

3    form of sex, tell me what you did with Larry that

4    you answered in that fashion.  What did you do?

5         A    We had oral sex.

6         Q    Okay.  Did you perform oral sex on

7    Larry?

8         A    Yes.

9         Q    Okay.  Did you unzip his pants?  Did

10   you take his pants down?  How did that happen?

11        A    I didn't have to do either, or.  I --

12   he had a waistband --

13        Q    Okay.

14        A    -- not a zipper.

15        Q    Okay.  So in some way you were able to

16   remove Larry's clothing.  When I say that, move

17   it enough so that you could perform oral sex on

18   Larry; is that right?

19        A    Yes.

20        Q    Do you know if he had some form of

21   sweatpants on or something?

22        A    I believe it was sweatpants.  I was

23   trying to think of the name of those other pants,

24   but I do believe it's sweatpants because there's

25   a waist -- a band.

87

```
1                        LATOYA NEWKIRK

2         Q    Okay.  Did Larry have underwear on?

3         A    Yes.

4         Q    Okay.  Do you recall if Larry was

5    wearing a shirt?  Or do you remember what type of

6    shirt he had on?

7         A    No.

8         Q    Do you know if he had any type of coat

9    on?

10        A    I don't remember.  He might have had a

11   coat on.

12        Q    Okay.  Lastly, do you know if Larry had

13   any head wear on?  Any type of hat or anything?

14        A    I don't believe he did.  I don't ever

15   remember seeing him in a hat.

16        Q    Before you performed oral sex on Larry,

17   did you kiss him?

18        A    Yes.

19        Q    Okay.

20        A    I -- I believe I did.

21        Q    Okay.  Did Larry ever put his hands on

22   you in any way?  Did he put his hand inside your

23   sweater?

24        A    I don't recall.

25        Q    Do you know if Larry ever put his hands
```

88

1                          LATOYA NEWKIRK

2     inside your bra?

3          A     I don't recall.

4          Q     You don't recall one way or the other?

5          A     No.

6          Q     Okay.  Do you have a recollection

7     whether you took you sweater off?

8          A     I didn't take anything off.  I didn't

9     take off any clothes.

10         Q     But you don't recall if Larry put his

11    hand under your sweater or under your bra.

12         A     I don't remember him touching me.

13         Q     Okay.

14         A     Yeah.  I -- just, like, I'm not one

15    hundred percent sure.

16         Q     Okay.  Meaning you're saying you're not

17    sure if he did that or not?

18         A     Yes.

19         Q     Okay.  Did Larry ever put his hands

20    inside your pants?

21         A     No.

22         Q     Okay.  Just for clarification, you're

23    not sure if he put his hand inside -- under your

24    shirt or in your bra.  You don't know if that

25    happened or not, but you have a distinct

89

1                    LATOYA NEWKIRK

2    recollection that he did not put his hands inside

3    your pants.

4         A    Yes.

5         Q    Now when you performed oral sex on

6    Larry, did Larry ejaculate?

7         A    Yes.

8         Q    Did he ejaculate in your mouth?

9         A    Yes.

10        Q    When he did that, did any of his

11   ejaculate, if you know, get on any portion of

12   your clothing?

13        A    No, it didn't.

14        Q    Did it get on any portion of you body?

15   Did it get on your face?  Did it get on your

16   chest?  Anything like that?

17        A    No.

18        Q    When he ejaculated in your mouth, did

19   you swallow it?

20        A    No.

21        Q    Okay.  As far as where the ejaculate

22   may have ended up, did it go on his body?

23        A    No.  I don't remember.

24        Q    Okay.  That's fine.

25                    MR. EGAN:  Let me give these

90

1                    LATOYA NEWKIRK

2          tissues to Ms. Newkirk.

3              MR. MITCHELL:  By the way,

4          Ms. Newkirk, if you want to take a

5          break at any time, you just let me

6          know.

7              THE WITNESS:  No.

8              MR. EGAN:  You want to take a

9          break?

10             THE WITNESS:  No.

11             MR. MITCHELL:  What time you got?

12             MR. EGAN:  10 after 12.

13             MR. MITCHELL:  Off the record.

14             (A discussion was held off the

15          record.)

16             MR. MITCHELL:  Back on the record.

17     Q    After performing oral sex on Larry, did

18 you stay -- at that point in the driveway of the

19 house, for how long did you stay there after

20 that?  In the driveway of the house.

21     A    Maybe -- maybe, like, five minutes.

22     Q    Okay.  At that time, on that day --

23 March 16, 2017 -- if you know, did Larry still

24 live at the place in Farmingdale where you had

25 lived with him earlier?

91

                              LATOYA NEWKIRK

1

2       A    Yes.

3       Q    Okay.  So if I'm -- forgive me, but

4  only because I think you told me, but I forgot.

5  Had you gone to the house where you parked in the

6  driveway before or after you had gone to the

7  deli?

8       A    Before.

9       Q    Okay.  Then when you left from the

10  house, you went to the deli?

11      A    Yes.

12      Q    Okay.  If I'm correct, again, neither

13  you nor Larry got out of the car when you were

14  there in the driveway of the house; is that

15  right?

16      A    I don't believe we did.

17      Q    If you know, did anybody from the house

18  ever come out to the car to speak with either you

19  or Larry?

20      A    No.

21      Q    From the time that you left the

22  driveway at the house, did you go straight to the

23  deli?  Or did you stop anywhere between the house

24  and the deli?

25      A    I went to the deli.  Straight to the

92

1                    LATOYA NEWKIRK

2    deli.

3         Q    Okay.  The clothing you were wearing

4    that day, do you still have that clothing?

5         A    No.  The sweater just got thrown out of

6    evidence, and I do still have the leggings.

7         Q    Okay.  Did you ever provide the

8    leggings to any law enforcement agency?

9         A    No.

10        Q    Did you ever give them your sweater?

11        A    Yes.

12        Q    Did you ever give them your bra?

13        A    No.

14        Q    Did you ever give them the coat that

15   you described to me?

16        A    No.

17        Q    Okay.  Did they ever ask you for those

18   items?  In other words, did they -- did any law

19   enforcement agency ever ask you for the leggings?

20   Do you recall if they ever asked you for those?

21        A    I don't believe they did.  I'd have

22   given them, so...

23        Q    I understand that.  Did they ever ask

24   you for your bra?

25                    MR. EGAN:  Objection to the form

93

```
 1                         LATOYA NEWKIRK

 2              of the question.  Brian, you want to

 3              clarify what --

 4                   MR. MITCHELL:  Well, any law

 5              enforcement agency because I'm not up

 6              to that yet.

 7         Q    Did any law enforcement agency ever

 8    request that you give them you bra?

 9         A    No.

10         Q    Did any law enforcement agency ever

11    request that you give them the coat you described

12    to me?  The one with the down.  The down --

13         A    No.

14         Q    -- winter coat.

15              If you know, you said that a law

16    enforcement agency did come into possession of

17    your sweater; is that right?

18         A    Yes.

19         Q    Okay.  Did they specifically ask you to

20    provide them the sweater?  Or did you say here's

21    the sweater I was wearing?  You see the

22    distinction?  Did you provide it to them?

23         A    I don't --

24                   MR. EGAN:  Object to the form of

25              the question.  You used the word they.
```

94

LATOYA NEWKIRK

1

2    Q   Did you provide your sweater to a law

3   enforcement agency at some point?  People from

4   law enforcement?

5    A   I did.  I just don't recall how it

6   happened.

7    Q   Okay.  Do you know if anybody from any

8   law enforcement agency -- whether it be a state

9   agency or the federal agency -- ever ask Larry to

10  provide any of the clothing to them that he was

11  wearing that day?

12    A   No.

13    Q   Okay.  You indicated that you left from

14  the driveway and you went to the deli; is that

15  right?  The driveway of that house.

16    A   Yes.

17    Q   And it was when you were coming out of

18  the deli that you were stopped by the police; is

19  that right?

20    A   Yes.

21    Q   When the police stopped you, if you

22  know, were they in a marked police car?

23    A   Yes.

24    Q   Did they put on lights to stop you?  Or

25  a siren?

95

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    Was it one or the other?  Could you

4   tell me.

5        A    I remember the lights.

6        Q    When the police put the lights on, did

7   Larry say anything to you?  Or did you say

8   anything to Larry?

9        A    I think I said to him, like, your

10  brother's car is good, right.

11       Q    Okay.  In other words, you guys were

12  aware that the police were trying to stop you.

13  Or at least you were aware that the police were

14  behind you.

15       A    Yeah.  When he pulled over, I asked

16  him.

17       Q    Okay.  Did he say anything to you,

18  like, oh, darn it.  The cops are behind me.  Or

19  looks like I might get a ticket.  Anything like

20  that?

21       A    No.  When we were...

22       Q    Go ahead.

23       A    When we were pulling out -- as I told

24  you, pulling out of the deli, the cops are right

25  there.

96

1                    LATOYA NEWKIRK

2        Q    Okay.

3        A    And I said they're going to stop

4   whoever comes out of here next.  And we were the

5   next ones out.

6        Q    Okay.  When you say the cops were right

7   there, you could see their car before they

8   stopped you?

9        A    Yes.  Two police cars.

10       Q    There were two police cars?

11       A    Yes.

12       Q    Okay.  They were both marked units?

13       A    Yes.

14       Q    Do you -- did you happen -- I know you

15   were stopped by one police car; correct?

16       A    Yes.

17       Q    When you were stopped by the one police

18   car, was it only that one police car?

19       A    Yes.

20       Q    Do you happen to know or did you happen

21   to observe anything about the other police car,

22   other than that it was a marked vehicle?  Were

23   you able to see a number on that car at all?

24       A    No.

25       Q    Okay.  Were you able to observe

97

```
1                         LATOYA NEWKIRK

2    whether -- how many there were?  How many police

3    officers might have been in that car?

4         A    No.

5         Q    Okay.  So do you recall anything about

6    the police officers that were in the other car?

7    Not the one that stopped you.

8         A    No.

9         Q    Okay.  When you say they were stopped

10   near the deli, were they parked in a parking lot

11   at all?

12        A    No.  Right outside of the parking lot.

13   They park on the street.

14        Q    Okay.  What was the name of the street

15   that the deli is on?

16        A    It's on Straight Path, but the

17   exit/entrance that we took where the parking is,

18   is in the back.  And that's -- that street is

19   called Jackson, I believe.  Jackson Street.

20        Q    And that's where the police cars would

21   have been?

22        A    Yes.

23        Q    Now you may not remember this, but when

24   you went into the deli, were the police cars

25   there?
```

98

                          LATOYA NEWKIRK

1

2      A    I don't think they were.

3      Q    Okay.

4      A    I don't -- I don't remember.  I don't

5  think that they were directly where they were

6  when we left, but they were in the area.

7      Q    Okay.

8      A    The deli is directly across the street

9  from the fire department.  There's always cop

10  cars just right in the vicinity.

11     Q    Okay.  Do you know about how long you

12  were in the deli?

13     A    Maybe -- maybe ten minutes, something

14  like that.  I'm not exactly sure.  I don't know.

15     Q    Is it fair to say you were in there for

16  about the time it would take for you to order the

17  breakfast, have the breakfast made, and then pay

18  for your food?

19     A    Yes.

20     Q    Nothing unusual happened in the deli

21  other --

22     A    No.

23     Q    -- than that?

24          Okay.  So when you came out of the

25  deli, you mentioned to me that you said to Larry

99

1                      LATOYA NEWKIRK

2    those cops are going to stop the next people that

3    come out of here; is that right?

4          A    Yes.

5          Q    Why did you say that to him?

6          A    Because that's what they do.  They sit

7    there and wait for somebody to get in their

8    vehicle and move, and then they pull them over.

9          Q    Okay.  Have they ever done that to you?

10         A    That specific day?  No.  I've seen them

11   do it to people while I was in the same parking

12   lot.

13         Q    Okay.  When was the last time before

14   the day -- before March 16, 2017, that you saw

15   that happen in that -- in relation to that

16   parking lot?

17         A    I mean, I'm not exactly sure of dates.

18   It's just a regular thing.  Everybody knows

19   that's what they're going to do.  They're sitting

20   there waiting for you, in your face, looking at

21   you, and you're going to get pulled over as soon

22   as you pull out.  There's nowhere else for you to

23   go but to go get pulled over.

24         Q    Okay.

25         A    It's just -- it's just something they

100

                              LATOYA NEWKIRK

1

2      do.  It's regular.  I don't remember a date

3      because it's just a regular, everyday occurrence.

4          Q    Do you know if anybody has ever made a

5      complaint about that to either the precinct or to

6      internal affairs?

7          A    Me, personally?  I don't know.

8          Q    Do you know if anybody did other than

9      you?

10         A    I don't -- I don't know.

11         Q    Okay.  So now you say you got pulled

12     over by the police, and they had lights on.  Do

13     you know if they had a siren on?

14         A    I don't recall if there was a siren.  I

15     think it was just the lights.

16         Q    Okay.  You said to Larry, your

17     brother's car is good, right?  Something like

18     that?

19         A    Yeah.

20         Q    What did Larry say to you when you said

21     that?

22         A    He said yeah, I don't understand, or

23     something to that effect.

24         Q    Did there come a time where Larry

25     actually stopped his car and pulled his car over?

101

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    All right.  Did he have to pull to the

4   side?  Or was he already sort of on the side of

5   the road?

6        A    He -- actually, when the lights came

7   on, he had to pull to the side because he -- he

8   made a wrong turn.  And that's why they pulled

9   him over on Arlington.  When we first saw them,

10  they were right next to the street we already had

11  to be on.  Instead of making a right, he made a

12  left, and that was when they turned the lights

13  on.  That's why he had to pull over.

14       Q    Okay.  When you say he made a wrong

15  turn, did he make a turn that violated the

16  vehicle and traffic law?  Like made a -- went

17  down a one-way --

18       A    No.

19       Q    -- street?  Or something like that?

20       A    No.

21       Q    Just went in the wrong direction?

22       A    The way that the deli is set up, yes.

23  When he leaves the back of it to get to my

24  stepmom's house, it's that street right there.

25  Just make a right.

102

1                    LATOYA NEWKIRK

2          Q    Okay.

3          A    And I don't know.  For whatever reason,

4     I guess -- I think -- I think I told him left as

5     I was looking down.  I meant right.  He made a

6     left.

7          Q    Okay.

8          A    And I look up and I'm, like, you gotta

9     turn around or whatever.

10         Q    Okay.

11         A    And I don't think he wanted to do a

12    U-turn right there.  And it didn't even -- it

13    wasn't necessary to make a U-turn.

14              The way that the blocks were set up,

15    all he would have had to do was just turn right

16    there on Straight Path, turn up Arlington, which

17    is where you know, we got pulled over at, and he

18    could have easily made it back to where we were

19    going without even making a U-turn.  Just go

20    around back there.

21         Q    So he never actually turned around

22    before he got pulled over.

23         A    No.

24         Q    He took the route you mentioned to me,

25    which got him onto Arlington.

103

```
 1                    LATOYA NEWKIRK

 2        A    Yes.

 3        Q    And then you got pulled over.

 4        A    Yeah.  He went -- he took the route

 5   from Irving, went up Straight Path.  Next block

 6   is Arlington.  He could have -- like I said,

 7   could have just went up the other way.  When I

 8   said he turned, that turn was on Straight Path

 9   because he had to turn on Straight Path to get to

10   Arlington.

11        Q    Okay.  Now when the police -- actually,

12   when the police pulled you over and Larry

13   actually brought the car to a stop, at that point

14   did the police get out of their vehicle?

15        A    Yes.

16        Q    Okay.  Did either you or Larry get out

17   of your car at that point?

18        A    No.

19        Q    Okay.  Did the police come up to the

20   car?

21        A    Yes.

22        Q    All right.  Do you recall how many

23   police officers there were?

24        A    Two.

25        Q    All right.  Did you come to learn that
```

104

1                          LATOYA NEWKIRK

2    one of the police officers is an officer named

3    McCoy?

4         A    Yes.

5         Q    Did you come to learn that one of the

6    officer's names is Pav?

7         A    Yes.

8         Q    Okay.  Before that time that we're at

9    right now where you're stopped on March 16 of

10   2017, had you ever met or known Officer McCoy

11   before that day?

12        A    No.  Not to my knowledge.

13        Q    Okay.  And had you ever met or known

14   Officer Pav on that day?

15        A    Not to my knowledge.

16        Q    So it's fair to say when they did

17   approach the car, you didn't know who either one

18   of them were?

19        A    Yes.  That's fair to say.

20        Q    You've come to learn what their names

21   are.

22        A    Yes.

23        Q    Okay.  What I'm going to do from this

24   point forward in the deposition, I'm going to

25   refer to the person that you've come to learn as

105

                              LATOYA NEWKIRK

1

2    Officer McCoy as Officer McCoy.  Okay?

3         A    Yes.

4         Q    And I'll refer to the person you've

5    come to learn as Officer Pav as Officer Pav.

6    Okay?

7         A    Yes.

8         Q    All right.  You mentioned that they

9    both got out of their car.  Did either come and

10   approach the car in some way?

11        A    Yes.  Officer McCoy came to my side.

12   Officer Pav went to Larry's side.

13        Q    All right.  Was your window up or down?

14        A    My window was up.

15        Q    If you know, was Larry's window up or

16   down?

17        A    I believe his was up, too.

18        Q    When Larry stopped -- pulled the car

19   over, did he turn the car off?

20        A    I think they told him to turn the car

21   off.

22        Q    Okay.  Again, do you believe Larry's

23   window was up when they told him to turn the car

24   off?

25        A    He might have rolled it down when he

106

                        LATOYA NEWKIRK

1

2    saw Officer Pav approaching.

3         Q    Okay.  The officer that approached your

4    side was Officer McCoy?

5         A    Yes.

6         Q    And the officer that approached the

7    driver's side was Officer Pav?

8         A    Yes.

9         Q    Okay.  Do you have a recollection --

10   focusing on Pav, do you have a recollection of

11   what Pav said to either Mr. Abiola or to yourself

12   at that point?

13        A    No.

14        Q    Okay.  Do you know if he spoke at all?

15        A    Yeah, he spoke.  He spoke to Larry.

16        Q    You just don't remember that the words

17   were.

18        A    No, because McCoy was talking to me.

19        Q    Can you tell me what it was that McCoy

20   said to you and what you said to McCoy?

21        A    He asked me for identification, and I

22   gave it to him.

23        Q    Okay.  Was your window down at this

24   point?

25        A    I rolled it down when I seen him

107

                         LATOYA NEWKIRK

1

2    approaching my side.

3         Q    Now when you say you rolled it down,

4    did you use the button?  Is it an automatic

5    window?

6         A    Yes.

7         Q    Okay.  If you know -- you may not --

8    was the car running at the time when you put the

9    window down?

10        A    I don't believe it was.

11        Q    Okay.  So then Officer McCoy -- go

12   ahead.  You were going to say something?

13        A    I'm not one hundred percent sure.  I

14   know all this stuff is changing within a few

15   seconds.  If I see a cop approaching my window

16   and he's obviously going to talk to me, I'm going

17   to roll the window down.  You know what I mean?

18   I'm not exactly sure.  Whether the car was off or

19   on within the first, I think, 60 seconds, I think

20   you can still roll the windows up or down.

21        Q    Yeah.  They still go up.

22        A    So I don't know exactly, but I do feel

23   like Officer Pav told him to cut the engine.

24        Q    Okay.  Tell me, when Officer McCoy came

25   to your side, do you recall whether he spoke to

108

                          LATOYA NEWKIRK

1

2    you first?  Or you spoke to him first?

3         A    He spoke to me first.

4         Q    Do you recall what he said to you?

5         A    He asked for my ID.

6         Q    Okay.  When he said that to you, what

7    did you do?

8         A    I reached in my bag and gave him my ID.

9         Q    All right.  When you say you gave him

10   your ID, what did you give to him?

11        A    I give him a benefit card.  I gave

12   him -- because it had a picture on it, and I

13   don't know where my driver's license was at the

14   time.  I don't know.

15        Q    Okay.

16        A    I might have left it at home.  It might

17   have been broken or lost or something.  I don't

18   know, but I just gave him what I had.

19        Q    All right.  What you had, you said, was

20   a benefit card?

21        A    Yes.

22        Q    And did you have any other form of

23   identification?

24        A    I don't -- I don't think so.

25        Q    Okay.  When you gave it to him, did you

109

1                          LATOYA NEWKIRK

2    give him -- was the card originally in a wallet

3    or something?  Or your purse in some fashion?

4         A    Yes, I believe so.

5         Q    And was it in a wallet?  Was it in

6    something where you slide it into?  Or was it

7    just in your purse?

8         A    It would have been in my wallet.

9         Q    Okay.  Do you know if you took it out?

10   Wherever it was, did you take it out and just

11   give McCoy only the card?

12        A    Yes.  I only gave him my identification

13   or something that identified me.

14        Q    All right.  Did he take it from you?

15        A    Yes.

16        Q    All right.  Other than that, did you

17   have any further conversation with McCoy while he

18   was at the window of the passenger side of the

19   car?

20        A    At that moment?

21        Q    At that moment.

22        A    No.

23        Q    Okay.  You mentioned to me that

24   Officer Pav was over on the driver's side.  Do

25   you have any recollection at that moment of what

110

                        LATOYA NEWKIRK

1

2   Officer Pav was saying to Larry or what Larry was

3   saying to Officer Pav, if at all?

4        A    I remember him asking for his license

5   and registration because I saw Larry reaching

6   around for it.  Like I said, it was his brother's

7   car, so he was, like, really looking for it.  He

8   didn't seem to know exactly where it was, but I

9   know he eventually got it.  I think he asked him

10  why he was stopped, and I don't remember the

11  response.

12       Q    Okay.  Was that happening about the

13  same time that you were giving your

14  identification to Officer McCoy?

15       A    Yes.

16       Q    Okay.  After you gave the

17  identification to Officer McCoy, what happened

18  then?

19       A    He ran my name and everything, and he

20  came back to the car and told me that I have

21  warrants and to step out of the car.

22       Q    Okay.  Let me stop you one second.

23  When you say he ran your information, did he go

24  back to the police car to do that?

25       A    Yes.

111

1                         LATOYA NEWKIRK

2        Q     Okay.  You may know, you may not.  When

3   Officer McCoy went back to the police car to run

4   your information, do you know what Officer Pav

5   was doing?

6        A     I don't know.  I thought that -- I

7   thought he was doing the same thing with Larry,

8   but I'm not -- I'm not sure.

9        Q     Okay.  In other words, you're not sure

10  if Pav went back to the car or if he remained up

11  by Larry, one way or the other.

12       A     No.  I remember at a point he did go

13  back to the car, but obviously they couldn't both

14  be running at the same time unless they have two

15  computers in there.  So I don't know exactly what

16  he was doing, but I do remember him leaving back

17  to his car.

18       Q     Okay.  Was there ever a time that we're

19  talking about right now that you were there with

20  Larry but the police -- neither of the police

21  officers were there?  In other words, maybe they

22  went back to their car.  Where you were with

23  Larry just by yourselves.

24       A     Yes.

25       Q     During that period of time, did you

112

1                    LATOYA NEWKIRK

2    have any conversation with Larry?

3         A    Larry said that he didn't know what

4    they pulled him over for.

5         Q    Okay.  Did you say anything to Larry?

6         A    I just agreed with him.  I was, like,

7    I -- I don't know, like...

8         Q    Okay.  At the time, did you have

9    marijuana in your purse?

10        A    Yes.

11        Q    Did you say anything to Larry at that

12   time about having marijuana in your purse?

13        A    No.

14        Q    You didn't say anything at all?

15        A    No.

16        Q    Okay.  Did there come a time that McCoy

17   came back to your side of the window?

18        A    Yes.

19        Q    That's when he mentioned to you that

20   you had warrants?

21        A    Yes.

22        Q    If you know, when McCoy came back to

23   your side of the window and told you that you had

24   warrants, do you know what Officer Pav was doing?

25        A    I remember -- I think Officer Pav came

113

                              LATOYA NEWKIRK

1    from around the car towards my side at that time.

2        Q    Do you know if Officer Pav went from

3    the police car to your side?  Or whether he had

4    gone back to where Larry was before coming to

5    your side?

6        A    I believe he went to Larry's side and

7    then over to where I was.

8        Q    Okay.  When he went back to Larry's

9    side, do you have any recollection one way or the

10   other what, if anything, Officer Pav said to

11   Larry or what, if anything, Larry said to

12   Officer Pav?

13       A    Officer Pav told Larry that he was good

14   to go at one point.

15       Q    Was that before he came around to your

16   side as you described?

17       A    Yes.

18       Q    Okay.  And then Pav came around to

19   where you were and where McCoy was?

20       A    Yes.

21       Q    Were you still seated in the vehicle?

22       A    No.

23       Q    Did there come a time that you got out

24   of the car?

114

                              LATOYA NEWKIRK

1

2        A    Yes.

3        Q    When did you get out of the car?

4        A    When Officer McCoy asked me to.

5        Q    Okay.  And when was it that he asked

6    you to get out of the car?

7        A    When he came back to the car and told

8    me that I have warrants.  And he asked me to step

9    out of the car.

10       Q    Okay.  When he told you that you had

11   warrants, you were still in the car when he told

12   you?

13       A    Yes.  I believe -- I believe I was

14   still in the car.

15       Q    Okay.  Did you say anything to him when

16   he told you that you had warrants?

17       A    Yes.  I was confused.  I told him, you

18   know, that can't be possible.  I don't have

19   anything going on with court.

20       Q    Okay.

21       A    You know, and I had a -- I don't

22   remember exactly what kind of paper it was, but I

23   had something in my purse where I'm like, no,

24   look.  I can't have warrants.  I was just at

25   court the other day, blah, blah, blah.  Or

115

                              LATOYA NEWKIRK

1    something to that effect.

2         Q    Okay.  Did you have retrieve something

3    from your purse?

4         A    Yes.

5         Q    This paper?  And it was your belief

6    that the paper, in some way, would indicate to

7    Officer McCoy that you didn't have warrants?

8         A    Yes.  I thought that it was a mistake.

9    Maybe they didn't update the system or maybe

10   the -- I didn't know.

11        Q    Did you know what the piece of paper

12   was?

13        A    It was -- I think it was something I

14   got from the window at the courthouse because I

15   thought I had -- I thought I had, like, fees and

16   maybe the fees didn't go through.  They might

17   have been, like, warrants.  So I tried to show

18   them no, you know.  I paid my fees.  It was

19   something to that effect.

20        Q    Do you still have the piece of paper?

21        A    No.

22        Q    Do you --

23        A    I --

24        Q    Go ahead.

116

                    LATOYA NEWKIRK

1

2      A    I don't think I have it.  I'm not sure.

3  I'm not even exactly one hundred percent sure

4  which one it was.

5      Q    I understand, but it was a piece of

6  paper from your pocketbook.

7      A    Yes.  Yes.

8      Q    Okay.  If you know, did you put the

9  piece of paper back in your pocketbook before you

10  left from that location?

11     A    Yes.

12     Q    Okay.

13              MR. MITCHELL:  We don't really

14              leave a blank here, but what I will

15              say, I'll ask counsel that if you still

16              have the piece of paper, to retain it

17              because I'm going to ask your lawyers

18              to ask you to give it to them to give

19              to me.  Okay?

20              THE WITNESS:  All right.

21     Q    When you showed the piece of paper to

22  Officer McCoy, did you know where Officer Pav was

23  at that time?

24     A    Not exactly.  I know that when I was

25  showing him the paper, that he was already done

117

LATOYA NEWKIRK

1

2    with Larry.  I just don't know his exact position

3    around the car.

4        Q    Okay.  When you showed the piece of

5    paper to Officer McCoy, were you out of the car

6    at the time?

7        A    No.

8        Q    Okay.  So in other words, Officer -- go

9    ahead.

10       A    My -- because I'm trying to remember

11   exactly.  My door was open.  I think it was at

12   the moment I was -- I might have been getting out

13   of the car when I showed him that.

14            Like I said, I was in the car when he

15   told me that I had warrants, and I was, like, no.

16   That can't be it.  I have a paper saying -- and

17   I'm reaching into my bag.  So yeah -- but I --

18   the car door was open at that point in

19   anticipation for me to get out.

20       Q    Okay.  Do you know if Officer McCoy

21   opened the door?  Or if you had opened the door?

22   Or did someone else open the door?

23       A    I think I opened it.

24       Q    Okay.  Where was your purse at the

25   time?

118

1                    LATOYA NEWKIRK

2      A    On the -- when they first pulled us

3  over, my purse was in the back seat, and when I

4  was asked for my identification, I pulled it up.

5  And it was sitting in between my feet on the

6  floor.

7      Q    Okay.  When it was in the back seat,

8  did you retrieve it by reaching over and getting

9  it?

10     A    Yeah.  Reach in the back and grab it.

11     Q    Let the record reflect the witness made

12  a turn to her left, made a reaching motion behind

13  her.

14          As opposed to getting out of the car,

15  opening up the back door, and taking it out, you

16  just reached around as you described.

17     A    Yes.

18     Q    When you got out of the car, you said

19  you got out of the car, you had the piece of

20  paper you thought indicated that you didn't have

21  a warrant.  What happened at that point?

22     A    I think he -- I'm not one hundred

23  percent sure, but I found out that that paper

24  wasn't -- it wasn't -- it didn't have anything to

25  do with what they said I had warrants for.

119

1                    LATOYA NEWKIRK

2      Q     Okay.  Who told you that it didn't have

3  anything do with what you had warrants for?

4      A     Officer McCoy.

5      Q     In other words, you showed him the

6  piece of paper.  You thought it may indicate that

7  you don't have warrants, and then McCoy -- in

8  some way -- told you no, this doesn't indicate

9  that you don't have warrants.

10     A     Yeah.  He said the system says that I

11  have warrants, and I think -- I forgot.  He said

12  it looks like it's been there for a while.

13     Q     Okay.  Did he say anything about what

14  the paper was?  Did he say no, sorry, this is,

15  and tell you what it was?

16     A     No.

17     Q     Okay.  What happened after that?  After

18  he told you that the paper did not indicate

19  anything about your warrants.  What happened

20  then?

21     A     I got out of the car.  Officer --

22  Officer Pav reached into the car and took my bag.

23  My purse.

24     Q     Okay.  Where were you when Officer Pav

25  reached into the car and took your purse?

120

1                    LATOYA NEWKIRK

2       A    I was right by the door.

3       Q    Of Larry's car?

4       A    Yes.  I was right by the door on the

5   side that I had gotten out of.  I just stepped

6   right to the side.  Officer McCoy is in front of

7   me.  Officer Pav came and reached in, grabbed my

8   purse, and I said -- I let him know that I didn't

9   give him permission to -- to search my purse or

10  even to go into the car.

11      Q    Okay.  Now at that point, was your back

12  to the car?

13      A    Yes.

14      Q    Would it be fair to say that your back

15  was to the part of the car that we'll call the

16  rear passenger door?  In other words, the

17  passenger door is where -- you were in the

18  passenger seat in the front, right?

19      A    Yes.

20      Q    And you open the door.

21      A    It's generally in that area.

22      Q    The area meaning just immediately --

23      A    What you just said.

24      Q    -- to the back?

25      A    Yeah.  The rear passenger door.

121

1                          LATOYA NEWKIRK

2          Q     Okay.  And you had your back towards

3     that part of the car.

4          A     Yes.

5          Q     And McCoy would have been standing in

6     front of you, facing the car.

7          A     Yes.

8          Q     And the Pav -- at some point -- went

9     into the passenger -- front passenger area where

10    you had been and retrieved your bag.

11         A     Yes.

12         Q     Okay.  After he retrieved your bag,

13    where did he go?  Where did Officer Pav go?

14         A     I am -- I don't recall if it was the

15    hood of Larry's car or the hood of the police

16    car, but he put it on the hood.  I don't remember

17    if I wrote that or not, but he put it on the hood

18    of one of the cars, and he went through my bag.

19         Q     Okay.  When that was occurring, where

20    were you?

21         A     I was still in the same place.  Right

22    before he got to where he was going, as I was

23    objecting, Officer McCoy put cuffs on me because

24    he didn't want me to -- quote, unquote -- try to

25    stop Pav from searching.

122

                         LATOYA NEWKIRK

1

2       Q     Okay.  Do you remember the exact words

3   that you said to Pav that were in objection?

4       A     Yes.  I told him that I didn't give him

5   permission to check my bag, and he's not supposed

6   to be in the car, and that that's illegal.

7       Q     Did he -- did Officer Pav say anything

8   back to you when you said that?

9       A     Yes, he said --

10      Q     What did he say?

11      A     He said that I'm going to the precinct,

12  and since I'm going to the precinct, all my stuff

13  has to go with me.

14      Q     Okay.  Did he say anything else to you?

15      A     No.  I told him I didn't want my -- I

16  told him I wanted my stuff left over there.  He's

17  like, no, this is yours.  It's coming.

18      Q     Okay.  At that time, were you aware

19  that there was marijuana in your bag?

20      A     Yeah.

21      Q     At that point in time did Mr. Abiola

22  say anything that you recall, one way or the

23  other?

24      A     He said that that's messed up.

25      Q     In other words, referring to

123

1                    LATOYA NEWKIRK

2    Officer Pav taking your bag?

3         A    Yeah.

4         Q    Did he -- if you know, when he said

5    that's messed up, you were at that spot outside

6    the car where you described?

7         A    Yes.

8         Q    Do you know if Mr. Abiola was saying

9    that to anybody in particular?  Or was he just

10   saying it out loud?  That's messed up.

11        A    He was saying -- he was saying it to

12   me.

13        Q    Okay.  At that point in time, was McCoy

14   still standing in front of you?

15        A    At what exact time?

16        Q    When Mr. Abiola said that's messed up.

17        A    Yes.

18        Q    Had you been handcuffed yet at that

19   point?

20        A    Yes.  I got handcuffed as soon as I

21   started objecting to what Officer Pav was doing.

22        Q    Okay.  Before you got handcuffed, did

23   Mr. Abiola say anything one way or the other that

24   you recall?

25        A    Before?

124

1                    LATOYA NEWKIRK

2        Q    Yes.

3        A    No.

4        Q    When Officer McCoy told you that you

5   had warrants, did you say anything to Mr. Abiola

6   about what Officer McCoy said?  Did you turn and

7   say they say I have warrants, or anything like

8   that?

9        A    No.

10       Q    Okay.  You mentioned that Officer Pav

11  took your bag to you believe it was the hood of

12  the police or the hood of Larry's car.  You're

13  not sure.

14       A    I don't recall right now exactly.

15       Q    At the point when you said something to

16  Pav about taking your bag -- the phrase you use

17  is that you objected -- Officer McCoy handcuffed

18  you at that point?

19       A    Yes.

20       Q    All right.  Did he speak words to you

21  when he handcuffed you?  Officer McCoy.

22       A    Yes.

23       Q    What did he say to you?

24       A    He -- he said that he was cuffing me

25  because he didn't want me interfering with what

1                         LATOYA NEWKIRK

2    Officer Pav was doing.

3         Q    Okay.  Do you remember, is that the

4    words he used?

5         A    I don't remember if it was the exact

6    words.

7         Q    Okay.  When he said it to you, can you

8    tell me what his demeanor was, what his tone was

9    when he said that to you.  Was he angry?  Was he

10   instructive?

11        A    He wasn't -- he went angry when he said

12   that.  I wasn't being angry with him, so I think

13   that that is why he wasn't angry.  He didn't --

14   he didn't have a certain tone or anything.

15        Q    Did he ask you to turn around to

16   handcuff you?

17        A    Yes.

18        Q    Did you turn around when he asked you

19   to?

20        A    Yes.  I didn't have to turn much

21   because he moved toward -- like I said, my back

22   is against the car.  He moved toward the side of

23   me, and he was just, like, grab my arm.  He says

24   turn around, and he just -- he put the cuffs on.

25        Q    When he put the cuffs on you, did you

1                         LATOYA NEWKIRK

2    just put your hands behind your back?  In other

3    words, did you pull your arm forward or anything?

4    Of you just let him put the cuffs on you?

5         A    No.  I just let him put the handcuffs

6    on.

7         Q    Okay.  At that point, you're still up

8    by Larry's car on the passenger side, but by the

9    rear passenger door.

10        A    Yes.

11        Q    And if you know, when Officer Pav put

12   the handcuffs on you, did he lock them in any

13   way?  You may not -- did he seem to take some

14   time when he put them on?  Do you have any

15   recollection of him locking them with a key at

16   all?

17        A    I have no clue what he was doing back

18   there.

19        Q    But in any event, you wound up with

20   having handcuffs where you --

21        A    Yes.

22        Q    -- were cuffed behind your back.

23        A    Excuse me.  Yes.

24        Q    Tell me what happened after you had the

25   handcuffs put on.

127

                              LATOYA NEWKIRK

1

2       A    I -- Officer Pav was searching my bag,

3   still look through it and everything.  While he

4   was doing that, Officer McCoy searched me.

5       Q    Where were you when Officer McCoy

6   searched you?

7       A    I was still in the same spot.  He

8   was...

9       Q    In other words, by Larry's car?

10      A    Yes.  He -- when it -- when the search

11  first started, I was -- excuse me.  I was by

12  Larry's car.  I don't remember at exactly which

13  point, but Larry left.  They told him he was good

14  to go.  Nothing was wrong.  They didn't give him

15  a ticket or anything.  Just leave.

16      Q    Okay.  Do you believe that Larry left

17  before Officer McCoy searched you?

18      A    I think Larry left at the time the

19  search started.

20      Q    When the search started, you were by

21  Larry's car?

22      A    Yes.

23      Q    So Larry would have driven away --

24      A    Mm-hmm.

25      Q    -- and then you would have been

128

1                    LATOYA NEWKIRK

2     standing in the area where Larry's car was; am I

3     right?

4          A     Mm-hmm.

5          Q     Yes?

6          A     They --

7          Q     You have to say yes or no to my

8     question.

9          A     I'm sorry.

10         Q     That's okay.

11         A     I'm not one hundred percent sure

12    exactly.  I know there was a point where

13    Officer McCoy pulled me over.  I'm not exactly

14    sure -- this all happened within a span of maybe

15    a minute, and, you know, with Larry leaving and

16    me moving over to the next car.  So, I mean, to

17    the -- excuse me.  To the police car.  So I'm not

18    exactly sure.

19         Q     I'm just asking about -- you mentioned

20    that you got handcuffed, and when you were

21    handcuffed, you were near Larry's car.  In that

22    area by the rear passenger door, right?

23         A     Yes.

24         Q     Okay.  And you said that you started to

25    get searched at that point.

129

1                          LATOYA NEWKIRK

2          A    Yes.

3          Q    And Larry's car was still there.

4          A    Yes.

5          Q    When you were -- when you started to

6    get searched, that was by Officer McCoy?

7          A    Yes.  Officer McCoy was the only person

8    that searched me.

9          Q    Okay.  At that point when you started

10   to get searched, can you tell me what

11   Officer McCoy did as part of that starting to

12   search you?

13         A    I remember he checked my coat pockets.

14   I don't remember exactly how he searched me.  I

15   remember my coat pockets, and I remember him

16   going into my bra.

17         Q    Okay.  This was when you were at the

18   area near Larry's car.

19         A    I think Larry pulled off before he

20   touched under my bra, but Larry was still on the

21   block, as he had to make a U-turn to leave.

22         Q    Okay.  You mentioned you had -- that he

23   searched your coat pockets.  Was that the black

24   down coat that you described?

25         A    Yes.

130

                            LATOYA NEWKIRK

1

2          Q     All right.  So is it fair to say that

3    Larry left as Officer McCoy was starting to do

4    this first search?

5          A     Yes.

6          Q     Okay.  Then you think -- or you say

7    that Larry made a U-turn.

8          A     Yes, because where we were, he

9    originally was trying to get to my stepmom's

10   house, which would have been, you know, just to

11   go straight and then make that right.  So now,

12   since I was getting arrested, he had no reason to

13   go in that direction anymore.

14         Q     Okay.

15         A     So he turned around to go home.

16         Q     All right.

17         A     Straight Path is a right-turn only

18   right there, so he sat there for quite a while

19   until he turned right.

20         Q     When you say sat there, sat where?

21         A     The corner of Arlington and Straight

22   Path.

23         Q     Okay.  So he left from the spot where

24   he got pulled over --

25         A     Yes.

131

1                    LATOYA NEWKIRK

2      Q    -- made a U-turn, went to the corner of

3  Arlington and Straight Path.

4      A    Yes.

5      Q    And your recollection is he remained at

6  that spot for a little while.

7      A    Yes.

8      Q    Okay.  Before he drove away from the

9  spot where he got pulled over, I think you said

10  to me at that point McCoy had only searched by

11  reaching in your pockets; is that correct?

12      A    Yes.  When he first pulled away, yes.

13  Just the pockets.

14      Q    So when he pulled away, McCoy had not

15  searched your bra yet when he pulled away.

16      A    I -- it's really hard to say exactly.

17  He could have been pulling away while, or he

18  could have been still right there.  I'm not one

19  hundred percent exactly with the -- with Larry

20  pulling away.

21      Q    Okay.  Now you mentioned to me about

22  McCoy reaching into your pockets, and then you

23  said McCoy somehow searched your bra.  Tell me

24  what McCoy did to search your bra.

25      A    He told me to -- he told me, like, lift

132

                         LATOYA NEWKIRK

1

2    and shake out my bra, and I couldn't, obviously,

3    because I was in cuffs.  And he said he'll do it.

4         Q    Okay.  Do you recall him actually

5    saying to you, okay, now lift and shake out your

6    bra?

7         A    Yes.

8         Q    And at the time, you were handcuffed

9    behind your back.

10        A    Yes.

11        Q    Okay.  Did you say anything to him?

12   When he said to you, okay, lift and shake out

13   your bra when you were handcuffed behind your

14   back, did you respond to that in any way?

15        A    I said I can't.

16        Q    Okay.  Do you remember exactly what you

17   said?

18        A    I can't.

19        Q    Then what did he say?

20        A    He said that he would do it.

21        Q    Okay.  At this point you're still in

22   the -- although Larry's car left, you're still

23   where you were by the back passenger door of

24   Larry's car.  In other words, you were still in

25   that same spot.  I understand the car is not

133

1                          LATOYA NEWKIRK

2    there anymore, but that's where you're still

3    standing; am I right?

4         A    I'm to the -- I think at that point it

5    was -- I was closer to the -- I started off on

6    Larry's back end of his car, and I ended up on

7    the front end of the police car.

8         Q    Okay.

9         A    Front passenger.

10        Q    The front passenger side of the police

11   car?

12        A    Yes.  Right in front of that door.

13        Q    Okay.  Now when you say the passenger

14   door, you mean the front passenger door of the

15   police car?

16        A    Yes.

17        Q    Okay.  Now -- and then so in other

18   words, there would be the front passenger door of

19   the police car.  Going towards the front of the

20   police car, the next would be the fender of --

21   the front fender of the police car, right?

22        A    Yes.

23        Q    Okay.  Going back -- the next thing

24   going back would be the rear passenger door; am I

25   right?

134

1                          LATOYA NEWKIRK

2        A    Yes.

3        Q    Then going back would be the rear

4    fender of the police car, right?

5        A    Yes.

6        Q    Okay.  So the police -- where you're

7    saying that you were was near the front passenger

8    door of the police car.  And somehow you had gone

9    from the point where you were where Larry's car

10   was when it was there, and I believe you

11   indicated that the officer searched your pockets

12   of your coat when you were near Larry's car.  Am

13   I right?

14       A    Yes.

15       Q    Then Larry's car left.  Am I right?

16       A    Mm-hmm.

17       Q    Then in some way, you were now back

18   towards where the police was.  Is that correct?

19       A    Yes.  Well, he pulled me over there.

20       Q    When you say he, who do you mean?

21       A    Officer McCoy.

22       Q    All right.  So do you know, when you

23   say he pulled you, did he put his hands on your

24   arm?  Your shoulder?  How did you get -- when you

25   say pulled, what do you mean by that?

135

                        LATOYA NEWKIRK

1

2        A    Like, grabbed my arm.  My upper arm.

3        Q    Let the record reflect the witness took

4   her right arm and reached over and grabbed the

5   back of the triceps area of her left arm.

6             And is it fair to say he took you from

7   the location by Larry's car and guided you back

8   to the location that you just described to me,

9   which was the front passenger area of the police

10  car; is that correct?

11       A    Yeah.  It was a few feet over.

12       Q    By that time, Larry had turned and made

13  the U-turn?

14       A    Yeah.  To get to Straight Path, yes.

15       Q    And you recall that he was still

16  waiting in some way by the corner of Arlington

17  and Straight Path; is that right?

18       A    I remember I looked down the street,

19  and I saw him sitting there.

20       Q    Okay.

21       A    I don't think that he necessarily was

22  just lurking around, but like I said, you could

23  only make a right turn off of there, so he was

24  probably sitting there for a bit.

25       Q    Okay.  When you use the phrase a bit,

136

                         LATOYA NEWKIRK

1

2    can you give me an estimate of what you mean.  Do

3    you mean several minutes?  Several seconds?

4        A    Probably a minute or two.

5        Q    Okay.  When you said you looked down,

6    what was the distance from where you were to

7    where the corner was where Larry's car was?

8    About how far was that?

9        A    The house I got pulled over in front

10   of -- well, we were pulled over in front of -- is

11   the first house in Arlington.  And there's a

12   business.  I don't know distances, but it's,

13   like, a little, small barbershop.

14       Q    Okay.

15       A    And that was the only thing in between

16   the corner and where I got pulled over at.

17       Q    Okay.

18       A    The barbershop and -- yeah.  It was --

19   I got pulled over, like, first house that's right

20   behind that barbershop.  So you could easily look

21   in a mirror and see.

22       Q    Okay.  Is the barbershop on the same

23   side of the street that you got pulled over?

24       A    Yes.

25       Q    Where Larry made a U-turn.  So Larry

137

LATOYA NEWKIRK

1

2    would now be on the other side of the street,

3    right?

4        A    Yes.

5        Q    Facing away from the direction that you

6    had been pulled over in, right?

7        A    Yes.

8        Q    On Larry's side of the street, was

9    there anything there that you recall?  Any type

10   of store?  Or any type of landmark?

11       A    Yes.  It was across the street from

12   Compare Foods.  So the area that it was in, there

13   was no cars or anything parked on that side.

14       Q    Okay.  But on Larry's side where he was

15   on the corner, is there any business there?  Or

16   any house?

17       A    That's what I'm saying.  Where he was

18   on the corner, there's a Compare Food there.

19   Like, it takes up from one side is one block, the

20   other side is the other block.  So it takes up

21   that whole space.

22       Q    Okay.

23       A    So it was pretty big and open.

24       Q    Okay.  You mentioned to me that

25   Officer McCoy grabbed you by the arm -- as you

138

LATOYA NEWKIRK

1

2      said -- and brought you back to that point by the

3      police car where you were by the passenger -- the

4      front passenger door of the police car.  And

5      you -- obviously you were handcuffed at that

6      time; correct?

7          A    Yes.

8          Q    At that time, do you recall where

9      Officer Pav was?

10         A    At the time -- are you talking about

11     while he was searching at that time?  Or --

12         Q    No.  Let me just clarify.

13         A    Yes.

14         Q    Earlier you said to me that McCoy

15     started to search you.

16         A    Yes.

17         Q    And you said that when he started to

18     search you, he reached -- he searched the pockets

19     of your coat, and then you said to me, then he

20     reached into your bra.  And I think what you told

21     me is that when he searched the pockets of your

22     coat, that Larry's car was still there and you

23     were by Larry's car.

24         A    Yes.

25         Q    Then you said that Larry drove away and

139

1                           LATOYA NEWKIRK

2     did a U-turn and that Officer McCoy brought you

3     back to an area by the police car where you were

4     by the front passenger door of the police car.

5     And I believe you indicated that that's when he

6     reached into your bra.

7               Is that correct?  If I'm wrong, that

8     what I thought you said.

9          A    No.  Yes.

10         Q    Okay.  At that point when Officer McCoy

11    had you at the front passenger side of the police

12    car and you say that he reached into your bra,

13    where was Officer Pav?

14         A    Officer Pav, at that point, had just

15    thrown my purse in the trunk and got into the

16    driver's seat.

17         Q    Okay.  When Officer Pav -- you say he

18    threw your purse into the trunk.  Did he actually

19    go to the back of the police car to do that?

20         A    Yes.

21         Q    Did he open the trunk?

22         A    Yes.

23         Q    When he was doing that, where were you?

24         A    In the same place with Officer McCoy in

25    front of me, searching me.

140

1                      LATOYA NEWKIRK

2        Q     Okay.  You told me that you were in

3    front of Larry's car at one point during

4    Officer McCoy's search, and that then you moved

5    to the front passenger side of the police car.

6        A     Mm-hmm.

7        Q     So there are a couple place where you

8    were.  So what I'm trying to find out is -- let

9    me do it this way.

10            When Officer McCoy started to search

11   you when you were near Larry's car -- by the back

12   passenger side of Larry's car -- when you said he

13   reached into your coat pockets, at that point,

14   where was Officer Pav?

15       A     When he -- when Larry's car was still

16   there?

17       Q     Yeah, and McCoy started to reach into

18   your pockets as you described.

19       A     See, that's what I can't remember.  I

20   can't remember which hood of the car he was on

21   when he was looking through my purse, but he was

22   looking through my purse.

23       Q     Okay.

24       A     I just don't remember if it was the

25   hood of the police car or if he threw it on top

141

LATOYA NEWKIRK

1

2    of Larry's car and start doing it.  I feel -- I'm

3    not exactly sure which -- where he was.

4         Q    Okay.

5         A    I know what he was doing.  I just don't

6    know where -- which car hood it was.

7         Q    Okay.

8         A    I don't know why I can't remember

9    exactly that.

10        Q    When Officer Pav went and put your

11   purse in the trunk, were you by Larry's car at

12   that point?  Or were you by the police car at

13   that point?

14        A    When he put my purse in the trunk,

15   Larry was already driven away, and I was by the

16   police car.

17        Q    Okay.  So when he put your purse in the

18   trunk -- forgive me.  So when Larry drove away,

19   Officer Pav was not seated in his police vehicle;

20   is that right?

21        A    I don't believe he was.

22        Q    Okay.  Then you said Officer Pav put

23   your purse in the trunk.  Do you have a distinct

24   recollection one way or the other where you were

25   when Officer Pav put your purse in the trunk?

142

                           LATOYA NEWKIRK

1

2        A    I was -- I was on the side of the

3   police car.  I believe I was still in the same

4   spot, making my way toward the back door that I

5   would have been getting placed in.

6        Q    Okay.  In other words, when Officer Pav

7   was putting your purse in the trunk, you were no

8   longer by the area where you were with Larry's

9   car.  You were no longer up there where Larry's

10  car was.

11       A    No.

12       Q    You had already been walked back by

13  McCoy to the front passenger door of the police

14  car; is that right?

15       A    Yes.

16       Q    Then you said at the front passenger of

17  the police car, McCoy reached into your bra; is

18  that right?

19       A    Yes.

20       Q    Okay.  Now you mentioned to me that

21  McCoy said to you I want you to pull out your bra

22  and shake your bra.  You said to him I can't

23  because I'm handcuffed.  And then what did he say

24  to you?

25       A    He said that he would do it.

143

1                        LATOYA NEWKIRK

2        Q    Okay.  Then what did McCoy do at that

3   point?

4        A    He -- he -- he unzipped my jacket the

5   rest of the way.  I think it was down most of the

6   way.

7        Q    You mean the black jacket that you had

8   on that you were talking about?

9        A    Yes.  He put his hand up my sweater.

10  He went to into my bra, and he was there for a

11  while.

12       Q    Okay.  Now when you say put his hands

13  in your bra, did he reach up from underneath your

14  bra and put his hands in?  Or did he come and

15  reach in from the top of your bra, down?

16       A    He came from underneath, if I'm not

17  mistaken, because I remember it felt like he was

18  actually, you know, pretending to shake out my

19  bra.

20       Q    Okay.  Then did he put his hands on

21  your breasts?

22       A    Yes.  He touched my nipples.  His hands

23  were cold.  I jumped, and he giggled.

24       Q    When he did that, where was

25  Officer Pav?

144

                           LATOYA NEWKIRK

1

2        A     Officer Pav was in the car at that

3    point already.

4        Q     So --

5        A     The driver's seat.

6        Q     Had Officer Pav already put your purse

7    in the trunk of the car?  The police car.

8        A     Yeah.

9        Q     When Officer Pav put the purse in the

10   trunk of the police car, where were you?

11       A     I was on the side of the police car.

12   On the passenger side.

13       Q     Okay.  So you had been moved back from

14   the spot where you were by Larry's car.  You were

15   now back by the spot -- by the front passenger

16   door of the police car.

17       A     No.  I was just on the passenger side

18   of the car.  I can't say exactly which door I was

19   in front of.

20       Q     Okay.  If I recall, earlier you told me

21   that Officer McCoy moved you from the back

22   passenger side of Larry's vehicle and moved you

23   back to -- and you described to me the front

24   passenger door of the police vehicle.

25       A     Mm-hmm.

145

LATOYA NEWKIRK

1

2     Q     Do you recall I asked you those

3  questions?

4     A     Yes.

5     Q     You told me that if you moved forward,

6  the next thing would be the front fender of the

7  police vehicle; correct?

8     A     Yes.

9     Q     All right.  Then from the point where

10  you were, if you went backwards, the next thing

11  would be the rear passenger door of the police

12  car, right?

13     A     Yes.

14     Q     And then behind that would be the rear

15  fender of the police car, right?

16     A     Yes.

17     Q     Okay.  When Officer McCoy put his hands

18  on your breasts as you described, you believe

19  that Officer Pav was inside the police vehicle?

20     A     Yes.  Yes.

21     Q     When he put your purse in the trunk,

22  you think you had already been moved from the

23  area by Larry's car to the area by the police

24  car.

25     A     Yes.

146

                        LATOYA NEWKIRK

1

2       Q    Okay.  Now after Officer McCoy -- well,

3   I should ask you, when Officer McCoy had his

4   hands under your shirt, it was a sweater;

5   correct?

6       A    Yes.

7       Q    Under your sweater.  Do you recall

8   about how long he had his hands under your

9   sweater as you described?

10      A    It felt like forever.  Not exactly

11  sure.

12      Q    I understand that.  Okay.  Can you give

13  me ay type of estimate at all.

14      A    Long enough to play with my nipples.

15  I'm not exactly sure.

16      Q    And you said -- you said something when

17  he did that, am I right?

18      A    I told him that his hands were cold.

19      Q    Did he say anything back to you at that

20  point?

21      A    I don't remember.

22      Q    Okay.  After he did that, tell me what

23  happened then.

24      A    I ended up letting Officer Pav know --

25  because he -- when he searched my bag, he didn't

147

                          LATOYA NEWKIRK

1

2    find anything.  I ended up letting him know he

3    missed it, and I didn't want him to walk into the

4    precinct with my stuff.  I didn't know if it was

5    against the law.  I didn't know if that would be

6    a whole new charge.  I didn't know.  So I let him

7    know you searched my bag and you missed it.  This

8    is where it's at in my bag.  He got it out of the

9    trunk.

10        Q    This is still at the scene?

11        A    Yes.

12        Q    Okay.

13        A    I didn't want him to pull off with it.

14   I didn't know if that was breaking a law.

15        Q    Let me ask you.  When you described for

16   me where you were -- when Officer McCoy searched

17   you as you described, when that occurred, were

18   you facing towards the police car?

19        A    Can you repeat that, please.

20        Q    Sure.  You described for me where you

21   were when Officer McCoy searched you, as you

22   described when he put his hand under your sweater

23   as you described.  At that point, were you facing

24   toward the police car?

25        A    When he put his hands up my shirt?

148

1                    LATOYA NEWKIRK

2        Q    Yes.

3        A    No.

4        Q    In which direction were you facing?

5        A    Back to the car.  For the most part, my

6   back was to the car.

7        Q    Okay.  So your back was towards the

8   police car?

9        A    Yes.

10       Q    So immediately behind you would have

11   been the front passenger door of the police car.

12       A    No.

13       Q    Okay.  Do you understand what I'm

14   talking about?  Because I don't want you to be --

15       A    I do understand.

16       Q    I want the record to be clear.

17       A    I do understand.  Everything took place

18   on the passenger side of the vehicle, give or

19   take a few feet.

20       Q    Right.  I'm just asking which direction

21   were you facing.

22       A    My back was directly to the passenger

23   side of the car.

24       Q    Okay.

25       A    So I was still facing -- well, it was a

149

1              LATOYA NEWKIRK

2   house right there.

3       Q    I understand that.  If you leaned back,

4   would your back come in contact with the police

5   car?

6       A    Yes.  It would come in contact.  Yes.

7       Q    All right.  So Officer McCoy would be

8   looking towards the police car.

9       A    Yes.

10      Q    Am I correct?

11      A    Yes.

12      Q    And you were handcuffed behind your

13  back; am I right?

14      A    Yes.

15      Q    Okay.  When Officer McCoy put his hands

16  under your sweater and did what you described, he

17  was facing you?

18      A    Yes.

19      Q    Okay.  It would be fair to say that

20  Officer Pav was in the police car, and your back

21  was towards Officer Pav; is that right?

22      A    At a certain angle.  I don't remember

23  at which point, but the door that I was

24  getting -- that I was to get into was already

25  opened.

150

1                      LATOYA NEWKIRK

2        Q    I understand.  I'm talking about when

3    Officer McCoy put his hands under your sweater

4    and did what you described to me.  I'm just

5    trying to clarify.  It seems to me that what

6    you're telling me is that your back was towards

7    the police car; is that correct?

8        A    It wasn't -- it was toward the police

9    car.

10        Q    And --

11        A    And if I leaned back, my back would

12    have come in contact with the police car.

13        Q    Okay.

14        A    But like I said, back passenger door

15    open, the way that I was, I was in such a

16    position that it was a clear line to

17    Officer Pav's vision.  If you could understand

18    what I'm saying, where he could see me from the

19    driver's seat.  That's the kind of position that

20    I was in.

21             It wasn't directly next to the

22    passenger seat because then he would just be

23    seeing directly my back.  No.  That's not how it

24    happened.  I was closer to the back passenger at

25    this point.

                                                              151

1                       LATOYA NEWKIRK

2        Q    When you say at this point, you mean

3   the point where you say that Officer McCoy put

4   his hands under your sweater?

5        A    Yes.

6        Q    Okay.  So when you told me earlier that

7   you were by the passenger front door of the

8   police car when he searched your bra, you were

9   not, at that point?  You were back by the rear

10  passenger door of the police car?

11       A    I was on the passenger side of the

12  police car, and, like I said, give or take a few

13  feet.  This is why I'm a little bit confused

14  about my placement, because we're talking about

15  within a few feet.  I just know that I was on the

16  passenger side of the car of -- well, both cars,

17  during this whole ordeal.

18       Q    Okay.  You mentioned to me that the

19  rear passenger door of the police car was open;

20  am I right?

21       A    Yes.

22       Q    Okay.  In relation to when you were at

23  the back of Larry's car when you said that

24  Officer McCoy started to search you to when you

25  got to the point where he put his hands under

152

LATOYA NEWKIRK

1

2    your sweater, at what point did the rear

3    passenger door of the police car get opened?

4        A    I have no idea.  I have no idea when it

5    got opened.  I have no idea who opened it.  I

6    have no idea.

7        Q    You anticipated my next question, which

8    was do you know who opened that back door?

9        A    No idea.  I just don't recall.  And I

10   don't feel -- I don't feel as though it was McCoy

11   because McCoy was busy.

12       Q    Meaning he was searching you?

13       A    Searching in quotes.

14       Q    When you say that you don't feel it was

15   McCoy, do you believe -- based on your perception

16   at the time -- that it was Pav that opened the

17   rear passenger door?

18       A    Yes.

19       Q    Okay.  Because you don't think it was

20   McCoy; am I right?

21       A    Yes.  McCoy never left from being in

22   front of me, so I don't think that it was

23   possible for it to have been him.  For him to

24   even go and reach around to open the door, he's

25   right in front of me.  Like, it's not something I

153

1                     LATOYA NEWKIRK

2    could have missed.  And like I said, besides, his

3    hands were busy.

4         Q    Okay.  When the door was opened,

5    regardless of who opened it, do you recall where

6    you were when the door was opened?

7         A    No.  I just recall, like, noticing that

8    the door is open.

9         Q    Okay.  Now going back to when Officer

10   McCoy actually put his hands under your sweater,

11   you believe at that time that Officer Pav was in

12   the driver's side of the car -- was in the

13   driver's seat of the car.

14        A    Yes.

15        Q    Okay.  And regardless of where you

16   actually were, you believe that you were facing

17   away from the police car; am I correct?

18        A    At an angle.

19        Q    Okay.

20        A    Yes.

21        Q    When you say at an angle, if we use the

22   police car as a reference -- and I want you to --

23   and if you're standing on the passenger side of

24   the police car -- and I know you told me your

25   back's to the police car, but I think you're

154

                          LATOYA NEWKIRK

1

2    saying at an angle.

3            Would your angle be looking at an angle

4    where you would be looking more towards the back

5    of the police car?  Or an angle where you would

6    be looking toward the front of the police car?

7    Do you understand my question?

8        A    Yes.  It was more towards the front.

9        Q    Okay.  When you -- at that time in that

10   position you described, were you -- if we focus

11   on the rear passenger door being open, were you

12   on the side of the rear passenger door towards

13   the back of the car?  Or were you on the side of

14   the rear passenger door towards the front of the

15   car?

16       A    I -- I feel like I was directly in

17   front of it.  The door is open.  I'm standing

18   right here.  I don't understand if that's back or

19   the front.

20       Q    That's okay.  When you were standing in

21   the position where you were and you were -- and I

22   know you said your back was to the car, and I

23   appreciate you said it was at an angle.

24            In that position if you reached your

25   hand out to touch the open door, which hand would

155

```
 1                    LATOYA NEWKIRK

 2   you use?  Your left hand?  Or your right hand?

 3        A    The left.

 4        Q    So you were -- fair to say -- on the

 5   side of the open door -- the rear passenger door

 6   is open, and you were on the side of it towards

 7   the back of the car.  That would be the side you

 8   were on.

 9                    MR. EGAN:  Objection to the form

10              of the question.

11        A    Yeah.  That doesn't sound --

12        Q    Okay.  Then I'll just withdraw it.

13              In any event the position where you

14   were standing, to touch that rear passenger door,

15   you would have to put out your left hand;

16   correct?

17        A    Yes.

18        Q    Let me ask it this way.

19                    MR. EGAN:  Objection to the form

20              of the question.  You're -- the rear

21              passenger door?

22                    MR. MITCHELL:  The rear passenger

23              door.  She's told me the rear passenger

24              door to the police vehicle was open.

25        Q    Is that right?
```

156

1                          LATOYA NEWKIRK

2          A     Yes.

3          Q     So I'm asking if she was to touch the

4     rear passenger door -- if you were going to go

5     out and touch it, would you touch it with your

6     right hand or your left?  I think you said left.

7          A     The left.

8          Q     That would be consistent with being in

9     a position where your back is to the police car;

10    am I right?

11         A     Mm-hmm.

12         Q     You have to say yes or no.

13         A     I'm sorry.

14         Q     That's okay.

15         A     Yes.

16         Q     Okay.  And the door is open, and if you

17    reached out with your left hand, that's where the

18    door was.  If you had -- if you sat down, you

19    would wind up sitting back down into the rear

20    passenger seat of the car; is that fair to say?

21         A     At the angle I was at, if I had just

22    sat directly in that position, I would have fell

23    and hit the back tire.

24         Q     So at that point, the angle you're

25    describing was that your back is more --

157

1                    LATOYA NEWKIRK

2       A     It was like a 45-degree angle, if you

3    want to be specific.

4       Q     Yeah.  So then the way you were facing,

5    as you said earlier, was more towards the front

6    of the car --

7       A     Yeah.

8       Q     -- not towards the back, and you would

9    have been more towards -- looking towards the

10   open back passenger door; is that right?

11      A     I'm not sure.

12      Q     Okay.

13      A     I'm not sure because I'm not sure if

14   I'm understanding what you're --

15      Q     That's fine.

16      A     -- describing.

17      Q     That's fine.  What you said to me is

18   that if you sat down, your behind would come on

19   the ground.

20      A     Yes.

21      Q     And your behind would come on the

22   ground towards the back of the car, towards the

23   back wheel.

24      A     Yeah.

25      Q     And so --

158

                              LATOYA NEWKIRK

1

2       A    I wasn't sitting in such a way that --

3    like, the door's right here, and if I just sit,

4    I'm in the car.  I wasn't sitting in that kind of

5    way.

6       Q    Okay.  If you did fall and your behind

7    came on the ground, you would be looking at the

8    open --

9       A    Inside of the door.  The open inside

10   rear of the door.  Excuse me.  I'm sorry.

11      Q    That's fine.  When you were standing --

12   I appreciate you didn't fall on your behind.

13   When you were standing, was there anything

14   between you and the inside of the rear passenger

15   door of the police vehicle?

16      A    No.  No, because it wouldn't have had

17   to have been anything in between.

18      Q    At that point was Officer McCoy behind

19   you?

20      A    No.  Officer McCoy was in front of me.

21   At the angle I was at -- I wish I could draw a

22   picture.  At the angle I was at, at the door, I'm

23   right here with the door --

24           Like I said, the door's open.  I'm

25   right here.  He wouldn't have to be in between

159

                         LATOYA NEWKIRK

1

2    the door.  I wasn't that close --

3         Q    Okay.

4         A    -- to the inside panel of the door.  I

5    feel like I'm not describing it.

6         Q    No.  I understand what you're saying.

7         A    Okay.

8         Q    In any event, Officer McCoy was in a

9    position where he was able to put his hands under

10   your sweater from in front of you.

11        A    Yes.

12        Q    Okay.  At that point, you believe that

13   Officer Pav was in the driver's seat of the

14   police vehicle.

15        A    Yes, he was.

16        Q    All right.  When that occurred, do you

17   recall where you were looking?  When Officer

18   McCoy put his hands under your sweater, as you

19   described, do you recall in which direction you

20   were looking?

21        A    I was looking at him.

22        Q    At Officer McCoy?

23        A    At Officer McCoy.

24        Q    Okay.  After Officer McCoy had his

25   hands under your sweater as you described, tell

160

1                      LATOYA NEWKIRK

2   me what happened after that.

3        A    Do you mean when he was done?  Or

4   during?

5        Q    Yes.  After he was done.

6        A    When he was done, he started zipping my

7   jacket back up, and I believe Officer Pav heard

8   the sound of that jacket zipping because it's

9   loud and it's big, and he said, oh, we could

10  search her at the precinct.  Come on.

11       Q    And what was -- when you said he said,

12  you mean Officer Pav said --

13       A    Yes.

14       Q    -- we could search her at the precinct?

15       A    Yes.  Officer Pav said that to

16  Officer McCoy as he was zipping up my coat.

17       Q    Okay.  When he said that, did

18  Officer McCoy say anything to Officer Pav?

19       A    To him?  No.

20       Q    Okay.  Did he say anything to you?  Did

21  Officer McCoy say anything to you?

22       A    He told me to get into the car.

23       Q    All right.  Did you get into the car?

24       A    Yes.

25       Q    Did he have to assist you to get in the

161

1                     LATOYA NEWKIRK

2     car?

3          A     No.

4          Q     Okay.  You were still handcuffed behind

5     your back?

6          A     Yes.

7          Q     Did he then close the door?

8          A     Yes.

9          Q     Did McCoy get in the -- excuse me.  Did

10    he get in the front passenger seat?  Or did he

11    remain in the rear of the passenger compartment

12    of the car?

13         A     He got in the front passenger seat.

14         Q     You may recall this, you may not.  Did

15    Officer McCoy put a seatbelt on you when you were

16    in the back seat?

17         A     I -- you know what?  I don't recall.  I

18    don't know.

19               MR. MITCHELL:  Okay.  What time

20          you got, Brian?

21               MR. EGAN:  20 after 1.

22               MR. MITCHELL:  20 after 1?  We

23          were supposed to take a break.  We'll

24          take a break, then.

25               (A recess was taken at 1:18 p.m.)

162

```
 1                    LATOYA NEWKIRK

 2                    (Defendant's Exhibits C, D, and E

 3             were marked for identification.)

 4      Q     Ms. Newkirk, I think when we broke for

 5   lunch, we were at a point where you were in

 6   the -- you said you were put into the back seat

 7   of the police car at the scene on March 16 of

 8   2017.  Does that refresh your memory?

 9      A     Yes.

10      Q     When you -- were you taken from the

11   scene directly to the police station?

12      A     Yes.

13      Q     If you know, did the police station

14   that you arrived at, was it the First Precinct?

15      A     Yes.

16      Q     If you don't know, that's fine.  Was it

17   a police station in Babylon?  If you know.

18      A     Yes.

19      Q     On the way of the police station, did

20   you say anything to the officers at all?

21      A     I -- I started to have an anxiety

22   attack.  I asked them to roll down the window

23   because the wind helps.  Yeah.  And they rolled

24   the window down.

25      Q     Did you say anything else?
```