| LOCATION OF INITIAL INTERVIEW | DATE OF INTV. | TIME OF INTV. | | POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY |
|---|---|---|---|---|
| 1² PCT | 3/16/17 | 1550 | | *ACCREDITED LAW ENFORCEMENT AGENCY* |

| PRECINCT | COMMAND | TOUR | BLOTTER ENTRY |
|---|---|---|---|
| 120 | 120 | 8x4 | |

**PRISONER ACTIVITY LOG**
53-0392:: 0915
**PDCS-2032h**

**CHARGE(S)** WARRANT / UPM

**DISTRIBUTION:** WHITE – CENTRAL RECORDS  YELLOW – PRECINCT FILE
PINK – COMMAND OF DETENTION  GOLDENROD – COURT LIAISON

**PRISONER'S LAST NAME, FIRST, M.I.**
HARRIS, VICTORIA

**D.O.B.** 12/17/93  **SEX:** M ☐ F ☒  **RACE:** ( ) WHITE (✗) BLACK ( ) HISPANIC ( ) ASIAN ( ) AM INDIAN/ALASKAN NATIVE ( ) NATIVE HAW OTHER PAC ISLANDER ( ) UNK

**ADDRESS:** 1317 ACKERSON BLVD BAYSHORE

**DATE OF ARREST** 3/16/17  **TIME OF ARREST** 1540  **PLACE OF ARREST** C/O N. QUEENS / NEWARK LINO

**PRISONER BAILED? If yes, continue** ☐ YES ☒ NO  **BAIL AMOUNT** $  **APPEARANCE TICKET** #  **CASH BAIL RECEIPT** #

**VISIBLE PHYSICAL CONDITION UPON INITIAL INTERVIEW (indicate observable cuts, scrapes, bruises, signs of drug/alcohol impairment)**
Appears normal
No visible injuries

**PRISONER CLAIMS PAIN, INJURY OR ILLNESS … EXPLAIN DETAILS OF CLAIM**
"No"

**VISIBLE EMOTIONAL CONDITION**
Calm

**IS PRISONER ON MEDICATION?** ☐ YES ☒ NO  If yes, continue
PRESCRIPTION NUMBER _____
DOCTOR'S NAME _____
NAME OF PHARMACY _____
AMOUNT _____ EVERY _____ HOURS
(NOTE MEDICATION DISTRIBUTION IN PRISONER ACTIVITY SECTION)

**ARE PHOTOS, IN ADDITION TO MUG SHOTS, REQUIRED AS PER R&P CHAP18.1?** ☐ Y ☐ N  **PHOTOS TAKEN?** ☐ Y ☐ N  **PHOTOS TAKEN BY:** **DATE:**

**ARRESTING OFFICERS LAST NAME, FIRST, M.I. RANK/SHIELD/COMMAND (IF NOT 8CPD, LIST AGENCY)** RYAN / CLARKE  **PLATOON COMMANDER OR DESIGNEE PERFORMING INTERVIEW** MCCOBL SGT 1273 / 120/2

**PRISONER LODGED** ☒ YES ☐ NO  **CELL NO.** 10  **TIME** 2107  **VISIBLE PHYSICAL CONDITION WHEN LODGED** OK  **PROPERTY RECEIPT #** 45571  **LODGING OFFICERS INITIALS/SHIELD** Pda 175,101

---

**PRISONER ACTIVITY**

LIST ALL MOVEMENT OF PRISONER BOTH WITHIN AND OUTSIDE PRECINCT / COMMAND. INCLUDE TRANSPORTS TO HOSPITAL, COURT, INTERROGATIONS AND NOTE PHYSICAL CONDITION UPON RETURN. IF DIFFERENT UPON RETURN, SUBMIT I.C. TO EXPLAIN. IF PRISONER IS BAILED, LIST TIME & DATE ON APPROPRIATE LINE BELOW AND COMPLETE THE PRISONER BAILED BOX ABOVE. PRISONER INSPECTION VISITS ARE MADE AT INTERVALS NOT TO EXCEED 30 MINUTES APART.

| TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD | TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD |
|---|---|---|---|---|---|
| 1555 | Sitting USR | Po 6124 | 2245 | Sitting | Pda 175 |
| 1625 | Sitting | Po 6124 | 2315 | Standing | Pda 175 |
| 1640 | Searched | Po 6035 | 2315 | Sitting | PDA 112 |
| 1710 | Sitting | Po 6124 | 0015 | Lying | PDA 112 |
| 1740 | Property | Po 6124 | 0045 | Sitting | PDA 112 |
| 1800 | Sitting USR | Po 6150 | 0115 | Sitting | PDA 112 |
| 1830 | Sitting USR | Po 6150 | 145 | Standing | PDA 112 |
| 1902 | Given food | P.O.5480 | 0215 | Standing | PDA 112 |
| 2030 | 26 to 4th Pct | Po 6720 | 0245 | Sitting | PDA 112 |
| 2100 | 36 at 1st Pct | Po 6720 | 0315 | Sitting | PDA 134 |
| 2105 | Ik Intmd – ok | Sgt 1256 | 0345 | Sitting | PDA 134 |
| 2107 | Search lodged | Pda 125,101 | 0415 | Sitting | PDA 134 |
| 2115 | Sitting | Pda 175 | 0445 | Sitting / meal | 134/112 |
| 2145 | Sitting | Pda 175 | 0515 | Standing | PDA 134 |
| 2215 | Standing | Pda 175 | 0545 | Sitting | PDA 134 |

CHECK ✓ WHEN FUNCTION COMPLETED

WARRANTS CHECKED ☐
PHOTOS / FINGERPRINTS TAKEN (IF NECESSARY) ☐

**SUPERVISOR REVIEW** _____
(TO BE SIGNED UPON TERMINATION OF CUSTODY)

ARREST PACKAGE REVIEWED & APPROVED ☐
COURT INFORMATIONS SIGNED ☐