1

**RIVERA**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
LAYOTA NEWKIRK,

                          Plaintiff(s),

             -against-

COUTNY OF SUFFOLK, CHRISTOPHER A. MC COY, in his
official and individual capacities, and MARK PAV,
in his official and individual capacities,


                          Defendant(s).


- - - - - - - - - - - - - - - - - - - - - - - - - - x

                    100 Veterans Memorial Highway
                    Hauppauge, New York
                    March 11, 2020
                    9:44 a.m.




            DEPOSITION OF DELFINA RIVERA, a Non-Party
Witness to the Within Action, taken by Respective
Parties, pursuant to Federal Rules and Regulations,
and Agreement, held at the above-noted time and
place, before Lisa Conway, a Stenotype Reporter and
Notary Public within and for the State of New York.



                Enright Court Reporting     (631) 589-7788

```
 1
 2    A P P E A R A N C E S:
 3
 4
 5         EGAN & GOLDEN, LLP
                Attorneys for Plaintiff
 6              96 South Ocean Avenue
                Patchogue, New York 11772
 7         BY:  BRIAN T. EGAN, ESQ.
           BY:  CHRISTOPHER A. BIANCO
 8
 9
10
           MICHAEL J. BROWN, P.C.
11              Attorney for Plaintiff
                320 Carleton Avenue, Suite 2000
12              Central Islip, New York 11722
13
14
15         DENNIS M. BROWN
                Corporation Counsel
16              Attorney for Defendants
                100 Veterans Memorial Highway
17              Hauppauge, New York 11788
           BY:  BRIAN MITCHELL, Assistant County
18              Attorney
19
20
21
22
23    ALSO PRESENT:
24         Mark Pav
25
```

3

1

2                    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5     between the attorneys for the respective parties

6     herein, that filing, sealing and certification shall

7     be and the same are hereby waived.

8

9          IT IS FURTHER STIPULATED AND AGREED that all

10    objections, except as to form of the question, shall

11    be reserved to the time of the trial.

12

13         IT IS FURTHER STIPULATED AND AGREED that the

14    within deposition may be signed and sworn to before

15    any officer authorized to administer an oath, with

16    the same force and affect as if signed and sworn to

17    before the Court.

18

19

20

21

22

23

24

25

4

1

2      D E L F I N A   R I V E R A,   the Witness

3                herein, having first been duly sworn by the

4                Notary Public, was examined and testified

5                as follows:

6      EXAMINATION BY

7      MR. BROWN:

8          Q    State your name for the record, please.

9          A    Delfina Rivera.

10         Q    State your address for the record, please.

11                   MR. MITCHELL:  Your business address.

12         A    30 Yaphank Avenue, Yaphank, New York

13     11980.

14         Q    Officer Rivera, my name is Michael Brown.

15     I'm one of the attorneys for the Plaintiff in this

16     matter.  I'm going to be asking you a series of

17     questions.  There's just a few rules that apply.

18     Firstly, just wait until my question is finished

19     before you give a response so the court reporter can

20     take everything down.  All of the answers have to be

21     verbal, so a gesture of the hand can't be taken down

22     so you just have to verbalize every answer.  And

23     lastly, if you want to take a break at any time,

24     please let me know, but while there's an open,

25     pending question, just give us an answer before you

5

1                          DELFINA RIVERA

2      take a break, okay, if you want to speak to

3      Mr. Mitchell at any point?

4           A     Okay.

5           Q     Are you currently employed with the Suffolk

6      County Police Department?

7           A     Yes.

8           Q     Where are you assigned to?

9           A     Headquarters.

10          Q     When did you start with Suffolk County

11     Police Department?

12          A     2015.

13          Q     Where were you initially assigned?

14          A     First Precinct.

15          Q     How long were you in the academy for?

16          A     Seven months.

17          Q     When did you start that?

18          A     September.

19          Q     Of?

20          A     2015.

21          Q     All right.

22                When did you graduate the academy?

23          A     April.

24          Q     Of 2016?

25          A     Correct.

6

1                         DELFINA RIVERA

2       Q     You were first assigned, you said, to the

3  First Precinct?

4       A     Right.

5       Q     What were your responsibilities there?

6       A     A patrol officer.

7       Q     Did you work with a partner or by

8  yourself?

9       A     By myself.

10      Q     For how long did you work at the First

11 Precinct for?

12      A     Couple of months.

13      Q     When you say a couple of months, do you

14 remember when you were reassigned?

15      A     I know it was sometime in the summer, I was

16 transferred to headquarters.

17      Q     Of 2016?

18      A     I believe it was a couple -- yes.

19      Q     I just want to make sure we're

20 understanding.  So April of 2016 you graduated the

21 academy?

22      A     Yes.

23      Q     And you were in the First Precinct for a

24 few months?

25      A     Yes.

7

1                    DELFINA RIVERA

2        Q    So sometime in the summer of 2016 is when

3   you were reassigned to headquarters?

4        A    Yes, sometime after that.  I don't know

5   exactly if it was a year or a couple of months

6   afterwards.

7        Q    Let me go forward and maybe we can kind of

8   figure out the timetable.

9             The incident you're here for occurred on

10  March 16th of 2017.  At that point, were you still

11  assigned to the First Precinct?

12       A    Yes.

13       Q    Do you remember how far after the incident

14  that you're here for you were transferred, was it a

15  month after, six months after or something else?

16       A    I don't recall if it was a month -- a

17  couple of months after or the following year in the

18  summer.  I know it was in the summer.

19       Q    But the March 16, 2017 date, you were still

20  assigned to the First Precinct?

21       A    Correct.

22       Q    You don't know the date when you were

23  reassigned out of the First Precinct?

24       A    Correct.

25       Q    But you were reassigned to headquarters?

8

1                    DELFINA RIVERA

2       A    Correct.

3       Q    That is where you are currently employed

4    now?

5       A    Correct.

6       Q    What department or borough are you in in

7    headquarters?

8       A    Community relations borough.

9       Q    In the communications relations borough,

10   what is your responsibility or responsibilities?

11      A    I'm the community liaison officer of the

12   Fifth Precinct.

13      Q    What does that entail?

14      A    I'm the outreach officer with the

15   community.

16      Q    When you say outreach with the community,

17   just briefly describe what you do.

18      A    I go to civic meetings.  We do programs for

19   the youth.  We speak to the communities.  We join the

20   Madres Latinas meetings.  We do a lot of civic

21   meetings, association meetings, precinct community

22   meetings.  I do the police explorer's program.

23      Q    That's with the children?

24      A    Yes.

25      Q    How is it you got reassigned, did you

9

1                           DELFINA RIVERA

2    apply, is that a promotion or something else?

3         A    There was a position open at the Fifth

4    Precinct for the community liaison and I put in for

5    it.

6         Q    Did you have an interview for it?

7         A    I did.

8         Q    Since the time that you've been assigned to

9    the headquarters, you've been this community

10   relations liaison for the Fifth Precinct the entire

11   time?

12        A    Correct.

13        Q    So going back to the First Precinct, I

14   think you said you started in April of 2016?

15        A    Correct.

16        Q    The incident that we're here for is

17   March 16, 2017.  Do you recall if you were on duty on

18   that date?

19        A    Yes.

20        Q    What was your tour that day?

21        A    I believe it was 7:00 to 3:00.

22        Q    Before you came into this EBT, did you have

23   an opportunity to review any of your documents in

24   regards to that day?

25        A    I did.

1                    DELFINA RIVERA

2        Q     What did you have an opportunity to

3    review?

4        A     The FBI.

5        Q     Their report --

6        A     Their report.

7        Q     -- of their conversation with you?

8        A     Yes.

9        Q     Which was two pages; is that right?

10       A     Correct.

11       Q     Other than that, did you review anything

12   else?

13       A     No.

14       Q     Do you have a memo book?

15       A     I do.

16       Q     When you make searches of anybody, do you

17   note that in your memo book?

18       A     Yes.

19       Q     Did you have an opportunity to review your

20   memo book at any time, prior to coming in today?

21       A     Review it, no.

22       Q     Do you know if you made an entry in your

23   memo book in regards to this search?

24       A     I believe I did.

25       Q     Now, you indicated you thought you were

11

                        DELFINA RIVERA

1

2    working a 7:00 to 3:00 tour.  At some point in time,

3    did you get called to the precinct to do a search?

4         A    Yes.

5         Q    Do you recall what time that call came

6    in?

7         A    No.

8         Q    Do you recall who asked you to come to the

9    precinct?

10        A    Dispatch.

11        Q    What was the call?

12        A    To come into the precinct for a female

13   search.

14        Q    Is that something you've done before?

15        A    Yes.

16        Q    How many times do you think you've done

17   that, prior to this date of March 16, 2017?

18        A    Several times.

19        Q    Several meaning two, five, ten, twenty or

20   something else?

21        A    Probably ten.

22        Q    What would the reason be for you coming in

23   to do a search?

24        A    I was the closest vehicle to the

25   precinct.

12

1                    DELFINA RIVERA

2       Q    But, in other words, why would they call a

3  female in to do a search?

4       A    Because it was another female prisoner.

5       Q    What is your understanding of the rules and

6  procedures of the Suffolk County Police Department

7  when it comes to female searches?

8            MR. MITCHELL:  I object to the form.

9            You can answer.

10      A    Females are to search females.

11      Q    Do you know why females are to search

12  females?  Do you know why that is in place?

13      A    It's more because a male shouldn't be

14  touching a female.

15      Q    Why shouldn't a male be searching a

16  female?

17            MR. MITCHELL:  Object, but you can

18            answer.

19      A    It's the opposite sex.

20      Q    When you say search, what does a search

21  entail?  Tell us normally.  We'll get to this a

22  minute, but when you get called in, what is your

23  procedure?  What do you do?

24      A    I get the female.  I would take her to the

25  female cell, search the female and I'll take her back

```
 1                      DELFINA RIVERA

 2   to the room.

 3       Q    When you say "the room," what do you mean

 4   by "the room"?

 5       A    Or wherever was the processing room or

 6   wherever I picked up -- wherever I got the prisoner

 7   from.

 8       Q    When you say search, describe what you mean

 9   by search?  What does that entail?

10       A    The search will be checking the collar,

11   making sure there's nothing in the collar, asking the

12   prisoner to shake her bra without showing and check

13   the bottom portion, make sure there's nothing on

14   her.

15       Q    When you say bottom portion, what are you

16   referring to?

17       A    Making sure there's nothing on the legs,

18   nothing that she's hiding, her feet, her toes, she's

19   not hiding anything in between her toes.

20       Q    Anything else?

21       A    Then I'll take her back to the room.

22       Q    Correct me if I'm wrong, the search is the

23   collar area?

24       A    Hair, ears, mouth, underneath the tongue.

25       Q    So the hair, the ears, the mouth underneath
```

14

1                       DELFINA RIVERA

2    the tongue?

3        A    Yes.

4        Q    The collar area?

5        A    Yeah.

6             The arms, make sure there's nothing there,

7    the arms.

8        Q    Do you shake their bra or you have them

9    shake their bra?

10       A    They shake it.

11       Q    So your hands would not be at the bra at

12   any point in time?

13       A    No.

14       Q    When you say you have them shake their bra,

15   what exactly do you instruct them to do?

16       A    Just pick it up without showing me their

17   private part and just shake it like that

18   (indicating).

19       Q    You're indicating for the record that they

20   would grab the bottom portion of the bra?

21       A    Yeah.

22       Q    And pull it off their body forward?

23       A    Forward and then just shake it.

24       Q    Shake it?

25       A    Don't lift it up, just shake it.

15

1                    DELFINA RIVERA

2        Q    When you say don't lift it up, so that the

3    breast area is not exposed?

4        A    Correct.

5        Q    Do you tell them how long they should shake

6    it for?

7        A    No.

8        Q    The goal on them shaking that bottom

9    portion without revealing their breasts is what?

10       A    Make sure they have anything underneath

11   their bra, hiding anything underneath their bra.

12       Q    Okay.

13            Do you ask them to do anything with the top

14   portion of their bra.

15       A    No.

16       Q    Do you ask them to do anything with the

17   straps of the bra?

18       A    No.

19       Q    Then you also indicated under their arms.

20   So how do you check under their arms?

21       A    I would touch their arms.  I have gloves

22   on, so I would touch their underarms, make sure that

23   there's nothing in there.

24       Q    When you check under the arms, do you say

25   anything to them?

1                    DELFINA RIVERA

2        A    No.

3        Q    In other words, do you have them lift their

4   arms up?

5        A    Yes.

6        Q    So do you say anything?

7        A    I tell them to lift their arm.

8        Q    When you check underneath the arms, what

9   portion of your hand are you using?

10       A    My palm, this (indicating).

11       Q    You're indicating --

12       A    I'm sorry.  This (indicating).

13       Q    The top portion?

14       A    The top portion.

15       Q    Of the hand?

16       A    Yeah.

17       Q    Not the palm, but the top portion?

18       A    Yeah, top portion.

19            MR. MITCHELL:  Just for the record,

20            the back of your hand?

21            THE WITNESS:  Yes.

22            MR. MITCHELL:  Okay.  Go ahead.

23       Q    What do you do with the back of your hand?

24   What exactly do you do with it in regards to their

25   arms?

17

1                          DELFINA RIVERA

2         A    I just make sure that there's nothing

3    there, they're not hiding anything.

4         Q    How do you do that?

5         A    I just make --

6         Q    Just describe for us what you do.

7         A    I just make sure that there's nothing

8    hidden underneath, and I'll just make sure that I put

9    my hand just to make sure that there's nothing

10   pointy, that they're not hiding any syringes or

11   anything like it that.

12        Q    You're indicating you're taking the back of

13   your hand and rubbing it long their arms?

14        A    Yes.

15        Q    Is that the armpit area?

16        A    Yes.

17        Q    How far down, if at all?

18        A    That's it.

19        Q    Just the armpit?

20        A    Just the armpit.

21        Q    Other than the underarm area, you mentioned

22   also about the legs and toes and feet?

23        A    Yes.

24        Q    You also mentioned about the waist area?

25        A    Yeah.

18

1                          DELFINA RIVERA

2        Q    Tell me about the waist area.  What is the

3    way to search on the waist area?

4        A    I would just make sure that there's nothing

5    in the middle, in their pants seam on the top, make

6    sure that there's nothing there.

7        Q    How do you do that?

8        A    I would just check.

9        Q    When you say check, do you take your hands

10   and do anything with your hands?

11       A    Yes, I would touch the seam of the pants

12   with my hands and just make sure that there's nothing

13   hidden inside the seams (indicating).

14       Q    You're indicating around the entire area

15   the circumference, so to speak --

16       A    Yes.

17       Q    -- from front, back, side?

18       A    Yes.

19       Q    After you do the waistband, do you go

20   further below the waist area?

21       A    Yes, I'll check the ankles and the feet.

22       Q    I didn't hear the first part.

23       A    I'll check their ankles to see the ankles

24   of the pants, and I will also check their feet, tell

25   them to lift up their feet.  If they have socks on, I

19

1              DELFINA RIVERA

2    will tell them to take off their socks inside out and

3    not to shake.

4         Q    That's for the feet and the ankles?

5         A    Yes.  So, when it comes to the feet, I will

6    tell them to remove their socks without shaking it,

7    inside out.

8         Q    Are they cuffed at this point or

9    uncuffed?

10        A    Uncuffed.

11        Q    While doing the search, we're not talking

12   about this particular search, but just in general, is

13   there anyone supervising, watching you, assisting

14   in any way?

15        A    No.

16        Q    You're doing it by yourself?

17        A    For this search?  Any search?

18        Q    Normally how you search a female?

19        A    It will be by myself.

20        Q    Is it within the female cell?

21        A    Yes.

22        Q    Is the cell locked?

23        A    There's a door that we close.

24        Q    While you're doing this search, is that

25   door locked?

1                    DELFINA RIVERA

2        A     It's closed.

3        Q     But it's not locked?

4        A     No.

5        Q     Is there a way to close the door and it

6    remains unlocked versus it always being locked?

7        A     No, there's no way to lock the door.

8        Q     So this is a cell in the precinct?

9        A     Yes.

10       Q     The door that you can close doesn't have a

11   way to lock?

12       A     No, I don't believe it has a lock.

13       Q     You mentioned about the waistband and you

14   mentioned about the feet and ankles.  How about the

15   buttocks, the thighs, the hamstrings, the knees.  Any

16   other things you do in with regards to that area?

17       A     I would have to pat them just to make sure

18   that they don't have anything in their pants.

19       Q     Tell us how you do that.

20       A     That I would make sure, I'll just go down,

21   make sure that there's nothing that they have

22   (indicating).

23       Q     You're indicating with two hands and you

24   rub your two hands along their thigh and calf area?

25       A     Yeah, just to make sure.

21

1                           DELFINA RIVERA

2          Q     Do you do it to each of the two legs?

3          A     Yes.

4          Q     Do you do it open palm, with the back of

5     your hand or something else?

6          A     I would do the back of my palm.

7          Q     Again, the back of your hand?

8          A     Yeah.

9          Q     You would rub that along both the inside,

10    outside?

11         A     Yes.

12         Q     Do you also go on the inside by the groin

13    area at all?

14         A     Just to check, yes.

15         Q     How do you do that?

16         A     I do the same procedure with the palm, make

17    sure that there's nothing.

18               MR. MITCHELL:  When you say the palm,

19               you mean the back of your hand?

20         A     The back of my hand.  Sorry.

21         Q     How do you do that on the groin area?

22         A     I will go with the back of my palm and just

23    go down the same way I would have done the back of

24    the legs.

25         Q     With two hands or one hand?

1                    DELFINA RIVERA

2        A    It will be now with one hand.

3        Q    What about the buttocks, anything by the

4   buttocks?

5        A    I would just make sure that there's nothing

6   there with the waist.

7        Q    How do you do that?

8        A    Check the waistband.

9        Q    Is there any type of cavity search that's

10  done?

11       A    No.

12       Q    Anything else that's involved in the search

13  other than what you've just told us on a general

14  basis?

15       A    The toes.

16       Q    What do you do with the toes?

17       A    I tell them to open up the toes, make sure

18  that they're not hiding anything in between.

19       Q    Anything else?

20       A    No.

21       Q    You did mention the hair, I think.  How do

22  you check or search the hair?

23       A    I will put my fingers in between their hair

24  just to make sure they're not hiding anything in

25  their hair.

23

DELFINA RIVERA

1

2    Q    When you say fingers, do you put gloves on

3  at the beginning of the search?

4    A    Yes.

5    Q    When you say you put your fingers in their

6  hair, describe exactly what you do.  Do you rub it

7  through their hair?  Do you grab their hair?  How do

8  you go through the hair?

9    A    Like a rub.  Like a little massage, you can

10  say, just to make sure that there's nothing there,

11  and then I will proceed and check the back of the

12  ear.

13    Q    Now, were you trained in search at any

14  point in your career including the academy?

15    A    Yes.

16    Q    Where did you get your training?

17    A    Suffolk County police academy.

18    Q    How long did the training on searching

19  last?

20    A    I don't recall.

21    Q    Was it more than a day, a week, a month?

22    A    I don't recall.

23    Q    When you were trained in searching, were

24  you trained with other cadets or by yourself?

25    A    Other cadets.

24

1          DELFINA RIVERA

2     Q     When you were trained with other cadets,

3 would there be males and females in the same class,

4 or did they separate where it was same gender for the

5 class?

6     A     Same gender.

7     Q     So when you were trained, you were with the

8 female cadets?

9     A     I'm sorry.  Females and males.

10     Q     So it would be mixed?

11     A     Mixed.

12     Q     In the academy, was there any

13 differentiation between how a male searches an

14 individual versus how a female searches an

15 individual?

16     A     No.

17     Q     You understand my question?

18     A     Yes.  It was one class given to both

19 genders.

20     Q     My question was did they make a distinction

21 between when a male officer is going to search

22 somebody versus how a female officer would search

23 somebody?

24     A     No.

25     Q     Since the training at the academy, Officer,

25

1                    DELFINA RIVERA

2    have you received any retraining in how to search

3    somebody?

4         A    No.

5         Q    Over your career, how many searches do you

6    think you've made?

7         A    Probably 10.

8         Q    The search that you just told us about in

9    terms of your training, when would you perform that

10   search if you were the arresting officer; in other

11   words, would you make that search on the road, would

12   you make it in the car, would you make it in the

13   precinct or something else?

14        A    As the arresting officer?

15        Q    You've made arrests before, right?

16        A    Yes.

17        Q    When you make the arrest, tell us when you

18   search somebody.

19        A    When I make the arrest, I would just make

20   sure that they don't have anything in their pants

21   before going in the car with me and I would do the

22   search inside the precinct.

23        Q    So the search on the road is different than

24   the search we've talked about in the precinct?

25        A    Yes.

DELFINA RIVERA

1

2    Q    So the search on the road that you said you

3    would go into their pants before --

4    A    Make sure they don't have anything in their

5    pants.

6    Q    Tell us how you would do that.

7    A    Their pockets would be inside out just to

8    make sure that there's nothing in their pockets.

9    Q    So the pockets would be turned inside

10    out?

11    A    Yeah.

12    Q    Would there be any other portions of their

13    body that you would search roadside?

14    A    No.

15    Q    What would the reason for doing the inside

16    out of the pocket search roadside?

17    A    Safety reasons.

18    Q    When you say safety reasons, what exactly

19    are you talking about?  What are you looking for?

20    A    Making sure he doesn't have a weapon, that

21    he could hurt himself or myself while driving back to

22    the precinct.

23    Q    So other than the search for weapons within

24    the pant pockets, there's nothing else you would do

25    roadside?

                          DELFINA RIVERA

1

2        A    No.

3        Q    If it was a female who you were arresting,

4   would that be any different, roadside?

5        A    No.

6        Q    Still just the search in the pant

7   pockets?

8        A    Yes.

9        Q    Were you taught that in the academy?

10       A    Yes.

11       Q    Do you know if that's the procedure of the

12  Suffolk County Police Department?

13            MR. MITCHELL:  I'll object.

14            You can answer.

15            MR. BROWN:  What is the objection on

16       that, just so I understand why?

17            MR. MITCHELL:  The form of your

18       question, you're asking her about a general

19       procedure and I don't think she's

20       competent to answer that, but I'm allowing

21       her to answer.

22            MR. BROWN:  Okay.

23       A    I'm sorry?

24       Q    Do you know what the rules and procedures

25  and policies are of the Suffolk County Police

1                    DELFINA RIVERA

2    Department in terms of searching somebody after an

3    arrest roadside?

4         A    Roadside?  Can you repeat it?

5         Q    Are you familiar with what the rules and

6    procedures and policies are for when you make an

7    arrest in searching that arrestee roadside?

8         A    Yes.

9         Q    What is that, what you just told us?

10        A    Yes.

11        Q    Is there anything else you're required to

12   do, just on searching I'm talking?

13        A    No.

14        Q    How many arrests have you made?

15        A    Five maybe.

16        Q    Now, I want to go back to the March 16,

17   2017 incident when you were called to the precinct.

18        A    Okay.

19        Q    You indicated you received a dispatch call,

20   you don't recall the time?

21        A    No.

22        Q    When you received that call, do you

23   remember how long it took you to get to the

24   precinct?

25        A    Not more than five minutes.

1                      DELFINA RIVERA

2          Q     Do you remember where you were located when

3     you received the call?

4          A     I was in the 101 sector.

5          Q     Where specifically in the 101?

6          A     Farmingdale.

7          Q     Do you remember specifically where in

8     Farmingdale you were when you received the call?

9          A     No.

10         Q     So now when you got the call, what did you

11    do?

12         A     I acknowledged the call and I went to the

13    precinct.

14         Q     When you say you acknowledged the call, how

15    do you that?

16         A     Say 10-4.

17         Q     Over the radio?

18         A     Over the radio.

19         Q     Then you reported to the First Precinct?

20         A     Correct.

21         Q     Where did you park your car; do you

22    remember?

23         A     The rear parking.

24         Q     How did you enter the building?

25         A     Rear door.

1                          DELFINA RIVERA

2          Q     When you say the rear door, is that the

3    detective squad door?

4          A     No, that's where all the personnel...

5          Q     So when you walked into the rear door,

6    where did you go?

7          A     I went to put my weapon away.

8          Q     So you secured your weapon?

9          A     Yes.

10         Q     Where did you do that at?

11         A     As soon as you go into the door, there's

12   the safe and I put it in there.

13         Q     Is it a specific safe for you, or is it for

14   everybody?

15         A     It's for everybody.

16         Q     So you secured your service weapon?

17         A     Yes.

18         Q     Anything else you secured?

19         A     My taser.

20         Q     About how long did that take?

21         A     A minute.

22         Q     After you secured your taser and your

23   weapon, what did you do next?

24         A     I went to the room.

25         Q     When you say the room, tell us what room

31

DELFINA RIVERA

1

2     that is?

3          A     It was juvenile room.

4          Q     How did you know to report to the juvenile

5     room?

6          A     I saw one of the officers coming out of the

7     room and said, "She's in there."

8          Q     Okay.

9                When you say one of the officers, who are

10    you referring to?

11         A     Officer Pav.

12         Q     The gentleman who is sitting next to

13    Mr. Mitchell?

14         A     Yes.

15         Q     When you secured your weapon and taser, at

16    that point in time, did you know where you were going

17    to go to?  Did you know specifically who you were

18    searching and where you were going to search them?

19         A     When I went in originally?

20         Q     Right.

21         A     No.

22         Q     When is it that Officer Pav told you there

23    she is or something to that effect, when you were

24    securing your weapon or some other time?

25         A     Actually, when I was on my way to secure my

1              DELFINA RIVERA

2    weapon, he comes out of the room and said, "There she

3    is."

4         Q    As you were going to secure your weapon?

5         A    Yes.

6         Q    So from the door that you entered, the rear

7    door, to where you secure your weapon, how much of a

8    distance is that?

9         A    Couple of feet, it's not far away.

10        Q    From where you secure the weapon to where

11   Officer Pav was located, how far of a distance was

12   that?

13        A    Just a couple of feet.

14        Q    You indicated Officer Pav said there she is

15   or something to that effect.  When he said that to

16   you, where was he in relation to that juvenile room

17   we were talking about?

18        A    He was coming out of the room.

19        Q    When he said to you there she is, did you

20   acknowledge him in any fashion?

21             MR. MITCHELL:  I'm going to object to

22             the form.

23             You can answer.

24        A    Yes.

25        Q    What did you say?

                         DELFINA RIVERA

1

2        A      Okay.

3        Q      What did you do at that point?  Where

4   did you go?

5        A      I proceeded to put my weapons away and went

6   to the room.

7        Q      You mean the juvenile room?

8        A      Correct.

9        Q      Did you see where Officer Pav went at that

10  point after he said to you what he said?

11       A      No.

12       Q      You didn't notice what direction he went?

13       A      No.

14       Q      Did he go back into that room?

15       A      No.

16       Q      So now you indicated you went into the

17  juvenile room?

18       A      Correct.

19       Q      When you went into the juvenile room, who,

20  if anybody, was in that involve room?

21       A      There was another officer there.

22       Q      Who was that other officer?

23       A      Officer --

24       Q      Was it McCoy?

25       A      Yes.

34

DELFINA RIVERA

1

2     Q     Was anybody else in the room with Officer

3  McCoy?

4     A     No.

5     Q     Was the arrestee in the room?

6     A     Yes.

7     Q     So there was somebody else, right?

8     A     Yes.

9     Q     That was Ms. Newkirk?  Do you even know her

10  name?

11     A     No.

12     Q     Let's talk about the female.  Was it a male

13  or female?

14     A     Female.

15     Q     That's why you were there, right?

16     A     Uh-huh.

17     Q     Can you describe the female, how about her

18  skin color?

19     A     African-American.

20     Q     Do you recall how tall she was?

21     A     No.

22     Q     Do you recall how heavy she was?

23     A     No.

24     Q     So when you walked in the room, just

25  describe for us, do you make a left, a right or

35

DELFINA RIVERA

1

2  something else as you're going from securing your

3  weapon to that juvenile room?

4       A     Straight.

5       Q     It's straight in front of you?

6       A     Well, I would have to turn around from the

7  box and walk a couple of inches and make a right to

8  the room.

9       Q     So when you make a right into the room,

10 Officer, describe for us what you see to the left

11 right in front of you.  Just describe who's where.

12      A     I don't recall.

13      Q     Are you familiar with the juvenile room,

14 though?

15      A     Not really.

16      Q     Was there any furniture in the juvenile

17 room, a desk, a computer, a chair, anything like

18 that?

19      A     A table.

20      Q     So you recall a table?

21      A     Yes.

22      Q     How big was this juvenile room?  Is it

23 bigger than the room we're sitting in here?

24      A     I don't recall the size.

25      Q     Do you have a juvenile room in the Fifth

```
1                      DELFINA RIVERA

2    Precinct?

3         A    I don't go back there.

4         Q    Did you walk into the juvenile room?

5         A    Yes.

6         Q    Do you recall where officer McCoy was, was

7    he to your left, your right, in front of you?

8         A    I don't recall.

9         Q    Do you recall where Ms. Newkirk was?

10   Ms. Newkirk is the arrestee for our purposes.

11        A    Okay.

12        Q    Do you recall where she was?

13        A    No.

14        Q    Do you recall if she was handcuffed?

15        A    Yes.

16        Q    Do you recall what Officer McCoy was

17   wearing?

18        A    No.

19        Q    Do you know if he was wearing a uniform?

20        A    No, I don't recall.

21        Q    When you walked in, what was the first

22   thing that you did?

23        A    I handcuffed her.

24        Q    I had asked you if she was handcuffed when

25   you first went in, so I just want to clarify.  Was
```

37

                            DELFINA RIVERA

2    she handcuffed already?

3          A     Yes.

4          Q     You said you handcuffed her?

5          A     No, I did not handcuff.  I un-handcuffed

6    her.

7          Q     I'm sorry, I didn't hear that.  You

8    un-handcuffed her?

9          A     Yes.

10         Q     Then what did you do?

11         A     Then I handcuffed her.

12         Q     With your cuffs?

13         A     With my cuffs.

14         Q     Then what did you do?

15         A     We went to the female cell.

16         Q     How long would you estimate you were in the

17   room from the moment you stepped in until the moment

18   you left that juvenile room?

19         A     Couple of seconds.

20         Q     Couple of seconds, is it two seconds or 20

21   seconds or something else?

22         A      I just went in and handcuffed --

23   un-handcuffed her and then handcuffed her again and

24   left to do the search.

25         Q     Did you have any conversations with Officer

38

                            DELFINA RIVERA

 2   McCoy?

 3        A    No.

 4        Q    Did he say anything to you?

 5        A    No.

 6        Q    Did he say anything to Ms. Newkirk?

 7        A    No.

 8        Q    You didn't say anything to anybody?

 9        A    I didn't say anything to no one.

10        Q    Then you indicated you brought her to a

11   female cell?

12        A    Yes.

13        Q    When you first approached Ms. Newkirk, how

14   would you describe her demeanor?

15        A    She was fine.

16        Q    So when you say fine, describe her for me.

17   Was she smiling, was she laughing, was she stoic, was

18   she serious or something else?  Just describe her

19   demeanor.

20        A    She was happy, smiling.

21        Q    I'm sorry?

22        A    Happy and smiling.

23        Q    When you say happy, describe how you mean

24   by happy.

25        A    She wasn't arguing, fighting.

1                        DELFINA RIVERA

2          Q     Other than her not arguing and not

3     fighting, is there anything else that lead you to

4     conclude she was happy?

5          A     She was smiling.

6          Q     Is that the only indication that lead you

7     to believe she was happy?

8          A     Yes.

9          Q     So then you brought her to the female

10    cell?

11         A     Uh-huh.

12         Q     Tell us what you did with her when you got

13    to the female cell.

14         A     Then I uncuffed her and searched her.

15         Q     Did you place her into the female cell?

16         A     Yes.  The female search -- the female cell,

17    it's a room with two cells.  She was in -- outside

18    the cells in the little area with the doors closed.

19         Q     You'll have to describe that for me.  Just

20    describe the female cells and this other area you're

21    talking about.

22         A     It's a room with two cells, but there's a

23    little space.  There's a little area where you could

24    do the search there so they're not inside the

25    cells.

40

DELFINA RIVERA

1

2    Q    So she's not literally within the cell?

3    A    No.

4    Q    So when you talked to us earlier about

5    there being a door that doesn't lock, were you

6    referring to this area as opposed to the actual

7    cell?

8    A    Yes.

9    Q    Okay.

10        The door that you were referring to, is

11   that a door with bars where you could see

12   through?

13   A    No, it's a regular -- I believe it's a

14   metal door.

15   Q    You can't see through?

16   A    You can't see through.

17   Q    Is that where female inmates are lodged, in

18   one of those two cells?

19   A    Yes.

20   Q    If somebody was lodged in one of those

21   cells, is there a matron assigned within that area;

22   in other words, how does anybody see the people in

23   the cells?

24        MR. BROWN:  Let me withdraw the whole

25        question.

1                    DELFINA RIVERA

2        Q     From the outside, when I say outside, the

3   common area of the precinct, if you were to go and

4   reach for that door, to the left, are those the

5   cells?

6        A     I'm sorry?

7        Q     As you're facing the door that you're going

8   to open for the common area, if you look to the left,

9   is that a cell?

10       A     As soon as you open the door, they're right

11  in front of the door.

12       Q     So when somebody is lodged in the cell, can

13  somebody see the inmate from the common area

14  outside?

15       A     No, the door is not closed, it's open.  It

16  stays open.  I just close it for the search.

17       Q     When somebody is lodged, is there a matron

18  assigned to that inmate; do you know?

19       A     I don't know.

20       Q     So now in that common area within the door,

21  you said you performed the search?

22       A     Yes.

23       Q     How long did that search take, Officer?

24       A     Probably two minutes, three minutes.

25       Q     Two to three minutes?

1                    DELFINA RIVERA

2       A    Yeah.

3       Q    During the search, did any other officer

4   have any contact with you?

5       A    No.

6       Q    Officer McCoy?

7       A    No.

8       Q    Officer Pav?

9       A    No.

10      Q    During the two to three minutes, did you

11  have any conversation with the arrestee?

12      A    No, I don't recall.

13      Q    You don't recall any conversation?

14      A    No.

15      Q    Go through the search of her that day.

16  What did you do starting?

17      A    Checked her hair, her ear, her mouth, told

18  her to open her mouth, lift up her tongue and checked

19  the collar.

20      Q    What was she wearing; do you recall?

21      A    No.

22      Q    Okay.

23      A    (Continuing) Checked the collar, told her

24  to shake her bra without lifting it, making sure

25  there's nothing there.  She lifted her arms.  I

43

1                    DELFINA RIVERA

2   checked the armpit.  I checked her waistband,

3   checked, make sure she didn't have anything on her

4   legs and checked the toes, make sure there was

5   nothing in between the toes.

6        Q    Anything else?

7        A    No.

8        Q    When you tell us that this is what you did,

9   is this from your recollection or that's just from

10  your procedure or something else?

11       A    That's how I check.

12       Q    Do you have a personal recollection of this

13  inmate and what you did that day?

14       A    No, I don't.

15       Q    After you did this search, what was the

16  next thing you did?

17       A    I took her back to the room.

18       Q    Returned her to that juvenile room?

19       A    Correct.

20       Q    How long does it take from the cell to the

21  juvenile room?

22       A    Couple of seconds.

23       Q    In route did you have any contact with any

24  other officer?

25       A    No.

44

```
1                    DELFINA RIVERA
2         Q     This juvenile room, do you know what the
3    purpose of that juvenile room is?
4         A     No.
5         Q     Have you ever been instructed about a
6    juvenile room?
7         A     No.
8         Q     Have you ever utilized a juvenile room?
9         A     No.
10        Q     This inmate that we're talking about, was
11   she a juvenile?
12        A     No, no.
13        Q     When you say juvenile, do you know what a
14   juvenile is in terms of age for the Suffolk County
15   Police Department?
16        A     16.
17        Q     So the arrestee that we're talking about
18   was over 16?
19        A     (Witness nods head.)
20        Q     You just have to say yes or no.  Sorry.
21        A     Yes.
22        Q     So do you know why an adult would be
23   brought to the juvenile room?
24        A     No.
25        Q     Are there any practices or procedures or
```

45

1                          DELFINA RIVERA

2      rules of the Suffolk County Police Department in

3      regards to placing someone in a juvenile room that's

4      not a juvenile?

5                       MR. MITCHELL:  I object to the form.

6                       You can answer.

7          A    No.

8          Q    Now, you said that you brought her back to

9      the juvenile room.  When you got to the juvenile

10     room, was anybody in the juvenile room?

11         A    McCoy.

12         Q    Officer McCoy?

13         A    Correct.

14         Q    Where was Officer McCoy when you brought

15     her back?

16         A    In the room, don't know the location.

17         Q    Specifically you don't where he was?

18         A    No.

19         Q    Do you know if he had changed his position

20     at all?

21         A    I don't know.

22         Q    Do you know if his clothing had changed in

23     any fashion?

24         A    I don't know.

25         Q    When you brought her back to the juvenile

1                    DELFINA RIVERA

2    room, did you make eye contact with Officer McCoy?

3         A    No.

4         Q    Did you have any communication with him?

5         A    No.

6         Q    Nothing was said between you and Officer

7    McCoy?

8         A    No.

9         Q    All right.

10             What did you do when you brought her

11   back?

12        A    I uncuffed her and then handcuffed her

13   where she was previously, where I previously found

14   her.

15        Q    With your cuffs or somebody else's?

16        A    The cuffs that were there.

17        Q    Did you cuff her to the table?

18        A    I don't recall.

19        Q    Did you cuff her hands?

20        A    Her hands.

21        Q    Behind her or in front of her?

22        A    When I put her back to the room?

23        Q    Yes.

24        A    It would be in front of her.

25        Q    You uncuffed with your cuffs, I think,

1               DELFINA RIVERA

2    right, you said?

3         A    Uncuffed her with my cuffs.

4         Q    And then cuffed her in front with the cuffs

5    that were in the room?

6         A    Right.

7         Q    What happened then?

8         A    I left the room.

9         Q    Did you say anything to Officer McCoy?

10        A    No.

11        Q    When you left the room, where did you go?

12        A    I did another search.

13        Q    The other search, where was that search at?

14   I assume in the precinct, right?

15        A    Yes.

16        Q    Do you know where that other search was?

17        A    It was in the detective's squad.

18        Q    So that was a request by the squad?

19        A    Yes.

20        Q    Was that related to this at all?

21        A    No.

22        Q    The juvenile room that you've talked about,

23   is there a door to the juvenile room?

24        A    I don't recall.

25        Q    Do you recall if you opened or closed any

48

                         DELFINA RIVERA

1

2    door to get in or out of the juvenile room?

3         A    No.

4                   MR. MITCHELL:  No, you don't recall?

5                   THE WITNESS:  No, I don't recall.

6                   MR. MITCHELL:  Okay.

7         Q    When you went to do the search in the

8    squad, was that with a female as well?

9         A    Yes.

10        Q    How did you know to do that search?  Did

11   somebody ask you?

12        A    Yes.

13        Q    Do you remember who?

14        A    No.

15        Q    Was it Officer McCoy?

16        A    No.

17        Q    After you did the search of that other

18   female for the squad, where did you go then?

19        A    I went back to the safe lock.

20        Q    To retrieve your weapon and taser?

21        A    My taser.

22        Q    Did you go back on the road?

23        A    I went back on the road.

24        Q    Now, you mentioned that you reviewed the

25   FBI report before you came in to testify today?

49

1                    DELFINA RIVERA

2        A    Yes.

3        Q    When was the last time you reviewed that

4   report?

5        A    Like a week ago.

6        Q    Had you reviewed it prior to about a week

7   ago, as well?

8        A    No.

9        Q    So you reviewed the FBI report one time and

10   that was about a week ago?

11        A    Yes.

12        Q    The interview that you're talking about was

13   May 3, 2017; do you recall?

14        A    I think so.

15        Q    When you had that interview, do you recall

16   who you were interviewed by?

17        A    No.

18        Q    Was it an FBI agent, it was a U.S.

19   attorney, somebody else?

20        A    FBI.

21        Q    How many?

22        A    There was two.

23        Q    Did you have anybody with you; in other

24   words, did you have an attorney, a PBA trustee,

25   anybody like that?

1                          DELFINA RIVERA

2          A      No.

3          Q      So you went in by yourself?

4          A      They came to my residence.

5          Q      So they spoke to you in your home?

6          A      Uh-huh.

7          Q      Did you speak inside your house, outside

8    your house or something else?

9          A      Inside.

10         Q      Was anybody with you when they were

11   speaking with you?

12         A      No.

13         Q      Any children, any spouse, anything like

14   that?

15         A      They were in another room.

16         Q      So you were by yourself?

17         A      Yes.

18         Q      Did you know they were coming to talk to

19   you that day?

20         A      No.

21         Q      Had they called ahead of time?

22         A      No.

23         Q      Did anybody from the Suffolk County Police

24   Department, I'm talking about officers, detectives,

25   PBA reps, anybody tell you that you may be visited by

51

1                    DELFINA RIVERA

2    FBI agents before the May 3rd meeting?

3         A    Not that I recall, no.

4         Q    Did you talk to anybody before you spoke to

5    the FBI on May 3rd about how Ms. Newkirk appeared in

6    terms of her being happy, her demeanor?  Did you have

7    this conversation with anybody, before May 3rd?

8         A    No.

9         Q    Before the May 3rd interview, did you have

10   any interactions with Officer McCoy, any

11   conversations with him?

12        A    No.

13        Q    When I say conversations, I mean

14   communications, whether it's telephone, whether it's

15   text messages, emails, anything?

16        A    No.

17        Q    How about Officer Pav, who is sitting to

18   your left?

19        A    No.

20        Q    Prior to this March 16th date, did you ever

21   search an arrestee of either Officer Pav or Officer

22   McCoy?

23        A    I don't remember.

24        Q    When you were called to do the female

25   search, is there any protocol in terms of how soon

52

                          DELFINA RIVERA

1

2       after that arrestee is brought to the precinct that

3       they should be searched?

4                       MR. MITCHELL:  I object to form.

5                       You can answer.

6       A     I don't know.  I don't remember.

7       Q     You've made arrests, you said, right?

8       A     Uh-huh.

9       Q     So when you have a female -- have you

10      arrested a female?

11      A     Yes.

12      Q     You've indicated that you perform this

13      empty-your-pocket search on the street?

14      A     Yes.

15      Q     When you arrest a female and you bring them

16      to the precinct, how soon after getting to the

17      precinct do you conduct the search of the female that

18      you've just described for us?

19      A     I would lodge her in and then do the

20      search.

21      Q     When you say lodge in, that's bringing her

22      to the desk sergeant?

23      A     Yes.

24      Q     Letting him do his interview with her?

25      A     Yes, take her to the processing room.

1                     DELFINA RIVERA

2        Q      The processing room, would you handcuff her

3    to the table?

4        A      Yes.

5        Q      What would you do after that?  Would you

6    secure your weapon?

7        A      Yes, before.

8        Q      Then you would begin your search?

9        A      I would secure my weapon before I go to the

10   desk officer.

11       Q      So just walk me through the steps you would

12   take to get to the search of the female if you were

13   the arresting officer.

14       A      Okay.  I would bring her in, tell them to

15   face the wall that is next to the safe where you

16   secure the weapons, secure my weapon and my taser and

17   then proceed to the sergeant.

18       Q      How far is the sergeant from where you

19   would secure your weapon?

20       A      Couple of feet, it's not far.

21       Q      You bring her for the interview with the

22   desk sergeant?

23       A      Uh-huh.

24       Q      You just have to say yes or no.  I'm sorry.

25       A      Yes.  Sorry.

54

1                           DELFINA RIVERA

2          Q     Generally how long would that interview

3     with the desk sergeant take?

4          A     He would just ask questions.  About a

5     minute or two.

6          Q     One to two minutes?

7          A     Yeah.

8          Q     What would you do after the desk sergeant

9     interview?

10         A     I would take her to the processing room.

11         Q     What would you do then?

12         A     I will handcuff her.

13         Q     When you say handcuff, to the table?

14         A     Yes.

15         Q     How long does that take?

16         A     Not much.

17         Q     30 seconds, 45 seconds?

18         A     Yeah.

19         Q     I'm sorry?

20         A     30 seconds, you can say.

21         Q     After you cuff her to the table, what would

22    you do then?

23         A     I would -- whatever I need to put in the

24    paperwork, the arrest paperwork and the log, write it

25    down and then I would uncuff her and take her to be

1                    DELFINA RIVERA

2    searched.

3        Q    When you say put whatever you have to do in

4    the paperwork work and the log, you mean the prisoner

5    activity log?

6        A    Yes.

7        Q    How long would that generally take?

8        A    Like a minute.

9        Q    At that point you would go uncuff her and

10   then search her?

11       A    Uncuff her from the table and then handcuff

12   her and take her to the female cell and search her

13   there.

14       Q    So from the minute you walk into the

15   precinct until you're actually searching the female,

16   how much of a time period would you estimate that to

17   be?

18       A    From the minute, I'm sorry?

19       Q    From the minute you walk in the precinct

20   with the inmate, the arrestee, until you're actually

21   searching them, how much time do you think would

22   actually elapse?

23       A    No more than 10.

24       Q    10 minutes?

25       A    No more than.

1              DELFINA RIVERA

2      Q    The reason that you would want to search

3 them within that 10 minute time would be why?

4              MR. MITCHELL:  I object.

5              You can answer.

6      A    Make sure they don't have anything that

7 they could hurt anyone or themselves or others.

8      Q    In this particular case, do you know if

9 anybody else was called earlier to do the female

10 search?

11     A    No, I don't know.

12     Q    But you indicated as soon as you were

13 called, you responded to the precinct within five

14 minutes or so?

15     A    Correct.

16     Q    Did you know Officer McCoy prior to this

17 date?  I'll get to know of him, but did you

18 personally know him?

19     A    No.

20     Q    Did you know of Officer McCoy prior to this

21 date, meaning the March 16, 2017 date?

22     A    I've seen him around.

23     Q    How many times had you seen him?

24     A    Probably five, if that, if I've seen him

25 that.  It's more like crossing or seeing him in the

57

1                    DELFINA RIVERA

2    parking lot.

3         Q    Were you working two tours at that time?

4         A    Yes.

5         Q    Do you know if McCoy was working two tours

6    at that time?

7         A    I don't know.

8         Q    Had you known of his reputation on

9    March 16th of 2017?

10        A    No.

11        Q    Had you heard anything about him, whether

12   it was rumors, innuendos, anything about Mr. McCoy?

13        A    No.

14                    MR. BROWN:  We're just going to make

15             a demand for Officer Rivera's memo book

16             page, one week prior to the incident up and

17             through and including the incident date.

18                    MR. MITCHELL:  I'll take it under

19             advisement.

20        Q    I'm almost there, Officer.  Famous last

21   words.

22                    In terms of transporting an inmate, an

23   arrestee, are there any procedures for transporting

24   an inmate or arrestee to the precinct from the arrest

25   scene?  Let's go with if you're working a solo car,

58

1                         DELFINA RIVERA

2     is there a procedure where you would place the

3     inmate?

4          A     You would let the dispatch know that you

5     have an arrest and the prisoner will be in the front.

6     If you're a single person, the prisoner will be in

7     the front with you and you will transport, put it on

8     the radio.

9          Q     Front passenger seat?

10         A     Front passenger seat.

11         Q     If you were working with a partner, where

12    would the inmate be placed?

13         A     It would be the officer -- I don't recall.

14    I'm always single car.

15         Q     Were you taught this in the academy?

16         A     Yes.

17         Q     Before you became a Suffolk County police

18    officer, were you in any other police force?

19         A     No.

20         Q     Would the arrestee be in the back or the

21    front if you had a partner; do you know?

22         A     I'm drawing a blank right now.

23         Q     Okay.

24               MR. BROWN:   I thank you very much for

25               your time, Officer Rivera.

```
 1                    DELFINA RIVERA
 2                    MR. MITCHELL:  I just a couple of
 3               questions.
 4    EXAMINATION BY
 5    MR. MITCHELL:
 6         Q    Officer Rivera, you said when you spoke to
 7    these persons from the FBI, they came to your home?
 8         A    Right, yes.
 9         Q    You didn't know they were coming when they
10    came to your home, correct?
11         A    Correct.
12         Q    When you spoke to them, did they record
13    your conversation at all?
14         A    No.
15         Q    Did they take out a phone or a recording
16    device, put it on the table, tell you that they're
17    recording the conversation?
18         A    No.
19         Q    If they had recorded your conversation, did
20    you know whether they did or not?
21         A    No, they didn't record.
22         Q    You mentioned that when you first came into
23    the juvenile room, you said that she was happy and
24    smiling; is that right?
25         A    Correct.
```

1                    DELFINA RIVERA

2        Q    When you brought her into the female

3    cellblock area to search her, what was her demeanor

4    there when she was in the cellblock area?

5        A    She was happy.

6        Q    During the period of time that you searched

7    her, I know Mr. Brown asked if you had any

8    conversations with her.  Do you have any recollection

9    of whether you spoke to her or not?

10        A    It would probably be something like if

11    she -- I don't recall the exact words, but it was

12    more like "if I wasn't in the house, they wouldn't

13    catch me."

14        Q    So you think she said something to you, you

15    just don't remember?

16        A    I just don't remember.

17        Q    Would you have given her some instructions

18    in relation to the search?

19        A    Yes.

20        Q    Are the instructions pretty much the same

21    regardless of who you're searching?

22        A    Yes.

23        Q    When you were there searching her, did you

24    have any reason to believe she was in distress at

25    all?

1                      DELFINA RIVERA

2        A    No.

3        Q    Did you have any reason to believe that she

4   may have been abused at that point?

5        A    No.

6        Q    Do you have any reason to believe she may

7   have been afraid at that point?

8        A    No.

9             MR. MITCHELL:  I have nothing

10            further.

11  FURTHER EXAMINATION BY

12  MR. BROWN:

13       Q    Officer, Mr. Mitchell asked you about any

14  statements and I had asked you if you had any

15  communications with Ms. Newkirk.  Do you recall me

16  asking you that?

17       A    I do.

18       Q    I think you said that you don't recall

19  having any conversations with her?

20       A    Uh-huh.

21       Q    Between the minute I asked you if you had

22  any conversation with her and Mr. Mitchell's

23  questioning just now, what is it that leads you to

24  recall that she said something in sum and substance

25  "If I wasn't in the house, they would not have caught

1                    DELFINA RIVERA

2    me?"

3         A    Just thinking about everything that's going

4    on.

5         Q    So as I'm questioning you and asking you

6    questions, you were able to recall that phrase?

7         A    Yes.

8         Q    The phrase "If I wasn't in the house, they

9    would have not caught me," was that noted anywhere in

10   your paperwork?

11        A    No.

12        Q    Was that phrase told to the FBI agents when

13   they questioned you at your home?

14        A    I don't remember.

15             MR. MITCHELL:  You don't remember if

16             you told the FBI?

17        A    I don't remember if I told the FBI.

18        Q    This phrase that you said she said, "If I

19   wasn't in the house, they wouldn't have caught me,"

20   did you relay that to the arresting officers?

21        A    No.

22        Q    Is there a reason you didn't tell the

23   arresting officers that?

24        A    No reason.

25        Q    In the police academy, are you trained in

1                    DELFINA RIVERA

2    filling out paperwork?

3         A    Yes.

4         Q    Are you familiar with what is called a

5    Huntley Notice or a notice pursuant to 710.30?  Have

6    you ever received training in a Huntley Notice?

7         A    Not that I recall.

8         Q    Were you trained in what is called

9    incriminating statements in the academy; in other

10   words, when you're investigating a crime or you're

11   involved in an investigation, do they teach you about

12   when a subject makes an incriminating statement?  Did

13   they talk to you about that?

14        A    I don't recall.

15        Q    Did they talk to you about making notations

16   about incriminating statements in the academy?

17        A    Incriminating statements?

18        Q    Yes.

19        A    Lying.

20        Q    Well, no, lying is not necessarily

21   incriminating.  In other words, if somebody makes a

22   statement that would help prove the case, have you

23   ever been taught about noting that down in the

24   academy?

25        A    I don't recall.

64

1                    DELFINA RIVERA

2        Q     Okay.

3              Were you taught in the academy at all about

4    what is called a Huntley Notice, in other words, when

5    a defendant makes an incriminating statement?

6        A     I don't recall.

7                    MR. BROWN:  All right, I have nothing

8              further.

9                    Thank you.

10                   MR. MITCHELL:  Nothing for me.

11                        -oOo-

12             (Time noted: 10:46 a.m.)

13

14   _____

15   DELFINA RIVERA

16

17   Subscribed and sworn to

     before me this _____ day

18   of _____ 2020.

19

20   _____

             NOTARY PUBLIC

21

22

23

24

25

65

1
2                          I N D E X
3   WITNESS              EXAMINATION BY              PAGE
4   Delfina Rivera       Mr. Brown                   4
                                                     61
5
                         Mr. Mitchell                59
6
7                        R E Q U E S T S
8   DESCRIPTION                                      PAGE
9   Production of Officer Rivera's memo book         57
    page one week prior up to and including the
10  date of the incident
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

66

1

2                    C E R T I F I C A T E

3

4     STATE OF NEW YORK   )

                      :   SS:

5     COUNTY OF NASSAU    )

6

7          I, LISA CONWAY, a Shorthand Reporter and

8     Notary Public within and for the State of New York,

9     do hereby certify:

10         That DELFINA RIVERA, the witness whose

11    deposition is hereinbefore set forth, was duly sworn

12    by me, and that such deposition is a true record of

13    the testimony given by such witness.

14         I further certify that I am not related to any

15    of the parties to this action by blood or marriage,

16    and that I am in no way interested in the outcome of

17    this matter.

18         IN WITNESS WHEREOF, I have hereunto set my

19    hand this 11th day of March, 2020.

20

21

22

23                              _Lisa Conway_

24                              LISA CONWAY

25