# SCPD Incident Report

| CC# | Pct | Sector | Car | Orig Supp | Domestic | MVA | Missing Person | B |
|---|---|---|---|---|---|---|---|---|
| 2017-0161544 | 1 | 106 | 106 | X | | | | 80 |

## INCIDENT

| Report Date | Report Time | Day | Date (Occurred On/From) | Time | Day | Date (Occurred To) | Time |
|---|---|---|---|---|---|---|---|
| 3/16/2017 | 10:44 | THU | 3/16/2017 | 10:44 | | | |

Business name and type (if residence, so indicate)

Town Code: 5250

Incident Address: C/O ARLINGTON/DOE WYANDANCH

| No. | LAW | NAME OF OFFENSE | DEG | ART/SECTION | SUB | CAT | ATT | CTS | TARGET (J) | WEAPON CODES (A) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VTL | AGG UNLIC OPER3 | 3 | 0511 | 01A | M | C | 1 | | |

Person Type: C=Complainant V=Victim A=Arrestee S=Identified Suspect W=Witness N=Neighbor P=Person Interviewed O=Other

## ASSOCIATED PERSONS

| Per | Type | Name (Last, First, Middle) | D.O.B | Sex | Race | Home Tel# | Work Tel# | Call Tel# |
|---|---|---|---|---|---|---|---|---|
| 1 | A | NEWKIRK, LATOYA | 06/05/1986 | F | 02 | | | |

Address: 857 OLD TOWN RD PORT JEFFERSON STA NY

Q: 02

| Per | Type | Name (Last, First, Middle) | D.O.B | Sex | Race | Home Tel# | Work Tel# | Call Tel# |
|---|---|---|---|---|---|---|---|---|
| 2 | C | SCPD, | | | | | | 6318526000 |

Neighborhood Canvass: ☐
Inv. Notified: ☐
Inv. Responding: ☐
Investigating Officer (Name, Shield):
Reporting Officer: PAV, MARK PO/6174/1

## PROPERTY

# of Crime Guns Recovered: 0
# of Crime Guns Sent to Crime Lab: 0

| Per # | Quantity | Measure | Description (Include make, model, serial no., etc.) | Property Type | Property Status | Drug Type | Measure Source | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Property Total | |

## NARRATIVE

A1 WAS ARRESTED OR A WARRANT FOR THE ABOVE LISTED CHARGE. A1 TRANSPORTED TO THE 1ST PCT FOR PROCESSING.

Did reporting officer provide the victim with information on Victim's Rights and Services pursuant to NYS Law? ☐ Yes ☒ No

## ADMINISTRATIVE

Evidence/Tech work performed

| Teletype No. | Connected CC #'s | | # of Affidavits Prepared: 0 |
|---|---|---|---|

Reclassification ☐  Reclassified to:   Reclassified From:   IRS Updated ☐   PDCS 1099-1 to follow ☐   Confidential ☐

☐ ACTIVE    ☐ CLOSED (NON-CRIMINAL ONLY)    ☒ CLEARED BY ARREST    Exceptionally Cleared Code:    Status Date: 3/16/2017    TOT:
☐ PENDING   ☐ EXCEPTIONALLY CLEARED         ☐ WARRANT ISSUED

*** End of Report ***

| CC# | Reporting / Investigating Officer | Supervisor | Pages |
|---|---|---|---|
| 2017-0161544 | PAV, MARK PO/6174/1 | BIEBER, MICHAEL SGT/1273 | 1 of 1 |

```
Arrest Number: 007647-17    Agy: SPD   Date: 03/16/17    Time: 1044

    PIN: 479539     Name: NEWKIRK,LATOYA              NYSID: 09758688Y
                 Address: 857 OLD TOWN RD, PORT JEFFERSON STA, NY  11776
                 Phone: 6316436029   Cell: 6318856092

    Race: B        Sex: F     DOB: 06/05/86

Arrest Location:
            C/O ARLINGTON/DOE

    Pct: 01    Sector: 106    Town: BA   Hamlet: WYANDA

Arrested By:
            Officer: MCCOY,CHRISTOPHER              PO    6005  / 0120

How: B - Bench Warrant                  Reason: <RS1> -

                         Arrest/Charge Data
                         -------------------
CC Number: 17-0161544
```

```
Warrant Number: 16003684

   Name: NEWKIRK,LATOYA                DOB: 06/05/1986

Date of Warrant: 03/17/2016  Command: 0110  Docket Number: 2015SU021124

   Judge: TINARI                       Court: 1ST DISTRICT COURT

   CC Number: 17-161544      Status: Executed    Date: 03/16/2017

   Law    Article    Sub    CAT   Description
   ---    ---------  ------  -    ------------------------------
   VTL    512                M    512
   VTL    511.1              M    511.1
   VTL    340.A              M    340.A
   VTL    319.1              I    319.1
   VTL    319.3              I    319.3
   VTL    509.1              I    509.1
   VTL    509.8              I    509.8
   VTL    340.A              M    340.A
```

| CC # | Pct | Sector | Car | SCPD Incident Report | Orig Supp | Domestic | MVA | Missing Person | B |
|---|---|---|---|---|---|---|---|---|---|
| 2017-0161612 | 1 | 106 | 106 | | X | | | | 80 |

## INCIDENT

| Report Date | Report Time | Day | Date (Occurred On/From) | Time | Day | Date (Occurred To) | Time |
|---|---|---|---|---|---|---|---|
| 3/16/2017 | 10:44 | THU | 3/16/2017 | 10:44 | | | |

Business name and type (if residence, so indicate)    Town Code: 5250

Incident Address: C/O ARLINGTON/DOE  WYANDANCH

| No. | LAW | NAME OF OFFENSE | DEG | ART/SECTION | SUB | CAT | ATT | CTS | TARGET (J) | WEAPON CODES (A) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VTL | AGG UNLIC OPER3 | 3 | 0511 | 01A | M | C | 1 | | |

Person Type: C=Complainant V=Victim A=Arrestee S=Identified Suspect W=Witness N=Neighbor P=Person Interviewed O=Other

## ASSOCIATED PERSONS

| Per | Type | Name (Last,First,Middle) | D.O.B | Sex | Race | Home Tel# | Work Tel# | Cell Tel# |
|---|---|---|---|---|---|---|---|---|
| 1 | A | NEWKIRK, LATOYA | 06/05/1986 | F | 02 | | | 02 |

Address: 857 OLD TOWN RD  PORT JEFFERSON STA NY

| Per | Type | Name (Last,First,Middle) | D.O.B | Sex | Race | Home Tel# | Work Tel# | Cell Tel# |
|---|---|---|---|---|---|---|---|---|
| 2 | C | SCPD, | | | | | | 6318526000 |

Neighborhood Canvass ☐   Inv. Notified ☐   Inv. Responding ☐   Investigating Officer (Name, Shield):

Reporting Officer: PAV, MARK PO/6174/1

## PROPERTY

# of Crime Guns Recovered: 0     # of Crime Guns Sent to Crime Lab: 0

| Per # | Quantity | Measure | Description (Include make, model, serial no., etc.) | Property Type | Property Status | Drug Type | Measure Source | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Property Total | |

## NARRATIVE

A1 WAS ARREST FOR A WARRANT FOR THE ABOVE LISTED CHARGE. A1 WAS TRANSPORTED TO THE 1ST PCT FOR PROCESSING.

Did reporting officer provide the victim with Information on Victim's Rights and Services pursuant to NYS Law?  ☐ Yes  ☒ No

## ADMINISTRATIVE

Evidence/Tech work performed

| Teletype No. | Connected CC #'s | | # of Affidavits Prepared: 0 |
|---|---|---|---|
| Reclassification ☐ | Reclassified to: | Reclassified From: | IRS Updated ☐   PDCS 1099-1 to follow ☐   Confidential ☐ |

☐ ACTIVE   ☐ CLOSED (NON-CRIMINAL ONLY)   ☒ CLEARED BY ARREST   Exceptionally Cleared Code   Status Date: 3/16/2017   TOT
☐ PENDING   ☐ EXCEPTIONALLY CLEARED   ☐ WARRANT ISSUED

*** End of Report ***

| CC # | Reporting / Investigating Officer | Supervisor | Pages |
|---|---|---|---|
| 2017-0161612 | PAV, MARK PO/6174/1 | BIEBER, MICHAEL SGT/1273 | 1 of 1 |

```
Warrant Number: 16003683

   Name: NEWKIRK,LATOYA                    DOB: 06/05/1986

Date of Warrant: 03/17/2016   Command: 0110   Docket Number: 2015SU013222

  Judge: TINARI                         Court: 1ST DISTRICT COURT

  CC Number: 17-161612        Status: Executed     Date: 03/16/2017

   Law   Article    Sub    CAT   Description
   ---   --------   ----   -     ------------------------------
   VTL   511.1A            M     511.1A
   VTL   375.40            I     375.40
   VTL   306.B             I     306.B
   VTL   511.1             M     511.1
```

| CC # 2017-0161613 | Pct 1 | Sector 106 | Car 106 | SCPD Incident Report | Orig Supp [X] | Domestic ☐ | MVA ☐ | Missing Person ☐ | B 80 |

## INCIDENT

| Report Date 3/16/2017 | Report Time 10:44 | Day THU | Date (Occurred On/From) 3/16/2017 | Time 10:44 | Day | Date (Occurred To) | Time | D |

Business name and type (if residence, so indicate) — Town Code 5250

Incident Address: C/O ARLINGTON/DOE WYANDANCH — F: N

| No. | LAW | NAME OF OFFENSE | DEG | ART/SECTION | SUB | CAT | ATT | CTS | TARGET (J) | WEAPON CODES (A) | G: N |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | CPL | BENCH WARRANT | 0 | 530.70 | 03 | 9 | C | 1 | | | |

Person Type: C=Complainant V=Victim A=Arrestee S=Identified Suspect W=Witness N=Neighbor P=Person Interviewed O=Other

## ASSOCIATED PERSONS

| Per 1 | Type A | Name (Last,First,Middle) NEWKIRK, LATOYA | D.O.B 06/05/1986 | Sex F | Race 02 | Home Tel# | Work Tel# | Cell Tel# |

Address: 857 OLD TOWN RD PORT JEFFERSON STA NY — Q 02

| Per 2 | Type C | Name (Last,First,Middle) SCPD, | D.O.B | Sex | Race | Home Tel# | Work Tel# | Cell Tel# 6318526000 |

Neighborhood Canvass ☐   Inv. Notified ☐   Inv. Responding ☐   Investigating Officer (Name, Shield):   Reporting Officer: PAV, MARK PO/6174/1

## PROPERTY

# of Crime Guns Recovered: 0    # of Crime Guns Sent to Crime Lab: 0

| Per # | Quantity | Measure | Description (Include make, model, serial no., etc.) | Property Type | Property Status | Drug Type | Measure Source | Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Property Total | |

## NARRATIVE

A1 WAS ARRESTED FOR A WARRANT FOR A BABYLON TOWN ORDINANCE VIOLATION REF SECTION 153-2B NO RENTAL PERMIT FROM 2ND DISTRICT COURT IN SUFFOLK COUNTY. A1 WAS TRANSPORTED TO THE 1ST PCT FOR PROCESSING.

Did reporting officer provide the victim with information on Victim's Rights and Services pursuant to NYS Law?   ☐ Yes   [X] No

## ADMINISTRATIVE

Evidence/Tech work performed:

| Teletype No. | Connected CC #'s | | | # of Affidavits Prepared: 0 |

| Reclassification ☐ | Reclassified to: | Reclassified From: | IRS Updated ☐ | PDCS 1099-1 to follow ☐ | Confidential ☐ |

☐ ACTIVE   ☐ CLOSED (NON-CRIMINAL ONLY)   [X] CLEARED BY ARREST   Exceptionally Cleared Code:   Status Date: 3/16/2017   TOT:
☐ PENDING   ☐ EXCEPTIONALLY CLEARED   ☐ WARRANT ISSUED

*** End of Report ***

| CC # 2017-0161613 | Reporting / Investigating Officer PAV, MARK PO/6174/1 | Supervisor BIEBER, MICHAEL SGT/1273 | Pages 1 of 1 |

```
Warrant Number: 17005460

   Name: NEWKIRK,LATOYA                      DOB:

Date of Warrant: 05/05/2017   Command: 0110   Docket Number: CBA101011

 Judge: JOHN SCHETTINO                Court: 2ND DISTRICT COURT

 CC Number:  __-_____            Status: Active     Date:

  Law   Article      Sub     CAT  Description
  ---   ----------   ------   -   --------------------------------
  TWN   153-2B                V   NO RENTAL PERMIT
```