# POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY
## ACCREDITED LAW ENFORCEMENT AGENCY
### PRISONER ACTIVITY LOG
53-0392:: 05/15
PDCS-2032h

**CENTRAL COMPLAINT #:** 17-161544
**A#:**
**PIN#:** 479533

**LOCATION OF INITIAL INTERVIEW:** First Pct
**DATE OF INTV.:** 3-16-17
**TIME OF INTV.:** 1100
**PRECINCT:** 1
**COMMAND:** 120
**TOUR:** 9x4
**BLOTTER ENTRY:**

**DISTRIBUTION:** WHITE – CENTRAL RECORDS  YELLOW – PRECINCT FILE
PINK – COMMAND OF DETENTION  GOLDENROD – COURT LIAISON

**CHARGE(S):** WARRANT

**PRISONER'S LAST NAME, FIRST, M.I.:** NEWKIRK, LATOYA
**D.O.B.:** 6/5/86
**SEX:** F
**RACE:** BLACK

**ADDRESS:** 857 OLD TOWN RD, PORT JEFF. ST.
**DATE OF ARREST:** 3/16/17
**TIME OF ARREST:** 1044
**PLACE OF ARREST:** ARLINGTON AVE / DOE ST RMMANDANCA

**PRISONER BAILED?:** (blank)
**BAIL AMOUNT:**
**APPEARANCE TICKET:**
**CASH BAIL RECEIPT:**

**VISIBLE PHYSICAL CONDITION UPON INITIAL INTERVIEW:** Appears Normal
**PRISONER CLAIMS PAIN, INJURY OR ILLNESS:** "No"

**VISIBLE EMOTIONAL CONDITION:** Calm
**IS PRISONER ON MEDICATION?:** NO

**ARE PHOTOS, IN ADDITION TO MUG SHOTS, REQUIRED AS PER R&P CHAP 16.1?:** N
**PHOTOS TAKEN?:** N

**ARRESTING OFFICER'S LAST NAME, FIRST, M.I. RANK/SHIELD/COMMAND:** PO McCoy #6175 / PO Pay #6174
**PLATOON COMMANDER OR DESIGNEE PERFORMING INTERVIEW:** James Roche Sgt 1260/110/3

**PRISONER LODGED:** (blank)
**CELL NO.:** 9
**TIME:** 2113
**VISIBLE PHYSICAL CONDITION WHEN LODGED:** OK
**PROPERTY RECEIPT #:** 945567
**LODGING OFFICERS INITIALS/SHIELD:** Pda 125/101

## PRISONER ACTIVITY

| TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD | TIME | REMARKS/OBSERVATIONS | OFFICER RANK/SHIELD |
|------|----------------------|---------------------|------|----------------------|---------------------|
| 1100 | Intv. @ Sgts Window | Sgt 1260 | 1800 | Sitting USR | PO 6150 |
| 1125 | 631-748-0199 | PO 6005 | 1830 | Sitting USR | PO 6158 |
| 1153 | Sitting | PO 6174 | 1902 | Given Food | P.O. 5488 |
| 1225 | Sitting | PO 6174 | 2020 | Given Meds (x2) | PO 4702 |
| 1255 | Sitting | PO 6174 | 2030 | 26 to 4th Pct | PO 6420 |
| 1325 | Property | PO 6174 | 2100 | 35 at 4th | PO 6470 |
| 1355 | Sitting | PO 6174 | 2105 | 12 Intrvwd - ok | Sgt 1260 |
| 1400 | Searched | PO 6174 | 2113 | Search, lodged | Pda 125/101 |
| 1430 | Sitting | PO 6174 | 2145 | Sitting | Pda 125 |
| 1500 | Sitting | PO 6174 | 2215 | Sitting | Pda 125 |
| 1530 | Sitting | PO 6174 | 2245 | Standing | Pda 125 |
| 1600 | Sitting | PO 6174 | 2315 | Standing | Pda 125 |
| 1630 | Sitting | PO 6174 | 2345 | Standing | PDA 112 |
| 1700 | Sitting | PO 6174 | 0015 | Sitting | PDA 112 |
| 1730 | Sitting | PO 6174 | 0045 | Sitting | PDA 112 |

**WARRANTS CHECKED:** ☐
**PHOTOS / FINGERPRINTS TAKEN (IF NECESSARY):** ☐
**SUPERVISOR REVIEW:** (signature)
**ARREST PACKAGE REVIEWED & APPROVED:** ☐
**COURT INFORMATIONS SIGNED:** ☐

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY**
*ACCREDITED LAW ENFORCEMENT AGENCY*
**PRISONER ACTIVITY LOG CONTINUATION**
53-0612p. 09/07   PDCS-2032-1a

| CENTRAL COMPLAINT NUMBER | 17-1615414 |
|---|---|
| PRECINCT | 1 |
| COMMAND | 120 |
| CHARGE(S) | Warrant |
| PRISONER'S LAST NAME, FIRST, M.I. | Newkirk, Latya |
| D.O.B. | 6/5/86 |
| DATE OF ARREST | 3/11/17 |
| TIME OF ARREST | 1044 |
| CELL # | 9 |

DISTRIBUTION:  WHITE – CENTRAL RECORDS   YELLOW – PRECINCT FILE;
PINK – COMMAND OF DETENTION   GOLDENROD – COURT LIAISON

| TIME | REMARKS/OBSERVATIONS | OFFICER RANK / SHIELD | TIME | REMARKS/OBSERVATIONS | OFFICER RANK / SHIELD |
|---|---|---|---|---|---|
| 0115 | Sitting | PDA 112 | | | |
| 0145 | Standing | PDA 112 | | | |
| 0215 | Standing | PDA 112 | | | |
| 0245 | Standing | PDA 112 | | | |
| 0315 | Sitting | PDA 112 | | | |
| 0345 | Sitting | PDA 112 | | | |
| 0415 | Sitting | PDA 112 | | | |
| 0445 | Meal | PDA 112 | | | |
| 0515 | Sitting | PDA 134 | | | |
| 0545 | Sitting | PDA 134 | | | |
| 0615 | Sitting | PDA 134 | | | |
| 0645 | Sitting | PDA 134 | | | |
| 0720 | Cell cleaned | 134, 112 | | | |
| 0745 | Pat Down | 112, 134 | | | |
| 0809 | Trans 1st DC | 6556 | | | |

SUPERVISOR REVIEW _____
(TO BE SIGNED UPON TERMINATION OF CUSTODY)

ATT # 264



POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY
*ACCREDITED LAW ENFORCEMENT AGENCY*

**PRISONER ACTIVITY LOG - ADDENDUM**
**MENTAL HEALTH SCREENING**

PDCS-2032-2a

| CENTRAL COMPLAINT NUMBER | |
|---|---|
| 17-161544 | |

| DISTRIBUTION: | Original – CENTRAL RECORDS | COPY – PRECINCT FILE |
|---|---|---|
| | COPY – COMMAND OF DETENTION | COPY – COURT LIAISON |

**NOTE:** This form MUST be completed in all cases prior to lodging any prisoner

| PRECINCT / COMMAND | INTERVIEWING OFFICER'S LAST NAME, FIRST, M.I. | RANK | COMMAND |
|---|---|---|---|
| 110 | Burke, James | Sgt | 110 |

| PRISONER'S LAST NAME, FIRST, M.I. | D.O.B. | DATE OF ARREST | TIME OF ARREST | CELL # |
|---|---|---|---|---|
| Newkirk, Latoya | 6-5-86 | 3-16-17 | 1044 | 9 |

| CHARGE(S) |
|---|
| Warrant |

| Has any Department member reported information indicating that the arrestee has engaged in conduct which may indicate a current risk of suicide?<br>☐ Yes  ☑ No  (If Yes, Transport to CPEP Required) | If YES – Explain |
|---|---|

Preparing Supervisor has asked the arresting/transporting officer about the above topic: _JB_ (Supervisor Initial's)

| Performed "Multi-System Name Look Up"<br>☑ Yes<br><br>*Information indicating the prisoner has attempted suicide within the past twelve (12) months will require* **Full Time Observation.** | Details (if relevant) |
|---|---|

| | | Yes | No |
|---|---|---|---|
| Are you presently having thoughts of committing suicide? | (If Yes, Transport to CPEP Required) | ☐ | ☑ |
| Have you ever attempted suicide?<br>(If Yes, continuous Full Time Observation is Required if the attempt occurred within the past twelve (12) months) | | ☐ | ☑ |

People afflicted with certain mental illness are at an increased risk for attempting suicide. **Affirmative answers** to the following questions should be evaluated with the totality of the circumstances during the period of detention. Additional in custody suicide risk factors are enumerated at the bottom of this form.

| | | Yes | No |
|---|---|---|---|
| Have you ever been treated for a psychiatric illness? | | ☐ | ☑ |
| If yes: For what illness? | | | |
| When were you treated? | | | |
| Have you ever been prescribed medication for a psychiatric illness? | | ☐ | ☑ |
| If yes: What medication? | | | |
| When were you on such medication? | | | |
| For what illness was the medication prescribed? | | | |

### Additional In Custody Suicide Risk Factors
*Be aware that **hanging** is the most prevalent method of in custody suicide*

- White Male
- Average Age 30
- Intoxicated by alcohol or other substance
- Insignificant or no arrest history
- Likely to have been charged with nonviolent crimes
- Recent loss of stabilizing influence
- Severe shame or guilt over offense
- Current mental illness – Depression is the single strongest indicator
- Poor health or terminal illness
- Severe agitation/aggressiveness
- Projects a sense of hopelessness

53-0311..11/15

**SUPERVISOR REVIEW:** _____   _____
(TO BE SIGNED UPON TERMINATION OF CUSTODY)           DATE