oooo AT&T LTE    14:54    95%

&lt; Messages    **Chris McCoy**    Details

iMessage
Thu, Mar 16, 14:13

What's up

Uniform

Ok, on my way

Searched by 6542 at 1330, I left it on the table too...let me know how that cluster fuck goes

You got it

Thu, Mar 16, 15:53

I'd went good some kid from Bayshore female pass had warrant so we took her and weed in her snatch at thenpct

Nice, what are the names?

Ulysses Williams and Victoria Harris

iMessage