1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
LATOYA NEWKIRK,

                          Plaintiff,


             -against-      Index No.:  CV-17-2960


COUNTY OF SUFFOLK, CHRISTOPHER A. MCCOY, in his
official and individual capacities, and
MARK PAV, in his official and individual
capacities,


                          Defendants.


----------------------------------------------X

                          100 Veterans Memorial Highway

                          Hauppauge, New York

                          March 16, 2020
                          12:56 P.M.


               DEPOSITION of MICHAEL BIEBER, a
Non-Party Witness herein, taken by the
Plaintiff, pursuant to Article 31 of the Civil
Practice Law and Rules of Testimony, and
Consent, held at the above-mentioned time and
place, before Debra Roman, a Notary Public of
the State of New York.

                                                                    2

1

2    A P P E A R A N C E S:

3

4         EGAN & GOLDEN, LLP

5              Attorneys for Plaintiff

6              96 South Ocean Avenue

7              Patchogue, New York  11772

8         BY:  CHRISTOPHER A. BIANCO, ESQ.

9

10        MICHAEL J. BROWN, P.C.

11             Attorney for Plaintiff

12             320 Carleton Avenue

13             Central Islip, New York  11722

14        BY:  MICHAEL J. BROWN, ESQ.

15

16        SUFFOLK COUNTY ATTORNEY'S OFFICE

17             Attorney for Defendants

18             100 Veterans Memorial Highway

19             5th Floor

20             Hauppauge, New York  11788

21        BY:  BRIAN C. MITCHELL, ASSISTANT COUNTY

22             ATTORNEY

23

24   ALSO PRESENT:

25   MATTHEW SKULAVIK

3

1

2

3                     FEDERAL STIPULATIONS

4

5          IT IS HEREBY STIPULATED AND AGREED by

6     and between the parties hereto, through their

7     respective counsel, that the certification,

8     sealing and filing of the within examination

9     will be and the same are hereby waived;

10         IT IS FURTHER STIPULATED AND AGREED

11    that all objections, except as to the form of

12    the question, will be reserved to the time of

13    the trial;

14         IT IS FURTHER STIPULATED AND AGREED that

15    the within examination may be signed before any

16    Notary Public with the same force and effect as

17    if signed and sworn to before this Court.

18

19

20

21

22

23

24

25

4

1

2   M I C H A E L    B I E B E R, the Witness

3           herein, having been first duly sworn by a

4           Notary Public in and of the State of New

5           York, was examined and testified as

6           follows:

7                         THE REPORTER:  Would you

8                   please state your full name for

9                   the record.

10                        THE WITNESS:  Michael Bieber.

11                        THE REPORTER:  What is your

12                  current address?

13                        THE WITNESS:  30 Yaphank

14                  Avenue, Yaphank, New York 11980.

15  EXAMINATION BY

16  MR. BROWN:

17          Q       Sergeant, good afternoon.  My name

18  is Michael Brown.

19          A       Good afternoon.

20          Q       My name is Michael Brown.  I'm the

21  attorney for the plaintiff in this matter.  I'm

22  going to ask you a series of questions.  I'm

23  just going to ask you to let me finish the

24  question before you give a response, so we can

25  get a nice clear record.

5

                    MICHAEL BIEBER

1
2               The other thing I'm going to ask
3    you to do is verbalize all your answers, because
4    she can only take down verbal answers.
5          A     Okay.
6          Q     If at any point you want a break,
7    just let Mr. Mitchell know and myself and we'll
8    be happy to do that.  The only issue is I just
9    ask if there is a pending question that's open,
10   just give us an answer before you take that break.
11              Fair enough?
12         A     All right.
13         Q     Where are you currently assigned?
14         A     The First Precinct, crime section.
15         Q     How long have you been in the
16   First Precinct for?
17         A     Almost five years.
18         Q     When did you go to the academy,
19   Sergeant?
20         A     December 28th, 1995.
21         Q     Is that when you graduated?
22         A     No, I graduated in June.  June of
23   '96.
24         Q     Were you on any other law
25   enforcement before Suffolk County?

6

1                    MICHAEL BIEBER

2         A      I was a New York City Sheriff for

3    three years.

4         Q      That would have been '92 to '95.

5         A      Yeah.  Correct.

6         Q      When you graduated in '96 from the

7    academy, where were you assigned?

8         A      I was assigned to the First Precinct.

9         Q      For how long were you in the

10   First Precinct on that tour?

11        A      Six weeks.

12        Q      Then where did you go after that?

13        A      Then I was assigned to the

14   Second Precinct.

15        Q      How long were you in the

16   Second Precinct for?

17        A      I was in the Second Precinct until

18   I got promoted sergeant in -- that would have

19   been July of 2015.

20        Q      In the course of your time in the

21   Second Precinct, was it sector car or other

22   things?

23        A      Well, I relief drive, you know,

24   for maybe a couple of years and then I was

25   assigned to patrol.  Right when I got to the

7

1               MICHAEL BIEBER

2   Second, I was assigned to patrol and I did that

3   and then I got transferred to COPE at the time,

4   and then after COPE, I got transferred to

5   precinct crime section.

6          Q      And then you got promoted to

7   sergeant?

8          A      Then I got promoted to sergeant.

9          Q      And you indicated July of 2015?

10         A      That's when I got promoted.

11         Q      Where were you assigned as a

12   sergeant?

13         A      I was assigned to the First Precinct,

14   135 zone.

15         Q      Where is the 135 zone?

16         A      Wyandanch, like, West Babylon area.

17         Q      So you were a patrol sergeant?

18         A      I was a patrol sergeant.

19         Q      How long were you a patrol sergeant

20   for?

21         A      Probably, I'm going to guess, about

22   two and a half to three years.

23         Q      Where did you go after the 135 zone?

24         A      Then I got transferred to -- it's

25   COPE, but it's CSU.  Our Community Support Unit.

8

                    MICHAEL BIEBER

1

2          Q      Do you remember when you started

3     at CSU?

4          A      2017.

5          Q      Do you remember the month?

6          A      I don't.

7          Q      This incident that we're here for

8     was March of '17, so does that put things in

9     perspective?

10         A      Yeah, okay.  So then it was

11    February of 2017.

12         Q      So that's when you started at CSU?

13         A      CSU, correct.

14         Q      Did you have a group that you were

15    responsible for?

16         A      Right.  I was assigned to four

17    officers.

18         Q      And who were they?

19         A      Matthew Skulavik, Christopher Oddo,

20    Christopher McCoy and Mark Pav.

21         Q      And what were your responsibilities?

22         A      To supervise the units, oversee

23    their arrests, all their paperwork, all the

24    assignments.  Make sure that I divide them up

25    and issue them.  All the community complaints

9

1                    MICHAEL BIEBER

2    would come in, so I would just divert the work,

3    you know, evenly.

4         Q      Did you have an office in the

5    precinct?

6         A      Yeah.  It was CSU office.

7         Q      Where is that located?

8         A      In the basement.

9         Q      As the sergeant, would you go out

10   on patrol as well, or you would stay in the

11   office, or a combination of the two?

12        A      I would do both.

13        Q      Did you have a meeting with the

14   FBI at all?

15        A      I had just that proffer.

16        Q      There was one proffer or more than

17   that?

18        A      Just one.

19        Q      And was that at the U.S. Attorney's

20   Office in Central Islip?

21        A      I believe so.

22        Q      And you had your attorney,

23   Paul Linzer with you?

24        A      I don't recall his name.

25        Q      Do you recall an agent Winiker and

10

1                    MICHAEL BIEBER

2    Doyle?

3         A       I don't recall.

4         Q       Were they two FBI agents or more

5    or less?

6         A       I believe, there were two.

7         Q       One female and one male?

8         A       Yeah.  I believe, one female and

9    one male and, I believe, Lara.

10        Q       Lara Gatz, the U.S. Attorney?

11        A       Correct.

12                    (Discussion held off the

13                    record by Mr. Brown.)

14        Q       Do you know how long this meeting

15    lasted?

16        A       Approximately an hour.

17        Q       Did Internal Affairs ever

18    interview you with regards to this?

19        A       They never interviewed me.

20        Q       How long had you known McCoy at

21    the time of this incident?

22        A       Approximately, like, a month.

23        Q       Had you known him before you

24    became the sergeant of CSU?

25        A       I didn't know him.  I knew he was

11

```
 1                    MICHAEL BIEBER
 2    an officer in the precinct.
 3         Q      Had you ever had conversations,
 4    socialize, anything with him prior to you being
 5    the sergeant?
 6         A      No.
 7         Q      At the time of the incident,
 8    March 16th of 2017, how long were you his sergeant
 9    for?
10         A      Like, approximately, a month.
11         Q      How would you describe Officer McCoy?
12                    MR. MITCHELL:  I object.
13                You can answer.
14         A      He was a good worker.
15         Q      How about his demeanor?
16         A      I would -- I would think he's a
17    regular guy.  His demeanor was good.  No issues.
18         Q      Sergeant, when somebody stops an
19    individual, obviously, they gather information,
20    they have information on an individual, are they
21    able to use that information to pursue for
22    personal reasons?
23         A      When you say stop, can you just
24    clar --
25         Q      Sure.
```

12

1                    MICHAEL BIEBER

2              If somebody makes a car stop, for

3    instance --

4         A    Okay.

5         Q    -- and they obtain a name, an

6    address, date of birth, information like that,

7    is it within the rules and procedures of the

8    Suffolk County Police Department that they can

9    utilize that for any other purpose other than

10   law enforcement?

11                  MR. MITCHELL:  I object to

12                  form.  You can answer.

13        A    They can't use it for personal

14   information.

15                  MR. MITCHELL:  Cannot?

16                  THE WITNESS:  Cannot.

17   BY MR. BROWN:

18        Q    And if you determine as a sergeant

19   that they were doing that, what, if anything,

20   would you do?

21        A    I would put an immediate stop to

22   it and take disciplinary action against them.

23        Q    When you say "disciplinary action,"

24   what does that mean?

25        A    I would write them up on a form.

                          MICHAEL BIEBER

1

2          Q       Is there a particular form that

3    you are required to use?

4          A       I believe, there is one.  I never

5    did one but...

6          Q       When I ask a particular form, not

7    for that exact scenario.  But just in general

8    are there forms?

9          A       Yeah, if you were going to take

10   action against somebody.  It can be a verbal

11   reprimand.  It depends on the seriousness of it.

12         Q       All right.  Just walk me through

13   the different types of actions that you can take

14   as a sergeant?

15         A       If there are certain things that

16   I'm not agreeing with or something against the

17   rules and procedures, okay, depending on how

18   serious it is, I can take a verbal -- do a

19   verbal reprimand, or I can document it

20   officially on paper, okay, and then let my boss

21   know.

22         Q       So if it's a verbal reprimand,

23   it's just --

24         A       It's just a verbal reprimand.

25   Don't do that again.  Depending on the seriousness.

14

1                    MICHAEL BIEBER

2          Q       There is no record of that?

3          A       Correct.

4          Q       If you were going to document it

5     on paper, how would you do that?

6          A       There is a form for it.  I don't

7     know specifically, because I've never done one.

8          Q       The form, have you seen the form?

9          A       I have never personally seen it.

10    I know there is one that you would document it

11    on a form.

12         Q       When you document it, what happens

13    to that form?

14         A       I would hand it to my boss at that

15    time.

16         Q       Who was your boss at that time?

17         A       Being a CSU sergeant, it would

18    be -- at the time, it would be Lieutenant Fanning

19    who is retired.

20         Q       Lieutenant Fanning was a lieutenant

21    in the First Precinct?

22         A       Correct.

23         Q       Was he assigned to a specific area

24    in the First Precinct?

25         A       He at the time was the 120 command

15

                    MICHAEL BIEBER

1

2   lieutenant who oversees CSU precinct crime

3   section and gang unit.

4        Q      So the form that we talked about,

5   if it was done, that would have been sent

6   directly to Lieutenant Fanning?

7        A      Correct.  If I had to do a form

8   like that, yes.

9        Q      Since you've become a sergeant in

10  July of 2015, have you ever used that form

11  before?

12       A      No.

13       Q      When you were the 135 zone

14  sergeant, how many officers were you responsible

15  for?

16       A      Well, I was -- let me just -- I

17  had six sector cars.  Three were double.  All

18  right.  So --

19       Q      Would that be nine?

20       A      Nine.  But when I came first out,

21  I was also responsible for the 136 zone, because

22  we didn't have a 136 supervisor.

23       Q      How long were you also responsible

24  for the 136 zone?

25       A      Approximately six months.

16

MICHAEL BIEBER

1

2      Q      How many officers were you

3  responsible for in the 136 zone?

4      A      It's either five or six sector

5  cars.  Okay.  That would be only single

6  officers.  So it would be an additional five or

7  an additional six.

8      Q      Depending upon how many were on?

9      A      Well, depending how many cars

10  there are.  Offhand, I don't know if it was five

11  or six officers additional.

12      Q      So just so I understand.  For the

13  first six months of being promoted to sergeant,

14  you were responsible for the 135 and the 136

15  cars?

16      A      Correct.

17      Q      Then after about six months, you

18  were then exclusively responsible for the 135

19  zone?

20      A      Correct.  Because they hired a

21  supervisor and we got a 136 supervisor.

22      Q      That continued until February of

23  2017 when you went to CSU?

24      A      Correct.

25      Q      Okay.  Is there any rules or

17

1                    MICHAEL BIEBER

2      regulations in terms of wearing uniform while on

3      duty?

4           A       In the CSU unit?

5           Q       Yes.  Suffolk County Police

6      Department and, specifically, to the CSU unit.

7           A       Right.  No, not specifically.

8           Q       How about as a member of the

9      Suffolk County Police Department?

10          A       Repeat that again.  Say that again.

11          Q       Sure.

12                  Are there any rules or regulations

13     in regards to wearing a uniform while on duty,

14     as a member of the Suffolk County Police

15     Department?

16          A       Not the CSU unit.  You asked the

17     whole Suffolk County Police Department.  In

18     patrol --

19          Q       Yes.

20          A       -- because you're not being clear.

21     In patrol, yes, they have to wear a uniform in

22     patrol.

23          Q       If somebody were in CSU, are they

24     not required to wear their uniform?

25          A       They're not required.

1                    MICHAEL BIEBER

2         Q       That's where the plain clothes

3    comes into play?

4         A       Correct.

5         Q       Sir, I want to bring your

6    attention to March 16, 2017, which is the

7    subject of this lawsuit.

8                  Do you recall if you were working

9    that day?

10        A       I was working.

11        Q       Do you recall what your tour was?

12        A       Eight to four tour.

13        Q       Do you recall seeing Officer McCoy

14   that day?

15        A       I saw him.

16        Q       Do you remember when the first

17   time you saw Officer McCoy was?

18        A       When he arrived on duty.

19        Q       What time was that?

20        A       Approximately 8:00.

21        Q       Do you recall if Officer Pav was

22   there as well?

23        A       He was.

24        Q       Do you recall what it is that they

25   were assigned to do that day?

19

                    MICHAEL BIEBER

1

2        A       There was no specific assignment
3   that day.  They were just going to go and do
4   routine CSU -- COPE at the time, activities.

5        Q       Did they tell you what exactly it
6   is that they're doing?  How does that transpire?

7        A       Unless we have a specific
8   assignment, which some days we do.  We would
9   have a specific assignment.  A lot of days we
10  didn't, they would go out, okay, and just look
11  for activity based on tips that they get.  Just
12  looking to -- anything where there is crime.
13  That specific day, I did not give them any
14  specific assignment, so they were going to go
15  out and do routine CSU activities.

16       Q       Did there come a time when you
17  learned that they made an arrest?

18       A       I heard them over the radio that
19  they made an arrest.

20       Q       What was it that you heard?

21       A       Just that -- 132, which that's our
22  code for making an arrest.

23       Q       When was the next time you either
24  heard from them or saw them?  Meaning McCoy and
25  Pav.

20

                    MICHAEL BIEBER

1

2          A      Well, I was out on the road, so

3    when I got back into the precinct, I did see

4    them come downstairs into the CSU office and I

5    saw them at that time.

6          Q      Do you remember when that was around?

7          A      I mean if I had -- I really don't

8    know specifically.  It could have been 11:30,

9    but I'm not sure.

10         Q      Had they made the arrests already

11   at that point?

12         A      I believe so.

13         Q      You said you were on the road.

14   What were you doing on the road?

15         A      I was patrolling my usual near

16   Straight Path and, like, Merritt.  We had a lot

17   of problems in those areas.  So my daily routine

18   would be to go up there and that's where I was.

19         Q      Were you patrolling by yourself?

20         A      By myself.

21         Q      In a marked unit?

22         A      Marked unit.

23         Q      In uniform?

24         A      Yeah, in uniform.

25         Q      So at some point you said you

1                    MICHAEL BIEBER

2     returned to the precinct and downstairs is where

3     you saw Officer McCoy?

4          A      Correct.

5          Q      Was Officer Pav with him?

6          A      I can't recall specifically, but

7     they would all switch up and down.  They will

8     come down and take off their -- you know, get

9     comfortable.  Sometimes the belt will come off.

10    They will come downstairs to eat.

11         Q      When you say "belt," gun belt?

12         A      Gun belt.

13         Q      You said sometimes they will come

14    down to eat.

15                Do you remember seeing them that

16    day eating?

17         A      I don't recall that.

18                    MR. MITCHELL:  When you say

19                you don't recall, does that mean

20                you don't recall if they were or

21                not?

22                    THE WITNESS:  I don't

23                recall them eating.

24                    MR. MITCHELL:  Right.  What

25                I'm saying is that you're saying

22

                         MICHAEL BIEBER

1                        you don't recall if they were

2                        eating or not?

3                             THE WITNESS:  Correct.

4                        Right.  I don't recall them if

5                        they were eating or not.

6                             MR. BROWN:  Right.

7    BY MR. BROWN:

8         Q      You said at some point you noticed

9    them.  For how long of a period did you see

10   Officer McCoy?

11        A      Just quick.  I mean five, ten

12   minutes.

13        Q      Did you have any conversations with

14   him?

15        A      I believe, I asked him, like, what

16   do you have.  He just told me that he had a

17   subject under arrest.  I believe, it was, like,

18   for marijuana and a possible warrant.

19        Q      Anything else he told you?

20        A      No.

21        Q      Did you ask him any other questions?

22        A      No.

23        Q      What happened then?

24        A      Then he went back upstairs and

23

1                    MICHAEL BIEBER

2    just my assumption would be to keep processing

3    the arrest.

4                    MR. MITCHELL:  Don't assume.

5         A       He left the office.

6         Q       Do you remember the next time you

7    saw Officer McCoy that day?

8         A       I didn't see him after that.

9         Q       So that one five or ten-minute

10   interaction is the only time that day that you

11   had personal conversation with him?

12        A       That's correct.

13        Q       And you didn't see him any other

14   time that day?

15        A       I didn't.

16        Q       Before he leaves for the day, does

17   he need to check in with you?

18        A       No.

19        Q       Do you know what time he left that

20   day?

21        A       I don't.

22        Q       After you had that conversation

23   with him, Sergeant, what did you do the rest of

24   the day, do you remember?

25        A       Yeah, I then went back on the road

                    MICHAEL BIEBER

1    for a short period of time, but I had an

2    assignment at 2:00, okay.  I knew that day I had

3    a planned assignment to help out narcotics on an

4    assignment that they had.

5        Q    What were you going to do that day?

6        A    Just assist them on whatever they

7    needed.  And I told -- at the time, I told

8    Officer McCoy and Officer Pav, that they were

9    going to assist, because that day I was aware --

10   I knew that Officer Skulavik and Officer Oddo

11   was going out to the range that day.  So this

12   was preplanned that those two were going to help

13   out.

14       Q    When did you tell them that they

15   were going to help out?

16       A    That day or prior?

17       Q    No, prior.

18       A    It could have been the day before.

19       Q    Did Pav and McCoy agree to help out?

20       A    Yes.

21       Q    You said you went out on the road

22   for a short period.  What is it that you did on

23   the road?

24       A    Just routining on Straight Path

25

1                     MICHAEL BIEBER

2    and just checking the problem areas on

3    Straight Path and Merritt.

4         Q      And at some point, you said you

5    came back for a 2:00 p.m. assignment?

6         A      Correct.

7         Q      Where did you go for that 2:00 p.m.

8    assignment?

9         A      I was in the parking lot and

10   waiting to meet up with narcotics and then we

11   went to an assignment on Sunrise Highway at

12   Pep Boys.

13        Q      Did narcotics come out to the

14   parking lot with you?

15        A      Yes.

16        Q      Did either McCoy or Pav come out

17   to the parking lot?

18        A      I never saw Officer McCoy.  I

19   never saw him.  I don't know if he came out.  I

20   never saw Officer McCoy.

21        Q      What about Pav?

22        A      Pav came out at, approximately,

23   2:00.  He was out in the parking lot.

24        Q      Was he in uniform?

25        A      I don't recall.

1                    MICHAEL BIEBER

2        Q        Were you in uniform?

3        A        I was in uniform.

4        Q        Did Pav go on the assignment with

5    you?

6        A        He didn't go specifically with me,

7    but he did come out on the assignment with

8    Officer Clark, because he was the incoming --

9    the next tour coming on doing a 4:00 to 12:00.

10       Q        Did you go to this assignment by

11   yourself?

12       A        I did.

13       Q        Did you see how Pav came out of

14   the precinct at 2:00; in other words, which door

15   he used?

16       A        No.

17       Q        Now, you mentioned that McCoy was

18   directed sometime prior to come to this 2:00 p.m.

19   assignment.

20                Did you have any conversations

21   with Pav about where McCoy was?

22       A        I did.  I knew that he was

23   processing the arrest and I knew he had to leave

24   early that day.  That was -- earlier.  He said

25   that he can't stay too late.  And at that time,

MICHAEL BIEBER

1    I asked him and he said he's finishing up the

2    arrest.

4         Q    You asked Pav?

5         A    Yeah, like, well, at that time, I

6    saw Officer Clark come out and Officer Pav

7    explained that Officer Clark is going to come

8    out and Officer McCoy is finishing the arrest.

9         Q    Was there any more conversation

10   about finishing the arrest, in terms of where he

11   was, what it was about, anything else?

12        A    No.

13             MR. MITCHELL:  Can I just

14             clarify.  You're using pronouns.

15             You said "he" a couple of times.

16             As far as the first time

17             when you said "he had to leave

18             early that day" --

19             THE WITNESS:  Officer McCoy

20             had to leave early that day.

21             MR. MITCHELL:  That's fine.

22             THE WITNESS:  And the

23             narcotics operation, instead of

24             going at 3:00 got delayed and

25             that's why Officer McCoy -- my

1          MICHAEL BIEBER

2          understanding, he had to leave

3          early and he couldn't go.

4  BY MR. BROWN:

5          Q      What time did McCoy tell you he

6  had to leave by?

7          A      He didn't give me a specific time.

8  He just said he had to leave early.  He just

9  couldn't stay late.

10          Q      I just want to make sure.

11          There was only one time on March 16th

12  that you saw McCoy and that was downstairs?

13          A      Correct.

14          Q      By the CSU unit?

15          A      Correct.

16          Q      You never saw him on the upstairs?

17          A      No.

18          Q      What is a memo book page?

19          A      It's something that the officers --

20  they use to notate their activity for the day.

21          Q      Is that something that they are

22  required to use?

23          A      They are required.

24          Q      And who requires them to use that?

25          A      Suffolk County Police Department.

1                    MICHAEL BIEBER

2          Q       When you say they are required to

3    use, on a tour basis; in other words, every tour

4    they have to write a memo book?

5          A       Correct.

6          Q       What are they required to put in

7    on the memo book?

8          A       All their activity for their tour.

9          Q       Such as?

10         A       A V&T stop, any kind of specific

11   assignment that they were assigned to, like,

12   sitting on a stop sign or checking an area where

13   there is constant drug activity.  Anything of

14   real importance they would put in.

15         Q       If somebody were not using a memo

16   book page, would you take any action?

17         A       I would.

18         Q       What action would you take?

19         A       I would give them a verbal

20   reprimand to tell them to start doing it.

21         Q       If they didn't comply with the

22   verbal reprimand, what would you do then?

23         A       Then I would have to write them up

24   on paper.  Disciplinary action.

25         Q       On the form we talked about earlier?

30

```
 1                    MICHAEL BIEBER
 2          A       Correct.
 3          Q       Do you know the number of the
 4   form, by any chance?
 5          A       I don't.
 6          Q       Sergeant, what is a prisoner activity
 7   log?
 8          A       That's a log that every prisoner
 9   when they are arrested, it's used to notate the
10   activity that you are dealing with the person.
11          Q       Just looking at what is in front
12   of you, Plaintiff's 2, which was previously
13   marked on March 11th, 2020, do you recognize
14   that document?
15          A       I recognize it to be a prisoner
16   activity log that we use.
17          Q       And does your signature appear
18   anywhere on that document?
19          A       I don't believe so.
20          Q       I don't know if this is you.  Just
21   look at the supervising officer over there.
22                  Is that you?
23          A       That's not me.
24          Q       That's not you.  Okay.
25                  What's your TIN number?  I'm
```

31

1                    MICHAEL BIEBER

2    sorry.

3           A       1273.

4           Q       That's Sergeant Burke?

5           A       Burke, correct.

6           Q       On that date, do you know what

7    Sergeant Burke was responsible for?

8           A       He's the desk sergeant.

9           Q       This document pertains to an

10   arrestee, correct?

11          A       Correct.

12          Q       What arrestee does that pertain to?

13          A       A Latoya Newkirk.

14          Q       Now, there seems to be entries on

15   the prisoner activity log.

16                  At what point in time is the

17   individual supposed to make that entry?

18                       MR. MITCHELL:  Which entry

19                  are you referring to?

20          Q       And when I'm saying "point in

21   time," --

22          A       Yeah.

23          Q       -- I am referring now to the

24   observations of an arrestee.

25          A       Well, there has to be an entry

MICHAEL BIEBER

1

2     every half an hour.

3         Q      When they make the entry, do they

4     make it at the same time as making the

5     observation or can it be done the next day or a

6     day later?

7         A      No.  It has to be done at that time.

8         Q      What exactly are they supposed to

9     note?  It says, Time.  It says, Remarks.  It

10    says, Officer.

11        A      Pretty much what the prisoner is

12    doing.  So if the prisoner is sitting, you put

13    sitting.  If the prisoner is standing, you would

14    put standing.  If the prisoner is irate, you put

15    prisoner irate.

16        Q      Are they supposed to note the time

17    they make this observation?

18        A      That's correct.

19        Q      Do they put their TIN number?

20        A      Yes.

21        Q      When does the supervisor, in this

22    case, obviously, Sergeant Burke you said, when

23    do they sign the document?  Is that when they do

24    the desk interview?

25        A      Correct.  When the prisoner is

33

MICHAEL BIEBER

1    brought into the precinct, the desk sergeant or

2    whatever sergeant is there that is going to log

3    in will sign that form at that time.

4        Q       On the bottom of Page 2, it notes,

5    Supervisor review, what is that?

6        A       That's the supervisor after the

7    person is transferred, which this could be the

8    next day.  The supervisor then reviews the whole

9    form to make sure everything is there and then

10   they sign it.

11       Q       Do you know who the supervisor is

12   that signed this?

13       A       I don't.  I don't.

14       Q       Would it necessarily be a sergeant

15   or higher?

16       A       It would be a sergeant or higher,

17   correct.

18       Q       If somebody that you're supervising

19   makes a notation that they did not observe

20   personally, what, if anything, would you do?

21       A       You mean, had I known this?

22       Q       Yes.

23       A       I would definitely talk to them.

24   Give them a reprimand and be, like, you have to

34

                        MICHAEL BIEBER

1

2    observe that and make sure that's your document

3    and it's something that you observed.

4         Q      How significant of an infraction,

5    if it is, would that be?

6         A      Well, it's serious.

7         Q      Would it be serious to the point

8    where it would cause you to file that form that

9    you talked about earlier?

10        A      I would have to make that decision

11   at that time.

12        Q      How busy would you characterize

13   the First Precinct on March 16, 2017?

14                        MR. MITCHELL:  I object,

15                        but you can answer.

16        A      Well, I'll be honest, I was

17   downstairs.  So the First Precinct is usually

18   busy, but I can't specifically state that it was

19   very busy that day.

20                        MR. MITCHELL:  When you say

21                        that, you don't know if it was or

22                        not?

23        Q      You mean with prisoners?

24                        THE WITNESS:  Yeah, I don't

25                        know if it was or not.

1                    MICHAEL BIEBER

2      BY MR. BROWN:

3              Q       You mean with prisoners?

4              A       No, I am just saying in general.

5              Q       Let me ask you a question.

6                      Do you remember speaking to the FBI

7      on May 30th?

8              A       I don't know the specific date.

9              Q       But you only had one meeting with

10     the FBI?

11             A       Correct.  Yeah.

12             Q       I just want to read a paragraph

13     that they noted and you tell me if that's what

14     you told them.

15             A       Okay.

16             Q       Bieber stated that during the

17     hours when the misconduct allegedly occurred,

18     the First Precinct was extremely busy with a

19     large amount of supervision.

20             A       Correct.  That's why I asked you.

21     I didn't know what you were --

22             Q       That's fine.  So just clarify that.

23             A       Okay.

24             Q       Did you say that, by the way?

25             A       I did.  I did.

1                    MICHAEL BIEBER

2         Q      What did you mean by that?

3         A      What I mean is, that time of the

4   day, it's the most supervision.  Everybody is

5   in.  Meaning, inspectors, you know, lieutenants,

6   they're all in.  All right.  That's why I didn't

7   know if you meant was it busy with prisoners.

8         Q      Okay.  When you say "that time,"

9   are you talking about the day tour?

10        A      The day tour.  That time of the

11  day, that afternoon is most of the time, it's a

12  lot of supervision.

13        Q      So tell me about the supervision.

14  Obviously, you're there.

15        A      Well, I'm there.  On the day tours,

16  you have lieutenants.

17        Q      How many lieutenants?

18        A      Well, you're going to have the

19  patrol lieutenant and then you're going to have

20  the 120 command lieutenant.

21        Q      Which would have been your

22  lieutenant, Lieutenant Fanning?

23        A      Correct.

24        Q      Anybody else?

25        A      You're going to have captain.

                       MICHAEL BIEBER

1  You're going to have the inspector and deputy

2  inspectors are in.

3          Q      How many deputy inspectors are there?

4          A      One.

5          Q      And who is that?

6          A      I believe, it was Inspector O'Reilly.

7  Deputy Inspector O'Reilly.

8          Q      How many inspectors are there?

9          A      One.

10         Q      And who would that have been?

11         A      Inspector Matt Lewis.

12         Q      So you had two lieutenants, a

13 captain, a deputy inspector and an inspector?

14         A      Correct.

15         Q      Anybody else?

16         A      No, that's it.

17         Q      I assume that's in contrast to a

18 night tour, for instance?

19         A      That's correct.

20         Q      When you meant extremely busy with

21 a large amount of supervision, in addition to

22 that, are there more officers around the

23 precinct at that time compared to other times?

24         A      Each time is different, so that's

38

1                    MICHAEL BIEBER
2     why I can't really say that.
3          Q      How about arrestees?
4          A      All different times of the day.
5          Q      What I'm saying, in particular,
6     would that time period be more so than other
7     times?
8          A      No, I wouldn't say that.
9     Sometimes the night tours are even busier with
10    prisoners.
11         Q      Now, are you familiar, Sergeant,
12    with the precinct juvenile room?
13         A      I am.
14         Q      What is that room used for?
15         A      Well, it's used mainly for detectives
16    to interview juveniles and process juveniles.
17    Basically, any time they bring a juvenile in,
18    whether it's, you know, as a complainant, they
19    usually use that room.
20         Q      Why do they use that room?
21         A      Because it's designated for
22    juveniles.
23         Q      Is it used for any other reason?
24         A      It is.  It's used to interview
25    complainants on different -- non-juvenile and

                         MICHAEL BIEBER

1

2    sometimes to bring prisoners in there to debrief

3    or take confessions, because we want to take

4    them out of the original arrest processing room,

5    because it's usually, you know, crowded or other

6    prisoners, and we don't want them to hear.

7         Q      Let's take females for a minute.

8                If you were going to take a female

9    into the juvenile room, is there any policies or

10   procedures that Suffolk County Police Department

11   has?

12                    MR. MITCHELL:  I object to

13               the form.  You can answer.

14        A      There is --

15        Q      I am going back to March 2017.

16        A      There is a policy now.  There was

17   no policy back then.

18        Q      What is the policy now?

19        A      Well, that --

20                    MR. MITCHELL:  I object,

21               but you can answer.

22        A      I believe there is two officers now.

23        Q      With a female?

24        A      Correct.

25        Q      And is that just on the juvenile

40

1                      MICHAEL BIEBER

2    facility room or other areas as well?

3          A      Well, just taking them anywhere.

4    I believe, it's everywhere.

5          Q      The policy before this incident

6    was what?  Or there was no policy?

7          A      There was.  If you were going to

8    debrief a prisoner, you could have debriefed

9    just one officer.

10                      MR. MITCHELL:  In other

11                      words, one officer could debrief a

12                      female prisoner by himself?

13                      THE WITNESS:  Correct.

14                      MR. MITCHELL:  Okay.

15   BY MR. BROWN:

16         Q      Now, do you remember saying to the

17   FBI that you thought it was unlikely Pav knew of

18   McCoy's conduct when it occurred?

19         A      I said that, yeah.

20         Q      What led you to give that statement?

21         A      I just never thought Pav would be

22   a person like that.

23         Q      In contrast to McCoy, was it

24   surprising to you that McCoy did do that conduct?

25         A      Very surprised on both.

41

1                    MICHAEL BIEBER

2          Q         And going back to Plaintiff's 2,

3    which is the prisoner activity log, who is

4    responsible for making the entries on the

5    prisoner activity log?

6          A         The arresting officers.

7          Q         In this particular instance, do

8    you know who would have been responsible for

9    making the entry?

10         A         On this arrest?

11         Q         Yes.

12         A         It would have been Officer McCoy

13   and Officer Pav.  They're both responsible.

14         Q         So does it depend on who is with

15   the arrestee at any given moment?

16         A         Yes, because sometimes somebody

17   could be printing.  Like, one officer could be

18   printing.  Another one is doing the paperwork,

19   so at that entry time, they each can put their

20   own entry on that half an hour.  It depends on

21   what officer is viewing something and

22   documenting it in.  So, when two officers make

23   an arrest, they both are responsible for it.

24         Q         I just want to just be clear.

25                    The entry that's noted on the

42

                    MICHAEL BIEBER

1   prisoner activity log, that has to be personal

2   knowledge?  They actually have to be observing

3   it?

4        A       Yeah.  Correct.

5        Q       How would you describe McCoy's

6   relationship with Pav?

7        A       Good.  No problems.

8        Q       How close would you describe the

9   two of them?

10       A       Just normal to every day partner.

11       Q       How about with Skulavik, how would

12  you describe his relationship with McCoy?

13       A       The same.  Friendly, got along.

14  It was a small unit.  No problems.

15       Q       How about Oddo?

16       A       Same thing.  No problems.

17       Q       Now, did you also tell the FBI

18  that you had heard rumors around the

19  First Precinct that Newkirk had setup McCoy?

20       A       Exactly that, yeah.  I heard

21  rumors.  Just people talking.

22       Q       Who said that she had setup McCoy?

23       A       Just cops, in general.  Just talking.

24       Q       Do you remember which police

43

1                    MICHAEL BIEBER

2    officer said that?

3         A      No.

4         Q      Do you remember what it is that

5    they said?

6         A      Exactly that.  That hey, I think

7    she must have, because, I think, people were

8    really shocked.

9         Q      Do you remember when you had heard

10   these rumors?

11        A      Right after everybody found out

12   that this happened.

13        Q      Do you know what those were based

14   on, those rumors?

15        A      I think it was just based on usual

16   gossip that people just couldn't believe and

17   were shocked and just felt that.  Nobody had no

18   direct knowledge of that.

19                         MR. BROWN:  Just give me

20                    one minute.  Excuse me one second.

21                         THE WITNESS:  Sure.

22                         (Discussion held off the

23                    record by Mr. Brown.)

24   BY MR. BROWN:

25        Q      Sergeant now, we talked about some

MICHAEL BIEBER

1
2   of the policies.  In terms of transport of a
3   female arrestee, in March of 2017, were there
4   any policies in regards to transporting of a
5   female arrestee?

6          A       Yes, the policy of a female.

7          Q       Female arrestee.

8          A       If it's a male police officer, you
9   need another male.  But a female can transport
10  by herself.  A female police officer can
11  transport both a male or a female by themselves.

12         Q       Do you know why there is a
13  requirement of two males with a female arrestee?

14                 MR. MITCHELL:  I object.

15                 You can answer.

16         A       Yeah.  Repeat that.

17         Q       Sure.  I hope I remember it.

18         A       Yeah.

19         Q       Do you know why there was a policy
20  that you needed two males with a female arrestee?

21         A       I don't know why they would make
22  that policy.

23         Q       In terms of searching a female
24  arrestee, was there a policy?

25         A       Yeah, a male -- the policy is a

1                    MICHAEL BIEBER

2    male shouldn't search a female unless it's an

3    emergency.  They need to do it for safety

4    reasons, if they see something.

5          Q      Short of that safety reason,

6    emergency situation, what was the policy?

7          A      You're talking about the Suffolk

8    County policy is --

9          Q      Yes.

10         A      -- male officers don't search a

11   female -- a prisoner unless it's an exigent

12   circumstance.

13         Q      Okay.  How is it that a female

14   would then be searched?

15         A      Just to get rid of the problem.

16   So if --

17         Q      No, no.  You're not listening.

18   I'm sorry.

19         A      Then I'm not understanding.  Yeah.

20   Go ahead.

21         Q      Other than an emergency exigent

22   circumstance, how then would a female arrestee

23   be searched?  What would the --

24         A      We would call in -- we would call

25   in a female officer.  I didn't understand what

46

```
 1                    MICHAEL BIEBER
 2   you meant.  Sorry.
 3         Q      That's okay.
 4                    MR. BROWN:  Off the record.
 5                    (Discussion held off the
 6              record.)
 7         Q      Do you know why they have that
 8   policy about a female, other than exigent
 9   circumstances, why a female officer would have
10   to search a female arrestee?
11         A      Well, just to avoid that whole,
12   you know, sexual problem.  I'm going to assume.
13                    MR. BROWN:  Okay.  I have
14              nothing further.  Thank you,
15              Sergeant.
16                    MR. MITCHELL:  Just real
17              quick.
18   EXAMINATION BY
19   MR. MITCHELL:
20         Q      Sergeant, you were asked earlier
21   by Mr. Brown about supervision at the precinct
22   during the daytime.
23                    He asked you about who may be in
24   the precinct and you listed people from an
25   inspector down to lieutenants.
```

47

1                    MICHAEL BIEBER

2              Do you recall him asking those

3    questions?

4         A    Yes.

5         Q    When you were answering those

6    questions, were you referring to specifically

7    what the situation was on March 16th of 2017, or

8    just in general that's how the precinct would be

9    run?

10        A    In general.

11        Q    All right.

12             Do you have a specific

13   recollection of who may have been there one way

14   or the other --

15        A    No.

16        Q    -- or rank-wise on March 16, 2017?

17        A    No, I do not.

18                  MR. MITCHELL:  That's all

19             I've got.

20                  (Discussion held off the

21             record by Mr. Brown.)

22                  (Continued on the following

23             page to include colloquy and

24             jurat.)

25

48

```
 1                    MICHAEL BIEBER
 2                   MR. BROWN:  Okay.  We're
 3           good.
 4                   MR. MITCHELL:  All good.
 5           Thank you.
 6                   (TIME NOTED:  1:35 P.M.)
 7
 8
 9                   _____
10                   MICHAEL BIEBER
11
12    Subscribed and sworn to before me this
13    _____ day of _____, 2020.
14    _____
15        NOTARY PUBLIC
16
17
18
19
20
21
22
23
24
25
```

49

1

2                      INDEX TO TESTIMONY

3

4    WITNESS           EXAMINATION BY              PAGE

5    M. Bieber     Mr. Brown                         4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

50

1

2                    C E R T I F I C A T E

3

4         I, DEBRA ROMAN, a Notary Public in and

5    for the State of New York, do hereby certify:

6         THAT the witness(es) whose testimony is

7    hereinbefore set forth, was duly sworn by me;

8    and

9         THAT the within transcript is a true

10   record of the testimony given by said

11   witness(es).

12        I further certify that I am not related,

13   either by blood or marriage, to any of the

14   parties in this action; and

15        THAT I am in no way interested in the

16   outcome of this matter.

17        IN WITNESS WHEREOF, I have hereunto set

18   my hand this 27th day March of 2020.

19

20                    *Debra M. Roman*

21        _____

                      DEBRA ROMAN

22

23

24

25