UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------X

LATOYA NEWKIRK,

      Plaintiff,

           Docket No.

   - against -    2:17-cv-02960

COUNTY OF SUFFOLK, CHRISTOPHER A. MCCOY, in his

official and individual capacities, and MARK PAV,

in his official and individual capacities,

      Defendants.

-------------------------------------------X

      100 Veterans Memorial Highway

      Hauppauge, New York


      October 8, 2019

      10:17 a.m.


   DEPOSITION of LATOYA NEWKIRK, Plaintiff,

taken by Defendant, pursuant to Federal Rules of

Civil Procedure, and Notice, held at the above-noted

time and place, before Kyra Kustin, a Stenotype

Reporter and Notary Public within and for the State

of New York.

1

2  A P P E A R A N C E S:

3

4       EGAN & GOLDEN, LLP
               Attorneys for Plaintiff
5              96 South Ocean Avenue
               Patchogue, New York  11772

6

        BY:  BRIAN T. EGAN, ESQ.
7              CHRISTOPHER A. BIANCO, ESQ.

8

9       DENNIS BROWN, ESQ.
        SUFFOLK COUNTY ATTORNEY
10             Attorneys for Defendant
               100 Veterans Memorial Highway, Floor 6
11             Hauppauge, New York  11788

12      BY:  BRIAN MITCHELL, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2  F E D E R A L   S T I P U L A T I O N S

3

4      IT IS HEREBY STIPULATED AND AGREED by and

5  between the attorneys for the respective parties

6  herein, that the sealing, filing and certification

7  of the within deposition be waived;

8      IT IS FURTHER STIPULATED AND AGREED that all

9  objections, except as to form, are reserved to the

10  time of trial;

11      IT IS FURTHER STIPULATED AND AGREED that the

12  transcript of this deposition may be signed before

13  any Notary Public, with the same force and effect as

14  if signed before a clerk or Judge of the Court;

15      IT IS FURTHER STIPULATED AND AGREED that all

16  rights provided to all parties by the F.R.C.P.

17  cannot be deemed waived, and the appropriate

18  sections of the F.R.C.P. shall be controlling with

19  respect thereto.

20

21                          oo0oo

22

23

24

25

1                    LATOYA NEWKIRK

2                    (Defendant's Exhibit A was

3               pre-marked for identification.)

4    L A T O Y A   N E W K I R K,

5        Plaintiff, having first been duly sworn by

6    the Notary Public, was examined and testified as

7    follows:

8    EXAMINATION

9    BY MR. MITCHELL:

10        Q    Good morning, Ms. Newkirk.

11        A    Good morning.

12        Q    My name is Brian Mitchell.  I'm an

13   assistant county attorney here in Suffolk County.

14   I'm going to ask you some questions today about a

15   complaint that you filed against the Suffolk

16   County -- against the county, as well as some

17   members of the Suffolk County police department.

18   Okay?

19        A    (The witness gestured.)

20        Q    You have to say yes or no.

21        A    Yes.

22        Q    That's the first ground rule.  I was

23   going to say I'm going to go over some ground

24   rules with you.  Okay?

25        A    Yes.

LATOYA NEWKIRK

1

2      Q      That's a yes or no.  Okay.  The first

3   ground rule is all your answers have to be

4   verbal.  Okay?

5      A      Okay.

6      Q      So you have to say yes or no, give a

7   full sentence.  Basically you can't do nods or

8   gestures.  Okay?

9      A      Okay.

10     Q      Have you ever been deposed before?

11     A      No.

12     Q      In addition to that first instruction,

13  the other instruction I'll say to you is if I ask

14  you a question and you don't understand it,

15  please let me know and I'll try to rephrase it.

16  Okay?

17     A      Yes.

18     Q      If I ask you a question and you answer

19  my question, I'm going to presume that you

20  understood it.  Okay?

21     A      Yes.

22     Q      If I ask you a question about some

23  information, the example I use is a doctor's

24  name, and you say I know the doctor's name.  I

25  can't remember it today, but I have it written

LATOYA NEWKIRK

1

2   down at home or I have it on a bill or something.

3   Just let us know that.  Okay?

4       A    Okay.

5       Q    Because then what we'll do is at some

6   point you're going to get a copy of this

7   transcript to review with your attorney.  We'll

8   leave a blank in the transcript.  So between now

9   and then, if you have that name written down,

10  then you fill that in.  All right?

11      A    Yes.

12      Q    I use that as just simply an example.

13  Sometimes it relates to a telephone number.

14  Sometimes it relates to an address, but that's a

15  process we'll do.  Okay?

16      A    Okay.

17      Q    If I ask you a question about something

18  you don't remember and then two or three

19  questions later I somehow -- either I or you

20  somehow jog your memory, it's okay to say, oh,

21  you know something?  I remember.  It just came to

22  me.  I remember that person's name.  It's okay to

23  do that.

24      A    Okay.

25      Q    You can go back -- is what I'm

LATOYA NEWKIRK

1

2   saying -- if something comes back to you.  Okay?

3       A    All right.

4       Q    If you need to take a break, we can

5   take a break at any time for any reason.  All I

6   ask is that if there's a question pending --

7   meaning I've asked you a question but you have

8   not answered the question -- that you answer the

9   question, and then we take the break.  Okay?

10      A    Okay.

11      Q    Also, it's human nature, what will

12  happen is I'll start to ask you a question and

13  you will anticipate where I'm going with the

14  question and you will start answering before I'm

15  done asking the question.  Okay?  If that occurs,

16  what I ask you to do is do the best you can to

17  allow me to finish my question before you answer

18  it.  Okay?

19      A    Okay.

20      Q    And I will do the same.  I will

21  endeavor to allow you to finish your answer

22  before I ask another question.  Okay?

23      A    Yes.

24      Q    That's for this lady's benefit.  She

25  can't take both of us down talking at the same

1                    LATOYA NEWKIRK

2    time.  Okay?

3        A    All right.

4        Q    Ms. Newkirk, in the last 24 hours, have

5    you used any type of drugs or alcohol?

6        A    No.

7        Q    Currently, are you prescribed any

8    medications, even though you may not have taken

9    them?

10       A    No.

11       Q    Are you currently under the care of any

12   type of physician?  In other words, a medical

13   provider.

14       A    I don't understand.

15       Q    Sure.  Are you under the care of any

16   type of doctor or medical provider for anything?

17       A    Are you asking me do I have a

18   physician?  I'm just --

19       Q    Yeah.  Currently.

20       A    Yeah.  I have a doctor.

21       Q    When was the last time you saw that

22   doctor?

23       A    I'm not sure.

24       Q    Okay.  Did it have anything to do --

25   seeing that doctor, did it have anything to do

1                    LATOYA NEWKIRK

2    with things that you claim in your lawsuit?

3        A    No.

4        Q    Are you currently under the care of any

5    type of mental health professional?  Whether it

6    be a psychiatrist, psychologist, or social

7    worker.

8        A    No.

9        Q    Okay.  I'm just going to jump ahead for

10   a minute.  If I'm correct, the events of your

11   claim occurred on March 16 of the year 2017.  Am

12   I right?

13       A    I believe so.

14       Q    Between the date of the events of the

15   claim and today, have you ever received any care

16   from a mental health provider?  Whether it be a

17   psychiatrist, psychologist, or social worker.

18       A    I had a counselor.

19       Q    Okay.

20       A    Is that...

21       Q    Yes.  That would count.  In relation,

22   again, to -- focusing on the day of the claim,

23   March 16, 2017, moving forward to today, when was

24   the last time that you saw the counselor?

25       A    I'm not sure.

LATOYA NEWKIRK

1

2      Q     Okay.  Can you approximate.  Do you

3  know if it was a month ago?  A year ago?

4      A     It was probably closer to a year ago.

5      Q     Okay.  That -- what I just asked you

6  was when was the last time you saw the counselor.

7  What I'm going to do now is ask you -- focusing

8  on the date of the event and moving forward, when

9  was the first time that you saw the counselor?

10      A     I'm not a hundred percent sure because

11  there were two counselors.

12      Q     Okay.

13      A     I could give you an estimate which

14  would be -- it was the summer of the same year.

15      Q     Of 2017?

16      A     Yes.

17      Q     You mentioned there were two

18  counselors.  Let me just do this.  The last

19  counselor that you saw -- you said maybe a year

20  ago -- what's that person's name?

21      A     Her name is Samantha -- I can't

22  remember her last name right now.  Something

23  Italian.  I just can't remember it right this

24  second.

25      Q     Would that be one of those situations

LATOYA NEWKIRK

1

2   where you have her name written down somewhere

3   and you'd be able to get her name between now and

4   when you get a copy of the transcript?

5       A    Yes.

6       Q    What we're going to do is leave a blank

7   for the name of the counselor, and if you can,

8   when you get the transcript, fill that in.  Okay?

9       A    Sure.

10                  (REQUESTED INFORMATION:  _____

11                  _____

12                  _____

13      _____)

14      Q    For the deposition, I'm going to call

15  her Samantha.  Okay?

16      A    Yes.

17      Q    Focusing on Samantha, when was the

18  first time you went to receive counseling from

19  Samantha?

20      A    That, I'm not sure of.

21      Q    You mentioned that the last time you

22  saw her was maybe about a year ago.

23      A    Mm-hmm.

24      Q    If I just focus on -- about how long a

25  period of time did you see Samantha?

LATOYA NEWKIRK

1

2     A     I'm not sure.

3     Q     Okay.  Was it -- not focusing on time,

4  but a number of times, do you know how many times

5  you saw this lady named Samantha?

6     A     I'm not sure about that either.  I do

7  remember it wasn't consistent.  It was supposed

8  to lead to me seeing an actual doctor, and it

9  wasn't.  So I felt I was wasting my time.  So I

10  don't exactly -- I don't remember after that.

11  After I found that out, that it was taking too

12  long.

13     Q     Okay.  You said there was another

14  counselor.

15     A     Yes.

16     Q     You said two -- what was the other

17  counselor's name?

18     A     I do not remember her name.  The

19  organization was Community Counseling.  I do

20  remember that.  I do not remember her name.

21     Q     Okay.  Did you see that counselor

22  before you saw the counselor named Samantha?

23     A     Yes.

24     Q     Or after?

25     A     I saw her before.  Before I saw

1                    LATOYA NEWKIRK

2   Samantha.

3        Q    Was there ever a time where you were

4   seeing the counselor -- and what was the name of

5   the organization?

6        A    Community Counseling, I believe.

7        Q    What I'm going to do for the deposition

8   is I'm going to call that person the Community

9   Counseling person.  Okay?

10       A    Okay.

11       Q    Was there ever a tame that you saw the

12  Community Counseling person while you were also

13  seeing Samantha?

14       A    No.

15       Q    So it's fair to say you saw the

16  Community Counseling person for a period of time,

17  then stopped, and then started seeing Samantha?

18       A    Yes.  With the Community Counseling

19  person, the reason why I stopped is she felt like

20  my situation was -- in her words, I believe she

21  said it was too much for her, personally.  And

22  she tried to refer me to other places, and I

23  just -- I got discouraged and I hung up the phone

24  on her.  She tried to refer me to Family Service

25  League.

LATOYA NEWKIRK

1

2    Q   So you're -- the way that you contacted

3   the counselor named Samantha was not through the

4   Community Counseling person?

5    A   No.

6    Q   Okay.  How long, if you can -- same

7   questions about this Community Counseling person.

8   Do you know when you first started seeing the

9   Community Counseling person?

10    A   When I first starting seeing Community

11   Counseling person was -- it was June of that

12   year.

13    Q   June of 2017?

14    A   2017.

15    Q   Did anybody refer you to the Community

16   Counseling person?

17    A   I got -- I was living in a shelter, and

18   they referred me.

19    Q   Okay.  About how long did you see the

20   Community Counseling person?

21    A   I'm not exactly sure.  It wasn't long.

22   I believe we only had the few sessions before she

23   told me that.

24    Q   That was my next question.  About how

25   many sessions did you have?

LATOYA NEWKIRK

1

2      A     We had a few.  I don't recall exactly

3    how many, but it wasn't a lot.  I just don't

4    recall exactly.

5      Q     The person's name for the Community

6    Counseling center, that person, would you have

7    their name written down anywhere?

8      A     No.

9      Q     Is there any way that you think you'd

10   be able to find out what their name is?

11     A     I could -- I don't know if they'd give

12   me that information unless I went down there.

13   I'm sure I could find out some way.

14     Q     What we're going to do is we'll leave a

15   blank in the transcript.

16     A     Sure.

17            MR. MITCHELL:  If you could --

18            just for this deposition, I'll say if

19            you can get that.  Gentlemen, I'll make

20            a written request for the name of the

21            counselors, both counselors, and I'll

22            send your some HIPAA documents for her

23            to sign.

24            MR. EGAN:  Will do.  Thanks,

25            Brian.

1             LATOYA NEWKIRK

2             (REQUESTED INFORMATION:  _____

3          _____

4          _____

5          _____)

6        Q     Between the day of the event and when

7   you first saw the Community Counseling person,

8   did you see anybody that may have been considered

9   like a rape crisis person?  Or anybody like that?

10       A     No.  I called -- the day after it

11  happened, I called the VIBS hotline.  And the

12  supervisor was the ex-cop, and I got off the

13  phone.

14       Q     Okay.

15       A     I did try, but like I said, that scared

16  me away, and every other counselor has been

17  referring me back to that same place, VIBS.

18  So...

19       Q     Between when you hung up the phone and

20  you saw the Community Counseling person, did you

21  have any communication with any type of rape

22  crisis person or any type of counselor before you

23  saw the Community Counseling person?

24       A     No.  I don't -- I don't believe I did.

25       Q     Other than what you've told me already

LATOYA NEWKIRK

1

2    about any type of treatment from mental health

3    providers, is there anybody else that you

4    received any type of what I call mental health

5    treatment?  Or anybody that you've gone to see

6    other than the folks you've already told me about

7    between the day of the event and up until today?

8         A    I'm not -- I'm not exactly sure.  Do

9    you mean, like, just with counselors and doctors

10   and stuff of that sort?

11        Q    Yes.

12        A    No.

13        Q    Okay.  Have you seen anybody else

14   that -- whether they're a counselor, someone that

15   you -- because I just want to make -- for my

16   question, I'll clarify it.

17             Have you spoken to anybody in a

18   therapeutic way?  In other words, talked to

19   anybody about the events that happened in a way

20   that you would be seeking some sort of treatment

21   or even just to say what happened.  Just to get

22   it off your chest.  Just to try to speak to

23   anybody.  Have you spoken to anybody in that

24   respect?

25        A    Are you referring to, like, a friend or

1                    LATOYA NEWKIRK

2    something?

3        Q    We'll get to friends.  I'm just

4    talking, for now, any medical professionals.

5        A    No.

6        Q    Any social workers?

7        A    No.

8        Q    Okay.  Other than the persons you've

9    told me about.

10       A    Yes.

11       Q    Ms. Newkirk, other than the -- I

12   understand that on the day of the event, you were

13   charged with what we call unlawful possession of

14   marijuana; is that correct?

15       A    Yes.

16       Q    Other than that, have you ever been

17   arrested for anything?

18       A    Yes.

19       Q    About how many times?

20       A    Two.

21       Q    Okay.  Have you ever been arrested

22   since March 16 of 2017?

23       A    No.

24       Q    Going back in time from March 16,

25   2017 -- go back in time.  Tell me going back in

1                    LATOYA NEWKIRK

2    time the last time you were arrested, going back

3    in time from March 16, 2017.

4          What I'm doing is I'm going back in

5    time.  So you go back.  If there was one time and

6    there was one time before that.  From March 16,

7    going that way, as opposed to saying tell me the

8    first time you were arrested.  Do you understand

9    that?

10         A    Yes.

11         Q    Going back in time, when was the last

12   time you were arrested before March 16, 2017?

13         A    I believe I was 25 or 26.  That was

14   two-thousand -- my math is bad right now.

15         Q    That's okay.

16         A    Two-thousand -- 2012 or 2013.  I'm not

17   exactly sure.

18         Q    Do you know what you were arrested for?

19         A    I believe I had a warrant for

20   something.  I don't remember what it was, and I

21   went in to recall the warrant, and I got taken in

22   from the courtroom.

23         Q    Although you had a warrant, you don't

24   know what the underlying charge was?

25         A    Yes.  If I'm not mistaken, it ended up

LATOYA NEWKIRK

1

2  being thrown out.  I don't remember exactly what

3  it was.  Yeah.  I don't remember.

4      Q    Do you know if it -- I'm just going to

5  give examples.  Did it have something to do with

6  a petty larceny?

7      A    No.

8      Q    Did it have anything to do with

9  possession of any type of drugs or marijuana?

10     A    No.

11     Q    Do you know if it had anything do with

12 not paying traffic tickets?

13     A    It -- it could have possibly been that.

14 I'm just not one hundred percent sure.

15     Q    You mentioned there were two times.

16 There was a time before what we just talked

17 about.  Was there a time before that that you

18 were arrested?

19     A    Yes, when I was 18.

20     Q    Okay.

21     A    That was 2004.

22     Q    What was the year of your birth?

23     A    1986.

24     Q    So 2004 you would be around 18.  What

25 were you arrested for then?

LATOYA NEWKIRK

1

2      A    I'm not a hundred percent sure what the

3    charge was, but it was something like petty

4    larceny, if I'm not mistaken.

5      Q    Were you accused of taking something

6    without paying for it?

7      A    I took it from someone's house.

8      Q    What did you take?

9      A    I took a bottle of pills.

10     Q    Eventually you got charged with that?

11     A    Actually, I think it ended up getting

12    thrown out.

13     Q    I'm not up to that yet.  I'm saying

14    were you charged at some point.  In other words,

15    did someone accuse you of doing something and --

16     A    Yes.

17     Q    -- you wound up getting a charge?

18     A    Yes.

19     Q    Do you recall if what they accused you

20    for was some kind of larceny?  Or even a

21    burglary?  Do you have a recollection of it?

22     A    I believe it was a larceny.

23     Q    Ultimately, you say you think it got

24    thrown out?

25     A    It did.  It should be expunged off my

1                    LATOYA NEWKIRK

2    record, actually.

3         Q    Do you know if it was resolved with

4    something called an adjournment in contemplation

5    of dismissal?  Did you ever hear that phrase?

6         A    I don't -- I don't remember.

7         Q    But in any event, your recollection --

8    as you said -- it got thrown out.

9         A    Yes.

10        Q    Anything before that?  We just talked

11   about something that happened on your 18th

12   birthday.  Anything before that?  And forgive me.

13   I said that that happened on your 18th birthday.

14   I meant something happened when you were 18.

15        A    Yeah.

16        Q    I just wanted to clarify the record.

17             Back forward now to the events where

18   you said you had some warrants issued.  I think

19   you said it was about '12 or '13.

20        A    Mm-hmm.

21        Q    You were arrested for having warrants?

22   Or is that when you were first arrested on things

23   that ultimately became warrants?

24        A    I'm not exactly sure what the exact

25   reason would be for the arrest, seeing as I had

LATOYA NEWKIRK

the warrant -- found out I had the warrant, went

to court, and got arrested in court, you know,

when I went to see the judge.  I don't -- and I

just -- I really don't remember exactly what that

was for, so I don't think it was -- you know, you

have a warrant.  I went in to recall the warrant.

    Q    What led you to go to the court to

recall the warrant?

    A    I don't -- I don't remember.  All I

remember is finding out that I had a warrant and

going to see -- going to see about it.  What it

was.

    Q    Okay.  Do you remember how you found

out that you had a warrant?

    A    No.

    Q    Was it -- this is just an attempt to

try to refresh your recollection.  It may not.

Was it -- did you receive something in the mail

that said you had a warrant?  Does that help you

refresh your recollection one way or the other?

    A    No.

    Q    Were you advised as part of some sort

of traffic stop?  Were you stopped by a police

officer or law enforcement and they advised you

1                    LATOYA NEWKIRK

2   that you had a warrant you had to recall?

3       A    I don't remember why I --

4       Q    Okay.

5       A    -- had any of it.

6       Q    In any event, you do recall that you

7   went to recall the warrant.

8       A    Yes.

9       Q    And when you went to court to recall

10  the warrant, you were arrested at that point.

11      A    Yes.

12      Q    Were you taken from court to a

13  precinct?

14      A    I -- no.  I believe I was taken to the

15  jail.  I'm not a hundred percent sure.  I don't

16  remember too well where they take you after that.

17      Q    Okay.  But you went to court

18  voluntarily?  In other words, you went to court

19  on your own --

20      A    Yes.

21      Q    -- to recall the warrant.

22           Did you go in front of a judge?

23      A    Yes.

24      Q    When you went in front of the judge, at

25  that point, you had not been arrested for the

LATOYA NEWKIRK

1

2    warrant.  You simply walked up in front of the

3    judge.

4        A    Yes.

5        Q    When you were in front of the judge,

6    something happened that resulted in you being

7    taken into custody?

8        A    Yes.  Yes.

9        Q    Do you know if you were ever taken out

10   of -- do you know where the courthouse was that

11   you were in?

12       A    Central Islip.

13       Q    Did there ever come a time on that same

14   day that you were taken from the Central Islip

15   courthouse to some other place?

16       A    Yes.  I was in Riverhead Jail, I

17   believe.

18       Q    Okay.  Do you know how long you were in

19   the Riverhead Jail?

20       A    I think it was, like, the weekend.  I

21   think -- I believe it was two days.

22       Q    Okay.

23       A    48 hours.  Something like that.

24       Q    If you know, when you were there in

25   front of the judge, did the judge set any type of

1                    LATOYA NEWKIRK

2    bail on you?

3         A    Yes.

4         Q    Do you know how much it was?

5         A    It was $500.

6         Q    When you got -- there came a time you

7    got released from the jail.  You said a couple

8    days, right?

9         A    Yes.

10        Q    Did you get released because you posted

11   the $500 bail?

12        A    No.  I pled guilty.

13        Q    Do you remember what it was that you

14   pled guilty to?

15        A    Oh, yes.  Now I think I remember.  I

16   pled guilty -- I don't remember exactly what it

17   was called, but I do remember now why I had a

18   warrant.

19        Q    Okay.  What was that?

20        A    It was because I missed a court date.

21   I had an issue with an ex.

22        Q    Okay.  You don't need to tell me that.

23   It was because you missed a court date?

24        A    Yes.

25        Q    Do you now have a recollection of what

1                    LATOYA NEWKIRK

2   it was that you were charged with?

3        A    It was -- it was a misdemeanor called

4   some type of harassment.  I just don't know

5   exactly what the terminology is.

6        Q    Do you recall what it was that you were

7   accused of?  In other words, don't worry about

8   the criminal name of it.  Just what they said you

9   did.

10       A    Yes.  I was accused of threatening my

11  ex-boyfriend.

12       Q    Okay.  At some point after you recall

13  the warrant, you said you were -- you had bail

14  set, you were in jail.  You wound up pleading

15  guilty to something in relation to that charge.

16       A    I pled guilty to what they charged me

17  with, which was the assault.  I don't know

18  exactly what it's called.  It's called -- not

19  assault.  Excuse me.  It was a misdemeanor, but

20  it was some type of harassment.

21       Q    If I said aggravated harassment, does

22  that refresh your recollection?

23       A    Maybe.  That might be it.  That might

24  be it.

25       Q    If I said menacing, does that refresh

LATOYA NEWKIRK

1

2    your recollection?

3         A    Doesn't -- no.

4         Q    In any event, you wound up pleading

5    guilty to something.

6         A    Yes.

7         Q    Did you receive any type of sentence?

8         A    I received time served.

9         Q    After that date -- moving forward, now.

10   After you pled guilty, you got time served.

11   Between that date and March 16 of 2017, was there

12   ever a time where you had any other type of

13   warrants issued against you that you are aware

14   of?

15        A    Not to my knowledge that I could

16   recall.

17        Q    Okay.  I'm jumping ahead a little bit.

18   On March 16, 2017, on that day, were some of the

19   things that you were arrested for warrants from

20   other cases?  In other words, were you arrested

21   on March 16, 2017, because you had outstanding

22   warrants?

23        A    Yes.  That's what I was -- that's what

24   I was told when we got pulled over.

25        Q    The outstanding warrants that you were

LATOYA NEWKIRK

1

2    told you were being arrested for on March 16 of

3    2017, did they have any relationship -- if you

4    know -- to the things that you told me about that

5    happened in 2012 and 2013?

6        A    No.

7        Q    If you know, did there come a time that

8    you learned -- one way or the other -- whether

9    the warrants that you were arrested for on March

10   16, 2017 -- did there ever come a time that you

11   learned that those warrants, that they didn't

12   exist?  Or that they weren't valid?

13       A    Well I'm not exactly sure if they

14   existed or if they were valid because when we

15   went in, they ended up just -- everything ended

16   up being thrown out.  I never saw anything.  I

17   don't know what anything is in reference to.  I

18   can make a guess but, I'm not --

19       Q    We don't want you to guess.

20       A    I'm not -- I'm just not sure.  To this

21   day, I'm not exactly sure what those warrants

22   were in reference to.

23       Q    Other than things that you've told me,

24   was there any other time that you've been

25   arrested?

1                    LATOYA NEWKIRK

2        A    Not that I could recall.

3        Q    Other than the pleading guilty as you

4   mentioned to me in that one event, has there ever

5   been a time that you were convicted of anything?

6        A    No.

7        Q    When you did plead guilty -- in that

8   earlier case that you mentioned to me when you

9   pled guilty, if you recall, were you placed under

10  oath when you took the plea?

11       A    Probably.  I don't remember it.

12       Q    Did you have a lawyer with you at that

13  time?

14       A    Yes.

15       Q    Do you know who the lawyer was?

16       A    I don't remember his name.  It's the

17  guy that wheels around.

18       Q    Is he -- if you know, was he a lawyer

19  assigned to you?

20       A    Yes.

21       Q    If you know -- you may not -- was he a

22  lawyer from the Legal Aid Society?  Or was he a

23  lawyer that was assigned to you from a different

24  type of --

25       A    I think he was assigned to me from

LATOYA NEWKIRK

1

2   somewhere else.

3       Q    If I said the phrase 18B, does at ring

4   a bell at all, one way or the other?

5       A    No.

6       Q    In any event, was that lawyer with you

7   when you pled guilty?

8       A    Yes.

9       Q    When you pled guilty, did the judge ask

10  you if you were pleading guilty because you were,

11  in fact, guilty?

12      A    Yes.  I believe she did.

13      Q    By the way, do you remember who the

14  judge was?

15      A    Judge Bean.

16      Q    When Judge Bean asked you that, did you

17  tell the judge, in fact, you were guilty?

18      A    Yes.

19      Q    When you told the judge you were, in

20  fact, guilty, were you telling the judge the

21  truth?

22          MR. EGAN:  Object to the form of

23          the question.  You can answer.

24      A    No.

25      Q    Okay.  You say no.  Is that because you

1          LATOYA NEWKIRK

2   weren't actually guilty of what you were charged

3   with?

4        A    Yes.

5        Q    Okay.  In any event, when the judge

6   asked you if you were guilty, you did tell the

7   judge that?  You said yes, I'm guilty; is that

8   right?

9        A    Yes.

10       Q    Did you do that just to try and get the

11  case over with?

12       A    Yes.  I had to get home.  No one knew

13  where I was.

14       Q    Okay.  In other words, you did it

15  because -- not because you were guilty, but you

16  wanted to do something that would be favorable to

17  you.  Meaning, in that instance, to get out of

18  there so you could go home.

19            MR. EGAN:  Object to the form of

20            the question.

21       A    Yes.  Can you repeat that.

22       Q    Sure.  When you pled guilty, I asked

23  you if when you told the judge -- withdrawn.

24            I asked you when the judge asked you

25  are you pleading guilty because you're guilty,

1                    LATOYA NEWKIRK

2    your response to me was that you told the judge

3    yes.  Then I asked you if when you said that to

4    the judge, was that true, and you told me no.

5    Then I said to you was the reason that you pled

6    guilty was because there was something -- there

7    was some other reason you were pleading guilty.

8    You said to me because you needed to get home.

9    You needed to get out of there and get home; is

10   that right?

11        A    Yes.

12             MR. EGAN:  Object to the form of

13        the question.

14        Q    Is it fair to say that the reason you

15   pled guilty was not because you were guilty, but

16   for some other reason?

17        A    Yes.

18        Q    Okay.  Ms. Newkirk, before coming in

19   today, did you review anything in preparation for

20   your deposition testimony?

21        A    Did I review anything?

22        Q    Yeah.

23        A    Yes.

24        Q    What did you look at?

25        A    I looked at the paper that I wrote.

1

2      Q     Okay.  When you say that you wrote

3    something, you hand wrote?

4      A     Yes.

5      Q     What paper was that?

6      A     I guess you could say it's like a

7    statement.

8      Q     Okay.

9      A     But it's technically not a statement.

10   No one asked me to write it.  I just wrote down

11   so I would have every detail fresh in my mind.

12     Q     When did you write that?

13     A     I wrote it when I got out.  Yeah.  The

14   day I got out, I believe I started writing it

15   that day or the day after that.

16     Q     Okay.

17     A     I might have finished it the day after

18   that, but I believe I started the day that I had

19   got out.

20     Q     This means going back -- when you say

21   you got out, you mean back in 2017?

22     A     Yes.

23     Q     Do you have that paper with you today?

24     A     No.

25                 MR. MITCHELL:  Gentlemen, do you

1                    LATOYA NEWKIRK

2          have that paper with you today?

3                MR. EGAN:  Yes.

4                MR. MITCHELL:  Can I have a copy,

5          please.

6                MR. EGAN:  Yes.

7                MR. MITCHELL:  While he's doing

8          that -- actually, no.  Let's wait until

9          he does that because he needs to be

10         paying attention over here, too.

11               Could you please mark that as B.

12               (Defendant's Exhibit B was marked

13         for identification.)

14               MR. MITCHELL:  If I could just ask

15         both gentlemen if you are aware, are

16         there any other documents that you're

17         aware of that you client drafted or

18         wrote that you're in possession of that

19         you haven't provided me with?

20               MR. EGAN:  Not that we're aware

21         of.

22               MR. MITCHELL:  Okay.  Other than

23         the complaint in the case.

24               MR. EGAN:  Correct.

25               MR. MITCHELL:  I know she didn't

1                    LATOYA NEWKIRK

2          draft the complaint.  Other than that?

3              MR. EGAN:  Correct.

4              MR. MITCHELL:  For the record,

5          it's my position that this should have

6          been provided to the county pursuant to

7          rule 26 right at the front end of the

8          case.  With that in mind, I'm going to

9          take a ten-minute break -- not a long

10         time -- to review this document.  Okay,

11         guys?

12             MR. EGAN:  Take as long as you

13         want.

14             (A recess was taken at 10:48 a.m.)

15     Q    Ms. Newkirk, before we took the break,

16 you mentioned to me that you reviewed a document

17 which was handwritten by you, and you said at a

18 time close to when the events occurred; is that

19 right?

20     A    Yes.

21     Q    What I'm going to do is I'm going to

22 show you what has been marked as Defendant's

23 Exhibit B, like boy.  Just take a look through

24 it, and I'm just going to ask you some questions

25 about that.

LATOYA NEWKIRK

1

2    A    This is it.  Yeah.

3    Q    Okay.  You could just hang onto it.

4    A    Sure.

5    Q    You mentioned to me that that document

6    is a document you wrote; correct?

7    A    Yes.

8    Q    All right.  It's in -- the handwriting

9    is yours?

10   A    Yes.

11   Q    Again, you said you wrote it -- your

12   recollection is you wrote it at a time close to

13   the time of the events.

14   A    If I'm not mistaken, it was the day

15   after.  When I got out.

16   Q    Did you write it all on that same day

17   when you got out?  Or did you write some of it

18   that day and then some later?

19   A    I wrote some -- I wrote some of it one

20   day, and the next day I wrote the rest of it.

21   Q    So it's fair to say the entire document

22   was completed still within -- close in time to

23   when the events occurred?

24   A    Yes.  Within 24 hours, this whole thing

25   was written.

1                    LATOYA NEWKIRK

2          Q    Okay.  Looking at it today, is there

3     anything in there that you think is incorrect or

4     should be changed?

5          A    I mean, it could use more detail, but

6     that's it.  Nothing is different.

7          Q    Okay.  The details that are in there,

8     you think they're correct?

9          A    Yes.

10         Q    So there's nothing that you think

11    perhaps you made a mistake or it should be

12    changed today.

13         A    No.

14         Q    Okay.  So -- and obviously you wrote

15    it, so it's true and accurate to the best of your

16    knowledge?

17         A    Yes.

18         Q    I'll take that back.  Thank you.

19              Other than what we just looked at,

20    Exhibit B, did you review anything else before in

21    preparation for your deposition today?

22         A    I mean, I looked at, like, just court

23    papers and stuff like that in relation.  There

24    was something that -- I don't know if it's a

25    review.  I looked at the -- I don't know what

1                     LATOYA NEWKIRK

2     that thing's called.  That thing you're looking

3     at now.

4          Q     The complaint?

5          A     Yes.

6          Q     Anything else?

7          A     Did I review anything else?  I looked

8     into what a disposition was and everything like

9     that.

10         Q     You looked into what a disposition was?

11         A     Yes.

12         Q     What do you mean by what a disposition

13    was?  What --

14         A     What it is.  I just reviewed, like,

15    what I would be going through today so I knew

16    what to expect.

17         Q     I see.  I misunderstood.  You meant

18    what a deposition was.

19         A     Yes.

20         Q     Okay.  That's fine.  And was that

21    something -- if you did that with your lawyers,

22    don't talk to me about what you did with your

23    lawyers.

24               MR. EGAN:  For the record, she

25               did.  That's what she's referencing.

1                    LATOYA NEWKIRK

2          A    Yes.

3          Q    Okay.  What I'm going to do is show you

4    what's been marked as Defendant's Exhibit A, like

5    apple, and I'll represent that that's a copy of

6    the complaint in the case.  All right?

7          A    Yes.

8          Q    That was served on your behalf.  What

9    I'm going to ask you to do, if you could just

10   take a look at -- I'm turning to page 3.  You see

11   at the bottom, it says factual allegations?

12         A    Yes.

13         Q    What I'm going to ask you to do, if you

14   could take a look at the portion of the complaint

15   that says factual allegations.  It looks like it

16   goes through to about -- to about the top of page

17   10.  If you could just review that portion of the

18   document.  I'm just going to ask you some similar

19   questions to what I asked you about Exhibit B.

20   Okay?

21         A    Sure.  Okay.

22         Q    Have you had a chance to take a look at

23   what's been marked as Defendant's Exhibit A?  In

24   other words, the piece of paper you have there.

25         A    Yeah.

LATOYA NEWKIRK

1

2      Q      Before the -- is it fair to say that's

3   a copy of the complaint that was filed on your

4   behalf in the lawsuit?

5      A      Yes.

6      Q      Before it was filed, did you have an

7   opportunity to read it?

8      A      Yes.

9      Q      When you read it, did you understand

10  it?

11     A      Yes.

12     Q      At least the factual part.

13     A      Yes.

14     Q      Looking at it today, is there anything

15  in there that you think is incorrect or should be

16  changed?

17     A      29 is -- it's -- I don't know.  It's

18  not that it's incorrect.  It says Officer Pav

19  witnessed these events while seated in the police

20  cruiser.  It started even before he got into the

21  car.

22     Q      Okay.  What started even before he got

23  into the car?

24     A      Me being assaulted.

25     Q      Okay.

1                    LATOYA NEWKIRK

2       A    So from his angling, he witnessed it

3  even before and while he was seated.  Before he

4  was seated and while he was seated.  To be clear.

5       Q    Okay, but that's not in the complaint,

6  is it?

7       A    No.

8       Q    But you think that -- in other words,

9  you think that there should be more information

10  in the complaint than what's in the complaint?

11       A    I just feel like it's missing a small

12  detail, and I don't know if it really matters,

13  but just in case it does, I wanted to say that.

14       Q    Okay.  Whether it matters or not, it's

15  not in the complaint; correct?

16       A    Yes.

17       Q    Okay.  Other than that, is the factual

18  portion of the complaint true and accurate to the

19  best of your knowledge?

20       A    Yes.

21            MR. MITCHELL:  Okay.  I'll take

22            that back.  You fellows have a copy?

23            Do you need a copy of the complaint?

24            MR. EGAN:  Do we have a copy of

25            the complaint?  We're good.

1                    LATOYA NEWKIRK

2              MR. MITCHELL:  I mean for your

3         benefit.

4              MR. EGAN:  Thanks.

5         Q    Ms. Newkirk, have you ever been known

6    by any other name than Latoya Newkirk?

7         A    No.

8         Q    Okay.  This we'll mark confidential,

9    but what's is your social security number?

10        A    XXX-XX-XXXX.

11        Q    What's your date of birth?

12        A    June 5, 1986.

13        Q    You mentioned when you were -- in the

14   beginning of the deposition that you live in East

15   Yaphank.

16        A    Yes.

17        Q    How long have you been living there in

18   East Yaphank?

19        A    Two years.

20        Q    Do you live there with anybody?

21        A    I live with my daughter.

22        Q    How old is your daughter?

23        A    She's 16.

24        Q    Do you live there be anybody else?

25        A    No.

LATOYA NEWKIRK

1

2      Q    If I go back before the East Yaphank

3   address, where did you live before that?

4      A    I lived in Bellport.  I was in a

5   shelter named Help Suffolk.

6      Q    Okay.  About how long did you live

7   there?

8      A    Only a few months.

9      Q    Okay.

10      A    Maybe -- you know, I believe it was

11   maybe six months.  I think it was from March

12   until probably very end of August, very beginning

13   of September.

14      Q    That was --

15      A    2017.

16      Q    Okay.  You said -- let me just do this.

17   The day of the event is March 16, 2017.

18      A    Mm-hmm.

19      Q    On that day, where were you living?

20      A    I lived in Port Jefferson Station.

21      Q    What was your address?

22      A    857 Old Town Road in Port Jefferson

23   Station.  I don't recall the zip code.

24      Q    Who did you live there with?

25      A    It was a shelter.  I lived with my

1                    LATOYA NEWKIRK

2    daughter.

3        Q    Okay.  And if we focus on -- you said

4    there was a time where you were in the Bellport

5    shelter.

6        A    Yes.

7        Q    Before that, was that -- were you in

8    the Port Jeff shelter?

9        A    Yes.

10       Q    Between -- focusing on the date, March

11   16, 2017, moving forward, when did you go from

12   the Bellport shelter to the -- excuse me.  From

13   the Port Jeff shelter to the Bellport shelter?

14       A    I think -- I'm not a hundred percent

15   sure.  It was within the month of March.  I

16   was -- or -- jeez.  Could it possibly be the end

17   of March, beginning of April?  I'm not a hundred

18   percent sure.

19            I know that I had to do things and try

20   to move immediately because the officer had my

21   address.  That was the only reason I was even

22   moving.  So I think it took a couple of weeks for

23   paperwork to go through.  I could be wrong about

24   that.  It's probably like a three-week time span.

25   I'm just not exactly sure what date.

1                    LATOYA NEWKIRK

2        Q    The Bellport shelter, about how long

3   did you live there?

4        A    End of March-ish -- five to six months.

5        Q    Then after Bellport, where did you

6   live?

7        A    Where I am now in East Yaphank.

8        Q    Okay.  The East Yaphank location, is

9   that a shelter?

10       A    No.

11       Q    Focusing on the Port Jeff shelter that

12  you mentioned that you left to go over to the

13  Bellport shelter, when you -- did you make an

14  inquiry?  Did you ask anybody at social service

15  to help you move?  In other words, to move you

16  from that location.

17       A    There's a case manager that's at the

18  house.

19       Q    Okay.

20       A    And I had mentioned that something

21  happened with me and I just -- I didn't feel safe

22  or comfortable.

23       Q    Do you know what the case manager's

24  name is?

25       A    I don't recall her name.

LATOYA NEWKIRK

1

2      Q     If you know, did you ever put anything

3   in writing?  Did you have to write anything down

4   about the reasons why you were requesting to be

5   moved from the Port Jeff shelter to the Bellport

6   shelter?

7      A     No.

8      Q     The caseworker's name, is that

9   something that you would be able to get?  In

10  other words, if we leave a blank in the

11  transcript.

12     A     I remember around that time they were

13  switching caseworkers, so I'm not one hundred

14  percent sure that is something I could get,

15  because I wouldn't know who to ask.  I don't know

16  if they would give me that information since it's

17  a house.

18     Q     Okay.  How long -- when did you first

19  get -- when did you first start living in the

20  Bellport shelter?

21     A     March-ish to April.  Bellport?  Help

22  Suffolk, you said?

23     Q     Forgive me.  When did you first start

24  living in the Port Jefferson shelter?

25     A     Sometime in 2016.

1                    LATOYA NEWKIRK

2        Q    All right.

3        A    I'm not exactly sure.  Maybe I had been

4   there for a year at that point.  Maybe.  I'm

5   just -- I'm not one hundred percent sure.

6        Q    Okay.  And where did you live before

7   that?

8        A    I had been staying with my friend in

9   Farmingdale.

10       Q    Okay.  Is that for any -- what period

11  of time did you stay with your friend?  For about

12  how long?

13       A    Maybe six months.

14       Q    Okay.  What was your friend's name?

15       A    Larry.

16       Q    What was Larry's last name?

17       A    Abiola.

18       Q    When you stayed with Larry, did anyone

19  else stay there with you, other than you and

20  Larry?  In other words, was your daughter with

21  you then?

22       A    No.

23       Q    Where was your daughter during that

24  six-month period of time?

25       A    My -- during when I was with Larry?

1                    LATOYA NEWKIRK

2          Q    Yes.

3          A    My daughter was in foster care.

4          Q    When you were in the Port Jeff

5    shelter -- this would be after Larry, you went to

6    the Port Jeff shelter; correct?

7          A    Yes.

8          Q    Was your daughter with you in the Port

9    Jeff shelter?

10         A    Yes.

11         Q    Was she with you in the Port Jeff

12   shelter for the entire time that you were in the

13   Port Jeff shelter?

14         A    Yes.

15         Q    If you know, why was your daughter in

16   foster care at the time you were with Larry

17   Abiola?

18         A    She was in foster care for a while.  I

19   had an issue with my landlord, and I'm trying to

20   remember exactly how it happened and everything,

21   but I don't know exactly -- I don't -- yeah.

22              I don't know exactly -- I'm not exactly

23   sure of what they call it or anything, but my --

24   I was accused of leaving my daughter at my house

25   for -- I think they said three months.  It was

LATOYA NEWKIRK

1

2    something ridiculous.  I don't know exactly what

3    they said.

4        Q    What house was that?

5        A    I lived in Wyandanch at the time.

6    South -- I can't remember if it was South 30th or

7    South 31st.  Right now, I can't remember, but

8    yeah.  I lived there before -- you know, well, at

9    the time when she got put in foster care.

10        Q    Did you live there with anybody else

11    other than your daughter?

12        A    It was, like, a rooming house.

13        Q    How old is your -- was your daughter

14    around that time?

15        A    She was 11.

16        Q    As far as you know, there was an

17    accusation that you left your daughter by

18    herself?

19        A    Yes.

20        Q    What was the period of time that you

21    were accused of leaving your daughter by herself?

22    What -- was that for how long?

23        A    I don't know.  Like I said, it's

24    changed.  I've heard -- my landlord told -- he

25    called CPS and said I left my daughter home for

1                    LATOYA NEWKIRK

2    three months by herself.

3         Q    Okay.

4         A    That's what he said.  So if that's the

5    answer to the question, I'm not sure.

6         Q    Okay.  Do you know, was there ever

7    something called an abuse or neglect petition

8    brought against you?

9         A    Maybe neglect.

10        Q    In family court?

11        A    Yes.  Who would bring that petition?

12   Because I'm just --

13        Q    You can't ask me questions.  I may try

14   to refresh your recollection.

15             Do you ever recall going to family

16   court in relation to the custody of your

17   daughter?

18        A    Yes.

19        Q    At the time, did you have an attorney?

20        A    They assigned me one.  Yes.

21        Q    Did you know what the lawyer's name

22   was?

23        A    No.

24        Q    Do you recall going in front of a judge

25   at all?

1                    LATOYA NEWKIRK

2        A    Yes.  At a certain point, yes.

3        Q    Do you remember what the judge's name

4    was?

5        A    No.

6        Q    If you know, was it in family court in

7    Central Islip?

8        A    Yes.

9        Q    At some point your daughter was placed

10   in foster care?

11       A    She was placed in foster care directly

12   from -- like, when the CPS worker came -- he came

13   to her school and took her.

14       Q    Okay.  At that time, you were living at

15   the location in Wyandanch?

16       A    Yes.

17       Q    When he came and took her, after that

18   point, is that when you went to family court?  Or

19   had you been to family court before he came and

20   took her?  If you remember.

21       A    No.  It was family court in reference

22   to...

23       Q    The custody of your daughter.  In other

24   words, your daughter going into foster care.

25       A    No.  I hadn't been at -- this is what

LATOYA NEWKIRK

1

2    jump started me going to family court.

3         Q    Is your daughter's father alive?

4         A    Probably.

5         Q    When was the last time you saw him?

6         A    No clue at all.

7         Q    Okay.  Literally, was it -- how old is

8    your daughter?

9         A    She's 16.

10        Q    Was it 15 years ago?

11        A    Possibly.  Does in passing count?  Like

12   if I saw him in a crowd and he didn't see me?

13        Q    Not really, no.  Just when --

14        A    So then it's been about 16 years.

15        Q    Okay.  My question is was your

16   daughter's father involved at all -- if you

17   know -- in the family court proceedings?

18        A    He was involved in everything that led

19   up to it, but he was not involved at all after.

20   In -- let's say with the family court thing, I

21   don't recall them ever showing me anything or

22   saying they attempted to contact him, but that's

23   the only thing I've seen having to do with him.

24        Q    Is it fair to say that -- by the way,

25   what's you daughter's father's name?

1                    LATOYA NEWKIRK

2        A    Tahim Denye Prince Graham.  Whichever

3   one he goes by.

4                    MR. EGAN:  Do you want to spell

5            that?  Do you know it?

6                    THE WITNESS:  I could try.

7                    MR. EGAN:  Phonetic works.

8                    MR. MITCHELL:  That's okay.

9        Q    Is it fair to say that Mr. Graham was

10  not considered as an alternative person to have

11  your daughter placed with --

12       A    Yes.

13       Q    -- when she was taken from you?

14       A    Yes.

15       Q    Okay.  In any event, when you were with

16  Mr. Abiola -- is that how you say it?

17       A    Yes.  I believe.

18       Q    Your daughter did not live with you

19  during that period of time.

20       A    No.

21       Q    Are you currently employed?

22       A    No.

23       Q    When was the last time you were

24  employed?

25       A    When I moved from over by Larry, I was

LATOYA NEWKIRK

1  working at the salon.  That would be the last

2  time.

3      Q    What was that salon?  What was the name

4  of that salon?

5      A    House of Essence.

6      Q    Where was that?

7      A    In Amityville, on 110.  I don't

8  remember the exact address.

9      Q    About how long did you work there?

10     A    I had worked there for a few months.

11     Q    All right.  Before that -- and then

12 about how much money did you make?  Whether it be

13 weekly or monthly.  Just a round number.

14     A    It wasn't good.  It was almost like an

15 intern-type position to be her assistant.

16     Q    Okay.

17     A    So I was working, but it wasn't like I

18 was getting a check.  Or it wasn't like that kind

19 of job.  I was training for it, but I moved.

20     Q    Okay.  You weren't paid at all during

21 the period of time when you worked there?

22     A    No, I was, but it was, like, tips from

23 washing and stuff like that.

24     Q    I understand.

1                    LATOYA NEWKIRK

2        A    I don't know how to calculate that

3    because, like I said, it was tips.  Nothing

4    solid.  Nothing as a solid rate for me.

5        Q    Okay.  Can you give me on an average

6    how much you got paid.

7        A    Do you mean like daily?  Weekly?

8        Q    Weekly.

9        A    If I did the four days, I might have

10   made a hundred -- a little over a hundred in tips

11   if I did four full days.

12       Q    As far as you know, that's all your

13   pay, essentially, was from tips?

14       A    Yes.

15       Q    Before working there, when was the last

16   time you worked before that?

17       A    I worked for Yellow Cab in Deer Park

18   before that.

19       Q    When was that?

20       A    I stopped working there in 2015.

21       Q    Okay.  When did you first start work

22   there?

23       A    Two-thousand -- end of 2013, 2014,

24   beginning, maybe.  I was working there for about

25   a year.

1                    LATOYA NEWKIRK

2        Q     What did you do?  What was your job

3    duty?

4        A     I was a taxi driver.

5        Q     Why did you stop working there in 2015?

6        A     I moved.

7        Q     Okay.  Where did you move to?

8        A     I don't remember.

9        Q     When you were working for Yellow Cab in

10   Deer Park, where did you live?

11       A     I -- oh, wait.  Okay.  I lived at the

12   house I was just telling you about on Wyandanch

13   on South 30th or South 31th Street.

14       Q     When you first starting working at

15   Yellow Cab, were you living in Wyandanch?

16       A     Yes.

17       Q     When you were driving for Yellow Cab,

18   did you have a driver's license?

19       A     Yes.

20       Q     Did there come a time that you had your

21   driver's license suspended?

22       A     Yes.

23       Q     Is that the reason you stopped working

24   at Yellow Cab?

25       A     I -- okay.  That wasn't -- no.  That

LATOYA NEWKIRK

1
2  wasn't the reason.  The -- what happened was I

3  stopped working because I moved.  I attempt -- I

4  attempted to go back.  I went back for a day, and

5  that's when I found out about my license.  And

6  because it was so far away to me at the time, it

7  wasn't worth it to fix my license and keep

8  working because I didn't even think that I would

9  be able to consistently go back to work.

10      Q   Do you know why your license was

11  suspended?

12      A   No.  They -- at that time, I don't

13  remember why.  I knew I had a job driving, so it

14  wasn't something I would have, like, just

15  ignored.  So I didn't -- it might have been, I

16  guess, maybe related to a ticket.  So I don't

17  know.

18      Q   But did there come a time that you

19  learned that your license was suspended?

20      A   Yes.

21      Q   Were you ever charged with driving with

22  a suspended license?  Did you ever get a ticket

23  for that or get arrested for that?

24      A   Yes.  At a point I did get a ticket.

25      Q   If you know, when you got the ticket,

LATOYA NEWKIRK

1

2    were you given a ticket to go to court?  Or were

3    you actually taken into custody?  Like, brought

4    down to the precinct.

5        A    No.  I was -- I was never arrested for

6    driving with a suspended license, so I would have

7    just gotten the ticket.

8        Q    Okay.  Do you remember when you got the

9    ticket?

10       A    No.

11       Q    Do you remember where you were when you

12   got the ticket?

13       A    No.

14       Q    Did there come a time that you went to

15   court for the ticket for the suspended license?

16       A    More than likely, yes.

17       Q    Was there ever a time that you didn't

18   go to court in relation to the ticket for the

19   suspended license?

20       A    Not that I recall.

21       Q    Okay.  Going back before the Yellow

22   Cab, when was the last time you worked before

23   that?

24       A    I'm not sure.

25       Q    Do you remember -- although you might

1                    LATOYA NEWKIRK

2    not remember the times when you worked before

3    working for Yellow Cab, do you remember what you

4    did?  What your job was before Yellow Cab?

5        A    Yeah.  That's what I'm trying to

6    remember.  I can't -- I'm trying to remember the

7    order of my jobs.  What year.

8        Q    Okay.  If you don't recall, that's

9    fine.

10       A    I'm trying really hard to remember what

11   order.  What I was doing.

12       Q    That's okay.  If it comes to you while

13   we're talking, let me know.

14       A    Yeah.

15       Q    You mentioned that you had been

16   living -- on some situations you've been living

17   in a shelter; is that right?

18       A    Yes.

19       Q    Is it fair to say, is that through --

20   is that through Suffolk County social services?

21       A    Yes.

22       Q    If you can just give me a general idea

23   going back in time about how long you've been

24   receiving social services from Suffolk County.

25       A    Since I was 17.

LATOYA NEWKIRK

1

2      Q    Okay.  Did some of that involve housing

3  assistance?

4      A    Yes.

5      Q    In other words, like, with the shelter.

6      A    Yes.

7      Q    Did you get any other type of

8  assistance?  Whether it be -- from social

9  services, whether it be any type of --

10          When you're at the shelter, do you

11  receive a payment to pay rent?  Or is that -- do

12  you just stay there and somehow it's taken care

13  of that you're not involved in?

14      A    Rent is paid directly to the shelter.

15      Q    Okay.

16      A    It doesn't pass through my hands.

17      Q    Okay.  Other than the housing

18  assistance, do you know if you received any other

19  type of assistance from social service?

20      A    Food stamps and public -- well public

21  assistance is, like, food stamps and maybe a cash

22  allotment.

23      Q    Okay.  Are you getting that now?

24      A    Yes.

25      Q    Have you been getting that essentially

1                    LATOYA NEWKIRK

2     since you were about 17?

3          A     Off and on.

4          Q     Off and on?

5          A     Yeah.

6          Q     Okay.  What's the highest level of

7     education you've achieved?

8          A     I got a GED.  I went to tech school.

9          Q     Where did you go do to tech school?

10         A     Wilson Tech in Dix Hills.

11         Q     Was that after you got the GED?

12         A     I got the GED in the middle of me being

13    in school.

14         Q     Did you get a -- with Wilson Tech, did

15    you get a certificate from there or anything?

16         A     I did.  I do not have it, but I did.

17         Q     What was it for?

18         A     Medical lab tech assisting.

19         Q     When did you go there?

20         A     Two-thousand -- I think it was 2006.

21    2005 to 2006 school year.  If I'm not mistaken,

22    that was it.

23         Q     You said you lived for a period of time

24    with this fellow, Mr. Abiola --

25         A     Yeah.

1                    LATOYA NEWKIRK

2       Q     -- in Farmingdale.  When did you first

3    meet him?

4       A     Possibly 2010, 2011-ish.

5       Q     Where did you meet him?

6       A     I don't -- I don't remember.  I

7    remember Larry from when I was young.  When I

8    first had my daughter, the house I moved into --

9    which was my daughter's father's family's

10   house -- Larry lived right around the corner, and

11   he was one of the guys from around there, but I

12   haven't seen him -- well, I hadn't seen him at

13   that time for a few years, and I don't remember

14   how I, like, got back to talking to him.  I don't

15   really remember.

16      Q     You lived with him sometime in 2015; is

17   that right?  Or 2016?

18      A     Two-thousand -- end of the year 2015

19   into 2016.  Those few months.

20      Q     If we focus on the Port Jefferson

21   shelter, do you know when you first went to the

22   Port Jefferson shelter?

23      A     I'm thinking -- if I recall correctly,

24   March of 2016.

25      Q     Okay.  If you look at the date of this

1                    LATOYA NEWKIRK

2    event, the date of this event was March 16, 2017.

3    On that day, about how long had you been in the

4    Port Jefferson shelter?

5         A    About a year.

6         Q    So now we're going back to -- that

7    would be March of 2015; am I right?

8         A    No.  You said if it happened --

9         Q    Of 2016?

10        A    Yes.

11        Q    Forgive me.  And it was before that you

12   were with this fellow, Larry?

13        A    Yes.

14        Q    So sometime in '15, up until March

15   of -- when you went into the Port Jeff home in

16   March of '16?

17        A    Yes.

18        Q    Okay.  And between when -- you told me

19   you first -- I asked when did you first meet

20   Larry, and you said 2010.  Between then and when

21   you were living with him towards the end of 2015,

22   did you have contact with him?  During that --

23        A    Can you repeat that.

24        Q    Sure.  When you -- I asked you when you

25   first met him.  You said 2010, or around there.

LATOYA NEWKIRK

1

2    Between then and when you moved in with him in

3    2015, did you have contact with him during that

4    period of time?

5           A    From 2010...

6           Q    To when you moved in with him.

7           A    Contact?

8           Q    Yes.

9           A    Yes.

10          Q    How often would you see him during that

11   period of time?

12          A    I don't know.  Not that often.

13          Q    Did you consider him a friend?  Or a

14   acquaintance?

15          A    Yeah.

16          Q    When you moved in with him -- was he

17   your boyfriend when you moved in with him?

18          A    No.

19          Q    Just a friend?

20          A    Yes.

21          Q    Was there any particular reason that

22   you moved in with him other than -- as opposed to

23   staying at a place that social service may have

24   provided?

25          A    Well there were several different

LATOYA NEWKIRK

1

2   things.  We were trying to help each other.

3   There was -- there was an apartment in his house

4   that was going to be available soon, so I was

5   trying to get that apartment.  And also he has a

6   daughter, and I was baby-sitting his daughter

7   because he had two jobs and the hours were weird.

8   So I was doing nannying for him.

9        Q    Do you know about how old Mr. Abiola

10  is?

11       A    My age.  He -- I believe he's 33.  32

12  or 33.

13       Q    Somewhere around your age?

14       A    Yeah.

15       Q    Ms. Newkirk, other than the lawsuit

16  that we're here for today, have you ever brought

17  a lawsuit against anybody?  Other than this one

18  today.  Have you ever sued anybody?

19       A    No.

20       Q    If you know, have you ever been sued by

21  anybody?

22       A    No.

23       Q    Lastly, have you ever been a witness in

24  a lawsuit where you didn't sue somebody but you

25  were involved in some way where you would be a

1                    LATOYA NEWKIRK

2  witness or had information about the lawsuit?

3       A    No.

4       Q    Now what I'm going to do, Ms. Newkirk,

5  is I'm going to ask you to direct your attention

6  to March 16 of 2017.  Okay?

7       A    Okay.

8       Q    I ask you, do you recall what is -- now

9  certainly you have --

10           Your complaint indicates there was a

11  time that you were stopped by the police on that

12  day; correct?

13      A    Yes.

14      Q    I want you to focus on times before

15  that.  Can you tell me where you were in the

16  morning of March 16, 2017.  Do you know where

17  you -- actually where you woke up that morning?

18      A    Yes.

19      Q    Where did you wake up?

20      A    In Port Jeff Station, at my house.

21      Q    Did there come a time that you left the

22  Port Jeff Station location?

23      A    Yes.  I don't remember exactly what

24  time it was.

25      Q    Okay.  Did there come a time that you

LATOYA NEWKIRK

1

2    were in a vehicle with Larry Abiola?

3        A    Yes.  He picked me up.

4        Q    So when you say he picked you up, he

5    picked you up at your house there?  Or where you

6    were living in Port Jeff?

7        A    Yes.

8        Q    Forgive me.  Was that a house or an

9    apartment in Port Jeff?

10        A    Well that's Port Jeff Station.  That's

11    the shelter.

12        Q    Okay.

13        A    He picked me up from there.  It's a

14    house.

15        Q    Okay.  When Mr. Abiola picked you up at

16    that time, did you have custody of your daughter?

17        A    Yes.

18        Q    Okay.  At that time, about how old was

19    your daughter?

20        A    That was two years ago.  She was 14.

21    Yeah.  13, because it was March.  Her birthday

22    wasn't until August.  13.

23        Q    When Mr. Abiola picked you up, was your

24    daughter home?

25        A    No.

LATOYA NEWKIRK

1

2      Q    Where was she?

3      A    She was in school.

4      Q    Okay.  When Mr. Abiola picked you up,

5    did you have an intention of going anywhere?

6      A    Yes.

7      Q    Where were you intending on going?

8      A    I was going to my stepmom's house in

9    Wyandanch.  On Irving Street.

10     Q    What is your stepmom's name?

11     A    Nicole Eaton.

12     Q    Is she married to your dad?  Is that

13   what makes her your stepmom?

14     A    No.  They were together for 14 years,

15   so she's my stepmom.

16     Q    Is she married to him?  Or you just

17   called her your stepmom?

18     A    No.  I just call her my stepmom.  They

19   were not married.

20     Q    What's your dad's name?

21     A    Marty Newkirk.

22     Q    Where does your dad live?

23     A    He passed away in July.

24     Q    Of this year?

25     A    Yes.

1                    LATOYA NEWKIRK

2       Q    In March of 2017, was he living with

3   your stepmom?

4       A    Yes.  I believe.  Yes.

5       Q    At the Irving -- is it Irving Street?

6       A    Mm-hmm.

7       Q    At that address?

8       A    (The witness gestured.)

9       Q    Yes?

10      A    Yes.

11      Q    So when Mr. Abiola picked you up, your

12  intention was to go to your stepmom's house?

13      A    Yes.  We were stopping to eat breakfast

14  and going to her house.

15      Q    Did you stop and get breakfast?

16      A    Yes.

17      Q    Do you remember where?

18      A    Yes.  M&A Deli on Straight Path in

19  Wyandanch.

20      Q    After you got breakfast, did you leave

21  there?

22      A    Yes.

23      Q    When you left, did you get to your

24  stepmom's house?

25      A    No.

1                    LATOYA NEWKIRK

2       Q    Did there come a time that you were

3  stopped by the police --

4       A    Yes.

5       Q    -- before you got to your stepmom's

6  house?

7       A    Yes.

8       Q    Between when you left the deli and you

9  got stopped by the police, did you go anywhere

10  else?

11       A    No.  The police were at the deli

12  entrance.  The exit.  Excuse me.  So we were

13  exiting.  They were right there.

14       Q    Okay.  So you didn't make any stops

15  between when you left the deli and when you got

16  stopped by the police.

17       A    No.

18       Q    Okay.  Do you recall what type of car

19  Mr. Abiola had?

20       A    He was using his brother's car that

21  day.

22       Q    Okay.

23       A    It was black.  It may have been a

24  Mitsubishi.  I'm not sure.  Not sure.

25       Q    Do you know the difference between a

LATOYA NEWKIRK

1

2  car we call a sedan or an SUV or a truck?  Do you

3  know if it was like what we call a sedan?

4      A    It's a -- I'm trying to remember how

5  many doors it had.  It was a regular sedan.

6      Q    Okay.  But you don't recall if it was

7  two doors or four doors?

8      A    Yeah, because doesn't that change the

9  name?  I was trying to make sure I was saying the

10  right thing.

11      Q    That's fine.  Are you familiar with

12  something they call an SUV?  Like --

13      A    Yes.

14      Q    -- a Ford Explorer?  Or a Chevy --

15      A    Yes.

16      Q    -- Suburban?  That's type of thing.

17      A    Yes.

18      Q    As opposed to what I'll call, say, a

19  Honda Accord or Chevy Malibu.  Like when you

20  drove a cab, what type of car did you drive?

21      A    It was an Ford Taurus, I believe.

22      Q    Or like a Ford Taurus.

23      A    Yes, I did.

24      Q    A Ford Taurus -- when I say a sedan,

25  that's --

1                    LATOYA NEWKIRK

2        A    Right.

3        Q    -- really what I'm saying.

4        A    Yeah.

5        Q    Do you understand?  So we're talking

6   about the same thing?

7        A    Mm-hmm.

8        Q    Yes?

9        A    Yes.

10       Q    Okay.  Was Mr. Abiola's car, was it a

11  sedan?  Regardless of the make or model, was it a

12  car, like, a four-door sedan-type car?

13       A    Yes.

14       Q    Do you recall where you were when the

15  police stopped you?  What street you were on?

16       A    I was on Arlington.

17       Q    Where were you in the car?

18       A    In the passenger seat.

19       Q    Was Mr. Abiola driving, obviously?

20       A    Yes.

21       Q    You said it was his brother's car?

22       A    Yes.  I believe his car was in the shop

23  that day, and he had to get to work.  And their

24  shifts worked out so that he just used his car.

25       Q    You used some pronouns there.  When you

LATOYA NEWKIRK

1

2    said you believe his car was in the shop, you

3    mean Mr. Abiola -- Larry Abiola's car?

4        A    Yes.

5        Q    So Larry Abiola used his brother's car?

6        A    Yes.

7        Q    Do you know what his brother's name is?

8        A    I don't remember.

9        Q    Okay.  When the police stopped you, you

10   recall being on Arlington.  Do you know if that's

11   Street or Avenue?

12       A    I believe it's Arlington Street.

13       Q    Before the police stopped you, the only

14   places you had been was at your home in Port

15   Jeff, right?

16       A    Mm-hmm.

17       Q    Yes?  And then the deli.  This is what

18   I'm doing.  I'm just focusing on the places you

19   went before the police stopped you.

20       A    I went from Port Jeff, and I stopped

21   somewhere with Larry before we went to M&A.

22       Q    Where did you stop with Larry before

23   you went to the deli?

24       A    I don't remember exactly the address.

25       Q    Do you recall what town it was?  In

                    LATOYA NEWKIRK

1

2    what hamlet?  In other words, was it still in

3    Port Jeff?  Was it in Wyandanch?

4         A    No.  We got to Wyandanch area.

5         Q    Okay.

6         A    And it was Wyandanch.

7         Q    Do you know what block it was on?

8         A    No.

9         Q    All right.

10        A    No.

11        Q    Why did you go to the house?

12        A    Me and Larry -- me and Larry stopped to

13   spend time together.

14        Q    Okay.  At the house?

15        A    Yes.

16        Q    In other words, when you say spend time

17   together, to have sex?

18        A    Not exactly.

19        Q    Okay.  What do you mean by spend time

20   together?

21        A    We -- we -- oh, my gosh.  We did some

22   stuff sexually.

23        Q    Was that inside the house?

24        A    No.

25        Q    Okay.  In the car?

1                    LATOYA NEWKIRK

2        A    Yeah.

3        Q    Okay.  And -- but were you in a

4    driveway of the house?  Were you in front of the

5    house?

6        A    We were in the driveway.  We pulled up

7    to someone's house and...

8        Q    Okay.  Did you know whose house it was?

9        A    No.

10       Q    Had you ever been to that house before?

11       A    No.  I told you, I don't hang out with

12   Larry that much.  I never...

13       Q    I understand that.  That's why I'm

14   asking.  Had you ever been to that house before?

15       A    I don't know whose house it was.

16       Q    Okay.

17       A    That's why I don't remember the block

18   or anything.

19       Q    I know you can't get inside Larry's

20   head, but let me just ask this question.  Did

21   Larry know whose house it was?

22                  MR. EGAN:  Objection to the form

23              of the question.

24       A    I'm going to assume yes.

25       Q    Okay.  When Larry -- when Larry went to

LATOYA NEWKIRK

1

2    the house and pulled in the driveway, did you

3    find it odd that he was pulling into the driveway

4    of a house that you had never been before?

5        A    No.  He was comfortable, so I just -- I

6    didn't ask him any questions.  It was a friend or

7    people or something to that effect.

8        Q    Did you think you were just pulling

9    into the driveway of the house that you didn't

10   know whose house it was and Larry didn't know

11   whose house it was, either?

12       A    No.

13       Q    Did you believe -- although you may not

14   have had any basis or source, did you believe

15   that Larry knew whose house it was?

16       A    Yes.

17       Q    And you don't remember what street it

18   was on?

19       A    No.

20       Q    Did you get out of the car at any point

21   when you were in the driveway of the house?

22       A    No.

23       Q    What time of day was this?

24       A    It was right before we went to M&A.  It

25   was early in the morning.

1                    LATOYA NEWKIRK

2        Q    Okay.  Do you remember around what

3   time?

4        A    It would have had to be maybe

5   10 o'clock.  After 10.  Somewhere between 10 and

6   10:30.  Well, to be more specific, probably 10,

7   10:20.

8        Q    When you pulled in the driveway, were

9   there any other cars in the driveway?

10       A    Not directly in the driveway, no.

11       Q    Where were there cars?  When you say

12  not directly in the driveway, where were there

13  cars?

14       A    On the street.  Yeah.  On the street.

15       Q    What kind of house was it?

16       A    What do you mean?

17       Q    Was it a freestanding home?  Was it an

18  apartment complex?  Was it just, like, a regular

19  house?

20       A    No.  It was just a regular house.

21       Q    Do you know what a cape house is?  In

22  other words, a house with a slanted roof on it?

23       A    I believe.

24       Q    If not, it's okay.  I'm just asking.

25  All right.  Do you know high ranch house is?

LATOYA NEWKIRK

2      A    Yes.

3      Q    Was it a high ranch house?

4      A    No.  This house was small.  It was very

5  humble looking.

6      Q    If you know, was anybody home?

7      A    Not sure.  Don't think so.

8      Q    Okay.

9      A    I didn't -- I didn't see movement.

10      Q    Okay.  You pulled in the driveway

11  because you and Larry were going to engage in

12  some form of sex?

13      A    We pulled into the driveway, actually,

14  just to -- we were catching up.  I hadn't seen

15  him in a long time.  Since I moved, as a matter

16  of fact.  I believe I haven't even seen him --

17  like, that was probably the first time I saw him

18  since I moved.

19      Q    Okay.  What I'm getting at is before

20  you pulled in the driveway, did you communicates

21  with him or did he communicate with you in any

22  way -- even if it was nonverbal -- that you were

23  pulling into the driveway for the purpose of

24  engaging in some kind of sex?

25                MR. EGAN:  Object to the form of

1          LATOYA NEWKIRK

2          the question.

3     A    No.

4     Q    So when you pulled into the driveway at

5     that point -- when you pulled in the driveway, it

6     wasn't specifically for you to engage in some

7     form of sex?

8     A    No.

9     Q    It was, as you said, to catch up.

10    A    Yeah.  I didn't -- I didn't want to

11    have him sit in front of my stepmom's house

12    because I didn't want my dad to get the wrong

13    idea because he's a guy sitting there or

14    whatever.  I don't know.  I just felt like it was

15    kind of disrespectful to just bring him there and

16    just even sit there.  He didn't know my dad.  My

17    dad didn't know him.

18    Q    So instead, you decided that you wanted

19    to catch up, meaning you wanted to speak with him

20    about things in your life.  Is that fair to say?

21    Catch up?

22    A    Yeah.

23    Q    And so you decided that the place that

24    you would do that would be to pull into the

25    driveway of this house.

LATOYA NEWKIRK

1

2      A    I didn't decide that.  He was driving.

3  I didn't decide anything.

4      Q    Okay.  All right.  Did he say anything

5  before he pulled in the driveway?  Did he say,

6  you know what, let me pull over?  I'll stop in

7  this driveway?  Anything at all?

8      A    No.

9      Q    Okay.  You may not recall.  Do you

10 remember -- when you said you went for breakfast

11 at the deli, did you buy breakfast?  Or did you

12 go sit down at a table in the deli?  Or did you

13 just buy breakfast?

14     A    I bought breakfast, and I was bringing

15 it back to my stepmom's house.

16     Q    Okay.  Do you remember what you got?

17 Do you remember what you bought?

18     A    I got a breakfast sandwich.  Larry got

19 a breakfast sandwich, too, but they were

20 different.

21     Q    Focusing on when you were in the

22 driveway.  When you were in the car with Larry in

23 the driveway, did you use any drugs?

24     A    No.

25     Q    Did you smoke your marijuana?

1                    LATOYA NEWKIRK

2        A    No.

3        Q    From the time you left the house in

4   Port Jefferson up to the point we're at -- which

5   is the driveway and this house in Wyandanch --

6   did you use any drugs?

7        A    No.

8        Q    Did you smoke any marijuana?

9        A    No.

10       Q    When you were in the car with Larry,

11  you said you engaged in some form of sexual

12  contact; correct?

13       A    Yes.

14       Q    Did that involve you removing any parts

15  of your clothing?

16       A    No.

17       Q    What were your wearing that day?

18       A    Purple sweater, pink leggings that

19  had -- well the leggings had other colors on

20  them.

21       Q    Okay.

22       A    And -- yeah.

23       Q    Do you recall what you had on your

24  feet?

25       A    I might have had my -- I'm not a

LATOYA NEWKIRK

1
2  hundred percent sure right now.

3      Q    That's okay.  Do you know if you had

4  any form of socks on?

5      A    I believe so.

6      Q    Or stockings?  Do you remember?

7      A    Stockings, no.  Not with leggings.  I

8  believe I would have put socks on.  Yeah.

9      Q    Do you remember one way on the other

10  whether you did or did not have socks on?

11          Let me ask it this way.  In other

12  words, is it something you probably did have on,

13  you just don't remember exactly what socks --

14      A    Yeah.  Depending on what my footwear

15  is, yes.

16      Q    Okay.  Again, the footwear, you don't

17  have --

18      A    I don't remember.

19      Q    But you did have footwear?

20      A    Yes.  Yes.

21      Q    You mentioned you had a sweater.

22      A    Yes.

23      Q    Do you know if you had anything on

24  under the sweater?

25      A    A bra.

1                    LATOYA NEWKIRK

2        Q    Okay.  Did you have any type of jacket

3   or coat?

4        A    Yes.

5        Q    What type of jacket or coat did you

6   have on?

7        A    I had on this oversized Eddie Bauer

8   coat.

9        Q    Do you recall what it was made out of?

10       A    Not sure.  It had the stuff with the

11  feather insulation, I believe.

12       Q    Meaning the down?

13       A    Yeah.

14       Q    Do you know if it was made out of

15  leather?

16       A    No.  It wasn't made out of leather.

17       Q    Was it a -- I'll use, was it a winter

18  coat?

19       A    Yes.

20       Q    Do you remember what color it was?

21       A    Black.

22       Q    You said it had down like a down

23  interior.  Was it puffy?  Like was it soft, like,

24  if you pushed on it?

25       A    Not -- it is, but I'm sure -- I'm not

1                    LATOYA NEWKIRK

2    exactly sure how to describe it.

3         Q    Okay.  When you were in the driveway,

4    did you have the coat on?

5         A    I do not remember.  I don't -- I don't

6    remember if I had it on when I was in the car or

7    the driveway.

8         Q    Did you have anything on your head?

9    Any type of head wear?

10        A    No.

11        Q    Where you wearing glasses at all?

12        A    No.

13        Q    Okay.  Do you recall how Larry was

14   dressed?

15        A    No.

16        Q    You don't remember one way or the

17   other?

18        A    No.

19        Q    All right.  Did you have underwear on?

20        A    Yes.

21        Q    Okay.  Now when you were in the

22   driveway, did you remove any of Larry's -- any

23   portion of Larry's clothing?

24        A    No.

25        Q    So when you were in the driveway, when

1                    LATOYA NEWKIRK

2    you said to me earlier that you engaged in some

3    form of sex, tell me what you did with Larry that

4    you answered in that fashion.  What did you do?

5         A    We had oral sex.

6         Q    Okay.  Did you perform oral sex on

7    Larry?

8         A    Yes.

9         Q    Okay.  Did you unzip his pants?  Did

10   you take his pants down?  How did that happen?

11        A    I didn't have to do either, or.  I --

12   he had a waistband --

13        Q    Okay.

14        A    -- not a zipper.

15        Q    Okay.  So in some way you were able to

16   remove Larry's clothing.  When I say that, move

17   it enough so that you could perform oral sex on

18   Larry; is that right?

19        A    Yes.

20        Q    Do you know if he had some form of

21   sweatpants on or something?

22        A    I believe it was sweatpants.  I was

23   trying to think of the name of those other pants,

24   but I do believe it's sweatpants because there's

25   a waist -- a band.

1                    LATOYA NEWKIRK

2        Q    Okay.  Did Larry have underwear on?

3        A    Yes.

4        Q    Okay.  Do you recall if Larry was

5    wearing a shirt?  Or do you remember what type of

6    shirt he had on?

7        A    No.

8        Q    Do you know if he had any type of coat

9    on?

10       A    I don't remember.  He might have had a

11   coat on.

12       Q    Okay.  Lastly, do you know if Larry had

13   any head wear on?  Any type of hat or anything?

14       A    I don't believe he did.  I don't ever

15   remember seeing him in a hat.

16       Q    Before you performed oral sex on Larry,

17   did you kiss him?

18       A    Yes.

19       Q    Okay.

20       A    I -- I believe I did.

21       Q    Okay.  Did Larry ever put his hands on

22   you in any way?  Did he put his hand inside your

23   sweater?

24       A    I don't recall.

25       Q    Do you know if Larry ever put his hands

1                    LATOYA NEWKIRK

2    inside your bra?

3         A    I don't recall.

4         Q    You don't recall one way or the other?

5         A    No.

6         Q    Okay.  Do you have a recollection

7    whether you took you sweater off?

8         A    I didn't take anything off.  I didn't

9    take off any clothes.

10        Q    But you don't recall if Larry put his

11   hand under your sweater or under your bra.

12        A    I don't remember him touching me.

13        Q    Okay.

14        A    Yeah.  I -- just, like, I'm not one

15   hundred percent sure.

16        Q    Okay.  Meaning you're saying you're not

17   sure if he did that or not?

18        A    Yes.

19        Q    Okay.  Did Larry ever put his hands

20   inside your pants?

21        A    No.

22        Q    Okay.  Just for clarification, you're

23   not sure if he put his hand inside -- under your

24   shirt or in your bra.  You don't know if that

25   happened or not, but you have a distinct

LATOYA NEWKIRK

1

2  recollection that he did not put his hands inside

3  your pants.

4      A    Yes.

5      Q    Now when you performed oral sex on

6  Larry, did Larry ejaculate?

7      A    Yes.

8      Q    Did he ejaculate in your mouth?

9      A    Yes.

10     Q    When he did that, did any of his

11  ejaculate, if you know, get on any portion of

12  your clothing?

13     A    No, it didn't.

14     Q    Did it get on any portion of you body?

15  Did it get on your face?  Did it get on your

16  chest?  Anything like that?

17     A    No.

18     Q    When he ejaculated in your mouth, did

19  you swallow it?

20     A    No.

21     Q    Okay.  As far as where the ejaculate

22  may have ended up, did it go on his body?

23     A    No.  I don't remember.

24     Q    Okay.  That's fine.

25          MR. EGAN:  Let me give these

1                    LATOYA NEWKIRK

2          tissues to Ms. Newkirk.

3                MR. MITCHELL:  By the way,

4          Ms. Newkirk, if you want to take a

5          break at any time, you just let me

6          know.

7                THE WITNESS:  No.

8                MR. EGAN:  You want to take a

9          break?

10               THE WITNESS:  No.

11               MR. MITCHELL:  What time you got?

12               MR. EGAN:  10 after 12.

13               MR. MITCHELL:  Off the record.

14               (A discussion was held off the

15          record.)

16               MR. MITCHELL:  Back on the record.

17     Q    After performing oral sex on Larry, did

18  you stay -- at that point in the driveway of the

19  house, for how long did you stay there after

20  that?  In the driveway of the house.

21     A    Maybe -- maybe, like, five minutes.

22     Q    Okay.  At that time, on that day --

23  March 16, 2017 -- if you know, did Larry still

24  live at the place in Farmingdale where you had

25  lived with him earlier?

LATOYA NEWKIRK

1

2      A     Yes.

3      Q     Okay.  So if I'm -- forgive me, but

4  only because I think you told me, but I forgot.

5  Had you gone to the house where you parked in the

6  driveway before or after you had gone to the

7  deli?

8      A     Before.

9      Q     Okay.  Then when you left from the

10 house, you went to the deli?

11     A     Yes.

12     Q     Okay.  If I'm correct, again, neither

13 you nor Larry got out of the car when you were

14 there in the driveway of the house; is that

15 right?

16     A     I don't believe we did.

17     Q     If you know, did anybody from the house

18 ever come out to the car to speak with either you

19 or Larry?

20     A     No.

21     Q     From the time that you left the

22 driveway at the house, did you go straight to the

23 deli?  Or did you stop anywhere between the house

24 and the deli?

25     A     I went to the deli.  Straight to the

1                    LATOYA NEWKIRK

2  deli.

3      Q    Okay.  The clothing you were wearing

4  that day, do you still have that clothing?

5      A    No.  The sweater just got thrown out of

6  evidence, and I do still have the leggings.

7      Q    Okay.  Did you ever provide the

8  leggings to any law enforcement agency?

9      A    No.

10     Q    Did you ever give them your sweater?

11     A    Yes.

12     Q    Did you ever give them your bra?

13     A    No.

14     Q    Did you ever give them the coat that

15  you described to me?

16     A    No.

17     Q    Okay.  Did they ever ask you for those

18  items?  In other words, did they -- did any law

19  enforcement agency ever ask you for the leggings?

20  Do you recall if they ever asked you for those?

21     A    I don't believe they did.  I'd have

22  given them, so...

23     Q    I understand that.  Did they ever ask

24  you for your bra?

25                    MR. EGAN:  Objection to the form

1                          LATOYA NEWKIRK

2              of the question.  Brian, you want to

3              clarify what --

4                   MR. MITCHELL:  Well, any law

5              enforcement agency because I'm not up

6              to that yet.

7         Q    Did any law enforcement agency ever

8    request that you give them you bra?

9         A    No.

10        Q    Did any law enforcement agency ever

11   request that you give them the coat you described

12   to me?  The one with the down.  The down --

13        A    No.

14        Q    -- winter coat.

15             If you know, you said that a law

16   enforcement agency did come into possession of

17   your sweater; is that right?

18        A    Yes.

19        Q    Okay.  Did they specifically ask you to

20   provide them the sweater?  Or did you say here's

21   the sweater I was wearing?  You see the

22   distinction?  Did you provide it to them?

23        A    I don't --

24                  MR. EGAN:  Object to the form of

25             the question.  You used the word they.

1                    LATOYA NEWKIRK

2      Q    Did you provide your sweater to a law

3  enforcement agency at some point?  People from

4  law enforcement?

5      A    I did.  I just don't recall how it

6  happened.

7      Q    Okay.  Do you know if anybody from any

8  law enforcement agency -- whether it be a state

9  agency or the federal agency -- ever ask Larry to

10 provide any of the clothing to them that he was

11 wearing that day?

12     A    No.

13     Q    Okay.  You indicated that you left from

14 the driveway and you went to the deli; is that

15 right?  The driveway of that house.

16     A    Yes.

17     Q    And it was when you were coming out of

18 the deli that you were stopped by the police; is

19 that right?

20     A    Yes.

21     Q    When the police stopped you, if you

22 know, were they in a marked police car?

23     A    Yes.

24     Q    Did they put on lights to stop you?  Or

25 a siren?

1                    LATOYA NEWKIRK

2          A    Yes.

3          Q    Was it one or the other?  Could you

4     tell me.

5          A    I remember the lights.

6          Q    When the police put the lights on, did

7     Larry say anything to you?  Or did you say

8     anything to Larry?

9          A    I think I said to him, like, your

10    brother's car is good, right.

11         Q    Okay.  In other words, you guys were

12    aware that the police were trying to stop you.

13    Or at least you were aware that the police were

14    behind you.

15         A    Yeah.  When he pulled over, I asked

16    him.

17         Q    Okay.  Did he say anything to you,

18    like, oh, darn it.  The cops are behind me.  Or

19    looks like I might get a ticket.  Anything like

20    that?

21         A    No.  When we were...

22         Q    Go ahead.

23         A    When we were pulling out -- as I told

24    you, pulling out of the deli, the cops are right

25    there.

1                    LATOYA NEWKIRK

2          Q     Okay.

3          A     And I said they're going to stop

4     whoever comes out of here next.  And we were the

5     next ones out.

6          Q     Okay.  When you say the cops were right

7     there, you could see their car before they

8     stopped you?

9          A     Yes.  Two police cars.

10         Q     There were two police cars?

11         A     Yes.

12         Q     Okay.  They were both marked units?

13         A     Yes.

14         Q     Do you -- did you happen -- I know you

15    were stopped by one police car; correct?

16         A     Yes.

17         Q     When you were stopped by the one police

18    car, was it only that one police car?

19         A     Yes.

20         Q     Do you happen to know or did you happen

21    to observe anything about the other police car,

22    other than that it was a marked vehicle?  Were

23    you able to see a number on that car at all?

24         A     No.

25         Q     Okay.  Were you able to observe

1          LATOYA NEWKIRK

2   whether -- how many there were?  How many police

3   officers might have been in that car?

4        A    No.

5        Q    Okay.  So do you recall anything about

6   the police officers that were in the other car?

7   Not the one that stopped you.

8        A    No.

9        Q    Okay.  When you say they were stopped

10  near the deli, were they parked in a parking lot

11  at all?

12       A    No.  Right outside of the parking lot.

13  They park on the street.

14       Q    Okay.  What was the name of the street

15  that the deli is on?

16       A    It's on Straight Path, but the

17  exit/entrance that we took where the parking is,

18  is in the back.  And that's -- that street is

19  called Jackson, I believe.  Jackson Street.

20       Q    And that's where the police cars would

21  have been?

22       A    Yes.

23       Q    Now you may not remember this, but when

24  you went into the deli, were the police cars

25  there?

                    LATOYA NEWKIRK

1

2      A    I don't think they were.

3      Q    Okay.

4      A    I don't -- I don't remember.  I don't

5 think that they were directly where they were

6 when we left, but they were in the area.

7      Q    Okay.

8      A    The deli is directly across the street

9 from the fire department.  There's always cop

10 cars just right in the vicinity.

11     Q    Okay.  Do you know about how long you

12 were in the deli?

13     A    Maybe -- maybe ten minutes, something

14 like that.  I'm not exactly sure.  I don't know.

15     Q    Is it fair to say you were in there for

16 about the time it would take for you to order the

17 breakfast, have the breakfast made, and then pay

18 for your food?

19     A    Yes.

20     Q    Nothing unusual happened in the deli

21 other --

22     A    No.

23     Q    -- than that?

24          Okay.  So when you came out of the

25 deli, you mentioned to me that you said to Larry

LATOYA NEWKIRK

1

2   those cops are going to stop the next people that

3   come out of here; is that right?

4       A   Yes.

5       Q   Why did you say that to him?

6       A   Because that's what they do.  They sit

7   there and wait for somebody to get in their

8   vehicle and move, and then they pull them over.

9       Q   Okay.  Have they ever done that to you?

10      A   That specific day?  No.  I've seen them

11  do it to people while I was in the same parking

12  lot.

13      Q   Okay.  When was the last time before

14  the day -- before March 16, 2017, that you saw

15  that happen in that -- in relation to that

16  parking lot?

17      A   I mean, I'm not exactly sure of dates.

18  It's just a regular thing.  Everybody knows

19  that's what they're going to do.  They're sitting

20  there waiting for you, in your face, looking at

21  you, and you're going to get pulled over as soon

22  as you pull out.  There's nowhere else for you to

23  go but to go get pulled over.

24      Q   Okay.

25      A   It's just -- it's just something they

LATOYA NEWKIRK

2  do.  It's regular.  I don't remember a date

3  because it's just a regular, everyday occurrence.

4      Q    Do you know if anybody has ever made a

5  complaint about that to either the precinct or to

6  internal affairs?

7      A    Me, personally?  I don't know.

8      Q    Do you know if anybody did other than

9  you?

10      A    I don't -- I don't know.

11      Q    Okay.  So now you say you got pulled

12  over by the police, and they had lights on.  Do

13  you know if they had a siren on?

14      A    I don't recall if there was a siren.  I

15  think it was just the lights.

16      Q    Okay.  You said to Larry, your

17  brother's car is good, right?  Something like

18  that?

19      A    Yeah.

20      Q    What did Larry say to you when you said

21  that?

22      A    He said yeah, I don't understand, or

23  something to that effect.

24      Q    Did there come a time where Larry

25  actually stopped his car and pulled his car over?

1                    LATOYA NEWKIRK

2          A    Yes.

3          Q    All right.  Did he have to pull to the

4     side?  Or was he already sort of on the side of

5     the road?

6          A    He -- actually, when the lights came

7     on, he had to pull to the side because he -- he

8     made a wrong turn.  And that's why they pulled

9     him over on Arlington.  When we first saw them,

10    they were right next to the street we already had

11    to be on.  Instead of making a right, he made a

12    left, and that was when they turned the lights

13    on.  That's why he had to pull over.

14         Q    Okay.  When you say he made a wrong

15    turn, did he make a turn that violated the

16    vehicle and traffic law?  Like made a -- went

17    down a one-way --

18         A    No.

19         Q    -- street?  Or something like that?

20         A    No.

21         Q    Just went in the wrong direction?

22         A    The way that the deli is set up, yes.

23    When he leaves the back of it to get to my

24    stepmom's house, it's that street right there.

25    Just make a right.

LATOYA NEWKIRK

1

2     Q    Okay.

3     A    And I don't know.  For whatever reason,

4  I guess -- I think -- I think I told him left as

5  I was looking down.  I meant right.  He made a

6  left.

7     Q    Okay.

8     A    And I look up and I'm, like, you gotta

9  turn around or whatever.

10    Q    Okay.

11    A    And I don't think he wanted to do a

12  U-turn right there.  And it didn't even -- it

13  wasn't necessary to make a U-turn.

14         The way that the blocks were set up,

15  all he would have had to do was just turn right

16  there on Straight Path, turn up Arlington, which

17  is where you know, we got pulled over at, and he

18  could have easily made it back to where we were

19  going without even making a U-turn.  Just go

20  around back there.

21    Q    So he never actually turned around

22  before he got pulled over.

23    A    No.

24    Q    He took the route you mentioned to me,

25  which got him onto Arlington.

1                    LATOYA NEWKIRK

2         A    Yes.

3         Q    And then you got pulled over.

4         A    Yeah.  He went -- he took the route

5    from Irving, went up Straight Path.  Next block

6    is Arlington.  He could have -- like I said,

7    could have just went up the other way.  When I

8    said he turned, that turn was on Straight Path

9    because he had to turn on Straight Path to get to

10   Arlington.

11        Q    Okay.  Now when the police -- actually,

12   when the police pulled you over and Larry

13   actually brought the car to a stop, at that point

14   did the police get out of their vehicle?

15        A    Yes.

16        Q    Okay.  Did either you or Larry get out

17   of your car at that point?

18        A    No.

19        Q    Okay.  Did the police come up to the

20   car?

21        A    Yes.

22        Q    All right.  Do you recall how many

23   police officers there were?

24        A    Two.

25        Q    All right.  Did you come to learn that

LATOYA NEWKIRK

1   one of the police officers is an officer named

3   McCoy?

4       A    Yes.

5       Q    Did you come to learn that one of the

6   officer's names is Pav?

7       A    Yes.

8       Q    Okay.  Before that time that we're at

9   right now where you're stopped on March 16 of

10  2017, had you ever met or known Officer McCoy

11  before that day?

12      A    No.  Not to my knowledge.

13      Q    Okay.  And had you ever met or known

14  Officer Pav on that day?

15      A    Not to my knowledge.

16      Q    So it's fair to say when they did

17  approach the car, you didn't know who either one

18  of them were?

19      A    Yes.  That's fair to say.

20      Q    You've come to learn what their names

21  are.

22      A    Yes.

23      Q    Okay.  What I'm going to do from this

24  point forward in the deposition, I'm going to

25  refer to the person that you've come to learn as

                    LATOYA NEWKIRK

1

2  Officer McCoy as Officer McCoy.  Okay?

3      A    Yes.

4      Q    And I'll refer to the person you've

5  come to learn as Officer Pav as Officer Pav.

6  Okay?

7      A    Yes.

8      Q    All right.  You mentioned that they

9  both got out of their car.  Did either come and

10 approach the car in some way?

11     A    Yes.  Officer McCoy came to my side.

12 Officer Pav went to Larry's side.

13     Q    All right.  Was your window up or down?

14     A    My window was up.

15     Q    If you know, was Larry's window up or

16 down?

17     A    I believe his was up, too.

18     Q    When Larry stopped -- pulled the car

19 over, did he turn the car off?

20     A    I think they told him to turn the car

21 off.

22     Q    Okay.  Again, do you believe Larry's

23 window was up when they told him to turn the car

24 off?

25     A    He might have rolled it down when he

1          LATOYA NEWKIRK

2   saw Officer Pav approaching.

3      Q    Okay.  The officer that approached your

4   side was Officer McCoy?

5      A    Yes.

6      Q    And the officer that approached the

7   driver's side was Officer Pav?

8      A    Yes.

9      Q    Okay.  Do you have a recollection --

10  focusing on Pav, do you have a recollection of

11  what Pav said to either Mr. Abiola or to yourself

12  at that point?

13     A    No.

14     Q    Okay.  Do you know if he spoke at all?

15     A    Yeah, he spoke.  He spoke to Larry.

16     Q    You just don't remember that the words

17  were.

18     A    No, because McCoy was talking to me.

19     Q    Can you tell me what it was that McCoy

20  said to you and what you said to McCoy?

21     A    He asked me for identification, and I

22  gave it to him.

23     Q    Okay.  Was your window down at this

24  point?

25     A    I rolled it down when I seen him

1                        LATOYA NEWKIRK

2    approaching my side.

3        Q    Now when you say you rolled it down,

4    did you use the button?  Is it an automatic

5    window?

6        A    Yes.

7        Q    Okay.  If you know -- you may not --

8    was the car running at the time when you put the

9    window down?

10       A    I don't believe it was.

11       Q    Okay.  So then Officer McCoy -- go

12   ahead.  You were going to say something?

13       A    I'm not one hundred percent sure.  I

14   know all this stuff is changing within a few

15   seconds.  If I see a cop approaching my window

16   and he's obviously going to talk to me, I'm going

17   to roll the window down.  You know what I mean?

18   I'm not exactly sure.  Whether the car was off or

19   on within the first, I think, 60 seconds, I think

20   you can still roll the windows up or down.

21       Q    Yeah.  They still go up.

22       A    So I don't know exactly, but I do feel

23   like Officer Pav told him to cut the engine.

24       Q    Okay.  Tell me, when Officer McCoy came

25   to your side, do you recall whether he spoke to

1                    LATOYA NEWKIRK

2    you first?  Or you spoke to him first?

3         A    He spoke to me first.

4         Q    Do you recall what he said to you?

5         A    He asked for my ID.

6         Q    Okay.  When he said that to you, what

7    did you do?

8         A    I reached in my bag and gave him my ID.

9         Q    All right.  When you say you gave him

10   your ID, what did you give to him?

11        A    I give him a benefit card.  I gave

12   him -- because it had a picture on it, and I

13   don't know where my driver's license was at the

14   time.  I don't know.

15        Q    Okay.

16        A    I might have left it at home.  It might

17   have been broken or lost or something.  I don't

18   know, but I just gave him what I had.

19        Q    All right.  What you had, you said, was

20   a benefit card?

21        A    Yes.

22        Q    And did you have any other form of

23   identification?

24        A    I don't -- I don't think so.

25        Q    Okay.  When you gave it to him, did you

1                    LATOYA NEWKIRK

2    give him -- was the card originally in a wallet

3    or something?  Or your purse in some fashion?

4         A    Yes, I believe so.

5         Q    And was it in a wallet?  Was it in

6    something where you slide it into?  Or was it

7    just in your purse?

8         A    It would have been in my wallet.

9         Q    Okay.  Do you know if you took it out?

10   Wherever it was, did you take it out and just

11   give McCoy only the card?

12        A    Yes.  I only gave him my identification

13   or something that identified me.

14        Q    All right.  Did he take it from you?

15        A    Yes.

16        Q    All right.  Other than that, did you

17   have any further conversation with McCoy while he

18   was at the window of the passenger side of the

19   car?

20        A    At that moment?

21        Q    At that moment.

22        A    No.

23        Q    Okay.  You mentioned to me that

24   Officer Pav was over on the driver's side.  Do

25   you have any recollection at that moment of what

LATOYA NEWKIRK

1

2  Officer Pav was saying to Larry or what Larry was

3  saying to Officer Pav, if at all?

4      A    I remember him asking for his license

5  and registration because I saw Larry reaching

6  around for it.  Like I said, it was his brother's

7  car, so he was, like, really looking for it.  He

8  didn't seem to know exactly where it was, but I

9  know he eventually got it.  I think he asked him

10  why he was stopped, and I don't remember the

11  response.

12      Q    Okay.  Was that happening about the

13  same time that you were giving your

14  identification to Officer McCoy?

15      A    Yes.

16      Q    Okay.  After you gave the

17  identification to Officer McCoy, what happened

18  then?

19      A    He ran my name and everything, and he

20  came back to the car and told me that I have

21  warrants and to step out of the car.

22      Q    Okay.  Let me stop you one second.

23  When you say he ran your information, did he go

24  back to the police car to do that?

25      A    Yes.

LATOYA NEWKIRK

1

2      Q    Okay.  You may know, you may not.  When

3  Officer McCoy went back to the police car to run

4  your information, do you know what Officer Pav

5  was doing?

6      A    I don't know.  I thought that -- I

7  thought he was doing the same thing with Larry,

8  but I'm not -- I'm not sure.

9      Q    Okay.  In other words, you're not sure

10  if Pav went back to the car or if he remained up

11  by Larry, one way or the other.

12      A    No.  I remember at a point he did go

13  back to the car, but obviously they couldn't both

14  be running at the same time unless they have two

15  computers in there.  So I don't know exactly what

16  he was doing, but I do remember him leaving back

17  to his car.

18      Q    Okay.  Was there ever a time that we're

19  talking about right now that you were there with

20  Larry but the police -- neither of the police

21  officers were there?  In other words, maybe they

22  went back to their car.  Where you were with

23  Larry just by yourselves.

24      A    Yes.

25      Q    During that period of time, did you

1                    LATOYA NEWKIRK

2    have any conversation with Larry?

3         A    Larry said that he didn't know what

4    they pulled him over for.

5         Q    Okay.  Did you say anything to Larry?

6         A    I just agreed with him.  I was, like,

7    I -- I don't know, like...

8         Q    Okay.  At the time, did you have

9    marijuana in your purse?

10        A    Yes.

11        Q    Did you say anything to Larry at that

12   time about having marijuana in your purse?

13        A    No.

14        Q    You didn't say anything at all?

15        A    No.

16        Q    Okay.  Did there come a time that McCoy

17   came back to your side of the window?

18        A    Yes.

19        Q    That's when he mentioned to you that

20   you had warrants?

21        A    Yes.

22        Q    If you know, when McCoy came back to

23   your side of the window and told you that you had

24   warrants, do you know what Officer Pav was doing?

25        A    I remember -- I think Officer Pav came

LATOYA NEWKIRK

1
2  from around the car towards my side at that time.

3      Q    Do you know if Officer Pav went from

4  the police car to your side?  Or whether he had

5  gone back to where Larry was before coming to

6  your side?

7      A    I believe he went to Larry's side and

8  then over to where I was.

9      Q    Okay.  When he went back to Larry's

10  side, do you have any recollection one way or the

11  other what, if anything, Officer Pav said to

12  Larry or what, if anything, Larry said to

13  Officer Pav?

14      A    Officer Pav told Larry that he was good

15  to go at one point.

16      Q    Was that before he came around to your

17  side as you described?

18      A    Yes.

19      Q    Okay.  And then Pav came around to

20  where you were and where McCoy was?

21      A    Yes.

22      Q    Were you still seated in the vehicle?

23      A    No.

24      Q    Did there come a time that you got out

25  of the car?

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    When did you get out of the car?

4        A    When Officer McCoy asked me to.

5        Q    Okay.  And when was it that he asked

6   you to get out of the car?

7        A    When he came back to the car and told

8   me that I have warrants.  And he asked me to step

9   out of the car.

10       Q    Okay.  When he told you that you had

11  warrants, you were still in the car when he told

12  you?

13       A    Yes.  I believe -- I believe I was

14  still in the car.

15       Q    Okay.  Did you say anything to him when

16  he told you that you had warrants?

17       A    Yes.  I was confused.  I told him, you

18  know, that can't be possible.  I don't have

19  anything going on with court.

20       Q    Okay.

21       A    You know, and I had a -- I don't

22  remember exactly what kind of paper it was, but I

23  had something in my purse where I'm like, no,

24  look.  I can't have warrants.  I was just at

25  court the other day, blah, blah, blah.  Or

1                LATOYA NEWKIRK

2 something to that effect.

3      Q    Okay.  Did you have retrieve something

4 from your purse?

5      A    Yes.

6      Q    This paper?  And it was your belief

7 that the paper, in some way, would indicate to

8 Officer McCoy that you didn't have warrants?

9      A    Yes.  I thought that it was a mistake.

10 Maybe they didn't update the system or maybe

11 the -- I didn't know.

12      Q    Did you know what the piece of paper

13 was?

14      A    It was -- I think it was something I

15 got from the window at the courthouse because I

16 thought I had -- I thought I had, like, fees and

17 maybe the fees didn't go through.  They might

18 have been, like, warrants.  So I tried to show

19 them no, you know.  I paid my fees.  It was

20 something to that effect.

21      Q    Do you still have the piece of paper?

22      A    No.

23      Q    Do you --

24      A    I --

25      Q    Go ahead.

1                    LATOYA NEWKIRK

2        A     I don't think I have it.  I'm not sure.

3   I'm not even exactly one hundred percent sure

4   which one it was.

5        Q     I understand, but it was a piece of

6   paper from your pocketbook.

7        A     Yes.  Yes.

8        Q     Okay.  If you know, did you put the

9   piece of paper back in your pocketbook before you

10  left from that location?

11       A     Yes.

12       Q     Okay.

13                  MR. MITCHELL:  We don't really

14                  leave a blank here, but what I will

15                  say, I'll ask counsel that if you still

16                  have the piece of paper, to retain it

17                  because I'm going to ask your lawyers

18                  to ask you to give it to them to give

19                  to me.  Okay?

20                  THE WITNESS:  All right.

21       Q     When you showed the piece of paper to

22  Officer McCoy, did you know where Officer Pav was

23  at that time?

24       A     Not exactly.  I know that when I was

25  showing him the paper, that he was already done

                    LATOYA NEWKIRK

1

2   with Larry.  I just don't know his exact position

3   around the car.

4       Q    Okay.  When you showed the piece of

5   paper to Officer McCoy, were you out of the car

6   at the time?

7       A    No.

8       Q    Okay.  So in other words, Officer -- go

9   ahead.

10      A    My -- because I'm trying to remember

11  exactly.  My door was open.  I think it was at

12  the moment I was -- I might have been getting out

13  of the car when I showed him that.

14           Like I said, I was in the car when he

15  told me that I had warrants, and I was, like, no.

16  That can't be it.  I have a paper saying -- and

17  I'm reaching into my bag.  So yeah -- but I --

18  the car door was open at that point in

19  anticipation for me to get out.

20      Q    Okay.  Do you know if Officer McCoy

21  opened the door?  Or if you had opened the door?

22  Or did someone else open the door?

23      A    I think I opened it.

24      Q    Okay.  Where was your purse at the

25  time?

1                    LATOYA NEWKIRK

2       A    On the -- when they first pulled us

3  over, my purse was in the back seat, and when I

4  was asked for my identification, I pulled it up.

5  And it was sitting in between my feet on the

6  floor.

7       Q    Okay.  When it was in the back seat,

8  did you retrieve it by reaching over and getting

9  it?

10      A    Yeah.  Reach in the back and grab it.

11      Q    Let the record reflect the witness made

12  a turn to her left, made a reaching motion behind

13  her.

14           As opposed to getting out of the car,

15  opening up the back door, and taking it out, you

16  just reached around as you described.

17      A    Yes.

18      Q    When you got out of the car, you said

19  you got out of the car, you had the piece of

20  paper you thought indicated that you didn't have

21  a warrant.  What happened at that point?

22      A    I think he -- I'm not one hundred

23  percent sure, but I found out that that paper

24  wasn't -- it wasn't -- it didn't have anything to

25  do with what they said I had warrants for.

1                    LATOYA NEWKIRK

2       Q    Okay.  Who told you that it didn't have

3  anything do with what you had warrants for?

4       A    Officer McCoy.

5       Q    In other words, you showed him the

6  piece of paper.  You thought it may indicate that

7  you don't have warrants, and then McCoy -- in

8  some way -- told you no, this doesn't indicate

9  that you don't have warrants.

10      A    Yeah.  He said the system says that I

11 have warrants, and I think -- I forgot.  He said

12 it looks like it's been there for a while.

13      Q    Okay.  Did he say anything about what

14 the paper was?  Did he say no, sorry, this is,

15 and tell you what it was?

16      A    No.

17      Q    Okay.  What happened after that?  After

18 he told you that the paper did not indicate

19 anything about your warrants.  What happened

20 then?

21      A    I got out of the car.  Officer --

22 Officer Pav reached into the car and took my bag.

23 My purse.

24      Q    Okay.  Where were you when Officer Pav

25 reached into the car and took your purse?

LATOYA NEWKIRK

1

2      A    I was right by the door.

3      Q    Of Larry's car?

4      A    Yes.  I was right by the door on the

5  side that I had gotten out of.  I just stepped

6  right to the side.  Officer McCoy is in front of

7  me.  Officer Pav came and reached in, grabbed my

8  purse, and I said -- I let him know that I didn't

9  give him permission to -- to search my purse or

10 even to go into the car.

11     Q    Okay.  Now at that point, was your back

12 to the car?

13     A    Yes.

14     Q    Would it be fair to say that your back

15 was to the part of the car that we'll call the

16 rear passenger door?  In other words, the

17 passenger door is where -- you were in the

18 passenger seat in the front, right?

19     A    Yes.

20     Q    And you open the door.

21     A    It's generally in that area.

22     Q    The area meaning just immediately --

23     A    What you just said.

24     Q    -- to the back?

25     A    Yeah.  The rear passenger door.

1                    LATOYA NEWKIRK

2        Q    Okay.  And you had your back towards

3    that part of the car.

4        A    Yes.

5        Q    And McCoy would have been standing in

6    front of you, facing the car.

7        A    Yes.

8        Q    And the Pav -- at some point -- went

9    into the passenger -- front passenger area where

10   you had been and retrieved your bag.

11       A    Yes.

12       Q    Okay.  After he retrieved your bag,

13   where did he go?  Where did Officer Pav go?

14       A    I am -- I don't recall if it was the

15   hood of Larry's car or the hood of the police

16   car, but he put it on the hood.  I don't remember

17   if I wrote that or not, but he put it on the hood

18   of one of the cars, and he went through my bag.

19       Q    Okay.  When that was occurring, where

20   were you?

21       A    I was still in the same place.  Right

22   before he got to where he was going, as I was

23   objecting, Officer McCoy put cuffs on me because

24   he didn't want me to -- quote, unquote -- try to

25   stop Pav from searching.

LATOYA NEWKIRK

1

2     Q     Okay.  Do you remember the exact words

3  that you said to Pav that were in objection?

4     A     Yes.  I told him that I didn't give him

5  permission to check my bag, and he's not supposed

6  to be in the car, and that that's illegal.

7     Q     Did he -- did Officer Pav say anything

8  back to you when you said that?

9     A     Yes, he said --

10     Q     What did he say?

11     A     He said that I'm going to the precinct,

12  and since I'm going to the precinct, all my stuff

13  has to go with me.

14     Q     Okay.  Did he say anything else to you?

15     A     No.  I told him I didn't want my -- I

16  told him I wanted my stuff left over there.  He's

17  like, no, this is yours.  It's coming.

18     Q     Okay.  At that time, were you aware

19  that there was marijuana in your bag?

20     A     Yeah.

21     Q     At that point in time did Mr. Abiola

22  say anything that you recall, one way or the

23  other?

24     A     He said that that's messed up.

25     Q     In other words, referring to

1                    LATOYA NEWKIRK

2   Officer Pav taking your bag?

3       A    Yeah.

4       Q    Did he -- if you know, when he said

5   that's messed up, you were at that spot outside

6   the car where you described?

7       A    Yes.

8       Q    Do you know if Mr. Abiola was saying

9   that to anybody in particular?  Or was he just

10  saying it out loud?  That's messed up.

11      A    He was saying -- he was saying it to

12  me.

13      Q    Okay.  At that point in time, was McCoy

14  still standing in front of you?

15      A    At what exact time?

16      Q    When Mr. Abiola said that's messed up.

17      A    Yes.

18      Q    Had you been handcuffed yet at that

19  point?

20      A    Yes.  I got handcuffed as soon as I

21  started objecting to what Officer Pav was doing.

22      Q    Okay.  Before you got handcuffed, did

23  Mr. Abiola say anything one way or the other that

24  you recall?

25      A    Before?

1                          LATOYA NEWKIRK

2          Q    Yes.

3          A    No.

4          Q    When Officer McCoy told you that you

5     had warrants, did you say anything to Mr. Abiola

6     about what Officer McCoy said?  Did you turn and

7     say they say I have warrants, or anything like

8     that?

9          A    No.

10         Q    Okay.  You mentioned that Officer Pav

11    took your bag to you believe it was the hood of

12    the police or the hood of Larry's car.  You're

13    not sure.

14         A    I don't recall right now exactly.

15         Q    At the point when you said something to

16    Pav about taking your bag -- the phrase you use

17    is that you objected -- Officer McCoy handcuffed

18    you at that point?

19         A    Yes.

20         Q    All right.  Did he speak words to you

21    when he handcuffed you?  Officer McCoy.

22         A    Yes.

23         Q    What did he say to you?

24         A    He -- he said that he was cuffing me

25    because he didn't want me interfering with what

1                    LATOYA NEWKIRK

2    Officer Pav was doing.

3         Q    Okay.  Do you remember, is that the

4    words he used?

5         A    I don't remember if it was the exact

6    words.

7         Q    Okay.  When he said it to you, can you

8    tell me what his demeanor was, what his tone was

9    when he said that to you.  Was he angry?  Was he

10   instructive?

11        A    He wasn't -- he went angry when he said

12   that.  I wasn't being angry with him, so I think

13   that that is why he wasn't angry.  He didn't --

14   he didn't have a certain tone or anything.

15        Q    Did he ask you to turn around to

16   handcuff you?

17        A    Yes.

18        Q    Did you turn around when he asked you

19   to?

20        A    Yes.  I didn't have to turn much

21   because he moved toward -- like I said, my back

22   is against the car.  He moved toward the side of

23   me, and he was just, like, grab my arm.  He says

24   turn around, and he just -- he put the cuffs on.

25        Q    When he put the cuffs on you, did you

1      LATOYA NEWKIRK

2    just put your hands behind your back?  In other

3    words, did you pull your arm forward or anything?

4    Of you just let him put the cuffs on you?

5        A    No.  I just let him put the handcuffs

6    on.

7        Q    Okay.  At that point, you're still up

8    by Larry's car on the passenger side, but by the

9    rear passenger door.

10       A    Yes.

11       Q    And if you know, when Officer Pav put

12   the handcuffs on you, did he lock them in any

13   way?  You may not -- did he seem to take some

14   time when he put them on?  Do you have any

15   recollection of him locking them with a key at

16   all?

17       A    I have no clue what he was doing back

18   there.

19       Q    But in any event, you wound up with

20   having handcuffs where you --

21       A    Yes.

22       Q    -- were cuffed behind your back.

23       A    Excuse me.  Yes.

24       Q    Tell me what happened after you had the

25   handcuffs put on.

LATOYA NEWKIRK

1

2      A     I -- Officer Pav was searching my bag,

3    still look through it and everything.  While he

4    was doing that, Officer McCoy searched me.

5      Q     Where were you when Officer McCoy

6    searched you?

7      A     I was still in the same spot.  He

8    was...

9      Q     In other words, by Larry's car?

10     A     Yes.  He -- when it -- when the search

11   first started, I was -- excuse me.  I was by

12   Larry's car.  I don't remember at exactly which

13   point, but Larry left.  They told him he was good

14   to go.  Nothing was wrong.  They didn't give him

15   a ticket or anything.  Just leave.

16     Q     Okay.  Do you believe that Larry left

17   before Officer McCoy searched you?

18     A     I think Larry left at the time the

19   search started.

20     Q     When the search started, you were by

21   Larry's car?

22     A     Yes.

23     Q     So Larry would have driven away --

24     A     Mm-hmm.

25     Q     -- and then you would have been

LATOYA NEWKIRK

1

2   standing in the area where Larry's car was; am I

3   right?

4        A    Mm-hmm.

5        Q    Yes?

6        A    They --

7        Q    You have to say yes or no to my

8   question.

9        A    I'm sorry.

10       Q    That's okay.

11       A    I'm not one hundred percent sure

12  exactly.  I know there was a point where

13  Officer McCoy pulled me over.  I'm not exactly

14  sure -- this all happened within a span of maybe

15  a minute, and, you know, with Larry leaving and

16  me moving over to the next car.  So, I mean, to

17  the -- excuse me.  To the police car.  So I'm not

18  exactly sure.

19       Q    I'm just asking about -- you mentioned

20  that you got handcuffed, and when you were

21  handcuffed, you were near Larry's car.  In that

22  area by the rear passenger door, right?

23       A    Yes.

24       Q    Okay.  And you said that you started to

25  get searched at that point.

1                    LATOYA NEWKIRK

2       A    Yes.

3       Q    And Larry's car was still there.

4       A    Yes.

5       Q    When you were -- when you started to

6   get searched, that was by Officer McCoy?

7       A    Yes.  Officer McCoy was the only person

8   that searched me.

9       Q    Okay.  At that point when you started

10  to get searched, can you tell me what

11  Officer McCoy did as part of that starting to

12  search you?

13      A    I remember he checked my coat pockets.

14  I don't remember exactly how he searched me.  I

15  remember my coat pockets, and I remember him

16  going into my bra.

17      Q    Okay.  This was when you were at the

18  area near Larry's car.

19      A    I think Larry pulled off before he

20  touched under my bra, but Larry was still on the

21  block, as he had to make a U-turn to leave.

22      Q    Okay.  You mentioned you had -- that he

23  searched your coat pockets.  Was that the black

24  down coat that you described?

25      A    Yes.

1                    LATOYA NEWKIRK

2        Q    All right.  So is it fair to say that

3   Larry left as Officer McCoy was starting to do

4   this first search?

5        A    Yes.

6        Q    Okay.  Then you think -- or you say

7   that Larry made a U-turn.

8        A    Yes, because where we were, he

9   originally was trying to get to my stepmom's

10  house, which would have been, you know, just to

11  go straight and then make that right.  So now,

12  since I was getting arrested, he had no reason to

13  go in that direction anymore.

14       Q    Okay.

15       A    So he turned around to go home.

16       Q    All right.

17       A    Straight Path is a right-turn only

18  right there, so he sat there for quite a while

19  until he turned right.

20       Q    When you say sat there, sat where?

21       A    The corner of Arlington and Straight

22  Path.

23       Q    Okay.  So he left from the spot where

24  he got pulled over --

25       A    Yes.

LATOYA NEWKIRK

2    Q    -- made a U-turn, went to the corner of

3  Arlington and Straight Path.

4    A    Yes.

5    Q    And your recollection is he remained at

6  that spot for a little while.

7    A    Yes.

8    Q    Okay.  Before he drove away from the

9  spot where he got pulled over, I think you said

10  to me at that point McCoy had only searched by

11  reaching in your pockets; is that correct?

12    A    Yes.  When he first pulled away, yes.

13  Just the pockets.

14    Q    So when he pulled away, McCoy had not

15  searched your bra yet when he pulled away.

16    A    I -- it's really hard to say exactly.

17  He could have been pulling away while, or he

18  could have been still right there.  I'm not one

19  hundred percent exactly with the -- with Larry

20  pulling away.

21    Q    Okay.  Now you mentioned to me about

22  McCoy reaching into your pockets, and then you

23  said McCoy somehow searched your bra.  Tell me

24  what McCoy did to search your bra.

25    A    He told me to -- he told me, like, lift

1                    LATOYA NEWKIRK

2    and shake out my bra, and I couldn't, obviously,

3    because I was in cuffs.  And he said he'll do it.

4        Q    Okay.  Do you recall him actually

5    saying to you, okay, now lift and shake out your

6    bra?

7        A    Yes.

8        Q    And at the time, you were handcuffed

9    behind your back.

10       A    Yes.

11       Q    Okay.  Did you say anything to him?

12   When he said to you, okay, lift and shake out

13   your bra when you were handcuffed behind your

14   back, did you respond to that in any way?

15       A    I said I can't.

16       Q    Okay.  Do you remember exactly what you

17   said?

18       A    I can't.

19       Q    Then what did he say?

20       A    He said that he would do it.

21       Q    Okay.  At this point you're still in

22   the -- although Larry's car left, you're still

23   where you were by the back passenger door of

24   Larry's car.  In other words, you were still in

25   that same spot.  I understand the car is not

1                    LATOYA NEWKIRK

2    there anymore, but that's where you're still

3    standing; am I right?

4         A     I'm to the -- I think at that point it

5    was -- I was closer to the -- I started off on

6    Larry's back end of his car, and I ended up on

7    the front end of the police car.

8         Q     Okay.

9         A     Front passenger.

10        Q     The front passenger side of the police

11   car?

12        A     Yes.  Right in front of that door.

13        Q     Okay.  Now when you say the passenger

14   door, you mean the front passenger door of the

15   police car?

16        A     Yes.

17        Q     Okay.  Now -- and then so in other

18   words, there would be the front passenger door of

19   the police car.  Going towards the front of the

20   police car, the next would be the fender of --

21   the front fender of the police car, right?

22        A     Yes.

23        Q     Okay.  Going back -- the next thing

24   going back would be the rear passenger door; am I

25   right?

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    Then going back would be the rear

4   fender of the police car, right?

5        A    Yes.

6        Q    Okay.  So the police -- where you're

7   saying that you were was near the front passenger

8   door of the police car.  And somehow you had gone

9   from the point where you were where Larry's car

10  was when it was there, and I believe you

11  indicated that the officer searched your pockets

12  of your coat when you were near Larry's car.  Am

13  I right?

14       A    Yes.

15       Q    Then Larry's car left.  Am I right?

16       A    Mm-hmm.

17       Q    Then in some way, you were now back

18  towards where the police was.  Is that correct?

19       A    Yes.  Well, he pulled me over there.

20       Q    When you say he, who do you mean?

21       A    Officer McCoy.

22       Q    All right.  So do you know, when you

23  say he pulled you, did he put his hands on your

24  arm?  Your shoulder?  How did you get -- when you

25  say pulled, what do you mean by that?

LATOYA NEWKIRK

 1

 2     A    Like, grabbed my arm.  My upper arm.

 3     Q    Let the record reflect the witness took

 4 her right arm and reached over and grabbed the

 5 back of the triceps area of her left arm.

 6          And is it fair to say he took you from

 7 the location by Larry's car and guided you back

 8 to the location that you just described to me,

 9 which was the front passenger area of the police

10 car; is that correct?

11     A    Yeah.  It was a few feet over.

12     Q    By that time, Larry had turned and made

13 the U-turn?

14     A    Yeah.  To get to Straight Path, yes.

15     Q    And you recall that he was still

16 waiting in some way by the corner of Arlington

17 and Straight Path; is that right?

18     A    I remember I looked down the street,

19 and I saw him sitting there.

20     Q    Okay.

21     A    I don't think that he necessarily was

22 just lurking around, but like I said, you could

23 only make a right turn off of there, so he was

24 probably sitting there for a bit.

25     Q    Okay.  When you use the phrase a bit,

LATOYA NEWKIRK

1

2   can you give me an estimate of what you mean.  Do

3   you mean several minutes?  Several seconds?

4        A    Probably a minute or two.

5        Q    Okay.  When you said you looked down,

6   what was the distance from where you were to

7   where the corner was where Larry's car was?

8   About how far was that?

9        A    The house I got pulled over in front

10  of -- well, we were pulled over in front of -- is

11  the first house in Arlington.  And there's a

12  business.  I don't know distances, but it's,

13  like, a little, small barbershop.

14       Q    Okay.

15       A    And that was the only thing in between

16  the corner and where I got pulled over at.

17       Q    Okay.

18       A    The barbershop and -- yeah.  It was --

19  I got pulled over, like, first house that's right

20  behind that barbershop.  So you could easily look

21  in a mirror and see.

22       Q    Okay.  Is the barbershop on the same

23  side of the street that you got pulled over?

24       A    Yes.

25       Q    Where Larry made a U-turn.  So Larry

LATOYA NEWKIRK

1
2  would now be on the other side of the street,

3  right?

4      A    Yes.

5      Q    Facing away from the direction that you

6  had been pulled over in, right?

7      A    Yes.

8      Q    On Larry's side of the street, was

9  there anything there that you recall?  Any type

10  of store?  Or any type of landmark?

11      A    Yes.  It was across the street from

12  Compare Foods.  So the area that it was in, there

13  was no cars or anything parked on that side.

14      Q    Okay.  But on Larry's side where he was

15  on the corner, is there any business there?  Or

16  any house?

17      A    That's what I'm saying.  Where he was

18  on the corner, there's a Compare Food there.

19  Like, it takes up from one side is one block, the

20  other side is the other block.  So it takes up

21  that whole space.

22      Q    Okay.

23      A    So it was pretty big and open.

24      Q    Okay.  You mentioned to me that

25  Officer McCoy grabbed you by the arm -- as you

1                    LATOYA NEWKIRK

2    said -- and brought you back to that point by the

3    police car where you were by the passenger -- the

4    front passenger door of the police car.  And

5    you -- obviously you were handcuffed at that

6    time; correct?

7         A    Yes.

8         Q    At that time, do you recall where

9    Officer Pav was?

10        A    At the time -- are you talking about

11   while he was searching at that time?  Or --

12        Q    No.  Let me just clarify.

13        A    Yes.

14        Q    Earlier you said to me that McCoy

15   started to search you.

16        A    Yes.

17        Q    And you said that when he started to

18   search you, he reached -- he searched the pockets

19   of your coat, and then you said to me, then he

20   reached into your bra.  And I think what you told

21   me is that when he searched the pockets of your

22   coat, that Larry's car was still there and you

23   were by Larry's car.

24        A    Yes.

25        Q    Then you said that Larry drove away and

LATOYA NEWKIRK

1

2    did a U-turn and that Officer McCoy brought you

3    back to an area by the police car where you were

4    by the front passenger door of the police car.

5    And I believe you indicated that that's when he

6    reached into your bra.

7              Is that correct?  If I'm wrong, that

8    what I thought you said.

9         A    No.  Yes.

10        Q    Okay.  At that point when Officer McCoy

11   had you at the front passenger side of the police

12   car and you say that he reached into your bra,

13   where was Officer Pav?

14        A    Officer Pav, at that point, had just

15   thrown my purse in the trunk and got into the

16   driver's seat.

17        Q    Okay.  When Officer Pav -- you say he

18   threw your purse into the trunk.  Did he actually

19   go to the back of the police car to do that?

20        A    Yes.

21        Q    Did he open the trunk?

22        A    Yes.

23        Q    When he was doing that, where were you?

24        A    In the same place with Officer McCoy in

25   front of me, searching me.

LATOYA NEWKIRK

1

2      Q    Okay.  You told me that you were in

3   front of Larry's car at one point during

4   Officer McCoy's search, and that then you moved

5   to the front passenger side of the police car.

6      A    Mm-hmm.

7      Q    So there are a couple place where you

8   were.  So what I'm trying to find out is -- let

9   me do it this way.

10          When Officer McCoy started to search

11  you when you were near Larry's car -- by the back

12  passenger side of Larry's car -- when you said he

13  reached into your coat pockets, at that point,

14  where was Officer Pav?

15     A    When he -- when Larry's car was still

16  there?

17     Q    Yeah, and McCoy started to reach into

18  your pockets as you described.

19     A    See, that's what I can't remember.  I

20  can't remember which hood of the car he was on

21  when he was looking through my purse, but he was

22  looking through my purse.

23     Q    Okay.

24     A    I just don't remember if it was the

25  hood of the police car or if he threw it on top

LATOYA NEWKIRK

1

2    of Larry's car and start doing it.  I feel -- I'm

3    not exactly sure which -- where he was.

4          Q    Okay.

5          A    I know what he was doing.  I just don't

6    know where -- which car hood it was.

7          Q    Okay.

8          A    I don't know why I can't remember

9    exactly that.

10         Q    When Officer Pav went and put your

11   purse in the trunk, were you by Larry's car at

12   that point?  Or were you by the police car at

13   that point?

14         A    When he put my purse in the trunk,

15   Larry was already driven away, and I was by the

16   police car.

17         Q    Okay.  So when he put your purse in the

18   trunk -- forgive me.  So when Larry drove away,

19   Officer Pav was not seated in his police vehicle;

20   is that right?

21         A    I don't believe he was.

22         Q    Okay.  Then you said Officer Pav put

23   your purse in the trunk.  Do you have a distinct

24   recollection one way or the other where you were

25   when Officer Pav put your purse in the trunk?

LATOYA NEWKIRK

1

2      A    I was -- I was on the side of the

3   police car.  I believe I was still in the same

4   spot, making my way toward the back door that I

5   would have been getting placed in.

6      Q    Okay.  In other words, when Officer Pav

7   was putting your purse in the trunk, you were no

8   longer by the area where you were with Larry's

9   car.  You were no longer up there where Larry's

10  car was.

11     A    No.

12     Q    You had already been walked back by

13  McCoy to the front passenger door of the police

14  car; is that right?

15     A    Yes.

16     Q    Then you said at the front passenger of

17  the police car, McCoy reached into your bra; is

18  that right?

19     A    Yes.

20     Q    Okay.  Now you mentioned to me that

21  McCoy said to you I want you to pull out your bra

22  and shake your bra.  You said to him I can't

23  because I'm handcuffed.  And then what did he say

24  to you?

25     A    He said that he would do it.

1                    LATOYA NEWKIRK

2       Q    Okay.  Then what did McCoy do at that

3  point?

4       A    He -- he -- he unzipped my jacket the

5  rest of the way.  I think it was down most of the

6  way.

7       Q    You mean the black jacket that you had

8  on that you were talking about?

9       A    Yes.  He put his hand up my sweater.

10  He went to into my bra, and he was there for a

11  while.

12       Q    Okay.  Now when you say put his hands

13  in your bra, did he reach up from underneath your

14  bra and put his hands in?  Or did he come and

15  reach in from the top of your bra, down?

16       A    He came from underneath, if I'm not

17  mistaken, because I remember it felt like he was

18  actually, you know, pretending to shake out my

19  bra.

20       Q    Okay.  Then did he put his hands on

21  your breasts?

22       A    Yes.  He touched my nipples.  His hands

23  were cold.  I jumped, and he giggled.

24       Q    When he did that, where was

25  Officer Pav?

1                    LATOYA NEWKIRK

2       A    Officer Pav was in the car at that

3    point already.

4       Q    So --

5       A    The driver's seat.

6       Q    Had Officer Pav already put your purse

7    in the trunk of the car?  The police car.

8       A    Yeah.

9       Q    When Officer Pav put the purse in the

10   trunk of the police car, where were you?

11      A    I was on the side of the police car.

12   On the passenger side.

13      Q    Okay.  So you had been moved back from

14   the spot where you were by Larry's car.  You were

15   now back by the spot -- by the front passenger

16   door of the police car.

17      A    No.  I was just on the passenger side

18   of the car.  I can't say exactly which door I was

19   in front of.

20      Q    Okay.  If I recall, earlier you told me

21   that Officer McCoy moved you from the back

22   passenger side of Larry's vehicle and moved you

23   back to -- and you described to me the front

24   passenger door of the police vehicle.

25      A    Mm-hmm.

LATOYA NEWKIRK

1

2      Q     Do you recall I asked you those

3  questions?

4      A     Yes.

5      Q     You told me that if you moved forward,

6  the next thing would be the front fender of the

7  police vehicle; correct?

8      A     Yes.

9      Q     All right.  Then from the point where

10  you were, if you went backwards, the next thing

11  would be the rear passenger door of the police

12  car, right?

13      A     Yes.

14      Q     And then behind that would be the rear

15  fender of the police car, right?

16      A     Yes.

17      Q     Okay.  When Officer McCoy put his hands

18  on your breasts as you described, you believe

19  that Officer Pav was inside the police vehicle?

20      A     Yes.  Yes.

21      Q     When he put your purse in the trunk,

22  you think you had already been moved from the

23  area by Larry's car to the area by the police

24  car.

25      A     Yes.

1                    LATOYA NEWKIRK

2        Q    Okay.  Now after Officer McCoy -- well,

3    I should ask you, when Officer McCoy had his

4    hands under your shirt, it was a sweater;

5    correct?

6        A    Yes.

7        Q    Under your sweater.  Do you recall

8    about how long he had his hands under your

9    sweater as you described?

10       A    It felt like forever.  Not exactly

11   sure.

12       Q    I understand that.  Okay.  Can you give

13   me ay type of estimate at all.

14       A    Long enough to play with my nipples.

15   I'm not exactly sure.

16       Q    And you said -- you said something when

17   he did that, am I right?

18       A    I told him that his hands were cold.

19       Q    Did he say anything back to you at that

20   point?

21       A    I don't remember.

22       Q    Okay.  After he did that, tell me what

23   happened then.

24       A    I ended up letting Officer Pav know --

25   because he -- when he searched my bag, he didn't

LATOYA NEWKIRK

1

2    find anything.  I ended up letting him know he

3    missed it, and I didn't want him to walk into the

4    precinct with my stuff.  I didn't know if it was

5    against the law.  I didn't know if that would be

6    a whole new charge.  I didn't know.  So I let him

7    know you searched my bag and you missed it.  This

8    is where it's at in my bag.  He got it out of the

9    trunk.

10        Q    This is still at the scene?

11        A    Yes.

12        Q    Okay.

13        A    I didn't want him to pull off with it.

14   I didn't know if that was breaking a law.

15        Q    Let me ask you.  When you described for

16   me where you were -- when Officer McCoy searched

17   you as you described, when that occurred, were

18   you facing towards the police car?

19        A    Can you repeat that, please.

20        Q    Sure.  You described for me where you

21   were when Officer McCoy searched you, as you

22   described when he put his hand under your sweater

23   as you described.  At that point, were you facing

24   toward the police car?

25        A    When he put his hands up my shirt?

1                    LATOYA NEWKIRK

2          Q     Yes.

3          A     No.

4          Q     In which direction were you facing?

5          A     Back to the car.  For the most part, my

6    back was to the car.

7          Q     Okay.  So your back was towards the

8    police car?

9          A     Yes.

10         Q     So immediately behind you would have

11   been the front passenger door of the police car.

12         A     No.

13         Q     Okay.  Do you understand what I'm

14   talking about?  Because I don't want you to be --

15         A     I do understand.

16         Q     I want the record to be clear.

17         A     I do understand.  Everything took place

18   on the passenger side of the vehicle, give or

19   take a few feet.

20         Q     Right.  I'm just asking which direction

21   were you facing.

22         A     My back was directly to the passenger

23   side of the car.

24         Q     Okay.

25         A     So I was still facing -- well, it was a

1                    LATOYA NEWKIRK

2    house right there.

3        Q    I understand that.  If you leaned back,

4    would your back come in contact with the police

5    car?

6        A    Yes.  It would come in contact.  Yes.

7        Q    All right.  So Officer McCoy would be

8    looking towards the police car.

9        A    Yes.

10       Q    Am I correct?

11       A    Yes.

12       Q    And you were handcuffed behind your

13   back; am I right?

14       A    Yes.

15       Q    Okay.  When Officer McCoy put his hands

16   under your sweater and did what you described, he

17   was facing you?

18       A    Yes.

19       Q    Okay.  It would be fair to say that

20   Officer Pav was in the police car, and your back

21   was towards Officer Pav; is that right?

22       A    At a certain angle.  I don't remember

23   at which point, but the door that I was

24   getting -- that I was to get into was already

25   opened.

1                    LATOYA NEWKIRK

2        Q    I understand.  I'm talking about when

3   Officer McCoy put his hands under your sweater

4   and did what you described to me.  I'm just

5   trying to clarify.  It seems to me that what

6   you're telling me is that your back was towards

7   the police car; is that correct?

8        A    It wasn't -- it was toward the police

9   car.

10       Q    And --

11       A    And if I leaned back, my back would

12   have come in contact with the police car.

13       Q    Okay.

14       A    But like I said, back passenger door

15   open, the way that I was, I was in such a

16   position that it was a clear line to

17   Officer Pav's vision.  If you could understand

18   what I'm saying, where he could see me from the

19   driver's seat.  That's the kind of position that

20   I was in.

21            It wasn't directly next to the

22   passenger seat because then he would just be

23   seeing directly my back.  No.  That's not how it

24   happened.  I was closer to the back passenger at

25   this point.

                    LATOYA NEWKIRK

1

2      Q    When you say at this point, you mean

3    the point where you say that Officer McCoy put

4    his hands under your sweater?

5      A    Yes.

6      Q    Okay.  So when you told me earlier that

7    you were by the passenger front door of the

8    police car when he searched your bra, you were

9    not, at that point?  You were back by the rear

10   passenger door of the police car?

11     A    I was on the passenger side of the

12   police car, and, like I said, give or take a few

13   feet.  This is why I'm a little bit confused

14   about my placement, because we're talking about

15   within a few feet.  I just know that I was on the

16   passenger side of the car of -- well, both cars,

17   during this whole ordeal.

18     Q    Okay.  You mentioned to me that the

19   rear passenger door of the police car was open;

20   am I right?

21     A    Yes.

22     Q    Okay.  In relation to when you were at

23   the back of Larry's car when you said that

24   Officer McCoy started to search you to when you

25   got to the point where he put his hands under

LATOYA NEWKIRK

2  your sweater, at what point did the rear

3  passenger door of the police car get opened?

4      A    I have no idea.  I have no idea when it

5  got opened.  I have no idea who opened it.  I

6  have no idea.

7      Q    You anticipated my next question, which

8  was do you know who opened that back door?

9      A    No idea.  I just don't recall.  And I

10  don't feel -- I don't feel as though it was McCoy

11  because McCoy was busy.

12      Q    Meaning he was searching you?

13      A    Searching in quotes.

14      Q    When you say that you don't feel it was

15  McCoy, do you believe -- based on your perception

16  at the time -- that it was Pav that opened the

17  rear passenger door?

18      A    Yes.

19      Q    Okay.  Because you don't think it was

20  McCoy; am I right?

21      A    Yes.  McCoy never left from being in

22  front of me, so I don't think that it was

23  possible for it to have been him.  For him to

24  even go and reach around to open the door, he's

25  right in front of me.  Like, it's not something I

1                    LATOYA NEWKIRK

2  could have missed.  And like I said, besides, his

3  hands were busy.

4      Q    Okay.  When the door was opened,

5  regardless of who opened it, do you recall where

6  you were when the door was opened?

7      A    No.  I just recall, like, noticing that

8  the door is open.

9      Q    Okay.  Now going back to when Officer

10  McCoy actually put his hands under your sweater,

11  you believe at that time that Officer Pav was in

12  the driver's side of the car -- was in the

13  driver's seat of the car.

14      A    Yes.

15      Q    Okay.  And regardless of where you

16  actually were, you believe that you were facing

17  away from the police car; am I correct?

18      A    At an angle.

19      Q    Okay.

20      A    Yes.

21      Q    When you say at an angle, if we use the

22  police car as a reference -- and I want you to --

23  and if you're standing on the passenger side of

24  the police car -- and I know you told me your

25  back's to the police car, but I think you're

1                    LATOYA NEWKIRK

2    saying at an angle.

3            Would your angle be looking at an angle

4    where you would be looking more towards the back

5    of the police car?  Or an angle where you would

6    be looking toward the front of the police car?

7    Do you understand my question?

8        A    Yes.  It was more towards the front.

9        Q    Okay.  When you -- at that time in that

10   position you described, were you -- if we focus

11   on the rear passenger door being open, were you

12   on the side of the rear passenger door towards

13   the back of the car?  Or were you on the side of

14   the rear passenger door towards the front of the

15   car?

16       A    I -- I feel like I was directly in

17   front of it.  The door is open.  I'm standing

18   right here.  I don't understand if that's back or

19   the front.

20       Q    That's okay.  When you were standing in

21   the position where you were and you were -- and I

22   know you said your back was to the car, and I

23   appreciate you said it was at an angle.

24           In that position if you reached your

25   hand out to touch the open door, which hand would

LATOYA NEWKIRK

1

2    you use?  Your left hand?  Or your right hand?

3        A    The left.

4        Q    So you were -- fair to say -- on the

5    side of the open door -- the rear passenger door

6    is open, and you were on the side of it towards

7    the back of the car.  That would be the side you

8    were on.

9                MR. EGAN:  Objection to the form

10               of the question.

11       A    Yeah.  That doesn't sound --

12       Q    Okay.  Then I'll just withdraw it.

13            In any event the position where you

14   were standing, to touch that rear passenger door,

15   you would have to put out your left hand;

16   correct?

17       A    Yes.

18       Q    Let me ask it this way.

19               MR. EGAN:  Objection to the form

20               of the question.  You're -- the rear

21               passenger door?

22               MR. MITCHELL:  The rear passenger

23               door.  She's told me the rear passenger

24               door to the police vehicle was open.

25       Q    Is that right?

1                    LATOYA NEWKIRK

2         A    Yes.

3         Q    So I'm asking if she was to touch the

4    rear passenger door -- if you were going to go

5    out and touch it, would you touch it with your

6    right hand or your left?  I think you said left.

7         A    The left.

8         Q    That would be consistent with being in

9    a position where your back is to the police car;

10   am I right?

11        A    Mm-hmm.

12        Q    You have to say yes or no.

13        A    I'm sorry.

14        Q    That's okay.

15        A    Yes.

16        Q    Okay.  And the door is open, and if you

17   reached out with your left hand, that's where the

18   door was.  If you had -- if you sat down, you

19   would wind up sitting back down into the rear

20   passenger seat of the car; is that fair to say?

21        A    At the angle I was at, if I had just

22   sat directly in that position, I would have fell

23   and hit the back tire.

24        Q    So at that point, the angle you're

25   describing was that your back is more --

1                    LATOYA NEWKIRK

2        A    It was like a 45-degree angle, if you

3    want to be specific.

4        Q    Yeah.  So then the way you were facing,

5    as you said earlier, was more towards the front

6    of the car --

7        A    Yeah.

8        Q    -- not towards the back, and you would

9    have been more towards -- looking towards the

10   open back passenger door; is that right?

11       A    I'm not sure.

12       Q    Okay.

13       A    I'm not sure because I'm not sure if

14   I'm understanding what you're --

15       Q    That's fine.

16       A    -- describing.

17       Q    That's fine.  What you said to me is

18   that if you sat down, your behind would come on

19   the ground.

20       A    Yes.

21       Q    And your behind would come on the

22   ground towards the back of the car, towards the

23   back wheel.

24       A    Yeah.

25       Q    And so --

LATOYA NEWKIRK

1

2      A    I wasn't sitting in such a way that --

3   like, the door's right here, and if I just sit,

4   I'm in the car.  I wasn't sitting in that kind of

5   way.

6      Q    Okay.  If you did fall and your behind

7   came on the ground, you would be looking at the

8   open --

9      A    Inside of the door.  The open inside

10  rear of the door.  Excuse me.  I'm sorry.

11     Q    That's fine.  When you were standing --

12  I appreciate you didn't fall on your behind.

13  When you were standing, was there anything

14  between you and the inside of the rear passenger

15  door of the police vehicle?

16     A    No.  No, because it wouldn't have had

17  to have been anything in between.

18     Q    At that point was Officer McCoy behind

19  you?

20     A    No.  Officer McCoy was in front of me.

21  At the angle I was at -- I wish I could draw a

22  picture.  At the angle I was at, at the door, I'm

23  right here with the door --

24          Like I said, the door's open.  I'm

25  right here.  He wouldn't have to be in between

LATOYA NEWKIRK

1  the door.  I wasn't that close --

3      Q    Okay.

4      A    -- to the inside panel of the door.  I

5  feel like I'm not describing it.

6      Q    No.  I understand what you're saying.

7      A    Okay.

8      Q    In any event, Officer McCoy was in a

9  position where he was able to put his hands under

10  your sweater from in front of you.

11      A    Yes.

12      Q    Okay.  At that point, you believe that

13  Officer Pav was in the driver's seat of the

14  police vehicle.

15      A    Yes, he was.

16      Q    All right.  When that occurred, do you

17  recall where you were looking?  When Officer

18  McCoy put his hands under your sweater, as you

19  described, do you recall in which direction you

20  were looking?

21      A    I was looking at him.

22      Q    At Officer McCoy?

23      A    At Officer McCoy.

24      Q    Okay.  After Officer McCoy had his

25  hands under your sweater as you described, tell

LATOYA NEWKIRK

1

2    me what happened after that.

3        A    Do you mean when he was done?  Or

4    during?

5        Q    Yes.  After he was done.

6        A    When he was done, he started zipping my

7    jacket back up, and I believe Officer Pav heard

8    the sound of that jacket zipping because it's

9    loud and it's big, and he said, oh, we could

10   search her at the precinct.  Come on.

11       Q    And what was -- when you said he said,

12   you mean Officer Pav said --

13       A    Yes.

14       Q    -- we could search her at the precinct?

15       A    Yes.  Officer Pav said that to

16   Officer McCoy as he was zipping up my coat.

17       Q    Okay.  When he said that, did

18   Officer McCoy say anything to Officer Pav?

19       A    To him?  No.

20       Q    Okay.  Did he say anything to you?  Did

21   Officer McCoy say anything to you?

22       A    He told me to get into the car.

23       Q    All right.  Did you get into the car?

24       A    Yes.

25       Q    Did he have to assist you to get in the

1                    LATOYA NEWKIRK

2    car?

3         A    No.

4         Q    Okay.  You were still handcuffed behind

5    your back?

6         A    Yes.

7         Q    Did he then close the door?

8         A    Yes.

9         Q    Did McCoy get in the -- excuse me.  Did

10   he get in the front passenger seat?  Or did he

11   remain in the rear of the passenger compartment

12   of the car?

13        A    He got in the front passenger seat.

14        Q    You may recall this, you may not.  Did

15   Officer McCoy put a seatbelt on you when you were

16   in the back seat?

17        A    I -- you know what?  I don't recall.  I

18   don't know.

19                    MR. MITCHELL:  Okay.  What time

20             you got, Brian?

21                    MR. EGAN:  20 after 1.

22                    MR. MITCHELL:  20 after 1?  We

23             were supposed to take a break.  We'll

24             take a break, then.

25                    (A recess was taken at 1:18 p.m.)

1              LATOYA NEWKIRK

2              (Defendant's Exhibits C, D, and E

3         were marked for identification.)

4     Q    Ms. Newkirk, I think when we broke for

5    lunch, we were at a point where you were in

6    the -- you said you were put into the back seat

7    of the police car at the scene on March 16 of

8    2017.  Does that refresh your memory?

9     A    Yes.

10    Q    When you -- were you taken from the

11   scene directly to the police station?

12    A    Yes.

13    Q    If you know, did the police station

14   that you arrived at, was it the First Precinct?

15    A    Yes.

16    Q    If you don't know, that's fine.  Was it

17   a police station in Babylon?  If you know.

18    A    Yes.

19    Q    On the way of the police station, did

20   you say anything to the officers at all?

21    A    I -- I started to have an anxiety

22   attack.  I asked them to roll down the window

23   because the wind helps.  Yeah.  And they rolled

24   the window down.

25    Q    Did you say anything else?

LATOYA NEWKIRK

1

2      A      I asked about, like, weed charges and

3  stuff like that because I never got a charge

4  about anything having to do with weed.

5      Q      This was in the car on the way to the

6  precinct?

7      A      Yes.

8      Q      If I'm correct, it's because you say

9  that you told Officer Pav that you had marijuana

10 in your bag --

11     A      Yes.

12     Q      -- when you were at the scene?

13     A      Yes.

14     Q      Do you remember what it was you asked

15 them about that?

16     A      I -- I think what I asked him was about

17 the -- I had a weed grinder.

18     Q      Okay.

19     A      And I asked him -- I think I asked him,

20 like, is that, like, a paraphernalia charge,

21 because I didn't understand how it worked.  I

22 asked him -- I was asking him, like, what

23 category does it fall under.

24     Q      Did either officer respond to you?

25     A      Yes.

1                    LATOYA NEWKIRK

2        Q    Can you tell me what either one said.

3        A    I didn't get any answers.  He just

4    said -- Officer McCoy just said don't worry about

5    it.

6        Q    Okay.  If you know, did Officer Pav say

7    anything?

8        A    No.

9        Q    On the way of the precinct, did either

10   of the officers talk to you about whether you had

11   any type of information that would be helpful for

12   them in relation to just either people who sell

13   drugs or where you get drugs?  Anything like

14   that?

15       A    Not on the way to the precinct.

16       Q    Other than what you told me, do you

17   have any recollection of any other conversation

18   in the car on the way to the precinct?

19       A    Officer Pav and McCoy were taking.  I

20   don't remember exactly what the conversation was.

21   It seemed like they -- it sounded like they

22   started in the middle of a conversation.  Like

23   they were picking up where they left off before I

24   got into the car.  Before I got arrested.  I

25   think Pav inquired about McCoy's wife or vice

1                    LATOYA NEWKIRK

2   versa, but they were talking about their wives.

3        Q    Okay, but as far as you know, they

4   weren't talking about things in relation to you.

5        A    No.

6        Q    Okay.  Did there come a time that you

7   got to the precinct?

8        A    Can you...

9        Q    Sure.  Did there come a time that you

10  got there at the precinct?  That you arrived at

11  the precinct.

12       A    Yes.

13       Q    Okay.  When you got to the precinct,

14  were you taken inside the precinct?

15       A    Yes.

16       Q    Were you still handcuffed behind your

17  back?

18       A    Yes.

19       Q    Do you know which of the officers, or

20  whether it was both that actually brought you

21  into the precinct?

22       A    It was both of them.

23       Q    Okay.  When you got into the precinct,

24  what happened when you got into the precinct?

25       A    I had to get fingerprinted up at a

1                    LATOYA NEWKIRK

2    window.

3         Q    Okay.

4         A    That was as soon as I walked in, and I

5    was standing there waiting next to a wanted

6    bulletin board.

7         Q    When you were standing there, were you

8    asked any questions by anybody there at the

9    window?

10        A    I think the guy -- are you referencing

11   the officer behind the window?

12        Q    In the window.  Yeah.

13        A    I think he asked me for my information

14   before he took a fingerprint.

15        Q    Did anybody -- focusing on that time,

16   did anybody ask you if you had any type of

17   injury?

18        A    I don't -- I don't recall.

19        Q    Do you remember if anybody asked you if

20   you were taking any type of medication?

21        A    I don't recall.

22        Q    At the time, did you have any

23   medication in your purse?

24        A    Yes.

25        Q    What was that for?

LATOYA NEWKIRK

1

2     A     For my teeth that I just had pulled.

3     Q     Okay.  Just focusing on March 16, how

4  long before March 16 did you have the teeth

5  pulled?

6     A     Somewhere in between a week or two.

7  I'm not exactly sure.

8     Q     And the medication you had, was it some

9  sort of a painkiller?

10    A     I had two.  I had a painkiller and an

11  antibiotic.

12    Q     Do you recall when you were at that

13  window someone asking whether you had any type of

14  medication?

15    A     I don't recall them asking me.

16    Q     So you don't know if they did or not?

17    A     No.

18    Q     Okay.  After you were there at the

19  window -- when you were there at the window, were

20  Officer Pav or Officer McCoy there with you when

21  you were at the window?

22    A     I believe for the entirety of it, both

23  of them were there.

24    Q     Okay.  You said something about being

25  fingerprinted at the window.

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    So were your handcuffs taken off?

4        A    Yes, to get the fingerprint.

5        Q    How did that happen?  How did they

6   fingerprint you at the window?

7        A    The little machine.

8        Q    Okay.

9        A    It was on the outside.  I mean, I don't

10  understand how to answer it.

11       Q    Okay.  Did they put any ink on your

12  fingers?

13       A    I don't think so.  If I'm not mistaken,

14  it's the little -- the little electronic machine.

15       Q    Where you just put your fingers on it?

16       A    It could be.  I don't really remember.

17       Q    Okay.  So you don't remember whether

18  they actually put ink on your fingers or whether

19  you just put your finger on some sort of machine

20  that would read your print without ink.  You

21  don't remember one way or the other.

22       A    No.

23       Q    Okay.  After you were there at the

24  window, where were you taken?

25       A    I was taken to a holding room.

LATOYA NEWKIRK

1

2      Q     When you were taken from the window to

3    the holding room, did you have the handcuffs put

4    back on you?

5      A     I don't believe so.

6      Q     Do you know who took you to the holding

7    room?

8      A     I think it was Officer Pav.  I'm just

9    not a hundred percent sure.

10      Q     Okay.

11      A     The holding room is the directly,

12    literally -- fingerprinting, and the holding room

13    is right there.

14      Q     Okay.

15      A     It's, like, at the door.

16      Q     Okay.

17      A     So I wouldn't have had to put my cuffs

18    on, seeing how I was going to get cuffed to the

19    table anyway.

20      Q     Okay.  I should have asked this

21    earlier.  If you recall, do you remember about

22    what time it was that you -- that the car that

23    you were in got stopped?  Around.

24      A     10:28, probably.  That's what my

25    receipt said when I got breakfast.

1                    LATOYA NEWKIRK

2        Q    By the way, do you still have the

3    receipt?

4        A    I might have it at home.  I'm not one

5    hundred percent sure.  Last time I saw the

6    receipt, it was, like -- it was faded out.  It's

7    a little, tiny receipt when you swipe your card.

8               MR. MITCHELL:  I'll make a request

9               for that, gentlemen, and they'll ask

10              you -- if you do have it -- to preserve

11              it and produce it.

12       Q    Do you remember about what time it was

13   that you got to the precinct?

14       A    About 11.

15       Q    Okay.  Then you said you were brought

16   into this holding room.  Is that a room that has

17   long tables and stools in front of it?

18       A    Yes.

19       Q    Okay.  You mentioned that when you got

20   into the room, you were actually handcuffed to

21   the table.

22       A    Yes.

23       Q    Were those separate handcuffs that were

24   on the table?  Like, attached to the table that

25   then went around your wrists?

1                    LATOYA NEWKIRK

2      A    Yes.  They had cuffs attached to the

3  table.

4      Q    Is that where you were taken?  To one

5  of those spots?

6      A    Yes.

7      Q    Were you then cuffed to the table?

8      A    Yes.

9      Q    Do you know who it was that cuffed you

10  to the table?

11      A    I don't recall.  I think that it was

12  Pav.  Officer Pav.

13      Q    Officer Pav.  Do you know where

14  Officer McCoy was when Officer Pav took you and

15  cuffed you to the table?

16      A    He could have either been right there

17  or he would have already made his way in the back

18  to change his clothes.

19      Q    All right.  Do you remember one way or

20  the other?

21      A    No.

22      Q    Okay.  When Officer Pav was handcuffing

23  you to the table, was he still in uniform?

24      A    Yes.

25      Q    Okay.  What happened after you were

LATOYA NEWKIRK

1

2 handcuffed to the table?

3     A   I sat there for a while.  I -- I don't

4 remember exactly what time Pav had me sign the

5 paperworks.  I had my stuff.  It was, like, for

6 my stuff or something to that effect.

7     Q   Okay.

8     A   My purse I had.

9     Q   If I said a property receipt, does that

10 sound familiar to you?

11     A   Yes.

12     Q   When you signed it, did he un-handcuff

13 you?  Or were you able to do it with the

14 handcuffs on?

15     A   I believe he uncuffed the right hand.

16     Q   And you believe it was Officer Pav who

17 was doing this?

18     A   Yes.

19     Q   As far as you know, was Officer McCoy

20 around in that room at all at this time?

21     A   No.

22     Q   If you know, were there any --

23     A   I'm sorry.

24     Q   It's okay.

25     A   I just -- before -- before I even had

LATOYA NEWKIRK

1

2    got cuffed to the table, I got taken to the

3    mugshot area.

4        Q    Before you got into the holding room?

5        A    It's all the same room.

6        Q    Okay.  So before you got cuffed to the

7    table, you went to an area that you believe is

8    the mugshot area?

9        A    Yes.

10       Q    If you know, was your photo taken?

11       A    No.

12       Q    What happened at the mugshot area?

13       A    Officer McCoy was there with me -- I

14   don't know where Pav was at that exact moment --

15   and he searched me again.

16       Q    Okay.  Describe for me how he searched

17   you.

18       A    He -- he did the same thing he did on

19   the street.  He put his hands up my shirt.  He

20   told me that it was because I liked it or he

21   thinks I like it.  He touched my legs with his

22   hands.  I had on leggings.  There was no reason

23   to search me there.  I -- he just -- he put his

24   hand up my leg on the inside.

25       Q    Okay.  Were you wearing that jacket?

LATOYA NEWKIRK

1

2    That black jacket that you described for me.  Did

3    you have that on?

4         A    At the time of being searched that

5    time, I -- I'm not sure.

6         Q    Okay.  This was in an area where you --

7    that you believe was near where you would have a

8    mugshot taken?

9         A    Yes.  In the same -- the holding room.

10        Q    Okay.  Was there anybody else in the

11   holding room at this time when Officer McCoy was

12   doing what you just described?

13        A    I think there was a guy being held on

14   the other side of the wall.  Same room.  You

15   know, I couldn't see past the wall.

16        Q    Okay.  In other words, another person

17   who was -- who had been arrested?

18        A    Yes.  Cuffed to the table.

19        Q    Okay.  Do you remember anything about

20   that person at all?

21        A    Not sure.  It's just a little bit

22   confusing only because there were a bunch of

23   people there, and I'm trying to remember who came

24   in when.

25        Q    Focusing on when McCoy searched you,

1                    LATOYA NEWKIRK

2  were there other people there when he searched

3  you?

4     A    That's what I'm saying.  There were

5  people there, but I just -- I think it was just

6  the one guy at the time.

7     Q    Okay.  Were there any other police

8  officers in that room when he searched you?

9     A    No.

10    Q    And to the best that you can, can you

11 describe for me the dimensions of that room.  How

12 big it is.

13    A    I don't know.  Yeah.  I don't know.

14 I'm not good with dimensions.

15    Q    Let me try this.  Looking at the room

16 that we're in right now, was it bigger than this

17 room?

18    A    Yeah.  Probably about four times the

19 size of this room.

20              MR. MITCHELL:  Just -- gentlemen,

21              for the record, this room is about 16

22              feet long, and it's about 12 feet wide.

23              MR. EGAN:  We'll stipulate to that

24              approximation.

25    Q    So you say about four times bigger than

1                    LATOYA NEWKIRK

2    this room?

3        A    Yeah.

4        Q    You mentioned that there were long

5    tables with handcuffs on them.  Were there more

6    than one long table with handcuffs on it?

7        A    Yes.

8        Q    Okay.  Now when McCoy was searching you

9    as you described, you mentioned that there was --

10   the other person there you think was under

11   arrest.

12           When he was searching you -- that's

13   what I'm focusing on -- was there anybody else in

14   that room?  Other than the fellow you just said

15   was under arrest.

16       A    No.

17       Q    Okay.  Were there times when you were

18   in that room where other persons may have come in

19   or gone out?

20       A    At that moment?  No.

21       Q    At that point in time when Officer

22   McCoy was searching you, do you know where

23   Officer Pav was?

24       A    No.

25       Q    But he was not in the room.

LATOYA NEWKIRK

1

2      A    No.

3      Q    Now after Officer McCoy searched you

4   like that -- I should say when he searched you,

5   did you say anything to him?

6      A    After he made a statement to me, I said

7   something to him.

8      Q    Okay.  What did he say to you?  What

9   did you say to him?

10     A    He -- he said that he thought that I

11  liked him touching me or searching me.  I can't

12  remember the exact words he used.  And I just --

13  you know, like, I think he was saying that based

14  off my reaction.

15          So what I said to him was that, you

16  know, his hands were really cold.  You know, it's

17  freezing, and that's why I jumped.  You know, I

18  wasn't jumping for excitement, and I just

19  explained that to him.

20     Q    Okay.  Did you tell him -- in any

21  respect, did you tell him, no, I didn't want you

22  to do that and you shouldn't do that?  Did you

23  say anything like that at all?

24     A    Directly like that, no.

25     Q    After the search as you described by

LATOYA NEWKIRK

1

2    the area where you get your mugshot taken, what

3    happened then?

4        A    I can't recall the order of things

5    exactly.  Am I able to refer to my statement that

6    I wrote?

7        Q    I'd prefer not.  I'm just asking what

8    you recall off the top of your head.

9        A    I cannot recall.

10       Q    Did there come a time that you were

11   taken to a room that you would say was like an

12   interrogation room?

13       A    Yes.

14       Q    Before being brought to that room --

15   let me ask you this.  Have you ever heard that

16   room referred to as a juvenile squad room?

17       A    After the fact, yes.

18       Q    Okay.  If I mention the room called the

19   interrogation room, is that the same room that

20   you have come to learn is called the juvenile

21   room?

22       A    Yes.

23       Q    Okay.  For the deposition I'm going to

24   call it the juvenile room.  Okay?

25       A    Okay.

1                    LATOYA NEWKIRK

2        Q    That's so we're talking about same

3   place.  Okay?

4        A    Okay.

5        Q    All right.  There did a time that you

6   were taken to that room; am I right?

7        A    Yes.

8        Q    Before being brought to that room, did

9   you have any conversation with Officer McCoy or

10  Officer Pav about attempting to assist them in

11  trying to identify places where either drugs

12  would be sold or places where persons may have

13  drugs?  Or anything like that?

14       A    Before being --

15       Q    Before being brought to the room.

16       A    No.  When I was getting fingerprinted

17  at the bulletin board, Officer McCoy asked me if

18  anyone looked familiar.  And I looked for a long

19  time, and I said no.  I don't recall him asking

20  me anything directly about anyone selling drugs

21  at that moment.

22       Q    You said at the bulletin board.  Would

23  that be up by the window that you described

24  earlier?

25       A    Yes.  When you first walk in and get

1                    LATOYA NEWKIRK

2     the fingerprint.  While I was -- you know,

3     directly next to the window.

4          Q    Okay.  Now I understand that you say

5     that you advised Officer Pav that you had

6     marijuana in your bag at the scene.

7          A    Yes.

8          Q    You said you searched, you missed it,

9     you told him where it was.

10         A    Yes.

11         Q    Where was it in your bag?

12         A    It was in a cookie container.

13         Q    Okay.  Do you remember how much it was?

14         A    How...

15         Q    The amount.

16         A    The amount?  No.  It was a small

17    amount.  It wasn't really even enough that I

18    would look at it and say, oh, that's -- I don't

19    know if I could put a weight on it.  It wasn't a

20    lot.

21         Q    Okay.  Where did you get it from?

22         A    I don't remember.  Yeah.  I don't

23    remember.

24         Q    Okay.  Prior to this day, have there

25    been times that you had marijuana in your purse?

1                    LATOYA NEWKIRK

2  Before this day.

3                    MR. EGAN:  Objection.

4      A    Before...

5      Q    Before this day.  This day, you had

6  marijuana in your purse; correct?

7      A    Before March --

8      Q    I'm starting with on March 16.  You had

9  marijuana in your purse, right?

10     A    Yes.

11     Q    Before March 16 -- and I'm not talking

12  about the marijuana that was in your purse on

13  March 16.  Before March 16 -- before that day --

14  did you ever have marijuana in your purse before

15  that day?

16                   MR. EGAN:  Objection to the form

17              of the question.  You can answer it.

18     A    Yes.

19     Q    Okay.  The marijuana that you had in

20  your purse on days before this, where would you

21  get that marijuana from?

22                   MR. EGAN:  Objection.

23     A    I don't remember where I was getting it

24  from at the time.

25     Q    Okay.  Were there -- would you get

1                    LATOYA NEWKIRK

2  marijuana from different places?

3       A    Over time?  Yes.

4       Q    Again, now, focusing on the marijuana

5  in your bag on March 16.  You said you don't

6  remember about how much weight it was, and you're

7  telling me you don't recall where you got it

8  from.

9       A    Yeah.  I really don't remember.

10      Q    Do you know -- regardless of not being

11 able to remember where you got it from -- do you

12 remember when you got it?

13      A    I -- I don't know because, like I said,

14 it was a small amount.  So it was -- it was the

15 end of it.  So I don't even know.  I don't know.

16 It had -- I probably had it for a few days at

17 that point.

18      Q    Was there a greater amount at some

19 point than was in your bag?

20            MR. EGAN:  Objection.

21      A    Before they -- before I told

22 Officer Pav where it was?

23      Q    Right.

24      A    Was there more in there that --

25      Q    What you said to me was at the end of

1          LATOYA NEWKIRK

2     it.  So was there a time where it was the

3     beginning of it?  In other words, there was more

4     there.

5          A    I understand now.  Okay.  Yes.

6          Q    At the beginning of it when there was

7     more there, how much was it?

8          A    Probably an eighth of a ounce.

9          Q    Okay.  You have no recollection of

10    where you got at eighth ounce of marijuana that

11    was originally in your bag?

12               MR. EGAN:  Objection.

13         A    I don't remember.

14         Q    When you would get marijuana -- just in

15    general -- would you usually get it from?  A

16    person on the street?  Or would you go to

17    someone's house?  How would you usually do that?

18               MR. EGAN:  Objection.  What's the

19               relevance of this, Brian?

20               MR. MITCHELL:  It goes to her

21               credibility.  There's a major issue on

22               where her marijuana was when it was

23               found, who said it was there.

24               MR. EGAN:  In this case?

25               MR. MITCHELL:  In this case.  Also

1                    LATOYA NEWKIRK

2            just goes to her credibility.

3        A    Can you repeat the question.

4        Q    Sure.  The question was when you would

5    usually buy -- and I shouldn't say buy marijuana.

6    When you would usually get marijuana, would you

7    get it from someone on the street?  Would you go

8    to a house?  How would you usually get it?

9        A    Different ways.

10       Q    What are some of the ways?  Would you

11   ever just get it from someone on the street that

12   you didn't know?

13       A    Yeah.  If I'm in a new area and I don't

14   know anyone and -- yeah.

15       Q    Would you ever go to someone's house

16   and get it?

17       A    Would I ever...

18       Q    Yeah.

19       A    I did.

20       Q    Again, as far as the marijuana that was

21   in your purse on March 16, you don't have any

22   recollection of where you got that from.

23       A    There was a house on the north side of

24   Wyandanch that I went to.  I told the officers

25   about that house, if that's what you're inquiring

1                    LATOYA NEWKIRK

2    about.

3         Q    I'm just asking if you know where you

4    got the marijuana from.

5         A    I don't remember specifically if that

6    marijuana was from that house that day.  I'm not

7    one hundred percent sure.

8         Q    Okay.

9         A    The house -- I did tell them about a

10   house, though.

11        Q    And the house that you're taking about,

12   you're not sure if you got the marijuana from

13   that house, but there have been times when you

14   did get marijuana from the house that you told

15   them about.

16        A    Yes.

17        Q    Okay.  When did you tell them about the

18   house that you got the marijuana from?

19        A    In the juvenile room.

20        Q    Okay.  Now I want you to just focus

21   on -- you said there came a time that you were

22   brought to the juvenile room.  From the holding

23   room to the juvenile room.  Who brought you to

24   the juvenile room?

25        A    I think I wrote it down, but I can't

1                    LATOYA NEWKIRK

2    recall now.

3        Q    When you were brought to the juvenile

4    room, if you know, at that time was Officer McCoy

5    still wearing his uniform?

6        A    I believe Officer McCoy changed out of

7    his uniform or at the very least changed his top.

8    When we -- when we got to the precinct, it wasn't

9    too long after that.  After me sitting at the

10   table cuffed.  Can you --

11       Q    Sure.

12       A    -- repeat it.

13       Q    Sure.  Just -- if I'm correct, your

14   complaint indicates that there are actually two

15   times that you were brought to the juvenile room;

16   is that right?

17       A    Yes.

18       Q    So I'm focusing on the first time you

19   were brought there.

20       A    Okay.  Yes.

21       Q    When you were brought there the first

22   time -- I think I asked you, who brought you

23   there the first time?  Do you recall who brought

24   you there the first time?

25       A    The first time.  You know, I'm having a

LATOYA NEWKIRK

1

2    hard time telling which time from which.

3         Q    Okay.  Focusing on before you went for

4    the first time, and that's so I'm back to the

5    question I asked.

6              Do you recall whether McCoy was in his

7    uniform or not?

8         A    No, he wasn't.

9         Q    Okay.  You said that you think he

10   changed at least his top?

11        A    Yes.  I wasn't sure about the pants.

12   They were Dark.  I don't remember if they were

13   uniform pants or maybe he had changed them, but I

14   know for certain the top was not a uniform top.

15        Q    When you were brought to the juvenile

16   room for the first time, if you know, was Officer

17   Pav there the first time you were brought to the

18   juvenile room?

19        A    I do not recall.

20        Q    Okay.  Was there a time where you were

21   actually inside the juvenile room the first time?

22   In other words, were you brought into the room

23   the first time?

24        A    Yes.  I was in that room twice.

25        Q    Focusing on the first time, did there

1                    LATOYA NEWKIRK

2    come a time you actually went into the room?

3         A    Yes.

4         Q    When you went into the room the first

5    time, were you handcuffed?  In other words, when

6    you walked in the room, were you handcuffed?

7         A    I believe my -- I think he had me use

8    the interlocking technique at that time.  I don't

9    believe I was handcuffed coming directly from the

10   table.

11        Q    When you say the interlocking

12   technique, what do you mean?

13        A    When you put your hands behind your

14   back and you take, like, your middle finger and

15   your thumb or pointer finger and you just put it

16   around, locking your hands.  You put it around

17   your wrist.  Yes.

18        Q    And you think that's -- when you went

19   from the holding room, you were un-handcuffed

20   from the table, right?

21        A    Yes.

22        Q    When you were brought to the juvenile

23   room, you think you just had your hands behind

24   your back in the way you described it --

25   interlocking way -- but you were not handcuffed.

LATOYA NEWKIRK

2     A    I believe the first time, that my hands

3  were interlocked, not handcuffed.

4     Q    When you went into the room, did you

5  wind up sitting down somewhere?  Did you stand

6  somewhere?  What happened when you got into the

7  room?

8     A    I sat in a chair.

9     Q    Can you describe for me what was in the

10  room when you went into the room, as far as

11  furniture-wise goes.

12     A    It was a desk and a couple of chairs.

13     Q    Okay.

14     A    A computer on a desk.

15     Q    You anticipated my question.  I was

16  going to say, was there any type of computer?  Or

17  was there any telephone in there?

18     A    Not sure about the phone.

19     Q    Okay.  Is there anything else that you

20  recall on the desk at all?

21     A    No, because the only other thing on the

22  desk at the later time was a tissue, and it

23  wasn't there yet.

24     Q    Okay.  When you were brought into the

25  room this first time and as you described to me,

LATOYA NEWKIRK

1

2   do you recall who was with you when you were

3   brought into the room the first time?

4       A    I think Officer McCoy brought me in

5   there.  I do not remember if Pav was with him --

6   if Pav was in there.  I don't remember that first

7   time.

8       Q    Now focusing again on that first time

9   when you were in the room, did there come a time

10  that Officer Pav asked you anything?

11      A    While in the room?

12      Q    Yes.

13      A    I don't remember him asking me

14  anything.

15      Q    Okay.  When you went into the room, did

16  you have any idea of why you were being brought

17  into the juvenile room?  Did you know why you

18  were being brought down there?

19      A    No.

20      Q    Did you ask?

21      A    No.

22      Q    Okay.  When you got into the room, did

23  Officer McCoy say anything to you about why you

24  were -- at that point, about why you were in the

25  juvenile room?

1                    LATOYA NEWKIRK

2        A    No.

3        Q    Okay.

4        A    I -- they had me sit at the desk.  He

5   asked me -- I think he asked me some of my

6   information.

7        Q    Okay.  I have to stop you one second

8   because you used the pronoun they.  Were there

9   more than one person there?  Or was it

10  Officer McCoy?

11       A    I believe at that point Officer Pav was

12  in the room, as well.  I'm just not sure if he

13  entered in at the same time.

14       Q    This is the first time you were in the

15  juvenile room?

16       A    The first time.

17       Q    Okay.  Was there a time when you were

18  in the juvenile room where it was you and Officer

19  McCoy, but that Officer Pav was not there?

20       A    The first time?

21       Q    Yes.

22       A    Yes.

23       Q    Okay.  Was there a time you were in the

24  juvenile room the first time that Officer McCoy

25  asked you if you had any information about where

LATOYA NEWKIRK

2    you could buy drugs or who might be selling drugs

3    or houses where drugs might be sold?

4         A    Yes.

5         Q    When he did that, did he show you any

6    pictures on the computer?

7         A    No.

8         Q    He just asked you?

9         A    He asked me.  I don't recall him

10   showing me any pictures of anything.  I had

11   already looked at the bulletin board, and I don't

12   think there was anything he could have showed me.

13   The information that I gave him, I volunteered

14   that information.  He didn't specifically ask me

15   about where I got my stuff from --

16        Q    Did you --

17        A    -- or anything.

18        Q    I'm sorry.

19        A    I told him that -- I told him about the

20   house because I had previously got some there

21   beforehand, which is -- I'm just not sure if what

22   I had came from there.

23        Q    So when you were in the juvenile room

24   the first time, you believe that you told

25   Officer McCoy that the place that you got the

1          LATOYA NEWKIRK

2    marijuana from that was in your purse was from

3    the house that you talked to me about earlier; is

4    that right?

5                MR. EGAN:  Objection.  That's not

6          right.

7                MR. MITCHELL:  That's why I'm

8          asking.

9        Q    Did you tell Officer McCoy -- when you

10   were in the juvenile room the first time, did you

11   tell him where you got the marijuana from that

12   was in your purse?

13       A    It might have been the second time.

14       Q    Okay.  I appreciate that.  I'm just

15   focusing on the first time.  If you can't

16   remember, that's fine, but I just -- I'm only

17   focusing on the first time now.

18       A    I can't remember it.

19       Q    Okay.  Okay.  Again, did there come a

20   time when you were in the room with

21   Officer McCoy, but Officer Pav was not in the

22   room?

23       A    Yes.

24       Q    Okay.  Did there come a time when you

25   were in the juvenile room the first time that you

1                LATOYA NEWKIRK

2    made any type of phone calls?

3         A    Yes.

4         Q    Who did you call?

5         A    I messaged my best friend and called my

6    stepmother, or vice versa.

7         Q    When you say your best friend, what's

8    your best friend's name?

9         A    Her name is Candice.

10         Q    What's her last name?

11         A    I don't remember.  Well, I don't know

12    anymore now.  She just got married, so I have no

13    clue what her last name is now, and I don't

14    remember what it was before.  I can't remember

15    right this second.

16         Q    Did you go to her wedding?

17         A    No.  Nobody knew she got married.

18         Q    Okay.  At the time when you -- you said

19    you texted your friend?  Or you called your

20    friend?

21         A    I think I called her.

22         Q    Did you have her number in your phone?

23         A    Yes.

24         Q    All right.  Do you still have your

25    phone from that day?

LATOYA NEWKIRK

1

2      A     No.  I have a different phone now.

3      Q     Okay.  Do you know what happened to the

4  phone that you had that you were using on March

5  16, 2017?

6      A     Yes.  It's at home, broken.

7      Q     Okay.  But although it's broken, you

8  still have it?

9      A     Yes.

10     Q     If you know, did anybody from the --

11 from any law enforcement agency, any law

12 enforcement person, ever ask you for that phone?

13     A     No.

14     Q     Okay.  Did they ever ask you to provide

15 you with any text messages from that phone?

16     A     Yes.

17     Q     When they did that, did you actually

18 give them the phone?  Or did you somehow provide

19 them with the text messages without giving them

20 the phone?

21     A      I never handed them my phone.  I showed

22 them the messages by taking screen shots and sent

23 it to them.  I might have showed them at first,

24 and they said hey, can you send those to us.

25 But, you know, I don't recall ever actually,

LATOYA NEWKIRK

1   literally handing someone my phone.

2       Q    But you still have the phone.

3       A    Yes.

4            MR. MITCHELL:  Okay.  Gentlemen, I

5            ask for production of the phone.  I'll

6            send you a letter.

7            MR. EGAN:  We'll take it under

8            advisement.

9       Q    You said you also communicated with

10  your stepmom in some way.

11      A    Yes.

12      Q    Do you recall whether that was a text

13  or a phone call?

14      A    I believe I messaged her on Facebook.

15      Q    Okay.  When you did that, would you do

16  that on your phone?

17      A    Yes.

18      Q    Do you remember what you messaged her

19  about?

20      A    I just told her I got arrested, and I

21  need her to pick up my daughter.

22      Q    That would be to your stepmom?

23      A    Yes.

24      Q    Do you know if she messaged you back?

LATOYA NEWKIRK

1

2    A    I believe so.  I don't know if I got it

3  at the time.

4    Q    I know your compliant indicates that

5  Officer McCoy sexually abused you on March 16 of

6  2017.  When you sent the message to your stepmom,

7  had you already been abused?  Or was it before

8  that?

9    A    I would have to check.  I'm not sure.

10    Q    When you -- I know that you

11  communicated with your friend, Candice.  You

12  don't remember Candice's last name?

13    A    No.  Not at this second.

14    Q    Okay.  Let me put it this way.  If we

15  left a blank in the transcript, would that be

16  something you'd be able to get her last name and

17  put that down?

18    A    Yeah.

19    Q    Okay.  That's what we'll do.  All

20  right?

21    A    That's fine.

22         (REQUESTED INFORMATION:  _____

23         _____

24         _____

25         _____)

1                    LATOYA NEWKIRK

2       Q    When you communicated with Candice --

3   is that right?  Candice?

4                    MR. EGAN:  Candice.

5       Q    When you communicated with her, was

6   that before or after you were abused by

7   Officer McCoy?

8       A    I don't recall because I communicated

9   with both of them at the same time, Nicole and

10  Candice.

11      Q    Nicole is your stepmom?

12      A    Yes.

13      Q    What is your stepmom's last name?

14      A    Eaton.

15      Q    I think you told me that already.

16  Thank you.

17      A    Yes.

18      Q    Now did there come a time when you were

19  in the juvenile room that Officer McCoy actually

20  abused you in some way?

21      A    Yes.

22      Q    Can you tell me when -- if I start with

23  when he abused you, do you remember where you

24  were when he first approached you to abuse you?

25      A    I just remembered I believe that I did

1                    LATOYA NEWKIRK

2   contact them beforehand because it was on my way

3   out the door both times that he assaulted me.  So

4   I think I was preparing to leave out of the room

5   the first time.

6        Q    Do you know, were you seated?  Or were

7   you standing?

8        A    Standing.

9        Q    The first time you were in the juvenile

10  room -- was there ever a time when you were

11  seated in the juvenile room in the first time you

12  were there?

13       A    Yes.

14       Q    Okay.  When you were seated, were you

15  handcuffed to anything?

16       A    No.

17       Q    Okay.  You mentioned to me earlier that

18  you were talking to McCoy and you told him where

19  you got the marijuana.  At that time, were you

20  seated?

21       A    Yes.

22       Q    All right.  Any time during that first

23  time that you were in the juvenile room, you

24  don't have any recollection of looking at any

25  photographs on a computer?

1                    LATOYA NEWKIRK

2        A    No.

3        Q    Okay.  Now you mentioned there came a

4   time you were standing, and at that time

5   Officer McCoy abused you; is that right?

6        A    Yes.

7        Q    Okay.  At the time that Officer McCoy

8   abused you, was Officer Pav in the room?

9        A    No.

10       Q    All right.  If you can, do you recall

11  about how long you were in the juvenile room the

12  first time before Officer McCoy abused you?

13  About how much time went by that you were in

14  there?

15       A    I have no idea.  I don't know.

16       Q    Okay.  You mentioned to me you think

17  that Officer Pav might have been -- at some

18  point -- in the doorway of the juvenile room.  Am

19  I right?

20       A    He was by the doorway.

21       Q    Okay.  Was there a time where the door

22  was shut?  After Officer Pav was in the doorway,

23  was there a time when the door was shut to the

24  juvenile room but Officer Pav was not in the

25  room?  You follow my question?

1                    LATOYA NEWKIRK

2        A    Where I was alone with McCoy, is

3    what --

4        Q    Yes.

5        A    -- you're asking me?  Yes.

6        Q    Okay.  Was there ever a time when

7    Officer Pav was in the juvenile room the first

8    time when you were in the room with yourself,

9    Officer Pav, and Officer McCoy, and the door to

10   the room was shut?

11       A    Yes.  I believe there was a point where

12   Officer Pav came in.

13       Q    The first time?

14       A    The first time.

15       Q    Okay.  And the door to the room was

16   shut?

17       A    I'm not exactly sure.

18       Q    Okay.  In any event, did there come a

19   time where Officer Pav left the room before

20   Officer McCoy abused you?

21       A    Can you repeat that, please.

22       Q    Sure.  Was there a time that

23   Officer Pav left the room before Officer McCoy

24   abused you?  Talking about the first time you

25   were in the juvenile room.

LATOYA NEWKIRK

1

2    A   Are you asking me, like, did he get out

3  of dodge?

4    Q   No.  I'm asking you did he leave the

5  juvenile room.

6    A   Yes, he left.

7    Q   Okay.  From the time that he entered

8  the juvenile room to the time that he left the

9  juvenile room this first time, can you tell me

10  how long Officer Pav was in that room.

11    A   The first time, how long did

12  Officer Pav come in, right?

13    Q   Yes.

14    A   It was brief.  I don't remember how

15  long it was.  The first time he was actually

16  inside of the room, briefly.  I just can't recall

17  the exact amount of time.

18    Q   I appreciate that.  When you say

19  briefly, can you estimate it.  Was it seconds?

20  Was it minutes?

21    A   Minutes.

22    Q   Was it less than ten minutes?

23    A   Yes.

24    Q   Was it less than five minutes?

25    A   Probably about five minutes.  Something

1                    LATOYA NEWKIRK

2    like that.

3         Q    During the time he was in the room, the

4    first time in the juvenile room -- during the

5    time that Pav was in the room, you believe the

6    door was closed?

7         A    Yes.

8         Q    That would have been for this period of

9    time that you said.  Less than ten minutes, but

10   you're not exactly sure; is that right?

11        A    Yes.  I believe the door was closed

12   when he was in there briefly.

13        Q    During the time that he was in there

14   briefly, do you recall what, if any, conversation

15   you had with either Pav or McCoy during that

16   period of time?

17        A    I don't -- I don't recall exactly what

18   the conversation was.  I think it was just that

19   he was getting my -- Officer McCoy, excuse me,

20   was getting my information, like, my address and

21   my phone number.  Stuff like that.

22        Q    Okay.  When Officer Pav was there?

23        A    I'm -- I'm not sure.  I'm thinking that

24   the time that he was in there was during this

25   time.  He might not have been in there for the

1                    LATOYA NEWKIRK

2    duration of the time.

3        Q    Okay.  So at some point Officer Pav

4    left the room, though; am I right?

5        A    Yes.

6        Q    It was after Officer Pav left the room

7    that Officer McCoy abused you; am I right?

8        A    Yes.

9        Q    Okay.  When Officer McCoy abused you,

10   the door to the room was closed; am I correct?

11       A    Yes.

12       Q    Did the room have any windows?  If you

13   recall.

14       A    I don't remember.  I'm not one hundred

15   percent sure.  I think they had windows.  I just

16   don't think that they were the kind that you

17   would slide open.

18       Q    Okay.  The door to the room, was it a

19   solid door with no windows?

20       A    I believe it was.

21       Q    Now the first time that Officer McCoy

22   abused you, just tell me, what did he do to you?

23       A    The first time, I believe, was the time

24   that he -- he put my hand on -- on his penis when

25   my hands were interlocked behind my back.

LATOYA NEWKIRK

1

2     Q     Were you facing away from him?

3     A     Yes.  I was expecting to either get

4  cuffed or just walked back how I had gotten

5  walked in.

6     Q     At that time, do you recall if you were

7  facing toward where the door was?

8     A     Initially, I was facing the door.

9     Q     He was behind you?

10    A     Yes.

11    Q     All right.  Then you said initially.

12 Did there come a time that you turned around in

13 some fashion?

14    A     No.  It -- well, I guess I misspoke.

15 I'd be facing the door the whole time, honestly.

16 The difference was when he stepped in front of

17 me.  Then I was facing him.

18    Q     I understand.

19    A     I misspoke.

20    Q     I understanding.  You were facing when

21 he was behind you, but then there came a time

22 that he was in front of you.

23    A     Yes.

24    Q     Yet you were still facing the same

25 direction.

1                    LATOYA NEWKIRK

2        A    Yes.  Yes.  Yes.

3        Q    When he was behind you and you said he

4   had you put your hand on his penis, was he still

5   clothed?  Or was his penis outside his clothing?

6        A    At first it wasn't out yet because --

7   I'm sorry.  I may be confusing this with the

8   second time.  It happened very similarly both

9   ways.  I don't think he had taken it out yet at

10  that moment.

11       Q    Did he say anything to you at that

12  time?

13       A    After -- after he made me grab him, he

14  asked -- he -- he asked me to kiss it.

15       Q    Okay.  And then was that when he was

16  still behind you?

17       A    No.

18       Q    He had come around in front of you?

19       A    Yes.

20       Q    At that point, did he have his penis

21  out?

22       A    Yes.

23       Q    Okay.  You said he asked you to kiss

24  it?

25       A    Yes.

LATOYA NEWKIRK

1

2    Q    What, if anything, did he do at that

3    point?

4    A    I -- I believe I said no, and he just

5    was telling me to do it.

6    Q    Did he physically touch you?

7    A    Yes, he did.

8    Q    Okay.

9    A    And I kissed it, and then he said suck

10   it.

11   Q    All right.  Did he put his hands on

12   your body in any place?

13   A    He pushed me down.  He pushed me down

14   by my shoulders.

15   Q    And then he asked you to suck it?

16   A    He told me to suck it.

17   Q    Did he put his hands on your head at

18   all?

19   A    I -- I'm not sure about the first time.

20   Q    Okay.  Then at that point in time, did

21   something happen that caused him to stop?

22   A    Yes.  There was noises outside the

23   doors.  The other officers were walking by.

24   Q    Okay.  Was the door -- at that point in

25   time, was the door to the juvenile room behind

1                    LATOYA NEWKIRK

2   Officer McCoy?

3        A    Yes.

4        Q    Okay.  What, if anything, happened?  I

5   know you said you heard noises.  Did he say

6   anything to you?  What happened at that point?

7        A    I'm sorry.  Can you repeat this.

8        Q    Sure.  You mentioned to me that

9   something happened that caused him to stop, and

10  you said that there were some voices in the

11  hallway.  At that point, what, if anything, did

12  McCoy do?  Did he say anything to you --

13       A    No.

14       Q    -- about the voices?  What happened?

15       A    No.  He just stopped what was going on.

16  He -- he quickly, like, zipped up his pants, and

17  he just got me ready to go back to the table

18  where I'd be cuffed at.

19       Q    Okay.  Did you say anything to him at

20  that time?

21       A    No.

22       Q    Okay.  Did there come a time right

23  after that that you left the room with him?

24       A    Yes.

25       Q    All right.  Did you go back to that

LATOYA NEWKIRK

2  room -- the holding room -- that you described?

3      A    Yes.

4      Q    When you got to the holding room, I

5  know you may not know.  Do you know about what

6  time it was?

7      A    I don't remember.  Maybe...

8      Q    If you don't, that's okay.

9      A    Yeah.  I don't know.

10     Q    When you were brought back to the

11 holding room, was there anybody else there that

12 were -- what I call -- arrestees?  People that

13 were handcuffed.  You mentioned that fellow

14 earlier.  Was there anybody else -- this time

15 when you went back to the holding room, was there

16 anybody else there?

17     A    I don't remember.

18     Q    Okay.  Were there any police officers

19 there when you -- forgive me.  Was it McCoy that

20 brought you back to the holding room?

21     A    Yes.  The first time, yes, it was

22 McCoy.

23     Q    When McCoy brought you back to the

24 holding room, was Pav with you and McCoy?

25     A    No.

LATOYA NEWKIRK

1

2     Q     When you got back to the holding room,

3   were there any other police officers in the

4   holding room?

5     A     I don't recall.

6     Q     Okay.  Did there come a time after you

7   got brought back to the holding room after

8   leaving the juvenile room -- brought back to the

9   holding room -- that you were brought back to the

10  juvenile room again?

11    A     Yes.

12    Q     Between the time that you were brought

13  back to the holding room the first time to when

14  you were brought to the holding room -- to the

15  juvenile room the second time, how much time went

16  by?

17    A     I'm not exactly sure, because I don't

18  know exactly what time I came out the first time.

19    Q     Okay.

20    A     I do know around about the time I went

21  back into the room a second time.

22    Q     Around what time was that?

23    A     Around 2 o'clock.

24    Q     Okay.  Was there any particular reason

25  that you recall it as being around 2 o'clock?

LATOYA NEWKIRK

1

2      A    That may have been when I made the

3    calls.  I could be confused about that.  That

4    would be the only reason I know a specific time.

5    Actually, I wouldn't have even known the time

6    unless I had my phone in my hand.

7      Q    Okay.

8      A    So I might not have -- I might not have

9    messaged Nicole, specifically, until -- until

10   about 2 o'clock.

11     Q    Okay.  Which would have been the second

12   time you were brought to the juvenile room.

13     A    Yes.

14     Q    Okay.  When you went to the juvenile

15   the second time -- the juvenile room -- were you

16   brought there by Officer McCoy?

17     A    I don't -- I don't recall.

18     Q    If you know, when you went to the

19   juvenile room the second time, was Officer Pav

20   there?

21     A    He was -- I just can't remember right

22   now.

23     Q    Did there come a time that you were

24   searched by a female police officer?

25     A    Yes.

1                    LATOYA NEWKIRK

2        Q    Was that before -- was that before the

3    second time that you were brought to the juvenile

4    room?

5        A    It was at the second time.

6        Q    Okay.

7        A    Yeah.  At the second time I was brought

8    in.  I got taken out of the room and then bought

9    back to the room.

10        Q    When you say you got taken out of the

11    room, do you mean were you taken out of the

12    juvenile room?

13        A    Yes.

14        Q    So there came a time a second time that

15    you were brought to juvenile room; is that right?

16        A    Yes.

17        Q    And then you went into the room?

18        A    Yes.

19        Q    Okay.  When you went into the room the

20    second time, was Officer McCoy there?

21        A    When the female officer brought me

22    back?

23        Q    Yeah.  I'm getting to that.  You said

24    you went to the juvenile room a second time

25    around 2 o'clock, right?

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    You went into the juvenile room, right?

4        A    Yes.

5        Q    Was Officer McCoy there when you went

6   into the juvenile room?

7        A    I believe he was there.

8        Q    Okay.  How about -- was Officer Pav

9   there when you went into the juvenile room the

10  second time?

11       A    I don't remember.  He was there when I

12  went in -- I don't...

13       Q    Okay.  Then you said to me that you

14  were taken from the juvenile room to be searched

15  by a female officer.

16       A    Yes.

17       Q    By the way, do you know who that female

18  officer is?

19       A    No.

20       Q    Can you describe her at all.

21       A    Yes.

22       Q    How can you describe her?  What did she

23  look like?

24       A    She was -- she looked Hispanic.  She

25  looked like she was in her 20s, and she was about

LATOYA NEWKIRK

1

2    my height, or inch or two taller.

3         Q    Okay.  Dark hair?

4         A    Dark hair.  Yes.

5         Q    Okay.  When the officer who searched

6    you, she took you from the juvenile room to a

7    place to be searched?

8         A    Yes.

9         Q    When she took you from the juvenile

10   room, was Officer Pav there?

11        A    Yes.  I believe so.

12        Q    Okay.  Then she took you someplace to

13   be searched?

14        A    Yes.

15        Q    Where did she search you?  Do you

16   remember, was was it a bathroom?  Was it near

17   that holding area?

18        A    They have cells right across from the

19   juvenile area.

20        Q    Okay.

21        A    It's a regular cell.  It has bathrooms

22   in it and stuff.

23        Q    Did she search you there?

24        A    Yes.

25        Q    When she searched you there, did she

1                          LATOYA NEWKIRK

2     have you remove your outer garments?

3          A     Yes.

4          Q     Like your sweater that you said.

5          A     Yes.

6          Q     Did she have you remove the leggings?

7          A     Yes.

8          Q     Okay.  Did you have that black jacket

9     that you described?  Was that -- did you have

10    that on you when she searched you?  Or was that

11    someplace else?  If you know.

12         A     I think I had it.  I'm not sure.

13         Q     When the female officer searched you,

14    did you say anything to the female officer about

15    what Officer Pav had done to you up to that

16    point?  Did you say anything to her?

17         A     No.

18         Q     Okay.  Did there come a time that the

19    female officer brought you back to the juvenile

20    room?

21         A     Yes.

22         Q     All right.  About how long did it take

23    for her to search you?  Do you remember how long

24    that took?

25         A     Probably all of five minutes.

LATOYA NEWKIRK

1

2      Q    Okay.  When she brought you back to the

3   juvenile room, did actually bring you into the

4   juvenile room from that cell?  Did she walk you

5   over and bring you into that juvenile room?

6      A    I believe so.

7      Q    Okay.  When she brought you back into

8   the juvenile room, was Officer McCoy in there?

9   In the juvenile room?

10     A    Hold on.  I do believe he was already

11  inside of the room when she brought me back.

12     Q    Was Officer Pav there when she brought

13  you back to the juvenile room?

14     A    I don't recall.

15     Q    Okay.  After the female officer brought

16  you back to the juvenile room, did there come a

17  time when you were in the juvenile room and the

18  door was closed and the only people in the

19  juvenile room were yourself and Officer McCoy?

20     A    Yes.

21     Q    Okay.  Was there ever a time after the

22  female officer brought you back to the juvenile

23  room when you were in the juvenile room with

24  Officer McCoy and Officer Pav?  You follow my

25  question?

1                    LATOYA NEWKIRK

2        A    Yes, I just --

3        Q    We're talking about after she brought

4   you back.

5        A    Yes.  I'm just not a hundred percent

6   sure if he was in the room, if -- I think he

7   wasn't in the room at that moment.  May have

8   possibly been in the room when I left out.

9        Q    Okay.  Was there a time that you recall

10  Officer Pav leaving from the juvenile room and

11  saying anything when he left?

12       A    Yes.

13       Q    When was that?

14       A    Do you mean time-wise?  That was right

15  at the 2 o'clock mark.  Right after the search

16  and everything.

17       Q    Okay.  Do you recall, what, if

18  anything, Officer Pav said when he left?

19       A    He told Officer McCoy what time it was.

20  He said all right, it's -- it's 2 o'clock

21  already.

22       Q    Okay.  At that point, Officer Pav left?

23       A    McCoy said -- I think -- I don't know

24  if he was referring to paperwork.  I assumed he

25  was referring to paperwork.  McCoy told him that

1                    LATOYA NEWKIRK

2    he was finishing up, and then he nodded his head,

3    left out the door.

4        Q    When you say he nodded his head, you

5    mean Pav?

6        A    Officer Pav nodded his head, left out

7    the door.

8        Q    And then at that point, was the door

9    shut again?

10       A    Yes.

11       Q    All right.  At some point after that,

12   did Officer McCoy abuse you again?

13       A    Yes.

14       Q    During the time that you were in the

15   juvenile room the second time when you were in

16   the room with Officer McCoy, did he ever have you

17   look at any photographs on the computer?

18       A    I think he was just asking me if I knew

19   anyone.  I don't recall looking at people.  Yeah.

20   I don't recall looking at people from his

21   computer.

22       Q    Okay.  Do you recall if he ever asked

23   you to look at houses?  Like pictures of houses

24   on the computer.

25       A    No.

1                    LATOYA NEWKIRK

2          Q    Okay.

3          A    When I had my phone, I used my Google

4     maps and I showed him where the house was that I

5     had got weed from.

6          Q    And that was using your phone to show

7     him?

8          A    That was my phone.

9          Q    Do you know if he ever did something

10    like that on the computer where he went onto the

11    Google maps on the computer and asked you to look

12    at houses on the computer?

13         A    No.  Not that I recall, unless he may

14    have taken the address that I had found --

15    because I couldn't remember the exact address.

16    So I went on satellite, tapped the house, and

17    gave him the address then.  So unless it's in

18    reference to something with that.  Anything else?

19    No.

20         Q    So your only recollection of looking at

21    a picture of a house with Google maps would be on

22    your phone.

23         A    Yes.

24         Q    Not on a computer.

25         A    No.  It was on my phone.

1                    LATOYA NEWKIRK

2        Q    Okay.  Was there ever a time where

3   McCoy had you look at the computer?  If not

4   Google maps, just to look at picture of houses at

5   all?

6        A    On, like, Google satellite?  Or just...

7        Q    On the computer itself.

8        A    I don't -- no.  I don't -- I don't

9   remember any of that.

10       Q    I'll ask the question this way.  Was

11  there ever a time that McCoy asked you to look at

12  the computer for any reason at all?

13       A    Not that I recall.

14       Q    Okay.  You mentioned there came a time

15  when you were in the juvenile room that

16  Officer McCoy abused you; am I right?

17       A    Yes.

18       Q    Okay.  Can you tell me when that

19  happens, where were you in the room?

20       A    When it actually took place, it was

21  like the first time where I was just preparing to

22  go back out.  I thought we were done.

23       Q    Okay.  Was Officer McCoy standing with

24  his back to the door of the room?

25       A    I believe the second time he was

LATOYA NEWKIRK

1

2 standing with his back to the door, but then

3 that -- I just might be confused about which time

4 going in.  The second time -- oh, God.  I do

5 believe his back was to the door, as well, the

6 second time.

7     Q    At that time, did he say anything to

8 you?

9     A    He -- I had my hands behind my back,

10 interlocking them again, and I know at some point

11 he tried to pull my waist -- my waistband down on

12 my leggings.

13     Q    Do you remember where you were at that

14 time?  Like --

15     A    Standing.

16     Q    -- in the room.

17     A    I was standing, and I believe I was

18 facing the door, again, prepared to go.

19     Q    When he did that, did you say anything

20 to him?

21     A    When he put this hands in my waistband?

22     Q    Right.

23     A    I pulled away from him.

24     Q    Okay.  Did you say anything when you

25 pulled way?

LATOYA NEWKIRK

1

2      A     No.  I was scared to say anything.  I

3  didn't know what he would do.

4      Q     What happened after that?  After you

5  pulled away, then what happened?

6      A     Well, off the top of my head, I don't

7  exactly remember the details.  I do remember that

8  that was when he, like, really hurt my jaw

9  because he -- he pulled my face down to him.

10     Q     Okay.  Did he in some way indicate to

11  you that he wanted you to perform oral sex on

12  him?

13     A     Verbally?

14     Q     In any way.

15     A     Yeah.  He pulled my face down to his

16  penis.

17     Q     Did he say any words?

18     A     He told me don't make it hard when I

19  resisted.

20     Q     Okay.  When you say you resisted, was

21  that something other than when you pulled away

22  when he tried to put his hands -- trying to pull

23  down your waistband?

24     A     Can you repeat that, please.  I'm

25  sorry.

LATOYA NEWKIRK

1

2      Q    Sure.  You said to me that when you

3   resisted, he said don't make it hard.  Were you

4   referring to when you pulled away when he tried

5   to grab your waistband?  Or some other time that

6   you were attempting to prevent him from doing

7   this?

8      A    If I'm not mistaken, I believe it was

9   right after the pants, waistband thingy.

10     Q    Okay.  Again, this time that we're in

11  the juvenile room the second time, did he ever

12  put his hands on you?  Did he force your

13  shoulders down like you described before?

14     A    He pulled me down by my face.  Like, by

15  my jaw.

16     Q    Okay.  At that time, did he make you

17  perform oral sex on him?

18     A    Yes.

19     Q    Did there come a time that -- at that

20  time, was his back against the door?

21     A    I believe it was facing the door.  It

22  wasn't directly against the door.

23     Q    Okay.  Did there come a time that he

24  ejaculated?

25     A    Yes.

1                    LATOYA NEWKIRK

2        Q    At some point, if you know, did any of

3   this ejaculate get on your sweater?

4        A    Yes.

5        Q    Did you know that?  Were you aware that

6   it had gotten on your sweater?

7        A    Yes.

8        Q    After that, you mentioned to me

9   earlier.  Did he give you anything or tell you

10  anything?  Give you any instructions to clean up?

11  Or anything like that?

12       A    He handed me a roll of tissue and told

13  me to clean my face.

14       Q    Okay.  The roll of tissue that he

15  handed you, was it like a box of tissues like

16  this?  Something different?

17       A    A roll of tissue from the bathroom.

18       Q    When you say from the bathroom, did he

19  leave to go get it from the bathroom?  Or it was

20  a roll of tissue that was in the room that was

21  like a roll of tissue that you'd find in a

22  bathroom?

23       A    I have no idea because I don't recall

24  the tissue being there the first time.  He could

25  have pulled it out of a desk drawer.  He could

LATOYA NEWKIRK

1

2    have pulled it out of the bathroom across where I

3    got searched at.  I have no idea.

4        Q    Okay.  But he didn't actually leave the

5    room to go get it.  It was in the room.  The roll

6    of tissue was in the room.

7        A    Yeah.  The second time when I was

8    there, it was already in the room.

9        Q    Okay.  When he gave you the roll of

10   tissue, did he tear a piece off?  Or did he just

11   give you the roll of tissue?  Do you remember how

12   that happened?

13       A    He handed me the roll, and I just used

14   as much as I needed to wipe my face, and when --

15   he told me he was about the ejaculate after I

16   was, like, being gagged.  I feel like it turned

17   him on or something because it just made him

18   ejaculate quicker.  Like, me crying, me gagging,

19   me being upset, him forcing himself.  But to

20   answer your question from before, you asked me

21   did he say anything.  He said he was about to

22   ejaculate.

23       Q    And the roll of tissue that he gave

24   you, I know you're not sure where it came from.

25   Was it like a brown tissue?  White tissue?  Was

1                    LATOYA NEWKIRK

2   it like a paper towel?

3        A    A regular roll of tissue.  White.

4        Q    Just white, and when I say -- forgive

5   me, but tissues like these are tissues here?

6        A    It was toilet paper.

7        Q    Toilet paper.  Okay.  If you know, did

8   he use any tissues or towels to clean off

9   himself?

10       A    Yeah.  He wiped his self.  And I don't

11  know what he wiped his self with.  Or I don't

12  know where he got the tissues he wiped his self

13  with.

14       Q    Okay.

15       A    Because I had the roll while he was

16  wiping himself, and I didn't see him taking

17  anything off of the roll.  He just grabbed it

18  from the desk and passed it to me and went over

19  into the corner and cleaned his self up.

20       Q    Do you recall what, if anything, he did

21  with the tissues that you had?

22       A    I threw them in the garbage.  He made

23  sure I threw them in the garbage.  He made sure I

24  cleaned up everything, and he said the garbage is

25  right there.  Put them in the garbage, and I

1              LATOYA NEWKIRK

2    fixed my hair.

3         Q    The garbage can was a regular round

4    garbage can?  Or was it like -- you see what we

5    have over here?  Was it like a box like that?  Do

6    you remember one way or the other?

7         A    I'm not a hundred percent sure.  I --

8    that rectangle shape.  I think that might be what

9    the garbage can was.

10        Q    Okay.  Did there come a time that you

11   left the juvenile room after this happened?

12        A    Yes.

13        Q    About how long after it happened did

14   you leave the juvenile room?

15        A    When I was done cleaning my face.

16        Q    So a couple minutes?  A minute?  Do you

17   remember?

18        A    Probably about -- yeah.  Probably about

19   a minute.

20        Q    When you left, did you leave with

21   McCoy?

22        A    Yes.

23        Q    Where did he bring you?

24        A    To the table with the handcuffs.

25        Q    When you got to the room, did he

LATOYA NEWKIRK

2   actually handcuff you again to the table?

3       A    Yes.

4       Q    From the time that you left the room on

5   the way back to the holding room where you were

6   handcuffed to the table, did you see any other

7   officers when you went from where the juvenile

8   room was to the holding room?

9       A    There were other cops around.

10      Q    Do you see Officer Pav at all during

11  that time when you went from the juvenile room

12  down to where the holding room was where

13  Officer McCoy handcuffed you to the table?

14      A    I think Officer Pav was already in the

15  holding room.  I didn't see him in between.

16      Q    Okay.

17      A    In the hallway.

18      Q    When you got back to the holding room

19  and Officer McCoy handcuffed you to the table,

20  you believe Officer Pav was in the room at that

21  point?

22      A    I do believe he was already in there.

23      Q    Okay.  From the time that Officer Pav

24  said it's almost 2 o'clock and left the juvenile

25  room to the time that you now say you saw him in

LATOYA NEWKIRK

1

2  the holding room, did you see him at all in

3  between those two periods of time?  Did you see

4  him at all during that time?

5      A    You mean -- are you asking me did I see

6  him while I was getting assaulted?

7      Q    I'll ask you a different way.

8      A    Yeah.

9      Q    You said there was a time Officer McCoy

10 left the juvenile room around 2 o'clock, right?

11     A    Yes.

12     Q    Okay.  Then you said there was a time

13 you saw him when you were brought back to the

14 holding room, right?

15     A    Yes.

16     Q    Okay.  In between that period of time,

17 did you see him at all?

18     A    No.

19     Q    Okay.  After you were brought back to

20 the holding room, do you know if there were any

21 other arrestee -- people who had been arrested --

22 when you were brought the holding room?

23     A    There were other people in there by

24 that time.

25     Q    Do you know who any of those people

LATOYA NEWKIRK

1

2  are?  Did you ever come to learn their names?

3      A    Yes.  One person in there.

4      Q    What was that person's name?

5      A    Victoria Harris.

6      Q    Okay.  Do you know if there were any

7  other persons there whose names you know?

8      A    I don't know anybody else's name.

9      Q    Okay.  Do you know -- Ms. Harris,

10 obviously, is a woman, right?

11     A    Yes.

12     Q    Were there any other women in the room

13 other than yourself and Ms. Harris that were

14 under arrest?

15     A    At one point there was a woman in

16 there.  I don't know her name.

17     Q    Okay.  Were there other men there that

18 were under arrest that you recall?

19     A    I believe there were two men at some

20 point.

21     Q    Did you ever come to learn any of their

22 names?

23     A    No.

24     Q    When Officer McCoy brought you back to

25 the holding room and handcuffed you to the desk,

LATOYA NEWKIRK

1

2    you believe that Officer Pav was there, as well?

3        A    I'm not one hundred percent sure.

4        Q    Okay.  Was there a time when

5    Officer McCoy left from the holding room?  After

6    he brought you back, was there a time when he

7    left?

8        A    Yes.  After he bought me back, yes.

9        Q    Do you remember around what time that

10   was?

11       A    What time he left?

12       Q    Yeah.

13       A    He -- he handcuffed me to the table and

14   left right out.

15       Q    Okay.

16       A    He didn't have any reason to stay

17   there.

18       Q    Did he say anything to you when he

19   left?

20       A    I don't -- I don't recall what he said,

21   if he said.

22       Q    Okay.  When he left, was Officer Pav

23   there when he left?

24       A    You know, I don't think that he was.

25       Q    When you say he, you mean Officer Pav?

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    Okay.  Do you know if Officer Pav left

4   the holding room before Officer McCoy left the

5   holding room?

6        A    I don't think Officer Pav was even in

7   the room until after I was handcuffed to the

8   table and sitting there for a while.

9        Q    Was that after McCoy had left?

10       A    After he had left me in the holding

11  room.

12       Q    Right.  And what I'm saying is did

13  Officer Pav come into the holding room after

14  Officer McCoy had left altogether?  You said

15  Officer McCoy had left.

16       A    When he left out of the holding room.

17       Q    Right.  At some time after that is when

18  Officer Pav came into the holding room?

19       A    I believe so.

20       Q    Okay.  With that in mind, I asked you

21  earlier that when you were taken from the

22  juvenile room the second time -- after the second

23  time when you were taken from the juvenile room

24  by Officer McCoy to the holding room, you

25  indicated that you thought Officer Pav was there.

1          LATOYA NEWKIRK

2    Thinking about it now, do you believe that

3    Officer Pav was there when Officer McCoy brought

4    you back to the holding room the second time?

5               MR. EGAN:  Objection.

6         A    No.  I don't think he was necessarily

7    inside of the holding room.

8         Q    Okay.  Did you see him at all during --

9    at that time?  Either in that hallway or in the

10   holding room.

11        A    I don't remember.

12        Q    Okay.  There did come a time, though,

13   you said you saw Officer Pav in the holding room

14   later.  Am I right?

15        A    Yes.

16        Q    By that time, Officer McCoy was no

17   longer there; am I correct?

18        A    Yes.

19        Q    Okay.  Did there come a time that you

20   had any conversation with Officer Pav when he was

21   in the holding room later?

22        A    Yes.

23        Q    What did you say to him?  And what, if

24   anything, did he say to you?

25        A    I -- gosh.  I had -- I -- I think I

                    LATOYA NEWKIRK

1
2    asked him if Officer McCoy was married.

3        Q    Okay.

4        A    And he said to me why?  You like white

5    chocolate?

6        Q    Did you say anything back to him?

7        A    No.  Everyone in the room was giggling

8    and laughing because they heard him, and I

9    didn't -- no.  I didn't say anything.

10       Q    Okay.  When you say the other people

11   were giggling and laughing, would that be

12   Ms. Harris?

13       A    Yes.

14       Q    Were there any other female arrestees

15   there at that point that you know of, other than

16   Ms. Harris?

17       A    I'm not sure if that other lady was

18   there or not at that point.

19       Q    If you know, were there other police

20   officers in the room at that point?

21       A    In the room?  No.

22       Q    It was just Officer Pav?

23       A    I believe so.

24       Q    Okay.  Did there come a time after that

25   that you asked someone to go to the hospital?

LATOYA NEWKIRK

1

2     A     Yes.

3     Q     When was that?

4     A     Well, I actually started -- I feel

5 like -- having an anxiety attack probably a

6 couple of hours after McCoy and Pav left.  After

7 Pav -- Pav said to me -- he thanked me for my

8 cooperation, and I feel like that sent me into an

9 anxiety attack.

10          So it built up a little while after his

11 shift was over and he left.  I don't know exactly

12 what time it was, but I'd say probably within an

13 hour of him leaving, maybe two hours.  Somewhere

14 between there.

15    Q     You say Pav thanked you for your

16 cooperation?

17    A     Yes.

18    Q     Was that before or after you asked him

19 if Officer McCoy was married?

20    A     After.

21    Q     Do you remember what his exact words

22 were about thanking you for your cooperation?

23    A     I'm not exactly sure what the exact

24 words were.  It -- he was thanking me for not

25 giving them a hard time.

1                    LATOYA NEWKIRK

2        Q    Do you think he was being sarcastic?

3        A    Yes.

4        Q    Okay.  Did he -- in other words, do you

5    think he was saying that because you were giving

6    him a hard time?  In other words, saying -- I'm

7    going to say this in a sarcastic tone, for the

8    record -- hey, thanks a lot for your cooperation.

9             In other words, the way someone would

10   say it if they were thinking you didn't

11   cooperate?

12       A    Yeah.  I think he said it because I

13   didn't have a choice but to cooperate.  So I

14   guess I do think he was being sarcastic and

15   funny.

16       Q    Okay.  You mentioned there came a time

17   that Pav left.

18       A    Yes.

19       Q    In relation to when McCoy left, do you

20   know how much time after McCoy left that Pav

21   left?

22       A    I don't know exactly.

23             MR. MITCHELL:  Okay.  What time

24        you got, Brian?

25             MR. EGAN:  Quarter after four.

1              LATOYA NEWKIRK

2              MR. MITCHELL:  You need a break?

3              MR. EGAN:  Let's take a break.

4              (A recess was taken at 4:14 p.m.)

5      Q    Before we broke, I think I was asking

6   you if you had mentioned -- if you had asked

7   anybody to go to the hospital, right?

8      A    Yes.

9      Q    Okay.

10     A    I -- I asked -- I don't know what the

11  officer's name is or -- it wasn't any officer in

12  particular, but I did ask twice if I could go to

13  the emergency room because I was having a panic

14  attack.  Anxiety attack.

15     Q    When you asked to go to the emergency

16  room, did you say to them that the reason you

17  wanted to go was because you were having an

18  anxiety attack?  Or did you just say I want to go

19  to the hospital?

20     A    No.  I told them that I think I'm

21  having a panic attack and I don't -- I don't feel

22  good.

23     Q    Okay.  Do you remember who the officer

24  was that you asked?

25     A    I don't know what his name is.  I know

LATOYA NEWKIRK

1

2    it's the officer that took my -- he had a little

3    plastic bag with my stuff in it.  It was that

4    same officer.  I'm not exactly sure if it was the

5    same guy that was behind the desk.  He kind of

6    looked like him.  I'm not -- I'm not exactly

7    sure.

8        Q    Okay.  Was -- this was after

9    Officer Pav had left the precinct?  Or at least

10   had left the holding room?

11       A    Yeah.  The officers were out of the

12   precinct at a point, so I felt safe enough to

13   ask.

14       Q    And the officer that you did ask, can

15   you describe him for me.

16       A    I think he's maybe -- probably, like,

17   five, ten.  He was white.  He was heavier.  And

18   that's the one that I remember.

19            But like I said, I -- the first time I

20   asked, I didn't ask anyone in specific.  There

21   were just cops around, and I was, like, I'm not

22   feeling well.  I need to go to the emergency

23   room.  And one of them -- I think that's -- one

24   of them went and got the guy that I just

25   described.

LATOYA NEWKIRK

1

2      Q    All right.  And the guy that you

3  described, do you know if he was a police

4  officer?  Or was he a higher rank?  In other

5  words, did he have any stripes on his shoulder?

6  On his sleeve?

7      A    I have no idea.  They all look the same

8  to me.

9      Q    Have you ever come to learn what that

10  person's name is?

11      A    No.

12      Q    All right.  When you said they went and

13  got that person, what, if anything, did that

14  person say to you?

15      A    He told me that if I were to go to the

16  hospital, they were going to keep me and I was

17  going to miss court the next day.  And then I'm

18  going to be sitting there again until the day

19  after that.  And I didn't want that to happen, so

20  I stayed put.

21      Q    Did he explain to you that going to the

22  hospital might delay the time that you would --

23  in other words, that you night miss the time to

24  go to court and then you'd wind up sticking

25  around an extra day?

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    Okay.  It was based on that, that you

4   decided that you didn't want to go to the

5   hospital?

6        A    Yes.

7        Q    Okay.  After that -- by the way, do you

8   have any idea around what time that was?

9        A    Not exactly sure, but I know there's a

10  certain time of day that they take women over to

11  the Fourth Precinct.

12       Q    Okay.

13       A    It was before that.  An hour before

14  that, probably, because one of the officers told

15  me, hey, in an hour, you're going to be over

16  here, so wait until you get there to do it,

17  and...

18       Q    Okay.  And there did come a time you

19  were brought to the Fourth Precinct?

20       A    Yes.

21       Q    So you think it was about an hour --

22  whatever time you were brought to the Fourth

23  Precinct, about an hour before that that you had

24  asked?

25       A    About an hour before the time that we

1                    LATOYA NEWKIRK

2   were supposed to go to the Fourth Precinct.  They

3   were late for some reason, so it -- that wouldn't

4   be exact.

5        Q    Okay.  Did there come a time that you

6   were given any of your medication that you had?

7   You mentioned to me earlier you had some

8   medication with you.  Did there come a time that

9   you were given any of your medication?

10       A    Yes.

11       Q    Around what time was that?

12       A    Probably around the time I was asking

13  to go to the hospital.

14       Q    Okay.  Do you recall who it was that

15  gave you the medication?

16       A    The guy that told me if I go to the

17  hospital, what would happen.

18       Q    Okay.  Did there come a time after you

19  were given the medication that you were taken to

20  the Fourth Precinct?

21       A    Yes.

22       Q    When you got to the Fourth -- I should

23  say, how did you get to the Fourth Precinct?  Was

24  it in a car by yourself?  Or was it with other

25  persons?  Do you remember?

1                    LATOYA NEWKIRK

2        A    I don't remember.

3        Q    Okay.  When you got to the Fourth

4   Precinct, do you recall if you were interviewed

5   again by anybody there about whether you had any

6   injuries or claimed any injury?  That type of

7   thing.

8        A    No.  I don't remember that happening.

9        Q    Do you know if when you go to the

10  Fourth Precinct if anybody asked you if you had

11  any medication?

12       A    No.  I don't remember that happening,

13  either.

14       Q    Okay.  When you got to the Fourth

15  Precinct, were you put into some kind of cell?

16       A    Yes.

17       Q    And was that in an area -- do you

18  remember if there was a person there, what we

19  call a detention attendant?  In other words, a

20  person who was there watching the cells.

21       A    There were women inside of, like,

22  this -- the bubble thingy.  I don't know if those

23  are the people you're referring to.  I didn't see

24  anyone walking up and down.

25       Q    Okay.

1                    LATOYA NEWKIRK

2       A    There are cameras everywhere, and they

3  were in the room that had all the cameras.

4       Q    Okay.  At any time did you say to any

5  of those persons that you wanted to go to the

6  hospital?

7       A    No.  Those women weren't listening to

8  anyone.  There were several girls screaming about

9  things they needed.  A girl was in there almost

10  dead and they were, like -- they weren't

11  listening.  They didn't care.  There was

12  nothing -- I couldn't tell them anything.  And

13  they're cops.

14       Q    Okay.  So my question was did you say

15  anything to those persons about wanting to go to

16  the hospital?

17       A    No.

18       Q    Okay.  Can you describe what any of

19  those persons looked like.

20       A    Women.  I don't know.  It was a bunch

21  of them.

22       Q    Okay.  It wasn't any men, in other

23  words, in that group.

24       A    I didn't see any men.

25       Q    When you say a bunch, you mean a bunch

LATOYA NEWKIRK

2  of persons who were attendants, as opposed to

3  persons that were in the cells?

4      A    Yeah.  I was speaking on the lady cops.

5      Q    Okay.  Do you remember about how many

6  there were?

7      A    I have no idea.

8      Q    Okay.  Was it more than two?

9      A    Yes.

10     Q    Okay.  Was it more than five?

11     A    Don't know.  I don't know.

12     Q    Okay.  Did there come a time that you

13  left the Fourth Precinct the next morning?

14     A    Yes.

15     Q    From the time that you got to the

16  Fourth Precinct to the time that you left the

17  Fourth Precinct the next morning, did you speak

18  to anyone at all about the things that

19  Officer McCoy had done to you?

20     A    In the Fourth Precinct?  No.

21     Q    Okay.  Did you speak to any other

22  prisoners about it at all?

23     A    In the Fourth Precinct?

24     Q    Right.

25     A    No.

LATOYA NEWKIRK

1

2     Q     I should have asked, at the First

3     Precinct -- when you were at the First Precinct

4     earlier, did you say anything to any other

5     prisoners or arrestees there about what McCoy had

6     done?

7     A     I asked the two ladies if the officers

8     were touchy-feely with them.

9     Q     What did they say?

10    A     They said no.

11    Q     All right.  Did you then tell them that

12    McCoy had done something to you?

13    A     No.

14    Q     Going forward, again, now, did there

15    come a time that you went from the Fourth

16    Precinct the next morning to court?

17    A     Yes.

18    Q     When you went to court, do you remember

19    how you were brought to court from the Fourth

20    Precinct?

21    A     On a bus, I think it was, or a big van.

22    I don't know what that thing is.

23    Q     Were you with any other prisoners, if

24    you recall?

25    A     Yes.

1                    LATOYA NEWKIRK

2        Q    All right.  Do you remember about how

3   many?

4        A    Probably like 11, 12.

5        Q    Did you tell any of those -- were they

6   all females, by the way?

7        A    Yes.

8        Q    Okay.  Did you say anything to any of

9   those persons --

10       A    No.

11       Q    -- about what McCoy had done?

12       A    I'm sorry.  No.

13       Q    Okay.  When you got to court, were you

14   put into some sort of holding area or holding

15   cell?

16       A    Yes.

17       Q    At some point when you were there in

18   the holding cell, do you ever recall being

19   interviewed by a person asking you questions

20   about where you lived, if you had a job,

21   questions to determine whether you would be

22   eligible for bail?  Do you remember being asked

23   any questions like that by someone?

24       A    I think so.

25       Q    Okay.  Did you say anything to that

                    LATOYA NEWKIRK

1
2    person about what McCoy had done?

3        A    No.

4        Q    Okay.  Did there come a time that you

5    went that morning in front of a judge?

6        A    Yes.

7        Q    When you were in front of the judge,

8    did you have a lawyer with you?

9        A    No.

10       Q    If you know, did they appoint a lawyer

11   to stand with you, represent you there for that

12   time you were in front of the judge?

13       A    Yes.

14       Q    Do you remember who that was?

15       A    No.

16       Q    Do you know if it was one of those

17   Legal Aid attorneys that we spoke about earlier?

18       A    I -- I have no clue who they were.

19       Q    Do you know if it was a man or a woman?

20       A    I don't even remember.

21       Q    All right.  Do you know if you had any

22   conversation with that person?

23       A    No.

24       Q    Okay.  I'm going to ask you a question.

25   You can object if it's privileged, but I don't

1                      LATOYA NEWKIRK

2  believe it is.

3            Did you have any conversation with that

4  lawyer about what McCoy did to you?

5       A    No.

6       Q    Okay.  There in court, did you say

7  anything to the judge about what McCoy had done

8  to you?

9       A    No.

10      Q    Were you released from -- and I should

11 say, was that the Central Islip courthouse?

12      A    Yes.

13      Q    Okay.  Did there come a time that you

14 were released from the Central Islip courthouse?

15      A    Yes.

16      Q    Okay.  If you know, did you have bail

17 set at all?

18      A    No, it was...

19      Q    And when you left the Central Islip

20 courthouse, did you go anywhere?

21      A    Yes.

22      Q    Where did you go?

23      A    I believe I went to the precinct before

24 I left to my stepmom's house.

25      Q    Do you know who you went to the

1                    LATOYA NEWKIRK

2   precinct with?

3        A    My stepmom.

4        Q    Did she come and get you at court?

5        A    Yeah.  Her and my dad.

6        Q    Why did you go to the precinct?

7        A    Because Officer McCoy had my stuff.

8        Q    When you say your stuff, what do you

9   mean?

10       A    He had my purse.  He had everything

11  that was in my purse.

12       Q    Your phone, as well?

13       A    No.  I don't think he had the phone.

14  No.  He didn't have the phone.

15       Q    When you left court, did you have the

16  phone?

17       A    Yes.

18       Q    Okay.  So you got your property -- some

19  of your property at court when you left?

20       A    Yes.

21       Q    Okay.  Your phone was included in that?

22       A    Yes.

23       Q    Was your purse included with that?

24       A    No.  My purse was at the precinct.

25       Q    When you went back to the precinct with

LATOYA NEWKIRK

1

2    your stepmom and your dad, did you speak to

3    anybody at the precinct?

4         A    About?

5         Q    When you got there, did you speak to

6    anybody at all about your property?  About

7    getting your property?

8         A    Yes.  I spoke to the officer behind the

9    counter about my property.

10        Q    You said your mom -- your stepmom and

11   dad were with you.

12        A    Yes.  My dad was in the car.  He didn't

13   want to go inside the precinct.

14        Q    Okay.  But your stepmom came in with

15   you?

16        A    Yes.

17        Q    Up until that point, had you told your

18   stepmom at all about what Officer McCoy had done?

19        A    Yes.

20        Q    All right.  When you were there at the

21   precinct, did either you or your stepmom request

22   to speak to anybody about what Officer McCoy had

23   done?

24        A    No.

25        Q    When you got out of court, did your dad

LATOYA NEWKIRK

1

2    know -- did you tell your dad about what McCoy

3    had done?

4        A    Yes.

5        Q    Okay.  Were you able to get anything --

6    any of your property at the precinct?

7        A    Yeah.  Everything except for my

8    grinder, which I don't know what Officer McCoy

9    did with.

10       Q    Okay.  Did you expect him to give you

11   the grinder back when you went there?

12       A    I don't know how it works.  That's why

13   I really didn't -- I didn't expect anything,

14   really.

15       Q    Okay.  You didn't get the marijuana

16   back, right?

17       A    No.

18       Q    Okay.  Did there come a time after you

19   were at the precinct that you went to your

20   stepmom's house?

21       A    Yes.

22       Q    I understand at some point after this,

23   you wound up making a call to either a rape

24   hotline or something like that?

25       A    Called the rape hotline, and after that

LATOYA NEWKIRK

1

2  didn't work out, I called Bob.

3      Q    When you say you called the rape

4  hotline, what day was it that you called the rape

5  hotline?

6      A    I called them probably within an hour

7  or two of me getting out.

8      Q    So you got arrested on March 16.  You

9  would have been in court on March 17, right?

10     A    Mm-hmm, and I called them on the 17th.

11     Q    Okay.  You anticipated my question,

12  which was --

13     A    I still had the sweater on.

14     Q    Ms. Newkirk --

15     A    I'm sorry.

16     Q    You're doing great, but the lady can't

17  take both of us --

18     A    I'm sorry.

19     Q    -- down at the same time.

20     A    I'm sorry.

21     Q    That's okay.  So you called the rape

22  hotline on March 17 of 2017?

23     A    Yes.

24     Q    I understand that your phone has the

25  ability to record conversations in some way; is

1                    LATOYA NEWKIRK

2    that right?

3         A    Yes.

4         Q    You had some sort of app to record

5    phone calls.

6         A    Yes.

7         Q    If you know, did you record the phone

8    call with the rape counseling place?

9         A    Yes.

10        Q    Do you still have that recording?

11        A    Yes.

12             MR. MITCHELL:  Okay.  Gentlemen,

13             I'll send you this in writing, but I

14             just request production of that

15             recording.

16             MR. EGAN:  Taken under advisement.

17             MR. MITCHELL:  Sure, but I still

18             ask for production of it.

19        Q    I believe you indicated earlier that

20   someone from the rape counseling or crisis number

21   was a retired police officer so you didn't feel

22   comfortable speaking to them.

23        A    Yes.

24        Q    Okay.  Then you called Bob.  Who is

25   Bob?

LATOYA NEWKIRK

1

2      A     Bob Macedonio is a lawyer.

3      Q     All right.  Did you -- how did you know

4  to call him?  Did someone know him?  Did you look

5  him up in a phone book?

6      A     Yes.  I told my dad what had happened.

7  He said he didn't know what to do, but Bob would

8  know what to do.

9      Q     Okay.  All right.

10            THE WITNESS:  Can I just get a

11         second?

12            MR. MITCHELL:  Sure.  Sure.

13            (A recess was taken at 4:38 p.m.)

14      Q     I think just before we broke, you said

15  that you called a fellow named Bob Macedonio; is

16  that right?

17      A     Yes.

18      Q     Okay.  He's a lawyer?

19      A     Yes.

20      Q     All right.  Did there come a time after

21  talking to Mr. Macedonio that you wound up

22  speaking to persons from the United States

23  Attorney's Office?  Or let me say, you wound up

24  speaking to people from the FBI.

25      A     Yes.

1                    LATOYA NEWKIRK

2          Q    Okay.  Do you recall the first time you

3     spoke to people from the FBI?  Do you remember

4     when that was?

5          A    The first interview.

6          Q    Was that at -- go ahead.

7          A    I think that was -- the first interview

8     was the first time I actually, like, met them and

9     talked to them.

10         Q    Do you remember where that interview

11    was?

12         A    Where, you said?

13         Q    Yeah.

14         A    Bob's office, if I'm not mistaken.  The

15    first interview.

16         Q    Is Bob's office on Carleton Avenue?

17         A    Yes.

18         Q    Okay.  At the time, was it up by the

19    courthouse?  Or was it down by 7-Eleven?

20         A    By the courthouse.

21         Q    Okay.  When you spoke to the people

22    from the FBI, was it just -- if you know.  Was it

23    just FBI agents?

24         A    Yes.

25         Q    Okay.  Do you know if there was any

LATOYA NEWKIRK

1

2    what we call an assistant United States attorney

3    there at all at that time?

4         A    At that time, no.  It was two FBI

5    agents.

6         Q    I asked you earlier to take a look at

7    what has been marked C -- actually, it's C, D,

8    and E.  And you know what, I'll just hold off on

9    that.

10             When you spoke to the FBI agents the

11   first time, was Mr. Macedonio with you?

12        A    In the room?  No.

13        Q    Okay.  Was there anybody in the room

14   other than yourself and the FBI agents?

15        A    No.

16        Q    Okay.  Do you remember how many agents

17   there were?

18        A    Two.

19        Q    Okay.  Were they a man and a woman?  A

20   woman and a woman?  Or a man and a man?

21        A    Man and a woman.

22        Q    Okay.  When they spoke to you, did you

23   tell them what happened?

24        A    Yes.

25        Q    In relation to when it happened --

LATOYA NEWKIRK

1

2   which was March 16 -- do you remember about how

3   much time after was it that you spoke to them?

4       A    11 days.

5       Q    Okay.  I was going to say if I said

6   March 27, 2017, would that -- does that sound

7   about right?

8       A    Yes.

9       Q    Do you know about how long it was that

10  you spoke to them?

11      A    Maybe -- I think about an hour.

12      Q    Okay.  Do you know if they were writing

13  things down as you were speaking to them?

14      A    Yes.

15      Q    Okay.  Did you record the conversation

16  at all?

17      A    That conversation in the room?

18      Q    Yeah.

19      A    No.

20      Q    If you know, did they record it?

21      A    I think they did.

22      Q    Did they tell you that they were?

23      A    I just -- I don't remember.

24      Q    Okay.  When you say you think they did,

25  what leads you to say you think they did?

LATOYA NEWKIRK

1

2      A     I feel like at some point, something

3   was recorded, and I believe it was the first

4   time.

5      Q     Okay.  But you're not sure.  Is that

6   fair to say?  You're not sure?

7      A     Yeah.  I'm not sure.

8      Q     Okay.  When they asked you questions,

9   did you tell them things as best you could?

10      A     Yes, and I already had my statement

11   written that they saw.

12      Q     That was the item that we marked

13   earlier as Exhibit B; correct?

14      A     Yes.

15      Q     Did you give them a copy of that?  When

16   you were there, you had the statement.  Did you

17   give them a --

18      A     I think they had it before I even met

19   them.

20      Q     Okay.  Do you know how they got it?

21      A     If they did have it, it would have been

22   from Bob because, like I said, I went to him to

23   figure out what to do.  He contacted them, and I

24   think he gave it to them.

25      Q     Okay.  Did you write the statement

1                    LATOYA NEWKIRK

2  before you spoke to Mr. Macedonio?  Or did you

3  write it after you spoke to Mr. Macedonio?

4      A    I wrote it the same day.  I started it

5  the same day and finished it the next day.

6      Q    All right.  So you started writing it,

7  spoke to Mr. Macedonio, and then finished it

8  after that.  Like you wrote some of it before

9  speaking to him.  You wrote some of it after

10  speaking to him.

11      A    No.  I spoke to Bob first, and then I

12  wrote it afterward because I realized I was

13  telling him what happened and I didn't want to

14  forget any details when I did have to, you know,

15  speak to someone.  And so I wrote it down.

16      Q    Did you give a copy of the statement to

17  Mr. Macedonio?

18      A    Yes.

19      Q    Okay.  Then when you spoke to the FBI

20  agent, you think they might have had a copy of

21  the statement.

22      A    Yes.  I believe that's where they got

23  it from.

24      Q    Okay.  I'll do it this way.  Looking at

25  what's been marked as Exhibit C, this was -- at

LATOYA NEWKIRK

1

2 the top it says Federal Bureau of Investigation,

3 and it's what is commonly referred to as a

4 document called a 302.  You don't need to know

5 that.  I'm just putting it on the record to

6 identify the document.  And I asked you to take a

7 look at that earlier.

8            Is there anything in the document --

9 and this is the notes or the record from the

10 March 27, 2017, interview.  Is there anything in

11 there that you think it incorrect?

12      A    There's nothing in here incorrect, but,

13 you know, maybe details missing.  But nothing is

14 incorrect.

15      Q    Things that -- you think there's things

16 that you told them that aren't in there that

17 could be added, but what is in there -- as far as

18 you know -- is correct, to the best of your

19 knowledge.

20      A    Yes.

21      Q    Okay.  After that day, did there come a

22 time that you spoke to people from the FBI again?

23 After that day.

24      A    Mm-hmm.

25      Q    Yes?

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    Okay.  Do you know about when that was?

4        A    I don't remember the exact day.  I know

5   it was shortly after.

6        Q    If I said March 29, 2017, would that

7   refresh your recollection about the day?

8        A    Yes.

9        Q    Okay.  When you spoke to the FBI

10  agents, do you remember where you were when you

11  spoke to them?

12       A    I don't remember the second time.

13       Q    Okay.  In any event, when you spoke to

14  them a second time, did you record the

15  conversation?

16       A    No.

17       Q    If you know, did they record it?

18       A    I don't know.

19       Q    Meaning like on a tape recorder or a

20  phone record or anything like that.  Audio

21  recording.

22       A    I don't know.

23       Q    Okay.  When you were speaking to them,

24  did it appear that any of them were taking notes?

25       A    Yes.  I think they always took notes.

1                    LATOYA NEWKIRK

2       Q    Okay.  Again, when you spoke to them a

3  second time, was it the same FBI agents?

4       A    Yes.

5       Q    All right.  Do you know their names?

6       A    Michael Wynecker [phonetic] and --

7       Q    Would Christine Doyle ring a bell?

8       A    Yeah.  Christine.  That's her name.

9       Q    Okay.  The second time you spoke to

10  them, if you know, was there a United States

11  attorney there?  In other words, not just an FBI

12  agent, but a lawyer or prosecutor.

13      A    Yeah.  She was there one of the times.

14  I'm not sure if it was the second or third time.

15  I don't recall, but I did talk to her.

16      Q    All right.  Same questions.  When you

17  spoke to them on March 29, you told them things

18  to the best of your ability; correct?

19      A    Yes.

20      Q    Okay.  Looking at Exhibit D, which

21  is -- again, for the record, it's a 302 memo in

22  relation to a March 29, 2017 interview.  Looking

23  at that, was there anything in there that you

24  thought was incorrect or should be changed?

25      A    No.

1                    LATOYA NEWKIRK

2        Q    Ms. Newkirk, did there come a third

3    time that you spoke to persons from the FBI?

4        A    Yes.

5        Q    And was that a few days after the 29th?

6        A    I don't remember exactly the date.

7        Q    Okay.  If I said April 4 of 2017, would

8    that help you remember?  Does that refresh your

9    recollection?

10       A    Yeah.

11       Q    Okay.  When you spoke to them that

12   time, were there -- was it the same FBI agents?

13       A    Yes.

14       Q    If you know, at that time was there an

15   assistant U.S. attorney there?

16       A    No.

17       Q    But there was one time where you think

18   an assistant U.S. attorney was present?

19       A    Yeah.  I saw her one time.  I do think

20   it was the second time.

21       Q    Okay.  Was that a person that you --

22   does the name Lara Gatz ring a bell?  Would that

23   be the person?

24       A    Well, I know her first name.  I don't

25   think I really remember her last name.  I'm

LATOYA NEWKIRK

1

2    pretty sure we're talking about the same person.

3         Q    Okay.  A lady named Lara?

4         A    Yeah.

5         Q    She's got sort of blonde hair?

6         A    Yes.

7         Q    Okay.  And when you spoke to the agents

8    on the third time, same question.  Did you record

9    that at all?

10        A    No.

11        Q    If you know, did they make an audio

12   recording of that?  If you know.

13        A    I don't think so.

14        Q    Okay.  Then I'm going to show you what

15   was marked as Exhibit E, and for the record, that

16   is the 302 memo for the interview with

17   Ms. Newkirk from April 4, 2017.

18             Looking at that today, is there

19   anything in there that you think is incorrect or

20   should be changed?

21        A    No.

22        Q    Okay.  At some point after March 16,

23   2017, did you get some sort of text message from

24   a person that you now know were from

25   Officer McCoy?

1                    LATOYA NEWKIRK

2        A    Yes.

3        Q    All right.  At the time that you got

4   the texts, when you originally got the text, did

5   you know it was from Officer McCoy?

6        A    No.  I had no idea.

7        Q    Okay.  There came a time after that you

8   learned they were from Officer McCoy.

9        A    Yes.

10       Q    Okay.  Was there a time that you were

11  getting the texts that at some point you figured

12  it was from him?

13       A    No.

14       Q    Okay.  Was there ever a time where he

15  actually sent you as part of the text like a

16  little -- one of those smiley face things of a

17  police officer?

18       A    Yeah.  He send me a cop emoji.

19       Q    Okay.  Now I know what they call them.

20            When he did that, did you -- did that

21  lead you to believe it was from Officer McCoy?

22       A    Yes.

23       Q    Okay.  Did you provide those texts to

24  either Mr. Macedonio or to the FBI?

25       A    I gave them to the FBI.

1                    LATOYA NEWKIRK

2        Q    Okay.  Other than those texts, did you

3   have any other communication with Officer McCoy

4   after March 16 of 2017?

5        A    Before the text, he tried to call me,

6   and I think it was the day before I got the first

7   text.  He tried to call.  I didn't answer the

8   phone because I don't even remember seeing my

9   phone ring.  I just happened to just not have

10  answered that call.  And I didn't notice it until

11  late.  So I messaged, I believe, the next day.

12       Q    Okay.  Did there came time when you

13  were speaking to the FBI that they asked you to

14  either call -- or let me start -- did they ask

15  you to call Officer McCoy?

16       A    Yes.

17       Q    When you called him, was that phone

18  call recorded?

19       A    I misspoke.  It wasn't a recording.

20  They were trying to have me send text messages,

21  specifically.

22       Q    Okay.

23       A    So no.  No recording.

24       Q    That's fine.  When you sent the text

25  messages, did you get a response from

1                    LATOYA NEWKIRK

2    Officer McCoy at all?

3        A    No.

4        Q    All right.  When you sent the text

5    messages, was it sent from your phone?

6        A    Yes.

7        Q    But it was at the direction of the FBI

8    agents?

9        A    Yes.  On the 27th, I believe.  March

10   27.

11       Q    Okay.  When you spoke to the FBI agents

12   on these three days -- March 27, March 29, and

13   April 4 of 2017 -- did you say anything to them

14   about asking to go to the hospital when you were

15   at the First Precinct?  Did you tell them about

16   that?

17       A    I mean, they would have had to known

18   because I put it in my -- in my statement.

19       Q    But I'm -- did they speak to you about

20   that?  Did you tell them about that?

21       A    I don't remember.

22       Q    You don't remember if you did or not?

23       A    I don't remember.  I can only say I

24   think I did.  I don't remember for sure.

25       Q    Okay.  Looking at the three documents

LATOYA NEWKIRK

1

2   that are marked as Exhibits C, D and E.  When you

3   looked at those documents, did they say anything

4   about you asking the police to go to the

5   hospital?

6       A    I didn't see anything in there just

7   now.

8       Q    Okay.  Did there come a time when you

9   learned that Officer McCoy was charged by the

10  United States Attorney's Office?  That he had

11  criminal charges against him?

12      A    Yes.

13      Q    Did you learn that from the lady you

14  know as Lara?

15      A    I think one of the agents told me.

16      Q    Do you recall if it was Ms. Doyle?  Or

17  Mr. Wynecker?

18      A    Probably Michael.  Michael Wynecker.

19      Q    Okay.  When he told you that he had

20  been charged, did he tell you what he had been

21  charged with?

22      A    I remember Laura telling me -- Lara

23  telling me the charges.

24      Q    Okay.

25      A    So now I'm just trying to remember, is

LATOYA NEWKIRK

1

2    she the one who told me?  They were all together,

3    but I remember she told me that -- I don't know

4    exactly what the -- what he got charged with.  I

5    know it was something under the color of the law.

6    That's all I know.

7        Q    Okay.  It was either Lara or the FBI

8    agents, but somebody at some point told you that

9    he had been charged criminally.

10       A    Yes.

11       Q    That McCoy had been charged criminally.

12       A    Yes.

13       Q    At any time did you ask -- actually, at

14   any time did the United States Attorney, Lara

15   Gatz, or any of the FBI agents ever say to you

16   that Officer Pav had been charged with anything?

17       A    No.

18       Q    Did you ever ask them why wasn't

19   Officer Pav charged with anything?

20       A    Yes.

21       Q    When you asked them that, what did they

22   say to you?

23       A    I -- I don't recall what they said.  I

24   don't know.

25       Q    Okay.  Did you ever testify in a grand

LATOYA NEWKIRK

1

2   jury in relation to the charges against

3   Officer McCoy?

4       A   No.

5       Q   Okay.  Did you ever come to learn what

6   happened to the charges against Officer McCoy?

7       A   Can you repeat that.

8       Q   Sure.  Did you ever come to learn what

9   happened to the charges against Officer McCoy?

10  How they -- how they were resolved.  Did you ever

11  come to learn what happened to him?

12      A   Yes.

13          MR. EGAN:  Objection to the form

14          of the question.

15      Q   From whom did you learn that?  Who told

16  you?

17      A   I think it was one of the agents.  I

18  can't remember which one.

19      Q   Okay.  Did they tell you that he pled

20  guilty to something?

21      A   Yes.

22      Q   Did they tell you that the agreement

23  was that he would get a year in jail, among other

24  things?

25      A   Yes.  Michael.  Michael Wynecker told

1                    LATOYA NEWKIRK

2    me.

3         Q    Did they tell you that he was pleading

4    guilty to something called a misdemeanor?

5         A    I don't remember.

6         Q    All right.  Do you recall asking the

7    agent why he wasn't getting more jail time?

8         A    Yes.

9         Q    What did the agent tell you about why

10   he wasn't getting more jail time?

11        A    Because -- that there is no real

12   rape-type law for cops, basically, or something

13   to that effect.  That's what I got from what they

14   told me.

15        Q    Okay.

16        A    That he didn't even have a chance of

17   being charged like a regular person, so...

18        Q    That's what the FBI fellow told you?

19        A    That what I got from what they told me.

20   I can't -- I'm not going to say that's what they

21   said word for word.

22        Q    But that's after they spoke to you.

23   That's how you inferred what they told you.

24   That's what you thought they said?

25        A    Yes.

1                    LATOYA NEWKIRK

2      Q    Okay.  Regarding Officer Pav, you don't

3  remember what they said to you about why he was

4  not charged; is that right?

5      A    No.

6      Q    Okay.

7      A    I don't remember.

8      Q    If you know, as part of

9  Officer McCoy's -- the phrase we use --

10  disposition.  As part of what happened to

11  Officer McCoy's criminal case, are you receiving

12  any type of restitution?  In other words, as part

13  of the criminal case and as part of McCoy's

14  sentence, has he been required to give you any

15  type of restitution?

16      A    No.  I don't think so.

17      Q    Do you know if he has to pay a fine or

18  not?

19      A    No idea.

20      Q    Okay.  Do you know if he's actually

21  been sentenced or not?

22      A    I believe he has been sentenced

23  already.

24      Q    Other than -- at the beginning of our

25  deposition, earlier in the deposition, I asked

LATOYA NEWKIRK

1

2  you about receiving treatment from any mental

3  health professionals, and you told me all about

4  that.

5          Other than what you told me about

6  receiving treatment from mental health

7  professionals, is there any other treatment that

8  you've received that we didn't discuss earlier

9  today in relation to the events of what occurred

10  on March 16 of 2017?

11       A    I don't understand the question.

12  Besides --

13       Q    I'll ask it in a different way.

14       A    Okay.

15       Q    Earlier today I asked you if you had

16  been receiving any mental health treatment, and I

17  said like from a therapist or psychiatrist.  You

18  told me about a couple people that you had seen.

19  In fact, we left a blank in the transcript for

20  one of the people.  Do you recall that?

21       A    Yes.

22       Q    All right.  We went all through that.

23  Other than that -- other than what you've already

24  told me -- is there any other treatment that you

25  received from any type of mental health

1                     LATOYA NEWKIRK

2    professional in relation to the things that

3    occurred on March 16, 2017?

4         A    No.

5         Q    Okay.  As far as in relation to the

6    events of March 16, 2017, did you receive any

7    treatment from any type of medical doctor?  In

8    other words, not a psychiatrist or psychologist,

9    but a person who's a medical doctor that would

10   treat you physically.

11        A    No.

12        Q    Okay.  The treatment that you did

13   receive that you mentioned to me, did you have to

14   pay any out-of-pocket costs for that?

15        A    No.

16        Q    Is that covered by an insurance policy

17   or something?

18        A    Yes.

19        Q    Okay.  Do you know what the policy is?

20   Is it something with New York?  They call it

21   family health plan or family plus or something

22   like that.  Is it a government plan?  Something

23   like that?

24        A    Yes.

25        Q    What's the other one?  Medicaid?

1                    LATOYA NEWKIRK

2       A    It's medicaid.

3       Q    So you haven't had any out-of-pocket

4  expenses related to that.

5       A    No.

6                 MR. MITCHELL:  Ms. Newkirk, thank

7            you for coming in.  Thank you for

8            taking this long day.  I appreciate it.

9            I don't have anymore questions.

10                (TIME NOTED:  5:04 p.m.)

11

12                    _____

13                    LATOYA NEWKIRK

14

15  Subscribed and sworn to

16  Before me this _____ day

17  Of _____, 2019.

18  _____

19      NOTARY PUBLIC

20

21

22

23

24

25

1                    LATOYA NEWKIRK

2                         INDEX

3   WITNESS          EXAMINATION BY              PAGE

    L. Newkirk       Mr. Mitchell               4

4

5                       EXHIBITS

6   NUMBER           DESCRIPTION                 PAGE

    Defendant's A    Complaint, 20 pages.        4

7   Defendant's B    Handwritten statement,      35

                     5 pages.

8   Defendant's C    FBI 302 memo, 4 pages.      162

    Defendant's D    FBI 302 memo, 4 pages.      162

9   Defendant's E    FBI 304 memo, 3 pages.      162

10

11                      REQUESTS

12  DESCRIPTION                                  PAGE

    Request for name of counselor.               11

13

    Request for name of counselor from Community 16

14  Counseling.

15  Request for paper given to officers.         116

16  Request for recepit from deli.               170

17  Request for production of phone.             196

18  Request for Candice's last name.             197

19  Request for production of recording of       253

    conversation with rape counselor.

20

21

22

23

24

25

<pre>
 1                    LATOYA NEWKIRK

 2                    CERTIFICATION

 3   STATE OF NEW YORK    )

                         )    SS

 4   COUNTY OF SUFFOLK

 5

 6           I, KYRA KUSTIN, a stenotype reporter

 7   and Notary Public within and for the State of New

 8   York, do hereby certify;

 9           That the witness whose Examination

10   Before Trial is hereinbefore set forth was duly

11   sworn by me;

12           That such Examination Before Trial is a

13   true and accurate record of the testimony given

14   by said witness.

15           I further certify that I am not related

16   to any of the parties to this action by blood or

17   marriage, and that I am in no way interested in

18   the outcome of this matter.

19           IN WITNESS WHEREOF, I have hereunto set

20   my hand this 17th day of October, 2019.

21

22           _____

                    KYRA KUSTIN

23

24

25
</pre>