

96 South Ocean Avenue
Patchogue, New York 11772
T: 631.447.8100
F: 631.447.8181

2200 Montauk Highway, Suite 201
P.O. Box 1262
Bridgehampton, New York 11932
T: 631.329.2828
F: 631.324.2472

**BRIAN T. EGAN**
Partner
egan@egangolden.com

May 31, 2023

**VIA ECF**
Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Newkirk v. Mark Pav, *et al.*
                2:17-CV-02960(MKB)(PK)

Dear Judge Brodie:

      Our firm is counsel to the Plaintiff in the above-referenced action. We write to request an extension of time to file a proposed joint pretrial order. Defendants' previous request for an extension was granted by the Court and the joint pretrial order is currently due June 5. We ask for an extension to June 26, on consent of counsel for Defendants Pav and the County of Suffolk[1].

      The extension request is necessary as substantive settlement discussions and prior trial engagements have only now allowed both parties to coordinate on a joint proposed pretrial order. A short extension of time is required to complete the proposed order.

      We thank the Court for its consideration of this request and its continued attention and consideration in this matter.

Respectfully yours,

Brian T. Egan

cc:    Stacy Skorupa, Suffolk County Attorney's Office
        Michael J. Brown, Esq.

---

[1] Defendant McCoy has defaulted in this matter.